**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF FLORIDA

Case number (if known) _____    Chapter  11

☐ Check if this an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Celebration Pointe Holdings, LLC |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 46-4273651 |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business**<br><br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608<br>Number, Street, City, State & ZIP Code<br><br>Alachua<br>County | **Mailing address, if different from principal place of business**<br><br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor  **Celebration Pointe Holdings, LLC**_____ Case number (*if known*)_____
        Name

7. **Describe debtor's business**   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

   ☐ Railroad (as defined in 11 U.S.C. § 101(44))

   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

   ■ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*

   ☐ Chapter 7

   ☐ Chapter 9

   ■ Chapter 11. *Check all that apply*:

       ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ☐ A plan is being filed with this petition.

       ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

       ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

       ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ■ No.
   ☐ Yes.

   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

Debtor **Celebration Pointe Holdings, LLC**       Case number (*if known*) _____
           Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**          Relationship _____
District _____  When _____  Case number, if known _____

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.

Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
■ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor    **Celebration Pointe Holdings, LLC**    Case number (*if known*) _____
          Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☒ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   Celebration Pointe Holdings, LLC _____    Case number (*if known*) _____

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March 14, 2024
              MM / DD / YYYY

X  /s/ [signature]                              Svein H. Dyrkolbotn
Signature of authorized representative of debtor    Printed name

Title   Manager of SHD-Celebration Pointe, LLC, Manager of Debtor

**18. Signature of attorney**

X  /s/ [signature]                              Date   March 14, 2024
Signature of attorney for debtor                       MM / DD / YYYY

R. Scott Shuker, Esq
Printed name

Shuker & Dorris, P.A.
Firm name

121 S. Orange Avenue
Suite 1120
Orlando, FL 32801
Number, Street, City, State & ZIP Code

Contact phone   (407) 337-2060      Email address   rshuker@shukerdorris.com

984469 FL
Bar number and State

Debtor  **Celebration Pointe Holdings, LLC**             Case number *(if known)* _____
        Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____   Chapter  **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | Celebration Pointe Holdings II, LLC | | | Relationship to you | Affiliate |
| District | Northern District of Florida, Gainesville Division | When | 3/14/24 | Case number, if known | |
| Debtor | SHD-Celebration Pointe, LLC | | | Relationship to you | Affiliate |
| District | Northern District of Florida, Gainesville Division | When | 3/14/24 | Case number, if known | |

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 6

**Fill in this information to identify the case:**

Debtor name: Celebration Pointe Holdings, LLC

United States Bankruptcy Court for the: NORTHERN DISTRICT OF FLORIDA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule _____
- ☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  March 14, 2024

X _/s/_ _____
Signature of individual signing on behalf of debtor

Svein H. Dyrkolbotn
Printed name

Manager of SHD-Celebration Pointe, LLC, Manager of Debtor
Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Celebration Pointe Holdings, LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ARCIS CAPITAL ADVISORS II<br>54 West 40th Street<br>New York, NY 10018 | | Loan | | | | $625,000.00 |
| ArcisCap-Celebration Pointe Investment LLC<br>4503 Michigan Trail<br>Kewadin, MI 49648-8000 | | Loan | | | | $29,500,000.00 |
| Capital One<br>Attn: General Correspondence<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | | Credit Card | | | | Unknown |
| Catalyst Income Fund 2022-A1, LLC<br>11720 Amberpark Drive<br>Suite 160<br>Alpharetta, GA 30009 | | Loan | Disputed | | | $2,380,000.00 |
| Catalyst Synartis MF B Series Condo<br>11720 Amberpark Drive<br>Suite 160<br>Alpharetta, GA 30009 | | Loan | Disputed | | | $4,935,000.00 |
| Celebration Pointe Capital, LLC<br>42809 Souther Drive<br>Washington, DC 20210 | | Loan | | | | $6,890,778.00 |

