UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION
www.flnb.uscourts.gov

In re:

| | |
|---|---|
| CELEBRATION POINTE HOLDINGS, LLC | Case No. 24-10056-KKS |
| CELEBRATION POINTE HOLDINGS II, LLC | Case No. 24-10057-KKS |
| SHD-CELEBRATION POINTE, LLC | Case No. 24-10058-KKS |
| | Chapter 11 |
| Debtors. | *Jointly Administered under Case No. 24-10056-KKS* |

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR
NOTICE AS COUNSEL FOR CREDITORS, JAMES B.
EULIANO, TRUSTEE, AND NEIL R. EULIANO, TRUSTEE**

Lauren M. Reynolds of the law firm of Winderweedle, Haines, Ward & Woodman, P.A., hereby files this Notice of Appearance for Creditors, James B. Euliano, as Trustee of the Neil R. Euliano Irrevocable Trust JBE dated December 28, 2009, and Neil R. Euliano, as Trustee of the Neil R. Euliano Irrevocable Trust NRE II dated December 28, 2009, and requests to be added to the Court's Master Mailing List. Pursuant to FRBP 2002, all future pleadings, notices, orders,

correspondence and any other communications in this action should be sent to Lauren M. Reynolds, Esq. at Lreynolds@whww.com.

Dated March 26, 2024.

                                         */s/ Lauren M. Reynolds*
                                         Lauren M. Reynolds, Esquire
                                         Florida Bar No.: 112141
                                         Lreynolds@whww.com
                                         **Winderweedle, Haines, Ward**
                                         **&  Woodman, P.A.**
                                         329 North Park Avenue, Second Floor
                                         Winter Park, FL 32789
                                         Post Office Box 880 (mailing address)
                                         Winter Park, FL 32790-0880
                                         (407) 423-4246
                                         (407) 645-3728 (facsimile)
                                         *Attorneys for James B. Euliano, Trustee,*
                                         *& Neil R. Euliano, Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing <u>Notice of Appearance and Request for Notice as Counsel for Creditors, James B. Euliano, Trustee, and Neil R. Euliano, Trustee</u> was served as set forth below:

- **Served via Notice of Electronic Filing (NEF):** The undersigned verifies that the foregoing document was served via NEF on <u>March 26, 2024</u> to the below-listed person(s) and entities:

    <u>Counsel for Debtor</u>: Robert Scott Shuker & Lauren Stricker, rshuker@shukerdorris.com, lstricker@shukerdorris.com, mfranklin@shukerdorris.com, bkry@shukerdorris.com, atillman@shukerdorris.com

    <u>Counsel for U.S. Trustee</u>: Conor McLaughlin, conor.mclaughlin@usdoj.gov

    <u>U.S. Trustee</u>: USTPRegion21.TL.ECF@usdoj.gov

- **Served by U.S. Mail:** On <u>March 26, 2024</u>, the undersigned served the person(s) and/or entities listed below via first class mail, postage prepaid, at the addresses listed below or on the attached mailing matrix obtained from the Court's case management system:

    - Names and addresses of Parties served:

        <u>Debtors</u>: Celebration Pointe Holdings, LLC, Celebration Pointe Holdings II, LLC, & SHD-Celebration Pointe, LLC, 5001 Celebration Pointe Ave., Suite 180, Gainesville, FL 32608

    OR
    ☐ See attached mailing matrix.

- ☐ **Served by Personal Delivery, Overnight Mail, Facsimile Transmission or Email:** On <u>(date)</u>, <u>   </u> the undersigned served each person or entity listed below via the means noted for each:

    | **Name** | **Manner of Service** |
    |---|---|

I declare under penalty of perjury that the foregoing is true and correct.

<u>/s/ Lauren M. Reynolds</u>                    Date: <u>March 26, 2024</u>
Signature of Person Certifying Service

Print Name: Lauren M. Reynolds
Address: 329 North Park Avenue, 2nd Floor, Post Office Box 880, Winter Park, FL 32790
Phone: (407) 423-4246
Email: Lreynolds@whww.com