## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

In re:
CELEBRATION POINTE HOLDINGS, LLC    Case No. 24-10056-KKS
CELEBRATION POINTE HOLDINGS II, LLC   Case No. 24-10057-KKS
SHD-CELEBRATION POINTE, LLC    Case No. 24-10058-KKS

Chapter 11

*Jointly Administered under*
*Case No. 24-10056-KKS*

Debtors.
_____/

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Jon Guven, individually and on behalf of J & R Gator Investments, LLC, creditors in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtors, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

Name:      Sharon T. Sperling

Address:   P.O. Box 358000
           Gainesville, FL 32635-8000

Dated March 26, 2024.

/s/ Sharon T. Sperling
Sharon T. Sperling
Florida Bar No. 0763489
Attorney for Creditor
P.O. Box 358000
Gainesville FL 32635-8000
(352) 371-3117
(352) 377-6324 fax
sharon@sharonsperling.com

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was served as set forth below:

☒ **Served via Notice of Electronic Filing (NEF):** The undersigned verifies that the foregoing document was served via NEF on March 26, 2024 to the below listed persons and entities:

Zachary P Hyman, Esquire
   zhyman@bergersingerman.com, assistant@millenniallaw.com,jessica@millenniallaw.com
Conor McLaughlin, Esquire
   conor.mclaughlin@usdoj.gov
Lauren Marie Reynolds, Esquire
   lreynolds@whww.com, scolgan@whww.com; mbretana@whww.com; mbretana@ecf.courtdrive.com
Bradley M. Saxton, Esquire
   bsaxton@whww.com, scolgan@whww.com; mbretana@whww.com; mbretana@ecf.courtdrive.com
Robert Scott Shuker, Esquire
   rshuker@shukerdorris.com, mfranklin@shukerdorris.com; bkry@shukerdorris.com; atillman@shukerdorris.com; lstricker@shukerdorris.com
Lauren Stricker, Esquire
   lstricker@shukerdorris.com, atillman@shukerdorris.com;bankruptcy@shukerdorris.com
Jesse Ellsworth Summers, Esquire
   esummers@burr.com, sguest@burr.com
United States Trustee
   USTPRegion21.TL.ECF@usdoj.gov

☒ **Served by U.S. Mail:** On March 26, 2024, the undersigned served the person(s) and/or entities listed below via by first class mail, postage prepaid, at the addresses listed below or on the attached mailing matrix obtained from the Court's case management system:
    ☒ Names and addresses of parties served:

Royal Oaks of Gainesville, LLC
2210 NW 2nd Ave.
Gainesville, FL 32603

SHD-Celebration Pointe, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608

Patricia A. Shively
608 SW 97th Terrace
Gainesville, FL 32607

    ☐ See attached mailing matrix

☐ **Served by Personal Delivery, Overnight Mail, Facsimile Transmission or Email:** On March 26, 2024, the undersigned served each persons or entity listed below via the means noted for each:

| **Name** | **Manner or Service** |
|---|---|
| N/A | |

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Sharon T. Sperling                    Date:   March 26, 2024
Sharon T. Sperling