**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**
**www.flnb.uscourts.gov**

In re:

CELEBRATION POINTE HOLDINGS, LLC     Case No. 24-10056-KKS

CELEBRATION POINTE HOLDINGS II, LLC     Case No. 24-10057-KKS

SHD-CELEBRATION POINTE, LLC     Case No. 24-10058-KKS

                                           Chapter 11

                                           *Joint Administration under*

           Debtors.                         *Case No. 24-10056-KKS*

_____/

**DEBTORS' JOINT CHAPTER 11 CASE MANAGEMENT SUMMARY**

       **CELEBRATION POINTE HOLDINGS, LLC** ("CPH"), **CELEBRATION POINTE HOLDINGS II, LLC.** ("CPH2"), and **SHD-CELEBRATION POINTE, LLC** ("SHD") (collectively, the "Debtors"), by and through their undersigned counsel and pursuant to Local Rule 2081-1 and Administrative Order 05-001, hereby file this Chapter 11 Case Management Summary.

**I.**     **Description of Debtor's Business**

       1.     The Debtors manage, own, or participate in a large mixed-use development project in Gainesville, Florida, known as Celebration Pointe (the "Project"). As described in more detail below, the Project site is adjacent to Interstate 75 and is accessible via Archer Road and a newly constructed bridge overpass. The Project is comprised of over 2,000,000 SF of retail, restaurant, office, and residential development.

       2.     CPH is the main developer of the Project and was the original owner of the real estate. Some of the real estate parcels were later transferred or assigned to CPH2. SHD is the Manager of both CPH and CPH2 and is also manager of most of the affiliated special purpose entities that have

been created as sub-projects were developed.  All three of the Debtors are co-obligors on most (if not all) of the debt obligations owed to the largest creditors.

3.    Additionally, the Debtors share common management and, in some instances, common ownership.  The Debtors operate subject to certain management and organizational documents (collectively, the "Organizational Documents") by or between themselves, other non-debtor affiliates, or separate entities which own completed subprojects or income-producing parcels with the Project's long-term tenants.

4.    Although SHD is the Manager of both CPH and CPH2, the day-to-day operation of the companies are conducted via a management agreement with non-debtor, Viking Companies, LLC ("Viking"). Viking provides administrative, supervisory, and management services with respect to the operations of the Project as a whole, as well as the Debtors, other non-debtor affiliates, and separate entities which own or operate the income-producing subproject parcels. In return, Viking earns a management fee as set forth in various entity operating agreements.

## II.    The Project – Celebration Pointe

### 1.    Summary of the Project – Celebration Pointe

5.    The Project started with a vision and 225 acres at the northwest quadrant of Interstate 75 and Archer Road (SR 24). Ideally situated in the heart of Alachua County, the Project is designed to meet the retail and entertainment needs of the growing and affluent suburban neighborhoods on the West side of Interstate 75.  The Project also targets the growing demand for a walkable, upscale urban housing environment on the 160 developable acres.

6.    The Project is the only large-scale development in Alachua County featuring almost a mile of frontage along Interstate 75, providing great visibility for retailers, and class A office tenants. With 700 acres of pristine conservation area along the western boundary of the

development, the Project blends an exciting urban environment with the beautiful natural setting that makes Alachua County and Gainesville such desirable places to live.

7.    Immediately below is an overview of where the Project presently stands and the Project's site map:

## Overall Site Plan



**Overview:**

Size – **1,000,000+ SF** of retail, entertainment, restaurant Class A office and hospitality.

Total Acreage – **160 developable acres.**

New multi-modal bridge across I-75 creates a primary access point between east and west Gainesville.

**Retail & Entertainment:**

- **200,000 SF** of retail space
- **82,000 SF** Bass Pro Shops
- 10-screen state-of-the-art luxury Regal Cinemas theatre– best and newest in the market
- **14,000 SF** Nike Factory Store
- **8,000 SF** Tommy Hilfiger
- **35,000 SF** retail in The Shops
- **150,000 SF** Regional Sports Events Complex with the only indoor track facility in the state of Florida. 752k expected visitors per year.

**Restaurants:**

**19,000 SF** Dave and Buster's new concept
**55,000 SF** in The Commons with Starbucks, Texas Roadhouse and WaWa
**35,000 SF** in the Promenade with MidiCi Neapolitan Pizza, The Keys Grill and Piano Bar, Spurrier's Gridiron Grill, Prime & Pearl Restaurant and more.

**Luxury Residential & Hospitality:**

**1,000 + residential** offerings including City Place luxury apartments, The Vibe pet-friendly apartments, The VUE urban townhomes and singlefamily homes.
– Hotel Indigo with **140 rooms and meeting space.**
– hom hotel + suites with **114 rooms and meeting space.**
– Active Adult Community with **168 units and amenities.**

**Office**

**65,000 SF** Infotech, Inc. world headquarters with 300 employees.
**70,000 SF** Class-A office building is fully lease with 600 employees, including Constant Contact.



CELEBRATION POINTE PARCEL OWNERSHIP

### 2.    Timeline and Details of the Project – Celebration Pointe

8.    Beginning in 2008 with the assemblage of multiple parcels of land, the journey to the ground breaking lasted until 2013, when the clearing of land began. By the next year, infrastructure, including public and private areas, was well underway. By 2015, the main road into the Project, SW 45th Street from Archer Road, SW 43rd Street and the bridge over I-75 were all under construction in preparation for the Project's first occupants.

9.    In November 2016, Bass Pro Shops opened its doors to much anticipation and fanfare. The store continues to be a strong draw from North Florida as well as South Georgia. Development continued with the sale of a parcel of land to InfoTech who would go on to relocate its headquarters from the Florida Farm Bureau building, south of the Project, to its new, state of the art, LEED certified building in the Project. InfoTech occupied this new building in 2017.

10.    The next addition to the Project was the first phase of the Promenade. Anchored by Regal Cinemas and including 67,000 square feet of retail space across from what is now known as Steve Spurrier Way, the Promenade tenants opened their doors beginning in April of 2018. The Promenade includes a mix of restaurants and soft goods users. From Nike to Palmetto Moon to Spurrier's Gridiron Grill and the fine dining steaks and oysters that are the hallmark of Prime & Pearl, the Promenade offers shopping and entertainment for its guests. Adding to the restaurant mix was the relocation of Miller's Ale House to the Project later in 2018.

11.    In 2019, a second office building was added, 5001 Celebration Pointe Ave and the first hotel, Hotel Indigo Gainesville-Celebration Pointe, a partnership between CPH and Peachtree Hotel Group. The addition of this Class A office and boutique hotel, designed with the history of Gainesville at the forefront, only enhanced the already burgeoning development. Additionally, The Shops at Celebration Pointe, two buildings totaling approximately 17,000 square feet of retail, was

completed. Offerings included a day spa, national jeweler, International Diamond Center, and a local restaurant operator with a new concept, Hana Sushi. This area expanded to include Dave and Busters (19,000 square feet) and another 4,000 square foot building, which is home to Escapology, an escape room concept. On the residential front, 2019 saw the completion of the first 6 units of The Vue Townhomes. As of the Petition Date, 30 of the 86 townhome units have been built, with 26 sold. The Vue also includes 9 single family detached lots, of which 2 have been built, one sold and one on the market.

12.    City Place Apartments, comprising two buildings and 220 units, was completed in 2021. The reception was exceptional with occupancy growing to 100% within the first 12 months. The second phase of these apartments was started in 2022 and is on schedule to be completed in the fourth quarter of 2024.