Debtor   **Celebration Pointe Holdings, LLC**                          Case number *(if known)*
              Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| GNV RE CP Fund, LLC<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608 | | Loan | | | | $1,150,000.00 |
| J & R GATOR INVESTMENTS LLC<br>1790 Mall of Georgia Blvd.<br>Buford, GA 30519 | | Loan | | | | $3,000,000.00 |
| State Infrastructure Bank<br>605 Suwannee Street<br>Tallahassee, FL 32399-0450 | | Loan | | | | $13,691,210.00 |
| State Infrastructure Bank<br>605 Suwannee Street<br>Tallahassee, FL 32399-0450 | | Loan | | | | $8,071,368.00 |
| Synartis Capital Management<br>11720 Amberpark Drive<br>Suite 160<br>Alpharetta, GA 30009 | | Loan | Disputed | | | $5,300,000.00 |
| Synartis Capital Management<br>11720 Amberpark Drive<br>Suite 160<br>Alpharetta, GA 30009 | | Loan | Disputed | | | $2,500,000.00 |
| U.S. Bank, N.A.<br>799 E. Wisconsin Ave.<br>Milwaukee, WI 53202-5300 | | Loan CDD 2017 | | | | $27,855,000.00 |
| U.S. Bank, N.A.<br>799 E. Wisconsin Ave.<br>Milwaukee, WI 53202-5300 | | Loan CDD 2014 | | | | $26,405,000.00 |

Debtor   **Celebration Pointe Holdings, LLC**                                    Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| U.S. Bank, N.A.<br>799 E. Wisconsin Ave.<br>Milwaukee, WI 53202-5300 | | Loan P1 Garage 2021 | | | | $20,925,000.00 |

## United States Bankruptcy Court
### Northern District of Florida

In re: **Celebration Pointe Holdings, LLC**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Patricia A. Shively<br>608 SW 97th Terrace<br>Gainesville, FL 32607 | Class C | 34.62% | Member |
| Royal Oaks of Gainesville, LLC<br>2210 NW 2nd Ave.<br>Gainesville, FL 32603 | Class C | 3.85% | Member |
| SHD-Celebration Pointe, LLC<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608 | Class C | 61.53% | Member |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager of SHD-Celebration Pointe, LLC, Manager of Debtor** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **March 14, 2024**

Signature
Svein H. Dyrkolbotn

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
Northern District of Florida

In re   Celebration Pointe Holdings, LLC     Case No. _____

Debtor(s)    Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of SHD-Celebration Pointe, LLC, Manager of Debtor of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   March 14, 2024

Svein H. Dyrkolbotn/Manager of SHD-Celebration Pointe, LLC,
Manager of Debtor
Signer/Title

Celebration Pointe Holdings, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608

GNV RE CP Fund, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608

R.Scott Shuker, Esq
Shuker & Dorris, P.A.
121 S. Orange Avenue
Suite 1120
Orlando, FL 32801

Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346

Alachua County Tax Collector
12 SE 1st Street
Gainesville, FL 32601

J & R GATOR INVESTMENTS LLC
1790 Mall of Georgia Blvd.
Buford, GA 30519

ARCIS CAPITAL ADVISORS II
54 West 40th Street
New York, NY 10018

State Infrastructure Bank
605 Suwannee Street
Tallahassee, FL 32399-0450

ArcisCap-Celebration Pointe
Investment LLC
4503 Michigan Trail
Kewadin, MI 49648-8000

Synartis Capital Management
11720 Amberpark Drive
Suite 160
Alpharetta, GA 30009

Capital One
Attn: General Correspondence
P.O. Box 30285
Salt Lake City, UT 84130-0285

U.S. Bank, N.A.
799 E. Wisconsin Ave.
Milwaukee, WI 53202-5300

Catalyst Income Fund 2022-A1, LLC
11720 Amberpark Drive
Suite 160
Alpharetta, GA 30009

Catalyst Synartis MF B Series Condo
11720 Amberpark Drive
Suite 160
Alpharetta, GA 30009

Celebration Pointe Capital, LLC
42809 Souther Drive
Washington, DC 20210

# United States Bankruptcy Court
## Northern District of Florida

In re  **Celebration Pointe Holdings, LLC**               Case No.
                                    Debtor(s)              Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Celebration Pointe Holdings, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Royal Oaks of Gainesville, LLC
2210 NW 2nd Ave.
Gainesville, FL 32603

SHD-Celebration Pointe, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608

☐ None [*Check if applicable*]

**March 14, 2024**
Date

**R.Scott Shuker, Esq**
Signature of Attorney or Litigant
Counsel for   Celebration Pointe Holdings, LLC
Shuker & Dorris, P.A.
121 S. Orange Avenue
Suite 1120
Orlando, FL 32801
(407) 337-2060
rshuker@shukerdorris.com