13.    In 2021, construction commenced on the 150,000 square foot Alachua County Sports & Events Center, a public-private partnership between affiliates of CPH and Alachua County. At that time, just coming out of the Pandemic, the Events Center was widely anticipated to be a great shot in the arm for the Celebration Pointe development, expected to bring significant and recurring traffic to the Project. The County contributed in excess of $30 million toward the construction of the Center, the State of Florida contributed $2.32 million and affiliates of CPH contributed the remainder of the development costs and entered into various operations and development agreements with Alachua County. The Events Center was completed and opened in 2023, in the teeth of the economic volatility of interest rates and surging inflation that has been ongoing since.

III.    **Locations of the Debtor's Operations**

14.    The Debtors each manage, own, or operate a portion of the Project. CPH and CPH2 own certain real estate parcels in the Project. A chart of those real estate holdings, as per the Alachua County Property Appraiser's database, is attached hereto **Exhibit A**.

6

15.    The principal and mailing address for the Debtors is 5001 Celebration Pointe Ave., Suite 180, Gainesville, FL 32608, where the Debtors maintain their corporate office.

**IV.    Reasons for and Events Leading to Filing Chapter 11**

**A. Reasons for Filing Chapter 11**

16.    The Debtors are taking a decisive step to ensure the Project's future growth and sustainability by voluntarily initiating these chapter 11 cases. The chapter 11 process will allow the Debtors to financially restructure as a strategic adaptation to the post-pandemic economic landscape, including recent interest rate increases and inflation.

17.    Due to the COVID-induced global economic crisis in March of 2020 and the subsequent economic challenges to businesses worldwide, the Debtors faced unavoidable development and income delays but remained steadfast in progressing developing the Project. The Debtors have actively pursued avenues for debt restructuring and stakeholder negotiations; however, despite these efforts to restructure debts and negotiate with lenders, certain lenders were unwilling to restructure and indicated a desire to liquidate the Project.

18.    Reorganization in chapter 11 represents a proactive approach to secure a prosperous path forward. This reorganization process allows the Debtor to realign their financial strategies with the visionary development goals for the Project, ensuring the Debtors can continue to foster value for its creditors, stakeholders, and the broader community.

19.    As the Debtors embark on this restructuring, operations at Celebration Pointe (the Project) and all in-progress developments will proceed without interruption. Celebration Pointe will continue to welcome customers, hold events, and remain an outstanding destination for the community. The Debtors' dedication to advancing development and operations at the Project is stronger than ever, with a focus on nurturing robust partnerships and community connections. The Debtors' pledge to quality and service is unchanged, as are their anticipations for a strong future.

**B.  Events Leading to Filing Chapter 11**

20.    Just like almost every business, the Debtors were dramatically affected by the global COVID-19 pandemic when the Project's development and operations came to a halt in March 2020.

21.    The hardships brought on by the pandemic lasted for months. Development stalled and tenant operations were (at best) languishing. The lack of developmental progress, coupled with the negative impacts of its tenants (e.g., no customers, rent abatements, interest rate increase, curtailment requirements, etc.), severely diminished the Project's revenues and cash flows of the Debtors.

22.    Despite these hardships, to the best of its ability, the Project continued to move forward. Development continued, subprojects progressed towards completion, and transactional work conducted by moving real estate parcels and interests into separate LLCs for those specific subprojects; however, the delay in obtaining income producing projections put greater stress on funding and lending options.

23.    Then, just as regular development activities were able to recommence after the pandemic, the Debtors were hit with a series of interest rate increases under which prime rate almost tripled, which coincided with unprecedented inflation surges. These extraordinarily adverse economic conditions resulted in an even greater strain on the Project's already suffering cash flow problems.

24.    Because of the pandemic, interest rate hikes, and inflationary surges, the Project was forced to turn to alternative lending arrangements. Most of these non-traditional loans came with extremely high interest rates and fees. Resulting from the compilation of all these negative conditions, the Debtors gradually fell behind on their loan payments.

25.    While most of the Project's lender cooperatively worked with the Debtors on reaching forbearance or alternative payment arrangements, one of its main lenders—Synartis Capital—refused to work in a commercially reasonable manner even though several of its loans have serious material defects and issues, including potentially usurious terms. Despite the Debtors' best efforts to achieve commercially reasonable agreements on those debt obligations, Synartis continually refused. And in February 2023, Synartis went as far as threatening to "burn the entire project to the ground" unless the company yielded to unreasonable demands.

26.    To protect creditors and interest holders from this rapacious lender, the Debtors determined that it was in the best interests of all concerned to reorganize through chapter 11.

27.    As outlined above, through this chapter 11 process, the Debtors will work with all of its lenders to financially restructure to meet the current cash flow situation and emerge with loan terms to allow fulfillment of the original plans for the Project.

## V.    List of Officers and Directors and Their Salaries and Benefits at Time of Filing and During the One Year Prior to Filing

28.    The Debtors' members are set forth on the organizational charts attached as **Exhibit B**. None of the Debtors' members, officers, or directors receive a salary or benefits from the Debtors.

## VI.    Debtor's Annual Gross Revenue

29.    The Debtors' estimated gross revenues are as follows:

| Debtor | 2022 | 2023 | 2024 (YTD) |
|---|---|---|---|
| CPH | $2,672,600 | $1,227,169 | $185,775 |
| CPH2 | $(597,733) | $5,250,000 | $0 |
| SDH | $262,250 | $591,000 | $45,000 |

**VII.**    **Amounts Owed to Various Classes of Creditors Secured Claims:**

   **A. Priority Claims:**

30.    CPH is indebted to U.S. Bank, National Association on various loan obligations relating to the Celebration Pointe Community Development District No. 1 ("CDD") as set forth on Exhibit C attached hereto, which are secured and also may be entitled to priority status.

31.    CPH is indebted to the State Infrastructure Bank ("SIB") on multiple loan obligations as set forth on Exhibit C attached hereto, which may be entitled to priority status.

32.    CPH owes approximately $785,000 to the Alachua County Tax Collector for ad valorem and non-ad valorem taxes for 2022 and 2023, which may be entitled to priority status.

33.    CPH2 owes approximately $25,000 to the Alachua County Tax Collector for ad valorem and non-ad valorem taxes for 2023, 3, which may be entitled to priority status.

34.    The Debtors are not aware of any other priority creditor claims.

   **B. Secured Claims**

35.    Given the complexity surrounding the collateralized debt obligations for the Project, the Debtors are still in the process of gathering and reviewing title reports, loan documents, and other documents encumbering the Debtors' assets. However, attached as **Exhibit C** is a chart setting forth the largest loan obligations to which the Debtors are party.

36.    Searches of the Florida Secured Transaction Registry reveal the UCC-1 financing statements set forth in the chart attached as **Exhibit D**.

   **C. Unsecured Claims:**

37.    *See* **Exhibits C and D**.

## VIII.    General Description and Approximate Value of the Debtor's Current and Fixed Assets

38.    Each of the Debtors' assets consists of real property and personal property. A chart setting forth the real property holdings is attached as **Exhibit A**,

39.    As for personal property, each of the Debtors had personal property as of the Petition Date as follows:

(a)    Membership interests in various non-debtor affiliates as set forth on **Exhibit E** attached hereto.

(b)    Cash in bank accounts in the amounts set forth on **Exhibit F.**

(c)    Other personal property consists of investments in non-debtor entities, accounts receivable, and insider loans in amounts to be determined.

## IX.    Number of Employees and Amount Owed as of Petition Date

40.    As of the Petition Date, the Debtors had 0 employees and thus owed $0.00 in prepetition wages.

## X.    Status of Debtor's Payroll and Sales Tax Obligations

41.    Not applicable.

## XI.    Anticipated Emergency Relief Within 14 Days of Petition Date

42.    Aside from the Motion for Joint Administration, which the Court has already been granted, the Debtors do not anticipate filing any additional emergency first-day motions.

**RESPECTFULLY SUBMITTED** this 22nd day of April 2024.

/s/ R. Scott Shuker
R. Scott Shuker, Esq.
Florida Bar No.: 984469
rshuker@shukerdorris.com
**SHUKER & DORRIS, P.A.**
121 S. Orange Ave., Suite 1120
Orlando, Florida 32801
Tel: (407) 337-2060
Fax: (407) 337-2050
*Attorneys for the Debtor*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing DEBTORS' JOINT CHAPTER 11 CASE MANAGEMENT SUMMARY was served as set forth below:

☒ **Served via Notice of Electronic Filing (NEF):** The undersigned verifies that the foregoing document was served via NEF on <u>April 22, 2024,</u> to the below-listed person(s) and entities:

- John D. Elrod    elrodj@gtlaw.com, fieldss@gtlaw.com
- Matthew Blake Hale    mhale.ecf@srbp.com
- Zachary P Hyman    zhyman@bergersingerman.com, assistant@millenniallaw.com,jessica@millenniallaw.com
- Jon E Kane    jkane@southmilhausen.com, tidera@southmilhausen.com
- Conor McLaughlin    conor.mclaughlin@usdoj.gov
- Edward J. Peterson    edwardp@jpfirm.com, andrenaw@jpfirm.com;Jillc@jpfirm.com;melanief@jpfirm.com;AngelinaL@jpfirm.com
- Lauren Marie Reynolds    lreynolds@whww.com, scolgan@whww.com;mbretana@whww.com;mbretana@ecf.courtdrive.com
- Bradley M. Saxton    bsaxton@whww.com, scolgan@whww.com;mbretana@whww.com;mbretana@ecf.courtdrive.com
- Sharon T. Sperling    sharon@sharonsperling.com, share.sharonsperling@gmail.com;info@sharonsperling.com
- Jesse Ellsworth Summers    esummers@burr.com, sguest@burr.com
- United States Trustee    USTPRegion21.TL.ECF@usdoj.gov

☐ **Served by U.S. Mail:** On <u>April 22, 2024,</u> the undersigned served the person(s) and/or entities listed below via first class mail, postage prepaid, at the addresses listed below or on the attached mailing matrix obtained from the Court's case management system:

☐ Names and addresses of Parties served:

|  |  |
|---|---|
|  |  |

OR

☒ See attached mailing matrices.

☐ **Served by Personal Delivery, Overnight Mail, Facsimile Transmission or Email:** On <u>N/A</u> the undersigned served each person or entity listed below via the means noted for each:

I declare under penalty of perjury that the foregoing is true and correct.

/s/ R. Scott Shuker
R. Scott Shuker

**DEBTORS' JOINT CHAPTER 11 CASE MANAGEMENT SUMMARY**
**TABLE OF ATTACHMENTS / EXHIBITS**

| | |
|---|---|
| **Attachment 1** | Mailing Matrices |
| **Exhibit A** | Real Estate Holdings |
| **Exhibit B** | Debtors' Organizational Charts |
| **Exhibit C** | Debt Obligations |
| **Exhibit D** | Florida Secured Transaction Registry UCC-1 Financing Statements |
| **Exhibit E** | Membership Interests |
| **Exhibit F** | Cash in Bank Accounts |

| Exhibit A | Real Estate Holdings |
|-----------|---------------------|

| Parcel ID | Prop ID | Owner | Owner Address | Property Address | Homestead | Legal Description | 2023 Just (Market) Value |
|-----------|---------|-------|---------------|------------------|-----------|-------------------|--------------------------|
| 06820-003-000 | 107850 | **CELEBRATION POINTE HOLDINGS II LLC** | CELEBRATION POINTE HOLDINGS 5001 CELEBRATION POINTE AVE SUITE 180 GAINESVILLE, FL 32608 | 4781 SW 36TH RD | N | COM SE COR SEC N 01 DEG 00 MIN 13 SEC W 73.03 FT S 58 DEG 07 MIN 11 SEC W 18.94 FT POB S 58 DEG 07 MIN 11 SEC W 34.74 FT NWLY ALG CURVE 3.75 FT NLY ALG REV CURVE 100.34 FT N 00 DEG 55 MIN 40 SEC W 452.55 FT NELY ALG CURVE 20.98 FT N 00 DEG 55 MIN 40 SEC W | $1,237,100.00 |
| 06684-000-000 | 55693 | **CELEBRATION POINTE HOLDINGS** | CELEBRATION POINTE HOLDINGS 5001 CELEBRATION POINTE AVE SUITE 180 GAINESVILLE, FL 32608 | | N | COM SE COR SEC 15 S89 DEG W 994.60 FT N 33 DEG W 260.40 FT N 49 DEG W 14.33 FT N 37 DEG W 70.14 FT N 17 DEG W 41.57 FT N 214.02 FT N 05 DEG W 55.98 FT N 04 DEG E 105.44 FT N 05 DEG W 112.94 FT N 04 DEG W 244.57 FT S 86 DEG W 183.02 FT S 89 DEG W 85.60 FT | $44,115.00 |
| 06800-017-001 | 105894 | **CELEBRATION POINTE HOLDINGS** | CELEBRATION POINTE HOLDINGS 5001 CELEBRATION POINTE AVE SUITE 180 GAINESVILLE, FL 32608 | | N | COM NW COR OF SW1/4 OF SW1/4 OF NW1/4 N 89 DEG 09 MIN 28 SEC E 262.92 FT POB N 89 DEG 09 MIN 28 SEC E 30 FT S 00 DEG 36 MIN 50 SEC E 84.84 FT NWLY ALG CURVE 32.17 FT N 00 DEG 36 MIN 50 SEC W 74.72 FT POB OR 4283/0429 | $300.00 |

| Exhibit A | Real Estate Holdings |
|-----------|----------------------|

| Parcel ID | Prop ID | Owner | Owner Address | Property Address | Homestead | Legal Description | 2023 Just (Market) Value |
|-----------|---------|-------|---------------|------------------|-----------|-------------------|--------------------------|
| 06817-003-001 | 106793 | **CELEBRATION POINTE HOLDINGS** | CELEBRATION POINTE HOLDINGS 5001 CELEBRATION POINTE AVE SUITE 180 GAINESVILLE, FL 32608 | 4781 SW 36TH RD | N | COM SE COR SEC N 01 DEG 00 MIN 13 SEC W 73.03 FT S 58 DEG 07 MIN 11 SEC W 18.94 FT POB S 58 DEG 07 MIN 11 SEC W 34.74 FT NWLY ALG CURVE 3.75 FT NLY ALG REV CURVE 100.34 FT N 00 DEG 55 MIN 40 SEC W 452.55 FT NELY ALG CURVE 20.98 FT N 00 DEG 55 MIN 40 SEC W | $300.00 |
| 06818-000-000 | 57757 | **CELEBRATION POINTE HOLDINGS, LLC** | CELEBRATION POINTE HOLDINGS 5001 CELEBRATION POINTE AVE SUITE 180 GAINESVILLE, FL 32608 | | N | COM NE COR OF SE1/4 OF SEC RUN S 1165.56 FT W 1200.34 FT S 432.30 FT E 310.76 FT TO POB S 88 DEG E 400.21 FT S 14 DEG E 1167.08 FT TO N R/W SR 24 S 59 DEG W ALONG R/W 192.13 FT N 30 DEG W 826.73 FT FT N 12 DEG W 536.11 FT TO POB PER OR 718/132 LESS R/W S | $300.00 |
| 06820-002-000 | 57931 | **CELEBRATION POINTE HOLDINGS, LLC** | CELEBRATION POINTE HOLDINGS 5001 CELEBRATION POINTE AVE SUITE 180 GAINESVILLE, FL 32608 | 3085 SW 45TH ST 3715 SW 45TH ST 4800 STEVE SPURRIER WAY | N | CELEBRATION POINTE COMMON AREAS & PONDS (LESS THAT PART ADJ ON THE SE OF PARCEL 6820-2-4 (A-2) PER OR 4706/2223)(LESS THAT PART PER OR 4725/841 ADJ TO PARCEL 6820-2-21 PER OR 4725/841) ALSO THAT PART ADJ TO PARCEL 6820-2-21(LESS COM SE COR SEC S 89 DEG 58 | $1,868,824.00 |

15

| Exhibit A | Real Estate Holdings |
|-----------|----------------------|

| Parcel ID | Prop ID | Owner | Owner Address | Property Address | Homestead | Legal Description | 2023 Just (Market) Value |
|-----------|---------|-------|---------------|------------------|-----------|-------------------|--------------------------|
| 06820-002-018 | 500136 | **CELEBRATION POINTE HOLDINGS, LLC** | CELEBRATION POINTE HOLDINGS 5001 CELEBRATION POINTE AVE SUITE 180 GAINESVILLE, FL 32608 | | N | COM SE COR SEC W 923.35 FT N 31 DEG W 327.55 FT NWLY ALG CURVE 149.39 FT N 02 DEG W 637.77 FT S 86 DEG W 55.88 FT NLY ALG CURVE 77.62 FT S 73 DEG W 4.79 FT NLWY ALG CURVE 212.08 FT NWLY ALG CURVE 694.56 FT N 687.39 FT W 4 FT N 26 W 658.45 FT POB W 201. | $100.00 |
| 06828-004-001 | 108344 | **CELEBRATION POINTE HOLDINGS, LLC** | CELEBRATION POINTE HOLDINGS 5001 CELEBRATION POINTE AVE SUITE 180 GAINESVILLE, FL 32608 | | N | COM SE COR SEC S 89 DEG 58 MIN 56 SEC W 923.35 FT N 31 DEG 35 MIN 14 SEC W 327.55 FT NWLY ALG CURVE 147.85 FT N 02 DEG 59 MIN 19 SEC W 637.77 FT S 86 DEG 27 MIN 14 SEC W 55.88 FT NWLY ALG CURVE 77.46 FT S 73 DEG 13 MIN 17 SEC W 4.79 FT NWLY ALG CURVE 208. | $100.00 |
| 06828-007-000 | 500163 | **CELEBRATION POINTE HOLDINGS, LLC** | CELEBRATION POINTE HOLDINGS 5001 CELEBRATION POINTE AVE SUITE 180 GAINESVILLE, FL 32608 | 5017 SW 27TH LN | N | COM SE COR SEC W 923.35 FT N 31 DEG W 327.55 FT NWLY ALG CURVE 149.39 FT N 02 DEG W 637.77 FT S 86 DEG W 55.88 FT NLY ALG CURVE 77.62 FT S 73 DEG W 4.79 FT NLWY ALG CURVE 212.08 FT NWLY ALG CURVE 694.56 FT N 687.39 FT W 4 FT N 846.88 FT NWLY ALG CURVE 25. | $12,809,947.00 |

| Exhibit A | Real Estate Holdings |
|-----------|----------------------|

| Parcel ID | Prop ID | Owner | Owner Address | Property Address | Homestead | Legal Description | 2023 Just (Market) Value |
|-----------|---------|-------|---------------|------------------|-----------|-------------------|--------------------------|
| 06937-000-000 | 63094 | **CELEBRATION POINTE HOLDINGS, LLC** | CELEBRATION POINTE HOLDINGS 5001 CELEBRATION POINTE AVE SUITE 180 GAINESVILLE, FL 32608 | | N | COM NE COR OF SE1/4 OF SEC RUN S 1165.56 FT W 1200.34 FT S 432.30 FT E 310.76 FT TO POB S 88 DEG E 400.21 FT S 14 DEG E 1167.08 FT TO N R/W SR 24 S 59 DEG W ALONG R/W 192.13 FT N 30 DEG W 826.73 FT FT N 12 DEG W 536.11 FT TO POB PER OR 718/132 LESS R/W S | $300.00 |
| 06937-004-000 | 105164 | **CELEBRATION POINTE HOLDINGS, LLC** | CELEBRATION POINTE HOLDINGS 5001 CELEBRATION POINTE AVE SUITE 180 GAINESVILLE, FL 32608 | | N | COM NE COR SEC S 89 DEG 58 MIN 56 SEC W 994.60 FT S 33 DEG 05 MIN 34 SEC E 51.55 FT S 31 DEG 36 MIN 51 SEC E 19.98 FT S 57 DEG 58 MIN 25 SEC W 40.65 FT POB S 31 DEG 35 MIN 14 SEC E 383.10 FT S 57 DEG 56 MIN 18 SEC W 199.96 FT N 31 DEG 31 MIN 11 SEC W 192. | $100.00 |

| **Exhibit B** | Debtors' Organizational Charts |

# CPH Org Chart



| Exhibit B | Debtors' Organizational Charts |
|---|---|

## CPH2 Org Chart



## SHD Org Chart



| Exhibit C | Debt Obligations |
|-----------|------------------|

| LENDER | SUBPROJECT | CPH | CPH2 | SHDCP | ESTIMATED BALANCE $ |
|--------|-----------|-----|------|-------|---------------------|
| ARCIS REAL ESTATE SECURED FUND II L.P. | CLASS E EQUITY IN CPH | UNSECURED | NONE | NONE | $625,000.00 |
| **ARCIS REAL ESTATE SECURED FUND II L.P. SUM** | | | | | **$625,000.00** |
| ARCISCAP-CELEBRATION POINTE INVESTMENT (B.V.I.) LIMITED | CELEBRATION POINTE | SECURED | NONE | UNSECURED | $30,000,000.00 |
| **ARCISCAP-CELEBRATION POINTE INVESTMENT (B.V.I.) LIMITED SUM** | | | | | **$30,000,000.00** |
| BARWICK BANKING COMPANY | SIB 2 LOAN | SECURED | NONE | NONE | $1,200,000.00 |
| | THE VUE AT CELEBRATION POINTE, LLC "LOT 2" | NONE | NONE | UNSECURED | $385,923.00 |
| | VUE-F, LLC | NONE | NONE | UNSECURED | $1,425,000.00 |
| **BARWICK BANKING COMPANY SUM** | | | | | **$3,010,923.00** |
| CAMPUS USA CREDIT UNION | THE VUE AT CELEBRATION POINTE, LLC | NONE | NONE | UNSECURED | $375,000.00 |
| **CAMPUS USA CREDIT UNION SUM** | | | | | **$375,000.00** |
| CELEBRATION POINTE CAPITAL, LLC | | UNSECURED | NONE | NONE | $6,890,778.00 |
| **CELEBRATION POINTE CAPITAL, LLC / RAVI LOAN SUM** | | | | | **$6,890,778.00** |
| EULIANO - JAMES B. EULIANO, AS TRUSTEE | CITY PLACE PHASE 1 | NONE | NONE | UNSECURED | $500,000.00 |

| Exhibit C | Debt Obligations |
|-----------|------------------|

| LENDER | SUBPROJECT | CPH | CPH2 | SHDCP | ESTIMATED BALANCE $ |
|--------|-----------|-----|------|-------|---------------------|
| **EULIANO - JAMES B. EULIANO, AS TRUSTEE SUM** | | | | | **$500,000.00** |
| EULIANO - NEIL R. EULIANO, AS TRUSTEE | CITY PLACE PHASE 1 | NONE | NONE | UNSECURED | $500,000.00 |
| **EULIANO - NEIL R. EULIANO, AS TRUSTEE  SUM** | | | | | **$500,000.00** |
| FLORIDA CREDIT UNION | PHG GAINESVILLE CP, LLC | UNSECURED | NONE | UNSECURED | $17,540,968.00 |
| **FLORIDA CREDIT UNION SUM** | | | | | **$17,540,968.00** |
| GNV RE CP FUND, LLC | CPH - GNV FUND LOAN | UNSECURED | NONE | NONE | $1,150,000.00 |
| **GNV RE CP FUND, LLC SUM** | | | | | **$1,150,000.00** |
| J & R GATOR INVESTMENTS, LLC | | UNSECURED | NONE | NONE | $6,500,000.00 |
| **J & R GATOR INVESTMENTS, LLC SUM** | | | | | **$6,500,000.00** |
| KENNETH MCGURN AND LINDA MCGURN | BLDG 100,200,300, & 400 "MCGURN PRIVATE LOAN" | UNSECURED | UNSECURED | NONE | $8,400,000.00 |
| **KENNETH MCGURN AND LINDA MCGURN SUM** | | | | | **$8,400,000.00** |
| MAINSTREET COMMUNITY BANK OF FLORIDA | SDPS | UNSECURED | UNSECURED | NONE | $5,500,000.00 |
| | SPURRIERS GRIDIRON  GRILLE CP, LLC | UNSECURED | NONE | NONE | $547,100.00 |

| Exhibit C | Debt Obligations |
|-----------|------------------|

| LENDER | SUBPROJECT | CPH | CPH2 | SHDCP | ESTIMATED BALANCE $ |
|--------|-----------|-----|------|-------|---------------------|
| | THE VUE | NONE | CPH2 | NONE | $3,528,514.00 |
| | UNSECURED - PREVIOUSLY BASS PRO | UNSECURED | UNSECURED | NONE | $6,804,680.00 |
| | VUE | NONE | SECURED | NONE | $1.00 |
| **MAINSTREET COMMUNITY BANK OF FLORIDA SUM** | | | | | **$16,380,295.00** |
| RICHARD S. BLASER REVOCABLE TRUST | P2, O5, 600C (WITH MORTGAGE), BUT P2 AND O5 RELATED | SECURED | NONE | NONE | $5,000,000.00 |
| **RICHARD S. BLASER REVOCABLE TRUST SUM** | | | | | **$5,000,000.00** |
| STATE INFRASTRUCTURE BANK | SIB - BRIDGE | SECURED | NONE | NONE | $8,071,368.25 |
| | SIB - INFRASTRUCTURE | SECURED | NONE | NONE | $13,691,210.00 |
| **STATE INFRASTRUCTURE BANK SUM** | | | | | **$21,762,578.25** |
| SYNARTIS-CATALYST FUNDS | CPHC 2 | SECURED | UNSECURED | UNSECURED | $1.00 |
| | CPHC 3 | SECURED | NONE | NONE | $2,380,000.00 |
| | CPHC 4 | SECURED | UNSECURED | UNSECURED | $2,500,000.00 |
| | CPHC 5 | SECURED | NONE | NONE | $5,300,000.00 |
| | CPHC 6 | UNSECURED | NONE | NONE | $4,935,000.00 |

| Exhibit C | Debt Obligations |
|-----------|------------------|

| LENDER | SUBPROJECT | CPH | CPH2 | SHDCP | ESTIMATED BALANCE $ |
|--------|-----------|-----|------|-------|---------------------|
| | CPHC 7 - CATALYST 2 BIG FUND | SECURED | SECURED | NONE | $30,000,000.00 |
| **SYNARTIS-CATALYST FUNDS SUM** | | | | | **$45,115,001.00** |
| U.S. BANK / CDD | CDD 2014 | PRIORITY SECURED | NONE | NONE | $26,405,000.00 |
| | CDD 2017 | PRIORITY SECURED | NONE | NONE | $27,855,000.00 |
| | P1 GARAGE CDD 2021 | PRIORITY SECURED | NONE | NONE | $20,925,000.00 |
| **U.S. BANK / CDD SUM** | | | | | **$75,185,000.00** |
| VYSTAR | 5001 OFFICE BUILDING | UNSECURED | NONE | NONE | $14,473,925.00 |
| | CITY WALK PHASE 1 | UNSECURED | UNSECURED | UNSECURED | $15,645,000.00 |
| | MILLERS ALE HOUSE | UNSECURED | NONE | NONE | $3,292,711.00 |
| | REGAL CINEMA | UNSECURED | UNSECURED | NONE | $9,794,024.00 |
| | THE SHOPS AT CELEBRATION POINTE | NONE | UNSECURED | NONE | $5,460,715.00 |
| **VYSTAR SUM** | | | | | **$48,666,375.00** |
| WATSON CONSTRUCTION COMPANY, LLC | WATSON INFRASTRUCTURE | UNSECURED | NONE | NONE | $4,734,436.00 |
| **WATSON CONSTRUCTION COMPANY, LLC SUM** | | | | | **$4,734,436.00** |

| Exhibit C | Debt Obligations |
|-----------|------------------|

| LENDER | SUBPROJECT | CPH | CPH2 | SHDCP | ESTIMATED BALANCE $ |
|--------|------------|-----|------|-------|---------------------|
| **GRAND TOTAL** | | | | | **$292,336,354.25** |

| Exhibit D | Florida Secured Transaction Registry UCC-1 Financing Statements |
|---|---|

| Debtor Name | UCC Instrument # | Date Filed | Creditor | Collateral |
|---|---|---|---|---|
| CELEBRATION POINTE HOLDINGS, LLC | 201402780778 | 12/19/2014 | STATE OF FLORIDA DEPARTMENT OF TRANSPORTATION | (a)  All rights, title, and interest in and under the Declaration… dated Dec. 3, 2013… All public user fees…<br>(b) all other docs relating to… collection/remittance of public user fees<br>**Attaches pages of legal descriptions from survey |
| CELEBRATION POINTE HOLDINGS II, LLC & CELEBRATION POINTE HOLDINGS, LLC | 201608071144 | 7/5/2016 | MAINSTREET COMMUNITY BANK OF FLORIDA, A FLORIDA CORPORATION | Multiple parcels of real estate (legally described on Exhibit to UCC-1) |
| CELEBRATION POINTE HOLDINGS, LLC & SHD-CELEBRATION POINTE, LLC | 201700979823 | 4/21/2017 | ARCISCAP-CELEBRATION POINTE INVESTMENT (B.V.I.) LIMITED C/O ARCIS CAPITAL ADVISORS II LLC | SHD-Celebration Pointe, LLC (the "Assignor")<br><br>"Collateral" means the Membership Interests (the "Membership Interests") of Assignor in Celebration Pointe Holdings, LLC, a Florida limited liability company ("Celebration Pointe") together with all other rights, interests, claims and other property of Assignor in any manner arising out of or relating to the Membership Interests… |
| CELEBRATION POINTE HOLDINGS, LLC & ROYAL OAKS OF GAINESVILLE, LLC | 201700980341 | 4/21/2017 | ARCISCAP-CELEBRATION POINTE INVESTMENT (B.V.I.) LIMITED C/O ARCIS CAPITAL ADVISORS II LLC | ROYAL OAKS OF GAINESVILLE, LLC (the "Assignor")<br><br>"Collateral" means the Membership Interests (the "Membership Interests") of Assignor in Celebration Pointe Holdings, LLC, a Florida limited liability company ("Celebration Pointe") together with all other rights, interests, claims and other property of Assignor in any manner arising out of or relating to the Membership Interests… |

| Exhibit D | Florida Secured Transaction Registry UCC-1 Financing Statements |
|---|---|

| Debtor Name | UCC Instrument # | Date Filed | Creditor | Collateral |
|---|---|---|---|---|
| CELEBRATION POINTE HOLDINGS, LLC & SHIVELY PATRICIA A. | 201700981453 | 4/21/2017 | ARCISCAP-CELEBRATION POINTE INVESTMENT (B.V.I.) LIMITED C/O ARCIS CAPITAL ADVISORS II LLC | SHIVELY PATRICIA A SHIVELY (the "Assignor")<br><br>"Collateral" means the Membership Interests (the "Membership Interests") of Assignor in Celebration Pointe Holdings, LLC, a Florida limited liability company ("Celebration Pointe") together with all other rights, interests, claims and other property of Assignor in any manner arising out of or relating to the Membership Interests… |
| CELEBRATION POINTE HOLDINGS, LLC & MJN SOLUTIONS, LLC | 201700981666 | 4/21/2017 | ARCISCAP-CELEBRATION POINTE INVESTMENT (B.V.I.) LIMITED C/O ARCIS CAPITAL ADVISORS II LLC | MJN SOLUTIONS, LLC (the "Assignor")<br><br>"Collateral" means the Membership Interests (the "Membership Interests") of Assignor in Celebration Pointe Holdings, LLC, a Florida limited liability company ("Celebration Pointe") together with all other rights, interests, claims and other property of Assignor in any manner arising out of or relating to the Membership Interests… |
| CELEBRATION POINTE HOLDINGS, LLC & ARCISCAP-YJ HOLDING LLC | 201700981739 | | ARCISCAP-CELEBRATION POINTE INVESTMENT (B.V.I.) LIMITED C/O ARCIS CAPITAL ADVISORS II LLC | ARCISCAP-YJ HOLDING LLC (the "Assignor")<br><br>"Collateral" means the Membership Interests (the "Membership Interests") of Assignor in Celebration Pointe Holdings, LLC, a Florida limited liability company ("Celebration Pointe") together with all other rights, interests, claims and other property of Assignor in any manner arising out of or relating to the Membership Interests… |
| CELEBRATION POINTE HOLDINGS, LLC | 201804073944 | 2/5/2018 | STATE OF FLORIDA DEPARTMENT OF TRANSPORTATION | (a)  All rights, title, and interest in and under the Declaration… dated Dec. 3, 2013… All public user fees…<br><br>(b) all other docs relating to… collection/remittance of public user fees<br><br>**Attaches pages of legal descriptions from survey |

| Exhibit D | Florida Secured Transaction Registry UCC-1 Financing Statements |
|-----------|-----------------------------------------------------------------|

| Debtor Name | UCC Instrument # | Date Filed | Creditor | Collateral |
|-------------|------------------|------------|----------|------------|
| CELEBRATION POINTE HOLDINGS, LLC | 201908932730 | 6/20/2019 | C T CORPORATION SYSTEM, AS REPRESENTATIVE | The equipment, personal property and other assets (collectively, "Property"), financed under, covered by or described in the lease, rental, equipment finance agreement or installment payment agreement designated as Agreement No. 2379625… |
| CELEBRATION POINTE HOLDINGS, LLC | 201909005914 | 6/28/2019 | C T CORPORATION SYSTEM, AS REPRESENTATIVE | The equipment, personal property and other assets (collectively, "Property"), financed under, covered by or described in the lease, rental, equipment finance agreement or installment payment agreement designated as Agreement No. 2379704… and considered incorporated into the Agreement. |
| CELEBRATION POINTE HOLDINGS, LLC | 202301971668 | 7/19/2023 | JOHNSON CONTROLS CAPITAL LLC | Equipment listed on Exhibit A to UCC-1. |

| Exhibit E | Membership Interests |
|-----------|---------------------|

**CPH:**
1. Celebration Pointe Office Partners II, LLC
2. Celebration Pointe Office Partners III, LLC
3. CP City Place Partners, LLC
4. PHG Gainesville CP, LLC
5. SDPS Real Estate Investments, LLC
6. SDPS Real Estate Investments III, LLC
7. SDPS Real Estate Investments IV, LLC
8. SDPS Real Estate Investments V, LLC
9. SDPS Real Estate Investments VI, LLC
10. SDPS Real Estate Investments VII, LLC
11. SDPS Real Estate Investments VIII, LLC
12. Spurrier's Gridiron Grille Celebration Pointe, LLC
13. The Shops at Celebration Pointe, LLC

**CPH2:**
1. Celebration Pointe Office Partners II, LLC
2. Celebration Pointe Office Partners III, LLC
3. CP City Place Partners, LLC
4. SDPS Real Estate Investments III, LLC
5. SDPS Real Estate Investments IV, LLC
6. SDPS Real Estate Investments V, LLC
7. SDPS Real Estate Investments VI, LLC
8. SDPS Real Estate Investments VII, LLC
9. SDPS Real Estate Investments VIII, LLC
10. The Shops at Celebration Pointe, LLC
11. The Vue at Celebration Pointe, LLC

**SHD-CP:**
1. Celebration Pointe Holdings, LLC
2. Celebration Pointe Holdings II, LLC
3. SDPS Real Estate Investments, LLC
4. SDPS Real Estate Investments II, LLC

| Exhibit E | Membership Interests |
|-----------|---------------------|

**Mailing Address for Entities:**

Celebration Pointe Office Partners II, LLC
c/o Registered Agent DYRKOLBOTN, SVEIN
5001 Celebration Pointe Ave., Suite 180
GAINESVILLE, FL 32608

Celebration Pointe Office Partners III, LLC
c/o Registered Agent STOCKMAN, JAMES J
5001 Celebration Pointe Ave., Suite 180
GAINESVILLE, FL 32608

CP City Place Partners, LLC
c/o Registered Agent STOCKMAN, JAMES J
5001 Celebration Pointe Ave., Suite 180
GAINESVILLE, FL 32608

PHG Gainesville CP, LLC
c/o Registered Agent COGENCY GLOBAL INC.
115 NORTH CALHOUN STREET, SUITE 4
TALLAHASSEE, FL 32301

SDPS Real Estate Investments II, LLC
c/o Registered Agent STOCKMAN, JAMES J
5001 Celebration Pointe Ave., Suite 180
GAINESVILLE, FL 32608

SDPS Real Estate Investments III, LLC
c/o Registered Agent STOCKMAN, JAMES J
5001 Celebration Pointe Ave., Suite 180
GAINESVILLE, FL 32608

SDPS Real Estate Investments IV, LLC
c/o Registered Agent STOCKMAN, JAMES J
5001 Celebration Pointe Ave., Suite 180
GAINESVILLE, FL 32608

SDPS Real Estate Investments V, LLC
c/o Registered Agent STOCKMAN, JAMES J
5001 Celebration Pointe Ave., Suite 180
GAINESVILLE, FL 32608

SDPS Real Estate Investments VI, LLC
c/o Registered Agent STOCKMAN, JAMES J
5001 Celebration Pointe Ave., Suite 180
GAINESVILLE, FL 32608

SDPS Real Estate Investments VII, LLC
c/o Registered Agent STOCKMAN, JAMES J
5001 Celebration Pointe Ave., Suite 180
GAINESVILLE, FL 32608

SDPS Real Estate Investments VIII, LLC
c/o Registered Agent STOCKMAN, JAMES J
5001 Celebration Pointe Ave., Suite 180
GAINESVILLE, FL 32608

SDPS Real Estate Investments, LLC
c/o Registered Agent STOCKMAN, JAMES J
5001 Celebration Pointe Ave., Suite 180
GAINESVILLE, FL 32608

Spurrier's Gridiron Grille Celebration Pointe, LLC
c/o Registered Agent STOCKMAN, JAMES J
5001 Celebration Pointe Ave., Suite 180
GAINESVILLE, FL 32608

The Shops at Celebration Pointe, LLC
c/o Registered Agent STOCKMAN, JAMES J
5001 Celebration Pointe Ave., Suite 180
GAINESVILLE, FL 32608

The Vue at Celebration Pointe, LLC
c/o Registered Agent STOCKMAN, JAMES J
5001 Celebration Pointe Ave., Suite 180
GAINESVILLE, FL 32608

| Exhibit F | Cash in Bank Accounts |
|-----------|----------------------|

| Entity | Account Nickname | Bank | Type | Acct # | 3/15/24 balance |
|--------|-----------------|------|------|--------|-----------------|
| Celebration Pointe Holdings II, LLC | | MainStreet Community Bank | Checking | *6399 | $6.55 |
| SHD-Celebration Pointe, LLC | | South State Bank | Checking | *7221 | $66.53 |
| Celebration Pointe Holdings, LLC | | Barwick Bank | Money Market | *7446 | $1,302,271.34 |
| Celebration Pointe Holdings, LLC | Equity | South State Bank | Checking | *6548 | $(22,226.30) |
| Celebration Pointe Holdings, LLC | Escrow | South State Bank | DACA | *2835 | $16,657.77 |
| Celebration Pointe Holdings, LLC | Master Funding | South State Bank | DACA | *2832 | $2,658.03 |
| Celebration Pointe Holdings, LLC | PUF Escrow | South State Bank | Checking | *5141 | $397.93 |
| Celebration Pointe Holdings, LLC | P1 Garage | South State Bank | Checking | *2400 | $180.76 |
| Celebration Pointe Holdings, LLC | CPH Tenant Deposits | South State Bank | Checking | *4573 | $492.95 |

Label Matrix for local noticing
1129-1
Case 24-10056-KKS
Northern District of Florida
Gainesville
Mon Apr 22 12:53:27 EDT 2024

ARCISCAP CELEBRATION POINTE INVESTMENT (B.V.
c/o James A. Timko, Esq.
Dean Mead Law Firm
420 S. Orange Ave., Ste. 700
Orlando, FL 32801-4911

Celebration Pointe Holdings, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

Frankel Media Group LLC
c/o Noel Boeke, Esq.
Holland & Knight LLP
100 N. Tampa Street, Suite 4100
Tampa, FL 33602-3644

ICEBERG CAPITAL PARTNERS, III, LLC
501 E. Las Olas Blvd Ste 200/308
Fort Lauderdale, FL 33301-2881

ICEBERG REAL ESTATE INVESTMENTS, LLC
501 E. Las Olas Blvd Ste 200/308
Fort Lauderdale, FL 33301-2881

James B. Euliano, Trustee, and Neil R. Eulia
c/o Lauren M. Reynolds
PO Box 880
Winter Park, FL 32790-0880

Royal Oaks of Gainesville, LLC
2210 NW 2nd Ave.
Gainesville, FL 32603-1405

SHD-Celebration Pointe, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

U.S. Bank, N.A., as Indenture Trustee
Greenberg Traurig, LLP
c/o John D. Elrod
3333 Piedmont Road NE
Suite 2500
Atlanta, GA 30305-1780

Vystar Credit Union
c/o J. Ellsworth Summers, Jr., Esq.
Burr & Forman LLP
50 North Laura Street, Suite 3000
Jacksonville, FL 32202-3658

*ARCIS CAPITAL ADVISORS II
54 West 40th Street
New York, NY 10018-2602

*ArcisCap-Celebration Pointe
Investment LLC
4503 Michigan Trail
Kewadin, MI 49648-9301

*Capital One
Attn: General Correspondence
P.O. Box 30285
Salt Lake City, UT 84130-0285

*Catalyst Income Fund 2022-A1, LLC
11720 Amberpark Drive
Suite 160
Alpharetta, GA 30009-2271

*Catalyst Synartis MF B Series Condo
11720 Amberpark Drive
Suite 160
Alpharetta, GA 30009-2271

*Celebration Pointe Capital, LLC
42809 Souther Drive
Washington, DC 20210-0001

*GNV RE CP Fund, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

*J & R GATOR INVESTMENTS LLC
1790 Mall of Georgia Blvd.
Buford, GA 30519-8705

*James Euliano
4585 Old Carriage Trail
Oviedo, FL 32765-8454

*Neil Euliano
3914 SW 95th Drive
Gainesville, FL 32608-4648

*State Infrastructure Bank
605 Suwannee Street
Tallahassee, FL 32399-0450

*Synartis Capital Management
11720 Amberpark Drive
Suite 160
Alpharetta, GA 30009-2271

*U.S. Bank, N.A.
799 E. Wisconsin Ave.
Milwaukee, WI 53202-5300

ARCISCAP CELEBRATION POINTE INVESTMENT (B.V.
c/o James A. Timko, Esq.
Dean Mead
420 S. Orange Ave., Suite 700
Orlando, FL 32801-4911

(p)ALACHUA COUNTY TAX COLLECTOR
ATTN MISTY BLACKFORD
12 SE 1ST STREET
GAINESVILLE FL 32601-6882

Catalyst Income Fund 2022-A1,LLC
c/o Matthew B. Hale, Esquire
Stichter Riedel Blain & Postler, P.A.
110 E. Madison St., #200
Tampa, FL 33602-4718

Catalyst Synartis MF B Series Condo, LLC
c/o Matthew B. Hale, Esquire
Stichter Riedel Blain & Postler, P.A.
110 E. Madison St., #200
Tampa, FL 33602-4718

Edward J. Peterson
Johnson Pope Bokor Ruppel & Burns, LLP
400 N. Ashley Drive, Suite 3100
Tampa, FL 33602-4337

Frankel Media Group LLC
c/o Noel Boeke, Holland & Knight LLP
100 N. Tampa Street, Suite 4100
Tampa FL 33602-3642

Frankel Media Group, LLC d/b/a Frankel
Noel Boeke, c/o Holland & Knight LLP
100 N. Tampa Street, Suite 4100
Tampa, FL 33602-3642

Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346

JON E. KANE
South Milhausen, P.A.
1000 Legion Place, Suite 1200
Orlando, Florida 32801-1005


James B. Euliano, Trustee
and Neil R. Euliano, Trustee
c/o Bradley M. Saxton
PO Box 880
Winter Park, FL 32790-0880

James B. Euliano, Trustee
and Neil R. Euliano, Trustee
c/o Lauren M. Reynolds
PO Box 880
Winter Park, FL 32790-0880

Jon Guven
J & R Gator Investments, LLC
1790 Mall of Georgia Blvd
Buford GA 30519-8705


Lauren L. Stricker, Esq.
Shuker & Dorris, P.A.
121 S. Orange Ave., Ste. 1120
Orlando, FL 32801-3238

MILLENNIAL LAW, INC.
501 East Las Olas Blvd, Suite 200/314
Fort Lauderdale Fl 33301-2881

Sharon T. Sperling
Attorney for Jon Guven
PO Box 358000
Gainesville FL 32635-8000


Sunbelt Rentals Inc
Sunbelt Rentals
2015 Directors Row
Orlando, FL 32809-6231

Synartis Capital Management, LLC
c/o Matthew B. Hale, Esquire
Stichter Riedel Blain & Postler, P.A.
110 E. Madison St., #200
Tampa, FL 33602-4718

The Zall Company, LLC
2946 Larimer Street
Denver, CO 80205-2309


U.S. Bank, N.A., as Indenture Trustee
c/o Greenberg Traurig, LLP
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305-1780
Attn.: John D. Elrod

United States Trustee
110 E. Park Avenue
 Suite 128
Tallahassee, FL 32301-7728

Vystar Credit Union
c/o J. Ellsworth Summers, Jr., Esq.
Burr & Forman LLP
50 N. Laura Street, Suite 3000
Jacksonville, FL 32202-3658


Lauren Stricker
Shuker & Dorris P.A.
121 South Orange Avenue
Ste 1120
Orlando, FL 32801-3238

Patricia A. Shively
608 SW 97th Terrace
Gainesville, FL 32607-6309

Robert Scott Shuker
Shuker & Dorris, PA
121 S Orange Avenue
Suite 1120
Orlando, FL 32801-3238


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Alachua County Tax Collector
12 SE 1st Street
Gainesville, FL 32601


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Catalyst Income Fund 2022-A1, LLC

(u)Catalyst Synartis MF B Series Condo, LLC

(u)MAINSTREET BANK

(u)Synartis Capital Management, LLC

(d)Jon Guven

J & R Gator Investments, LLC
1790 Mall of Georgia Blvd
Buford, GA 30519-8705

End of Label Matrix

Mailable recipients    47
Bypassed recipients     5
Total                  52

Label Matrix for local noticing
1129-1
Case 24-10057-KKS
Northern District of Florida
Gainesville
Mon Apr 22 13:03:05 EDT 2024

Celebration Pointe Holdings II, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

ICEBERG CAPITAL PARTNERS, III, LLC
501 E. Las Olas Blvd Ste 200/308
Fort Lauderdale, FL 33301-2881

ICEBERG REAL ESTATE INVESTMENTS, LLC
501 E. Las Olas Blvd Ste 200/308
Fort Lauderdale, FL 33301-2881

SHD-Celebration Pointe, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

Vystar Credit Union
c/o J. Ellsworth Summers, Jr., Esq.
Burr & Forman LLP
50 North Laura Street, Suite 3000
Jacksonville, FL 32202-3658

*ARCIS CAPITAL ADVISORS II
54 West 40th Street
New York, NY 10018-2602

*State Infrastructure Bank
605 Suwannee Street
Tallahassee, FL 32399-0450

*Synartis Capital Management
11720 Amberpark Drive
Suite 160
Alpharetta, GA 30009-2271

*U.S. Bank, N.A.
799 E. Wisconsin Ave.
Milwaukee, WI 53202-5300

(p)ALACHUA COUNTY TAX COLLECTOR
ATTN MISTY BLACKFORD
12 SE 1ST STREET
GAINESVILLE FL 32601-6882

Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346

Lauren L. Stricker, Esq.
Shuker & Dorris, P.A.
121 S. Orange Ave., Ste. 1120
Orlando, FL 32801-3238

MILLENNIAL LAW, INC.
501 East Las Olas Blvd, Suite 200/314
Fort Lauderdale Fl 33301-2881

United States Trustee
110 E. Park Avenue
 Suite 128
Tallahassee, FL 32301-7728

Vystar Credit Union
c/o J. Ellsworth Summers, Jr., Esq.
Burr & Forman LLP
50 N. Laura Street, Suite 3000
Jacksonville, FL 32202-3658

Lauren Stricker
Shuker & Dorris P.A.
121 South Orange Avenue
Ste 1120
Orlando, FL 32801-3238

Patricia A. Shively
608 SW 97th Terrace
Gainesville, FL 32607-6309

Robert Scott Shuker
Shuker & Dorris, PA
121 S Orange Avenue
Suite 1120
Orlando, FL 32801-3238

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Alachua County Tax Collector
12 SE 1st Street
Gainesville, FL 32601

End of Label Matrix
Mailable recipients     18
Bypassed recipients      0
Total                   18

Label Matrix for local noticing
1129-1
Case 24-10058-KKS
Northern District of Florida
Gainesville
Mon Apr 22 13:05:33 EDT 2024

Iceberg Capital Partners, III, LLC
501 E. Las Olas Blvd Ste 200/308
Fort Lauderdale, FL 33301-2881

Iceberg Real Estate Investments, LLC
501 E. Las Olas Blvd Ste 200/308
Fort Lauderdale, FL 33301-2881

SHD-Celebration Pointe, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

Vystar Credit Union
c/o J. Ellsworth Summers, Jr., Esq.
Burr & Forman LLP
50 North Laura Street, Suite 3000
Jacksonville, FL 32202-3658

*Catalyst Income Fund 2022-A1, LLC
11720 Amberpark Drive
Suite 160
Alpharetta, GA 30009-2271

*Catalyst Synartis MF B Series Condo
11720 Amberpark Drive
Suite 160
Alpharetta, GA 30009-2271

*James Euliano
4585 Old Carriage Trail
Oviedo, FL 32765-8454

*Neil Euliano
3914 SW 95th Drive
Gainesville, FL 32608-4648

*State Infrastructure Bank
605 Suwannee Street
Tallahassee, FL 32399-0450

*Synartis Capital Management
11720 Amberpark Drive
Suite 160
Alpharetta, GA 30009-2271

(p)ALACHUA COUNTY TAX COLLECTOR
ATTN MISTY BLACKFORD
12 SE 1ST STREET
GAINESVILLE FL 32601-6882

Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346

Lauren L. Stricker, Esq.
Shuker & Dorris, P.A.
121 S. Orange Ave., Ste. 1120
Orlando, FL 32801-3238

MILLENNIAL LAW, INC.
501 East Las Olas Blvd, Suite 200/314
Fort Lauderdale Fl 33301-2881

United States Trustee
110 E. Park Avenue
 Suite 128
Tallahassee, FL 32301-7728

Vystar Credit Union
c/o J. Ellsworth Summers, Jr., Esq.
Burr & Forman LLP
50 N. Laura Street, Suite 3000
Jacksonville, FL 32202-3658

Lauren Stricker
Shuker & Dorris P.A.
121 South Orange Avenue
Ste 1120
Orlando, FL 32801-3238

Robert Scott Shuker
Shuker & Dorris, PA
121 S Orange Avenue
Suite 1120
Orlando, FL 32801-3238

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Alachua County Tax Collector
12 SE 1st Street
Gainesville, FL 32601

End of Label Matrix
Mailable recipients    18
Bypassed recipients     0
Total                  18