**Fill in this information to identify the case:**

Debtor name    **Celebration Pointe Holdings, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF FLORIDA

Case number (if known)    **24-10056-KKS**

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    April 24, 2024        X _____

Signature of individual signing on behalf of debtor

**Svein H. Dyrkolbotn**
Printed name

**Manager of SHD-Celebration Pointe, LLC, Manager of Debtor**
Position or relationship to debtor

Official Form 202                Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

Debtor name **Celebration Pointe Holdings, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF FLORIDA

Case number (if known) **24-10056-KKS**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

---

**Part 1:    Summary of Assets**

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*................................................................... $ __14,724,186.00__

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................ $ __46,589,137.87__

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................. $ __61,313,323.87__

---

**Part 2:    Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ __148,037,115.87__

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $ __784,211.39__

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................................. +$ __68,933,017.48__

4. **Total liabilities** ...............................................................................................
    Lines 2 + 3a + 3b $ __217,754,344.74__

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: |
|---|

Debtor name **Celebration Pointe Holdings, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF FLORIDA

Case number (if known) **24-10056-KKS**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **3.** | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **Barwick Bank** | **Money Market** | **7446** | **$1,302,271.34** |
| 3.2. | **South State Bank (Equity)** **Autopay of insurance premiums.** | **Checking Account** | **6548** | **$0.00** |
| 3.3. | **South State Bank (Escrow)** | **Depository Account** | **2835** | **$16,657.77** |
| 3.4. | **South State Bank (Master funding)** | **Depository Account** | **2832** | **$2,658.03** |
| 3.5. | **South State Bank (PUF Escrow)** | **Checking Account** | **5141** | **$397.93** |
| 3.6. | **South State Bank (P1 Garage)** | **Checking Account** | **2400** | **$180.76** |

Debtor  **Celebration Pointe Holdings, LLC**                        Case number *(If known)*  **24-10056-KKS**
        Name

| | | | |
|---|---|---|---|
| 3.7. | **South State Bank** | Checking Account | 4573 | $492.95 |

| | | | |
|---|---|---|---|
| 3.8. | **State Infrastructure Bank**<br>**Florida Department of Transportation**<br>**605 Suwannee Street, MS 57**<br>**Tallahassee, Florida 32399-0450** | Escrow Account | | $1,900,000.00 |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**                                                    $3,222,658.78

        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**   Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
        Description, including name of holder of deposit

        **Gainesville Regional Utilities**
7.1.    **Security Deposit**                                                    $5,222.00

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

8.1.    **Prepaid insurance for policy 12/28/23 to 12/28/24**                   $892.00

9.      **Total of Part 2.**                                                    $6,114.00

        Add lines 7 through 8. Copy the total to line 81.

**Part 3:**   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

        11a. 90 days old or less:  **148,821.77** - **0.00** = .... $148,821.77
                                   face amount     doubtful or uncollectible accounts

        11b. Over 90 days old:  **3,790,206.66** - **0.00** =.... $3,790,206.66
                                face amount       doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                    $3,939,028.43

        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**   Investments

| Debtor | **Celebration Pointe Holdings, LLC** | Case number *(if known)* **24-10056-KKS** |
|---|---|---|
| | Name | |

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14.** **Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| **15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| Name of entity: | % of ownership | |
| 15.1. **See Schedule B - Exhibit 15** _____ % | **N/A** | **Unknown** |

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

**17.** **Total of Part 4.**

Add lines 14 through 16. Copy the total to line 83.

| **$0.00** |
|---|

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |

Debtor    **Celebration Pointe Holdings, LLC**                         Case number *(If known)*  **24-10056-KKS**
          Name

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
       Security cameras at P1 Garage                          $0.00    Liquidation                          Unknown

51.    **Total of Part 8.**                                                                    $0.00

       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ☒ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ☒ No
       ☐ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

       ☐ No.  Go to Part 10.
       ☒ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **See Schedule A - Exhibit 55** | Fee simple | Unknown | Tax records | $14,724,186.00 |

56.    **Total of Part 9.**                                                                    $14,724,186.00

       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ☒ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ☒ No
       ☐ Yes

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

       ☐ No.  Go to Part 11.
       ☒ Yes Fill in the information below.

Debtor    **Celebration Pointe Holdings, LLC**    Case number *(if known)*  **24-10056-KKS**
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **Expired Trademark on logo** | **Unknown** | **N/A** | **$1.00** |
| 61. **Internet domain names and websites** **www.celebrationpointe.com** | **$1.00** | **N/A** | **$1.00** |

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | **$2.00** |
|---|---|

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71.    **Notes receivable**
Description (include name of obligor)

**Loans due from affiliates.**

| **39,421,334.66** | - | **0.00** | = | **$39,421,334.66** |
|---|---|---|---|---|
| Total face amount | | doubtful or uncollectible amount | | |

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to**

Debtor    **Celebration Pointe Holdings, LLC**                                    Case number *(If known)*  **24-10056-KKS**
          _____
          Name

    **set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets,
     country club membership

78.   **Total of Part 11.**
     Add lines 71 through 77. Copy the total to line 90.

| |
|---|
| **$39,421,334.66** |

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor   **Celebration Pointe Holdings, LLC**                          Case number *(If known)*  **24-10056-KKS**
_____Name_____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$3,222,658.78** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$6,114.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$3,939,028.43** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. **Real property.** *Copy line 56, Part 9* .........................................................> | | **$14,724,186.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$2.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$39,421,334.66** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$46,589,137.87** + 91b. | **$14,724,186.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$61,313,323.87** |

**Fill in this information to identify the case:**

Debtor name __**Celebration Pointe Holdings, LLC**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF FLORIDA__

Case number (if known) __**24-10056-KKS**__

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

**2.1  ARCIS CAPITAL ADVISORS II**
Creditor's Name

**54 West 40th Street**
**New York, NY 10018**
Creditor's mailing address

_____
Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Pledge of LLC interests.**
**See Schedule B - Exhibit 15.**

Describe the lien
__**Secured Loan**__

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| $625,000.00 | Unknown |

**2.2  ArcisCap-Celebration Pointe**
Creditor's Name
**Investment LLC**
**4503 Michigan Trail**
**Kewadin, MI 49648-8000**
Creditor's mailing address

_____
Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Describe debtor's property that is subject to a lien
**Pledge of LLC interests.**
**See Schedule B - Exhibit 15.**

Describe the lien
__**Secured Loan**__

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| $29,500,000.00 | Unknown |

Debtor  **Celebration Pointe Holdings, LLC**                     Case number (if known)   __24-10056-KKS__
_____Name_____

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☒ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Barwick Banking Company** | Describe debtor's property that is subject to a lien | **$1,200,000.00** | Unknown |
|---|---|---|---|---|

Creditor's Name

**1200 Plantation Drive S.
Suite 110
Saint Augustine, FL 32080**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Bank / Checking account.**

Describe the lien
**Line of Credit**

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**5/19/2022**
Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☒ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Catalyst Income Fund 2022-A1, LLC** | Describe debtor's property that is subject to a lien | **$2,380,000.00** | Unknown |
|---|---|---|---|---|

Creditor's Name

**11720 Amberpark Drive
Suite 160
Alpharetta, GA 30009**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Pledge of LLC interests.
See Schedule B - Exhibit 15.**

Describe the lien
**Secured Loan**

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☒ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☒ Disputed |

---

| 2.5 | **Catalyst Synartis MF B Series Condo** | Describe debtor's property that is subject to a lien | **$4,935,000.00** | Unknown |
|---|---|---|---|---|

Creditor's Name

**11720 Amberpark Drive
Suite 160
Alpharetta, GA 30009**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Pledge of LLC interests.
See Schedule B - Exhibit 15.**

Describe the lien

Debtor  **Celebration Pointe Holdings, LLC**
_____
Name

Case number (if known)  **24-10056-KKS**

**Secured Loan**
_____
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known
_____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 | **Celebration Pointe CDD No. 1** |
|---|---|

Creditor's Name
**3501 Quadrangle Blvd. Suite 270 Orlando, FL 32817**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**3/8/2024**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**See Schedule A - Exhibit 55.**

$2,983,132.95     Unknown

Describe the lien
**Secured Loan**
_____
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Johnson Controls Security Solutions** |
|---|---|

Creditor's Name
**P.O. BOx 371967 Pittsburgh, PA 15250-7967**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**10/20/2022**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**Security cameras at P1 Garage**

$131,924.25     Unknown

Describe the lien
**Secured Loan**
_____
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor   **Celebration Pointe Holdings, LLC**                              Case number (if known)   **24-10056-KKS**
         Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **State Board of Administration of Florida** | **Describe debtor's property that is subject to a lien** | **$1,749,480.67** | **Unknown** |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Pledge of Public User Fees.**

**P.O. Box 13300**
**Tallahassee, FL 32317-3300**
Creditor's mailing address

**Describe the lien**
**Secured Loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.9 | **State Infrastructure Bank** | **Describe debtor's property that is subject to a lien** | **$8,071,368.00** | **Unknown** |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Pledge of Public User Fees.**

**605 Suwannee Street**
**Tallahassee, FL 32399-0450**
Creditor's mailing address

**Describe the lien**
**Secured Loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.10 | **State Infrastructure Bank** | **Describe debtor's property that is subject to a lien** | **$13,691,210.00** | **Unknown** |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Pledge of Public User Fees.**

**605 Suwannee Street**
**Tallahassee, FL 32399-0450**
Creditor's mailing address

**Describe the lien**
**Secured Loan**

---

Debtor    **Celebration Pointe Holdings, LLC**                    Case number (if known)    **24-10056-KKS**
Name

|  | |
|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred**<br><br>**Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.1<br>1 | **Synartis Capital Management**<br>Creditor's Name<br>**11720 Amberpark Drive Suite 160**<br>**Alpharetta, GA 30009**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Pleadge of LLC interests.**<br>**See Schedule B - Exhibit 15.** | **$2,500,000.00** | **Unknown** |
|---|---|---|---|---|

Describe the lien
**Secured Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

|  | |
|---|---|
| Creditor's email address, if known | |
| **Date debt was incurred**<br><br>**Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed |

---

| 2.1<br>2 | **Synartis Capital Management**<br>Creditor's Name<br>**11720 Amberpark Drive Suite 160**<br>**Alpharetta, GA 30009**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Pleadge of LLC interests.**<br>**See Schedule B - Exhibit 15.** | **$5,300,000.00** | **Unknown** |
|---|---|---|---|---|

Describe the lien
**Secured Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

|  | |
|---|---|
| Creditor's email address, if known | |
| **Date debt was incurred**<br><br>**Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |

---

| Debtor | **Celebration Pointe Holdings, LLC** | Case number (if known) | **24-10056-KKS** |
|---|---|---|---|

Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 3 | | | |
|---|---|---|---|

**U.S. Bank, N.A.**
Creditor's Name

**799 E. Wisconsin Ave.
Milwaukee, WI 53202-5300**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
2017**
Last 4 digits of account number

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**Loan CDD 2014**
**See Schedule A - Exhibit 55.**

**Describe the lien**
**Secured Loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$26,405,000.00**          **Unknown**

---

| 2.1 4 | | | |
|---|---|---|---|

**U.S. Bank, N.A.**
Creditor's Name

**799 E. Wisconsin Ave.
Milwaukee, WI 53202-5300**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
2014**
Last 4 digits of account number

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**Loan CDD 2017**
**See Schedule A - Exhibit 55.**

**Describe the lien**
**Secured Loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$27,820,000.00**          **Unknown**

---

| 2.1 5 | | | |
|---|---|---|---|

**U.S. Bank, N.A.**
Creditor's Name

**799 E. Wisconsin Ave.
Milwaukee, WI 53202-5300**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Loan P1 Garage 2021**
**See Schedule A - Exhibit 55.**

**Describe the lien**
**Secured Loan**

**$20,745,000.00**          **Unknown**

---

Debtor    **Celebration Pointe Holdings, LLC**
          Name

Case number (if known)    **24-10056-KKS**

---

Creditor's email address, if known

**Date debt was incurred**
**2021**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

| $148,037,115 |
| .87 |

---

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 7 of 7

Celebration Point Holdings, LLC, *et al.*
Main Case No. 24-10056-KKS
Schedule A – Exhibit 55

| Parcel ID | Prop ID | Owner | Owner Address | Property Address | Homestead | Legal Description | 2023 Just (Market) Value |
|---|---|---|---|---|---|---|---|
| 06820-003-000 | 107850 | **CELEBRATION POINTE HOLDINGS II LLC** | CELEBRATION POINTE HOLDINGS 5001 CELEBRATION POINTE AVE SUITE 180 GAINESVILLE, FL 32608 | 4781 SW 36TH RD | N | COM SE COR SEC N 01 DEG 00 MIN 13 SEC W 73.03 FT S 58 DEG 07 MIN 11 SEC W 18.94 FT POB S 58 DEG 07 MIN 11 SEC W 34.74 FT NWLY ALG CURVE 3.75 FT NLY ALG REV CURVE 100.34 FT N 00 DEG 55 MIN 40 SEC W 452.55 FT NELY ALG CURVE 20.98 FT N 00 DEG 55 MIN 40 SEC W | $1,237,100.00 |
| 06684-000-000 | 55693 | **CELEBRATION POINTE HOLDINGS** | CELEBRATION POINTE HOLDINGS 5001 CELEBRATION POINTE AVE SUITE 180 GAINESVILLE, FL 32608 | | N | COM SE COR SEC 15 S89 DEG W 994.60 FT N 33 DEG W 260.40 FT N 49 DEG W 14.33 FT N 37 DEG W 70.14 FT N 17 DEG W 41.57 FT N 214.02 FT N 05 DEG W 55.98 FT N 04 DEG E 105.44 FT N 05 DEG W 112.94 FT N 04 DEG W 244.57 FT S 86 DEG W 183.02 FT S 89 DEG W 85.60 FT | $44,115.00 |
| 06800-017-001 | 105894 | **CELEBRATION POINTE HOLDINGS** | CELEBRATION POINTE HOLDINGS 5001 CELEBRATION POINTE AVE SUITE 180 GAINESVILLE, FL 32608 | | N | COM NW COR OF SW1/4 OF SW1/4 OF NW1/4 N 89 DEG 09 MIN 28 SEC E 262.92 FT POB N 89 DEG 09 MIN 28 SEC E 30 FT S 00 DEG 36 MIN 50 SEC E 84.84 FT NWLY ALG CURVE 32.17 FT N 00 DEG 36 MIN 50 SEC W 74.72 FT POB OR 4283/0429 | $300.00 |

**Celebration Point Holdings, LLC,** *et al.*
**Main Case No. 24-10056-KKS**
**Schedule A – Exhibit 55**

| Parcel ID | Prop ID | Owner | Owner Address | Property Address | Homestead | Legal Description | 2023 Just (Market) Value |
|---|---|---|---|---|---|---|---|
| 06817-003-001 | 106793 | **CELEBRATION POINTE HOLDINGS** | CELEBRATION POINTE HOLDINGS 5001 CELEBRATION POINTE AVE SUITE 180 GAINESVILLE, FL 32608 | 4781 SW 36TH RD | N | COM SE COR SEC N 01 DEG 00 MIN 13 SEC W 73.03 FT S 58 DEG 07 MIN 11 SEC W 18.94 FT POB S 58 DEG 07 MIN 11 SEC W 34.74 FT NWLY ALG CURVE 3.75 FT NLY ALG REV CURVE 100.34 FT N 00 DEG 55 MIN 40 SEC W 452.55 FT NELY ALG CURVE 20.98 FT N 00 DEG 55 MIN 40 SEC W | $300.00 |
| 06818-000-000 | 57757 | **CELEBRATION POINTE HOLDINGS, LLC** | CELEBRATION POINTE HOLDINGS 5001 CELEBRATION POINTE AVE SUITE 180 GAINESVILLE, FL 32608 | | N | COM NE COR OF SE1/4 OF SEC RUN S 1165.56 FT W 1200.34 FT S 432.30 FT E 310.76 FT TO POB S 88 DEG E 400.21 FT S 14 DEG E 1167.08 FT TO N R/W SR 24 S 59 DEG W ALONG R/W 192.13 FT N 30 DEG W 826.73 FT FT N 12 DEG W 536.11 FT TO POB PER OR 718/132 LESS R/W S | $300.00 |
| 06820-002-000 | 57931 | **CELEBRATION POINTE HOLDINGS, LLC** | CELEBRATION POINTE HOLDINGS 5001 CELEBRATION POINTE AVE SUITE 180 GAINESVILLE, FL 32608 | 3085 SW 45TH ST 3715 SW 45TH ST 4800 STEVE SPURRIER WAY | N | CELEBRATION POINTE COMMON AREAS & PONDS (LESS THAT PART ADJ ON THE SE OF PARCEL 6820-2-4 (A-2) PER OR 4706/2223)(LESS THAT PART PER OR 4725/841 ADJ TO PARCEL 6820-2-21 PER OR 4725/841) ALSO THAT PART ADJ TO PARCEL 6820-2-21(LESS COM SE COR SEC S 89 DEG 58 | $1,868,824.00 |

**Celebration Point Holdings, LLC,** *et al.*
**Main Case No. 24-10056-KKS**
**Schedule A – Exhibit 55**

| Parcel ID | Prop ID | Owner | Owner Address | Property Address | Homestead | Legal Description | 2023 Just (Market) Value |
|---|---|---|---|---|---|---|---|
| 06820-002-018 | 500136 | **CELEBRATION POINTE HOLDINGS, LLC** | CELEBRATION POINTE HOLDINGS 5001 CELEBRATION POINTE AVE SUITE 180 GAINESVILLE, FL 32608 | | N | COM SE COR SEC W 923.35 FT N 31 DEG W 327.55 FT NWLY ALG CURVE 149.39 FT N 02 DEG W 637.77 FT S 86 DEG W 55.88 FT NLY ALG CURVE 77.62 FT S 73 DEG W 4.79 FT NLWY ALG CURVE 212.08 FT NWLY ALG CURVE 694.56 FT N 687.39 FT W 4 FT N 26 FT W 658.45 FT POB W 201. | $100.00 |
| 06828-004-001 | 108344 | **CELEBRATION POINTE HOLDINGS, LLC** | CELEBRATION POINTE HOLDINGS 5001 CELEBRATION POINTE AVE SUITE 180 GAINESVILLE, FL 32608 | | N | COM SE COR SEC S 89 DEG 58 MIN 56 SEC W 923.35 FT N 31 DEG 35 MIN 14 SEC W 327.55 FT NWLY ALG CURVE 147.85 FT N 02 DEG 59 MIN 19 SEC W 637.77 FT S 86 DEG 27 MIN 14 SEC W 55.88 FT NWLY ALG CURVE 77.46 FT S 73 DEG 13 MIN 17 SEC W 4.79 FT NWLY ALG CURVE 208. | $100.00 |
| 06828-007-000 | 500163 | **CELEBRATION POINTE HOLDINGS, LLC** | CELEBRATION POINTE HOLDINGS 5001 CELEBRATION POINTE AVE SUITE 180 GAINESVILLE, FL 32608 | 5017 SW 27TH LN | N | COM SE COR SEC W 923.35 FT N 31 DEG W 327.55 FT NWLY ALG CURVE 149.39 FT N 02 DEG W 637.77 FT S 86 DEG W 55.88 FT NLY ALG CURVE 77.62 FT S 73 DEG W 4.79 FT NLWY ALG CURVE 212.08 FT NWLY ALG CURVE 694.56 FT N 687.39 FT W 4 FT N 846.88 FT NWLY ALG CURVE 25. | $12,809,947.00 |

**Celebration Point Holdings, LLC,** *et al.*
**Main Case No. 24-10056-KKS**
**Schedule A – Exhibit 55**

| Parcel ID | Prop ID | Owner | Owner Address | Property Address | Homestead | Legal Description | 2023 Just (Market) Value |
|---|---|---|---|---|---|---|---|
| 06937-000-000 | 63094 | **CELEBRATION POINTE HOLDINGS, LLC** | CELEBRATION POINTE HOLDINGS 5001 CELEBRATION POINTE AVE SUITE 180 GAINESVILLE, FL 32608 | | N | COM NE COR OF SE1/4 OF SEC RUN S 1165.56 FT W 1200.34 FT S 432.30 FT E 310.76 FT TO POB S 88 DEG E 400.21 FT S 14 DEG E 1167.08 FT TO N R/W SR 24 S 59 DEG W ALONG R/W 192.13 FT N 30 DEG W 826.73 FT FT N 12 DEG W 536.11 FT TO POB PER OR 718/132 LESS R/W S | $300.00 |
| 06937-004-000 | 105164 | **CELEBRATION POINTE HOLDINGS, LLC** | CELEBRATION POINTE HOLDINGS 5001 CELEBRATION POINTE AVE SUITE 180 GAINESVILLE, FL 32608 | | N | COM NE COR SEC S 89 DEG 58 MIN 56 SEC W 994.60 FT S 33 DEG 05 MIN 34 SEC E 51.55 FT S 31 DEG 36 MIN 51 SEC E 19.98 FT S 57 DEG 58 MIN 25 SEC W 40.65 FT POB S 31 DEG 35 MIN 14 SEC E 383.10 FT S 57 DEG 56 MIN 18 SEC W 199.96 FT N 31 DEG 31 MIN 11 SEC W 192. | $100.00 |

1:19 PM
04/13/24

Celebration Pointe Holdings, LLC
A/R Aging Summary
As of April 13, 2024

Schedule B - Exhibit 11

| | | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|---|
| 43rd St Hotel | Affiliate | 0.00 | 0.00 | 0.00 | 0.00 | 196,874.74 | 196,874.74 |
| 5001 | Affiliate | 0.00 | 413.78 | 276.92 | 284.41 | 39,126.83 | 40,101.94 |
| Arcis Capital Partners | Offset to Mortgage | 0.00 | 0.00 | 0.00 | 0.00 | 34,039.18 | 34,039.18 |
| Bass Pro Shops | SDPS - Affiliate | 0.00 | 10,524.67 | 11,707.78 | 12,950.46 | 35,053.26 | 70,236.17 |
| Celebration Pointe Association | Affiliate | 0.00 | 2,589.24 | 3,154.76 | 16,551.04 | 111,940.63 | 134,234.67 |
| Celebration Pointe Holdings II, LL | Affiliate | 0.00 | 0.00 | 0.00 | 0.00 | 509,577.70 | 509,577.70 |
| Celebration Pointe Office Partners | Affiliate | 0.00 | 0.00 | 0.00 | 0.00 | 1,166.66 | 1,166.66 |
| Celebration Pointe Office Partners | Affiliate | 0.00 | 0.00 | 0.00 | 0.00 | 139,380.52 | 139,380.52 |
| Celebration Pointe Retail Partners | Affiliate | 0.00 | 0.00 | 0.00 | 0.00 | 138.75 | 138.75 |
| City Place 2 at CP | Affiliate | 0.00 | 0.00 | 0.00 | 0.00 | 138.75 | 138.75 |
| CP City Place Holdings, LLC | Affiliate | 0.00 | 0.00 | 0.00 | 9,500.00 | 35,549.13 | 45,049.13 |
| CP City Place Partners | Affiliate | 0.00 | 0.00 | 0.00 | 0.00 | 337,546.72 | 337,546.72 |
| CP Event Center Hospitality | Affiliate | 0.00 | 0.00 | 0.00 | 0.00 | 242.00 | 242.00 |
| CP Realty | Affiliate | 0.00 | 14.99 | 29.98 | 0.00 | 461.38 | 506.35 |
| GNV RE CP Fund | Affiliate | 0.00 | 0.00 | 0.00 | 0.00 | 2,338.75 | 2,338.75 |
| Hotel Indigo | Holding Check for deposit. Receiv | 0.00 | 11,446.95 | 0.00 | 0.00 | 0.00 | 11,446.95 |
| Infotech, Inc. | Water usage | 0.00 | 0.00 | 0.00 | 0.00 | 101.12 | 101.12 |
| P1 - North Garage | Affiliate | 0.00 | 0.00 | 0.00 | 0.00 | 567.84 | 567.84 |
| P2 Parking Garage | Affiliate | 0.00 | 514.15 | 498.38 | 1,541.41 | 15,748.78 | 18,302.72 |
| Prime & Pearl | Affiliate | 0.00 | 0.00 | 0.00 | 0.00 | 7,597.55 | 7,597.55 |
| R3HD Air | Affiliate | 0.00 | 0.00 | 0.00 | 0.00 | 160.00 | 160.00 |
| Regal Celebration Pointe 10 & RP. | Affiliate | 0.00 | 296.32 | 2,073.54 | 12,462.71 | 146,637.86 | 161,470.43 |
| SDPS Real Estate Investments II | Affiliate | 0.00 | 0.00 | 960.00 | 0.00 | 19,780.88 | 20,740.88 |
| SDPS Real Estate Investments V | Affiliate | 0.00 | 399.47 | 5,431.12 | 15,860.10 | 762,817.54 | 784,508.23 |
| SDPS Real Estate Investments VI | Affiliate | 0.00 | 479.75 | 967.63 | 15,115.22 | 555,707.68 | 572,270.28 |
| SDPS Real Estate Investments VII | Affiliate | 0.00 | 60.82 | 103.87 | 1,352.44 | 25,329.97 | 26,847.10 |
| SDPS Real Estate Investments VIII | Affiliate | 0.00 | 42.33 | 85.38 | 1,333.70 | 21,916.98 | 23,378.39 |
| SDPS Real Estate Investments X | Affiliate | 0.00 | 0.00 | 0.00 | 0.00 | 160.00 | 160.00 |
| SHD-Celebration Pointe | Affiliate | 0.00 | 0.00 | 2,561.00 | 0.00 | 1,366.25 | 3,927.25 |
| SHD-Development LLC | Affiliate | 0.00 | 0.00 | 0.00 | 0.00 | 660.00 | 660.00 |
| SHD Management LLC | Affiliate | 0.00 | 0.00 | 0.00 | 0.00 | 5,828.88 | 5,828.88 |
| SHD Vue Investments, LLC | Affiliate | 0.00 | 0.00 | 0.00 | 0.00 | 138.75 | 138.75 |
| Spurrier's Gridiron Grille | Affiliate | 0.00 | 0.00 | 0.00 | 0.00 | 2,108.51 | 2,108.51 |
| The Shops at Celebration Pointe, | Affiliate | 126.99 | 256.14 | 4,001.08 | 256.14 | 91,017.16 | 95,657.51 |
| The Vibe | Affiliate | 0.00 | 0.00 | 0.00 | 0.00 | 11,516.25 | 11,516.25 |
| The Vue at Celebration Pointe, LL | Affiliate | 0.00 | 0.00 | 0.00 | 0.00 | 628,100.53 | 628,100.53 |
| The Vue HOA | Affiliate | 0.00 | 0.00 | 0.00 | 0.00 | 122.50 | 122.50 |
| Viking Companies | Affiliate | 299.90 | 299.90 | 299.90 | 833.79 | 36,506.52 | 38,240.01 |
| Viking Construction Co., Inc. | Affiliate | 0.00 | 59.96 | 59.96 | 59.96 | 8,842.70 | 9,022.58 |
| Viking Partner Fund I | Affiliate | 0.00 | 0.00 | 0.00 | 0.00 | 138.75 | 138.75 |
| Viking Property Managment, LLC | Affiliate | 144.95 | 144.95 | 144.95 | 144.95 | 2,691.74 | 3,271.54 |
| Viking Property Solutions LLC | Affiliate | 14.99 | 14.99 | 14.99 | 14.99 | 653.78 | 713.74 |
| VPS Security LLC | Affiliate | 0.00 | 14.99 | 14.99 | 14.99 | 253.14 | 298.11 |
| Windy Hills Farm, LLC | Affiliate | 0.00 | 0.00 | 0.00 | 0.00 | 160.00 | 160.00 |
| TOTAL | | 586.83 | 27,572.40 | 32,386.23 | 88,276.31 | 3,790,206.66 | 3,939,028.43 |

Page 1 of 1

BUSINESSES IN WHICH CHP, CPH2 OR SHD-CP WAS AN OWNER, PARTNER, MEMBER OR PERSON IN CONTROL
BACK TO MARCH 14,2018

Celebration Point Holdings, LLC, et al.
Main Case No. 24-10056-KKS
Schedule B – Exhibit 15

### CPH

| count | Business Name | Address | Nature of Business | EIN | Dates Existed | Role | Ownership Percentage Capital Per 2022 K1 | OA Ownership Percentage | Governing Document | Notes | Need 426B |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Celebration Pointe Office Partners II, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 47-3809983 | 6/26/2014-present | Member | 100.0000% | 0% Class A, 100% Class B & 11.89% Class C, avg.=55.95% | Operating Agreement | | Yes |
| 2 | Celebration Pointe Office Partners III, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 84-2702276 | 7/25/2019-present | Member | 50.0000% | 0% Class A, 100% Class B | Operating Agreement | | Yes |
| 3 | CP Place Holdings, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 84-3243708 | 9/11/2019-present | Member of Member | NA | NA | Operating Agreement | | No |
| 4 | CP City Place Partners, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 84-2833040 | 6/25/2019-present | Member | 28.1560% no class & 21.8430 Class B | 0% Class A &C, 100% Class B | Operating Agreement | | Yes |
| 5 | CP PH2,   (DE) | c/o National Registered Agents, 1209 Orange Street,  Wilmington, DE 19801 | real estate | 93-1370344 | 4/25/2023-present | Member of Member of Member | NA | NA | Operating Agreement | | No |
| 6 | CP PH2 Holdings, LLC  (DE) | c/o National Registered Agents, 1209 Orange Street,  Wilmington, DE 19801 | real estate | 93-1395470 | 4/25/2023-present | Member of Member of Member | NA | NA | Operating Agreement | | no |
| 7 | CP PH2 Mezz, LLC  (DE) | c/o National Registered Agents, 1209 Orange Street,  Wilmington, DE 19801 | real estate | 92-3098238 | 4/25/2023-present | Member of Member of Member | NA | NA | Operating Agreement | | No |
| 8 | PHG Gainesville CP, LLC | 1600 Lenox Road,Suite 635 Atlanta, GA 30326 | Hotel Indigo in CP | 81-3425318 | 3/29/2017-present | Member | 59.5000% | 61.93% LLC Ownership | Operating Agreement | | Yes |
| 9 | SDPS Real Estate Investments, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 81-0717166 | 12/2/2015-present | Member | 0.0000% | 100% Class A, 0% Class B | Operating Agreement | | Yes |
| 10 | SDPS Real Estate Investments III, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 82-0785213 | 3/9/2017-present | Member | 28.1634% | 62.5% Class A, 0% Class B | Operating Agreement | | Yes |
| 11 | SDPS Real Estate Investments IV, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 82-3426025 | 10/16/2017-present | Member | 38.0000% | 0% Class A, 38.368% Class B | Operating Agreement | | Yes |
| 12 | SDPS Real Estate Investments V, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 82-4999272 | 3/13/2018-present | Member | 72.9782% | 50% Class A, 0% Class B | Operating Agreement | | Yes |
| 13 | SDPS Real Estate Investments VI, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 84-3854530 | 11/12/2019-present | Member | 20.0000% | 100% Class A, 0% Class B | Operating Agreement | | Yes |
| 14 | SDPS Real Estate Investments VII, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 85-4297318 | 12/1/2020-present | Member | 20.0000% | 100% Class A, 0% Class B | Operating Agreement | | Yes |
| 15 | SDPS Real Estate Investments VIII, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 87-1781390 | 4/13/2021-present | Member | 20.0000% | 100% Class A, 0% Class B | Operating Agreement | | Yes |
| 16 | SDPS Real Estate Investments IX, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 88-3831346 | 8/16/2022-present | Member | NA | ? | no OA | This company was created for future use. No activity yet. | No |
| 17 | SDPS Real Estate Investments X, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | not yet | 5/11/2023-present | Member | NA | ? | no OA | This company was created for future use. No activity yet. | No |
| 18 | Spurrier's Gridiron Grille Celebration Pointe, LLC (FL DeptRevenue "Spurrier's Gridiron Grille CP" bic name too long for form; IRS can't have " " in name;name changed from CP REST 730 1/17/20) | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | Steve Spurrier themed restaurant | 85-1680065 | 4/16/2019-present | Member | VARIOUS% | 0% Class A, 16.67% Class B | Operating Agreement | | No |
| 19 | The Shops at Celebration Pointe, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 83-0577617 | 5/16/2018-present | Member | 47.6190% | 0% Class A, 47.619% Class B | Operating Agreement | | Yes |

### CPH2

| | Business Name | Address | Nature of Business | EIN | Dates Existed | Role | Ownership Percentage Capital Per 2022 K1 | OA Ownership Percentage | Governing Document | Notes | Need 426B |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Celebration Pointe Office Partners II, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 47-3809983 | 6/26/2014-present | Member | 0.0000% | 110% Class A, 0% Class B or C | Operating Agreement | | Yes |
| 2 | Celebration Pointe Office Partners III, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 84-2702276 | 7/25/2019-present | Member | 50.0000% | 100% Class A, 0% Class B | Operating Agreement | | Yes |
| 3 | CP Place Holdings, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 84-3243708 | 9/11/2019-present | Member of Member | NA | NA | Operating Agreement | | No |
| 4 | CP City Place Partners, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 84-2833040 | 6/25/2019-present | Member | 0.0000% | 100% Class A, 0% Class B & C | Operating Agreement | | Yes |

BUSINESSES IN WHICH CHP, CPH2 OR SHD-CP WAS AN OWNER, PARTNER, MEMBER OR PERSON IN CONTROL
BACK TO MARCH 14,2018

| # | Business | Address | Type | Tax ID | Dates | Role | % | Class/Other | OA | Notes | |
|---|----------|---------|------|--------|-------|------|---|-------------|-----|-------|---|
| 5 | CP PH2, LLC (DE) | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 93-1370344 | 4/25/2023-present | Member of Member | NA | NA | Operating Agreement | | No |
| 6 | CP PH2 Holdings, LLC (DE) | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 93-1395470 | 4/25/2023-present | Member of Member | NA | NA | Operating Agreement | | No |
| 7 | CP PH2 Mezz, LLC (DE) | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 92-3998236 | 4/25/2023-present | Member of Member | NA | NA | Operating Agreement | | No |
| 8 | SDPS Real Estate Investments III, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 82-0785213 | 3/9/2017-present | Member | 0.0000% | 100% Class A, 0% Class B | Operating Agreement | | Yes |
| 9 | SDPS Real Estate Investments IV, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 82-3426025 | 10/16/2017-present | Member | no K-1 | 100% Class A, 100% Class B | Operating Agreement | | Yes |
| 10 | SDPS Real Estate Investments V, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 82-4999272 | 3/13/2018-present | Member | 0.0000% | 0% Class A, 100% Class B | Operating Agreement | | Yes |
| 11 | SDPS Real Estate Investments VI, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 84-3854530 | 11/12/2019-present | Member | 80.0000% | 0% Class A, 100% Class B | Operating Agreement | | Yes |
| 12 | SDPS Real Estate Investments VII, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 85-4297318 | 12/1/2020-present | Member | 80.0000% | 0% Class A, 100% Class B | Operating Agreement | | Yes |
| 13 | SDPS Real Estate Investments VIII, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 87-1781390 | 4/13/2021-present | Member | 80.0000% | 0% Class A, 100% Class B | Operating Agreement | | Yes |
| 14 | SDPS Real Estate Investments IX, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 88-3831346 | 8/16/2022-present | Member | NA | ? | no OA | This company was created for future use. No activity yet. | |
| 15 | SDPS Real Estate Investments X, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | not yet | 5/11/2023-present | Member | NA | ? | no OA | This company was created for future use. No activity yet. | |
| 16 | The Shops at Celebration Pointe, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 83-0577617 | 5/16/2018-present | Member | 0.0000% | 100% Class A, 0% Class B | Operating Agreement | | |
| 17 | The Vue at Celebration Pointe, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 82-4776206 | 2/1/2018-present | Member | 100.0000% | | Operating Agreement | | |
| 18 | Vue-C, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 93-4423616 | 11/6/2023-present | Member of Member | NA | NA | Operating Agreement | This company was created for future use. No activity yet. | |
| 19 | Vue-F, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 93-4749415 | 11/16/2023-present | Member of Member | NA | NA | Operating Agreement | | |

**SHD-CP**

| # | Business | Address | Type | Tax ID | Dates | Role | % | Other | OA | Notes | |
|---|----------|---------|------|--------|-------|------|---|-------|-----|-------|---|
| 1 | 43rd Street Hotel Partners, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | HoM hotel + suites | 82-2219679 | 7/3/2017-present | Manager | 0.0000% | same | Operating Agreement | | No |
| 2 | 5001 Second Floor Partners, LLC | old office address: 2579 SW 87th Dr., Gainesville, FL 32608 | real estate | N/A | 10/24/2019-9/25/2020 | Manager | 0.0000% | same | Operating Agreement | This company doesn't exist anymore. No activity. Dissolved. | No |
| 3 | Celebration Pointe Development Partners, LLC | old office address: 2579 SW 87th Dr., Gainesville, FL 32608 | real estate | 46-4219949 | 6/28/2013-9/25/2020 | Manager | 0.0000% | same | Operating Agreement | This company doesn't exist anymore. Dissolved. | No |
| 4 | Celebration Pointe Holdings II, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 47-3986865 | 2/13/2014-present | MGRM | 51.1920% | 63.9900% | Operating Agreement | | Debtor |
| 5 | Celebration Pointe Holdings, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 46-4273651 | 6/28/2013-present | MGRM | 44.0000% | 61.5300% | Operating Agreement & amendments | | Debtor |
| 6 | Celebration Pointe Office Partners II, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 47-3809983 | 6/26/2014-present | Manager | 0.0000% | same | Operating Agreement | | No |
| 7 | Celebration Pointe Office Partners III, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 84-2702276 | 7/25/2019-present | Manager | 0.0000% | same | Operating Agreement | | No |
| 8 | Celebration Pointe Office Partners IV, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 87-2952662 | 9/30/2021-present | Manager | 0.0000% | same | no OA | This company was created for future use. No activity yet. | No |
| 9 | Celebration Pointe Retail Partners, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 87-2345502 | 8/9/2021-present | Manager | 0.0000% | same | No OA | | No |
| 10 | City Place II at Celebration Pointe, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | not yet | 3/30/2022-present | Manager | 0.0000% | same | Operating Agreement | | No |
| 11 | CP City Place Partners, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 84-2833040 | 6/25/2019-present | Manager | 0.0000% | same | Operating Agreement | | No |
| 12 | CP Event Center Hospitality, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 92-3099772 | 2/24/2023-present | Manager | 0.0000% | same | No OA | | No |
| 13 | CP Holdings Consolidated, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 86-1276870 | 12/23/2020-present | MGR | 0.0000% | same | Operating Agreement | This loan is gone. Company should be dissolved. | No |
| 14 | CP Holdings Consolidated III, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | not yet | 3/30/2022-present | MGR | 0.0000% | same | Operating Agreement | | No |

BUSINESSES IN WHICH CHP, CPH2 OR SHD-CP WAS AN OWNER, PARTNER, MEMBER OR PERSON IN CONTROL
BACK TO MARCH 14,2018

| # | Company | Address | Type | EIN | Dates | Role | % | | OA Status | Notes | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | CP Holdings Consolidated IV, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | not yet | 6/29/2022-present | Manager | 0.0000% | same | No OA | | No |
| 16 | CP Holdings Consolidated V, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 88-4092769 | 9/1/2022-present | Manager | 0.0000% | same | No OA | | No |
| 17 | CP Holdings Consolidated VI, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 92-2384320 | 9/8/2022-present | Manager | 0.0000% | same | No OA | | No |
| 18 | CP Holdings Consolidated VII, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 93-2116710 | 6/20/2023-present | Manager | 0.0000% | same | No OA | | No |
| 19 | CP Promenade 2 Residential, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | not yet | 6/22/2022-present | Manager | 0.0000% | some | No OA | | No |
| 20 | CP Residential Equity Partners, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | not yet | 6/22/2022-present | Manager | 0.0000% | same | No OA | | No |
| 21 | CP REST Holdings, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 93-4610155 | 2/24/2023-present | Manager | 0.0000% | same | No OA | This company was created for future use. No activity yet. | No |
| 22 | CP REST Keys, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | Keys restaurant Prime&Pearl | 92-2628314 | 2/21/2023-present | Manager | 0.0000% | same | No OA | | No |
| 23 | CP REST T545, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | restaurant future Pica Pica Cantina | 84-2794079 | 4/16/2019-present | Manager | 0.0000% | same | Operating Agreement | | No |
| 24 | CP REST T560, LLC (Pica Cantina) | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | restaurant | 92-3354717 | 12/22/2022-present | Manager | 0.0000% | same | No OA | This company was created for future use. No activity yet. | No |
| 25 | DRV-VUE, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 86-2078730 | 2/3/2021-present | Manager | 0.0000% | same | Operating Agreement | | No |
| 26 | GNV RE CP Fund, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 84-1936627 | 5/2/2019-present | Manager | 0.0000% | same | Operating Agreement | | No |
| 27 | GNV RE FUND 1, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 84-5135580 | 5/13/2019-present | Manager | 0.0000% | same | No OA, only 2 unsigned Amendments | | No |
| 28 | GNV RE Fund 3, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 85-1112814 | 5/13/2020-present | Manager | 0.0000% | same | No OA, only 1st Amendment | | No |
| 29 | HBC Restaurant Brands, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | future Steve Spurrier restaurants | not yet | 1/14/2020-present | 1 of 3 Managers | 0.0000% | same | No OA | | No |
| 30 | SDPS Real Estate Investments, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 81-0717166 | 12/2/2015-present | MGRM | 20.0000% | 0% Class A, 50% Class B | Operating Agreement & amendments | | No |
| 31 | SDPS Real Estate Investments II, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 81-4540979 | 11/21/2016-present | MGRM | 0.0000% | 25% LLC Interests | Operating Agreement & amendments | | Yes |
| 32 | SDPS Real Estate Investments III, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 82-0785213 | 3/9/2017-present | MGR | 0.0000% | same | Operating Agreement | | No |
| 33 | SDPS Real Estate Investments IV, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 82-3426025 | 10/16/2017-present | Manager | 0.0000% | same | Operating Agreement | | No |
| 34 | SDPS Real Estate Investments V, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 82-4999272 | 3/13/2018-present | Manager | 0.0000% | same | Operating Agreement | | No |
| 35 | SDPS Real Estate Investments VI, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 84-3854530 | 11/12/2019-present | Manager | 0.0000% | same | Operating Agreement | | No |
| 36 | SDPS Real Estate Investments VII, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 85-4297318 | 12/1/2020-present | Manager | 0.0000% | same | Operating Agreement | | No |
| 37 | SDPS Real Estate Investments VIII, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 87-1781390 | 4/13/2021-present | Manager | 0.0000% | same | Operating Agreement | | No |
| 38 | SDPS Real Estate Investments IX, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 88-3831346 | 8/16/2022-present | Manager | 0.0000% | same | no OA | This company was created for future use. No activity yet. | No |
| 39 | SDPS Real Estate Investments X, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | not yet | 5/11/2023-present | Manager | 0.0000% | same | no OA | This company was created for future use. No activity yet. | No |
| 40 | SHD Vue Investments, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 82-3817295 | 12/20/2017-present | MGR | 0.0000% | same | Operating Document & amendments | | No |
| 41 | Spurrier's Gridiron Grille Celebration Pointe, LLC (FL DeptRevenue"Spurrier's Gridiron Grille CP" be name too long for form; IRS can't have " " in name;name changed from CP REST 730 1/17/20) | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | Steve Spurrier themed restaurant | 85-1680065 | 4/16/2019-present | 1 of 3 Managers | 0.0000% | same | Operating Agreement | | No |
| 42 | The Place B1B2 at Celebration Pointe, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 88-4113471 | 9/1/2022-present | Manager | 0.0000% | same | No OA | | No |
| 43 | The Shops at Celebration Pointe, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 83-0577617 | 5/16/2018-present | Manager | 0.0000% | same | Operating Agreement | | No |
| 44 | The Vue at Celebration Pointe, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 82-4776206 | 2/1/2018-present | Manager | 0.0000% | same | Operating Agreement | | No |
| 45 | Vue-C, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 93-4423616 | 11/6/2023-present | Manager | 0.0000% | same | Operating Agreement | This company was created for future use. No activity yet. | No |
| 46 | Vue-F, LLC | 5001 Celebration Pointe Avenue, Suite 180 Gainesville, Florida 32608 | real estate | 93-4749415 | 11/16/2023-present | Manager | 0.0000% | same | Operating Agreement | | No |

**Fill in this information to identify the case:**

Debtor name   **Celebration Pointe Holdings, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF FLORIDA

Case number (if known)   **24-10056-KKS**

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$784,211.39** | **$784,211.39** |
|---|---|---|---|---|

**Alachua County Tax Collector**
**12 SE 1st Street**
**Gainesville, FL 32601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Real property taxes.**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Ops**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice purposes only.**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Celebration Pointe Holdings, LLC** | | Case number (if known) | **24-10056-KKS** |
|---|---|---|---|---|
| | Name | | | |

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,100.00**

**Archaeological and Historical Cons**
4800 SW 64th Ave., Ste 107
Fort Lauderdale, FL 33314

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/13/2023**

Basis for the claim:  **Real property site work**

Last 4 digits of account number  **51A1**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$686.08**

**Capital One**
Attn: General Correspondence
P.O. Box 30285
Salt Lake City, UT 84130-0285

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/18/2024**

Basis for the claim:  **Credit Card**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$138,027.52**

**Celebration Pointe Assoc., Inc.**
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/1/2024**

Basis for the claim:  **Loan**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,890,778.00**

**Celebration Pointe Capital, LLC**
42809 Souther Drive
Washington, DC 20210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Loan**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$999.00**

**Cobb Cole**
P.O. Box 2491
Daytona Beach, FL 32115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/20/2023**

Basis for the claim:  **Professional services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$556,739.01**

**Cupkovic Architecture, LLC**
6060 Rockside Woods Blvd N
Suite 100
Independence, OH 44131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/13/2023**

Basis for the claim:  **Professional fees**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$95,223.76**

**EDA Consultants, Inc.**
720 SW 2nd Ave.
South Tower, Ste 300
Gainesville, FL 32601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/29/2024**

Basis for the claim:  **Professional fees**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Celebration Pointe Holdings, LLC** | Case number (if known) | **24-10056-KKS** |
|---|---|---|---|
| | Name | | |

---

**3.8** | Nonpriority creditor's name and mailing address
**England Thims & Miller, Inc.**
**14775 Old St Augustine Rd**
**Jacksonville, FL 32258**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$444.75**

---

**3.9** | Nonpriority creditor's name and mailing address
**Frankel Media Group, LLC**
**5001 Celebration Pointe Ave**
**Suite 520**
**Gainesville, FL 32608**

Date(s) debt was incurred  **3/15/2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Digital services anad marketing.**

Is the claim subject to offset? ■ No ☐ Yes

**$802,349.35**

---

**3.10** | Nonpriority creditor's name and mailing address
**GNV RE CP Fund, LLC**
**5001 Celebration Pointe Ave.**
**Suite 180**
**Gainesville, FL 32608**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ☐ No ☐ Yes

**$1,150,000.00**

---

**3.11** | Nonpriority creditor's name and mailing address
**GSE Engineering & Consulting, Inc.**
**5590 SW 64th Street**
**Ste B**
**Gainesville, FL 32608**

Date(s) debt was incurred  **1/31/2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional fees**

Is the claim subject to offset? ■ No ☐ Yes

**$13,750.00**

---

**3.12** | Nonpriority creditor's name and mailing address
**Holden, Roscow & Caedington Pl**
**5608 NW 43rd Street**
**Gainesville, FL 32653**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional fees**

Is the claim subject to offset? ■ No ☐ Yes

**$6,489.00**

---

**3.13** | Nonpriority creditor's name and mailing address
**IMG College, LLC**
**540N Trade Street**
**Winston-Salem, NC 27101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contract claim**

Is the claim subject to offset? ■ No ☐ Yes

**$89,760.79**

---

**3.14** | Nonpriority creditor's name and mailing address
**James Moore & Co.**
**5931 NW 1st Pl**
**Gainesville, FL 32607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional feees**

Is the claim subject to offset? ■ No ☐ Yes

**$10,100.00**

---

| Debtor | **Celebration Pointe Holdings, LLC** | Case number (if known) | **24-10056-KKS** |
|---|---|---|---|
| | Name | | |

**3.15** | Nonpriority creditor's name and mailing address
**Jon Guven**
c/o Bloom Parham, LLP
977 Ponce de Leon Ave., NE
Atlanta, GA 30306

Date(s) debt was incurred  6/13/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No ☐ Yes

$3,000,000.00

---

**3.16** | Nonpriority creditor's name and mailing address
**Linda McGurn**
101 SE 2nd Place, Ste 117
Gainesville, FL 32601

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No ☐ Yes

$8,400,000.00

---

**3.17** | Nonpriority creditor's name and mailing address
**Mainstreet Community Bank**
204 S. Woodland Blvd
Deland, FL 32720

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ☐ No ☐ Yes

$6,804,680.00

---

**3.18** | Nonpriority creditor's name and mailing address
**Mainstreet Community Bank**
204 S. Woodland Blvd
Deland, FL 32720

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No ☐ Yes

$683,073.00

---

**3.19** | Nonpriority creditor's name and mailing address
**Renaissance Printing**
PO Box 357186
Gainesville, FL 32635-7186

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$166.90

---

**3.20** | Nonpriority creditor's name and mailing address
**Rennia Aviation, LLC**
4050 NE 45th Ave
Gainesville, FL 32609

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$9,683.13

---

**3.21** | Nonpriority creditor's name and mailing address
**SHD Management, LLC**
2579 SW 87th Dr
Gainesville, FL 32608

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Management fees**

Is the claim subject to offset? ■ No ☐ Yes

$446.17

---

| Debtor | **Celebration Pointe Holdings, LLC** | Case number (if known) | **24-10056-KKS** |
|---|---|---|---|
| | Name | | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,169.85 |
|---|---|---|---|

**Site Solutions, LLC**
3715 Northside Pkwy Northcreek 300
Suite 720
Atlanta, GA 30327

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,500.00 |
|---|---|---|---|

**Studio for Housing Design LLC**
3084 Mercer University Dr.
Suite 110
Atlanta, GA 30341

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $237,200.34 |
|---|---|---|---|

**Viking Companies, LLC**
2579 SW 87th Dr
Gainesville, FL 32608

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/14/2024**

Basis for the claim:  **Management fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,099,701.83 |
|---|---|---|---|

**Viking Construction Company**
5001 Celebration Pointe Ave, Ste 180
Gainesville, FL 32608

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/27/2023**

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,473,925.00 |
|---|---|---|---|

**Vystar Credit Union**
P.O. Box 45085
Jacksonville, FL 32232-5085

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Loan**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,794,024.00 |
|---|---|---|---|

**Vystar Credit Union**
P.O. Box 45085
Jacksonville, FL 32232-5085

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Loan**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,645,000.00 |
|---|---|---|---|

**Vystar Credit Union**
P.O. Box 45085
Jacksonville, FL 32232-5085

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Loan**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor  **Celebration Pointe Holdings, LLC**
         Name

Case number (if known)   **24-10056-KKS**

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 784,211.39 |
| 5b. Total claims from Part 2 | 5b.  +  $ | 68,933,017.48 |
| 5c. Total of Parts 1 and 2 <br> Lines 5a + 5b = 5c. | 5c. $ | 69,717,228.87 |

**Fill in this information to identify the case:**

Debtor name    **Celebration Pointe Holdings, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF FLORIDA

Case number (if known)    **24-10056-KKS**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
(Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

2.1.    State what the contract or
lease is for and the nature of
the debtor's interest

**Various Operating
Agreements for related
entities.**

State the term remaining

List the contract number of any
government contract

**See Schedule B - Exhibit 15**

**Fill in this information to identify the case:**

Debtor name    **Celebration Pointe Holdings, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF FLORIDA

Case number (if known)    **24-10056-KKS**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                    *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Celebration Pointe Holdings II, LLC | 5001 Celebration Pointe Ave. Suite 180 Gainesville, FL 32608 | Mainstreet Community Bank | ☐ D _____ <br> ■ E/F __3.17__ <br> ☐ G _____ |
| 2.2 | Celebration Pointe Holdings II, LLC | 5001 Celebration Pointe Ave. Suite 180 Gainesville, FL 32608 | Vystar Credit Union | ☐ D _____ <br> ■ E/F __3.27__ <br> ☐ G _____ |
| 2.3 | Celebration Pointe Holdings II, LLC | 5001 Celebration Pointe Ave. Suite 180 Gainesville, FL 32608 | Vystar Credit Union | ☐ D _____ <br> ■ E/F __3.28__ <br> ☐ G _____ |
| 2.4 | Celebration Pointe Holdings II, LLC | 5001 Celebration Pointe Ave. Suite 180 Gainesville, FL 32608 | Linda McGurn | ☐ D _____ <br> ■ E/F __3.16__ <br> ☐ G _____ |

Debtor    **Celebration Pointe Holdings, LLC**    Case number *(if known)*  **24-10056-KKS**

▐ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1: Codebtor*                                    *Column 2: Creditor*

| 2.5 | Celebration Pointe Office Partners II | 5001 Celebration Pointe Ave. Suite 180 Gainesville, FL 32608 | Vystar Credit Union | ☐ D _____  ■ E/F  **3.26**  ☐ G _____ |
|-----|---------------------------------------|-------------------------------------------------------------|---------------------|-----------------------------------------|
| 2.6 | Celebration Pointe Office Partners III | 5001 Celebration Pointe Ave. Suite 180 Gainesville, FL 32608 | Synartis Capital Management | ■ D  **2.11**  ☐ E/F _____  ☐ G _____ |
| 2.7 | CP City Place Holdings, LLC | 5001 Celebration Pointe Ave. Suite 180 Gainesville, FL 32608 | Jon Guven | ☐ D _____  ■ E/F  **3.15**  ☐ G _____ |
| 2.8 | Freddie Wehbe | 13284 SW 7th Ave. Newberry, FL 32669 | Mainstreet Community Bank | ☐ D _____  ■ E/F  **3.18**  ☐ G _____ |
| 2.9 | Heather Dyrkolbotn | 5001 Celebration Pointe Ave. Suite 180 Gainesville, FL 32608 | Linda McGurn | ☐ D _____  ■ E/F  **3.16**  ☐ G _____ |
| 2.10 | J & R GATOR INVESTMENTS LLC | 1790 Mall of Georgia Blvd. Buford, GA 30519 | Jon Guven | ☐ D _____  ■ E/F  **3.15**  ☐ G _____ |
| 2.11 | Jon W. Pritchett | 8601 SW 31st Ave. Gainesville, FL 32608 | Mainstreet Community Bank | ☐ D _____  ■ E/F  **3.18**  ☐ G _____ |

| Debtor | Celebration Pointe Holdings, LLC | Case number (if known) | 24-10056-KKS |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                    *Column 2:* **Creditor**

| 2.12 | Patricia A. Shively | 608 SW 97th Terrace Gainesville, FL 32607 | Mainstreet Community Bank | ☐ D ____ ■ E/F __3.17__ ☐ G ____ |
|---|---|---|---|---|
| 2.13 | Patricia A. Shively | 608 SW 97th Terrace Gainesville, FL 32607 | Jon Guven | ☐ D ____ ■ E/F __3.15__ ☐ G ____ |
| 2.14 | Patricia A. Shively | 608 SW 97th Terrace Gainesville, FL 32607 | Vystar Credit Union | ☐ D ____ ■ E/F __3.26__ ☐ G ____ |
| 2.15 | Patricia A. Shively | 608 SW 97th Terrace Gainesville, FL 32607 | Vystar Credit Union | ☐ D ____ ■ E/F __3.27__ ☐ G ____ |
| 2.16 | Patricia A. Shively | 608 SW 97th Terrace Gainesville, FL 32607 | Vystar Credit Union | ☐ D ____ ■ E/F __3.28__ ☐ G ____ |
| 2.17 | Patricia A. Shively | 608 SW 97th Terrace Gainesville, FL 32607 | Linda McGurn | ☐ D ____ ■ E/F __3.16__ ☐ G ____ |
| 2.18 | Patricia A. Shively | 608 SW 97th Terrace Gainesville, FL 32607 | Mainstreet Community Bank | ☐ D ____ ■ E/F __3.18__ ☐ G ____ |
| 2.19 | Patricia A. Shively, TRUST | 608 SW 97th Terrace Gainesville, FL 32607 | Mainstreet Community Bank | ☐ D ____ ■ E/F __3.17__ ☐ G ____ |

Debtor **Celebration Pointe Holdings, LLC**          Case number *(if known)* **24-10056-KKS**

**Additional Page to List More Codebtors**
Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.
*Column 1: Codebtor*                              *Column 2: Creditor*

| | Codebtor | Address | Creditor | D / E-F / G |
|---|---|---|---|---|
| 2.20 | Phillip W. Pritchett | 1050 SE 6th Street<br>Lake Butler, FL 32054 | Mainstreet Community Bank | ☐ D _____<br>■ E/F  **3.18**<br>☐ G _____ |
| 2.21 | Richard S. Blaser | 646 SW 133rd Way<br>Newberry, FL 32669 | Mainstreet Community Bank | ☐ D _____<br>■ E/F  **3.18**<br>☐ G _____ |
| 2.22 | Ryan Frankel | 779 SW 136th Street<br>Newberry, FL 32669 | Mainstreet Community Bank | ☐ D _____<br>■ E/F  **3.18**<br>☐ G _____ |
| 2.23 | SDPS Real Estate Invesetment V LLC | 5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608 | Vystar Credit Union | ☐ D _____<br>■ E/F  **3.28**<br>☐ G _____ |
| 2.24 | SDPS Real Estate Invesetment, LLC | 5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608 | Mainstreet Community Bank | ☐ D _____<br>■ E/F  **3.17**<br>☐ G _____ |
| 2.25 | SDPS Real EState Investment III | 5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608 | Vystar Credit Union | ☐ D _____<br>■ E/F  **3.27**<br>☐ G _____ |
| 2.26 | SHD-Celebration Pointe Holdings, LLC | 5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608 | Jon Guven | ☐ D _____<br>■ E/F  **3.15**<br>☐ G _____ |

Official Form 206H          Schedule H: Your Codebtors          Page 4 of 6

Debtor   **Celebration Pointe Holdings, LLC**                    Case number *(if known)*   **24-10056-KKS**

▓▓▓ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* Codebtor                                          *Column 2:* Creditor

| | | | |
|---|---|---|---|
| 2.27 | **Spurriers Gridiron Grille CP, LLC** | 5001 Celebration Pointe Ave. Suite 180 Gainesville, FL 32608 | **Mainstreet Community Bank** |

☐ D  _____
■ E/F  **3.18**
☐ G  _____

| | | | |
|---|---|---|---|
| 2.28 | **Svein H. Dyrkolbotn** | 5001 Celebration Pointe Ave. Suite 180 Gainesville, FL 32608 | **Mainstreet Community Bank** |

☐ D  _____
■ E/F  **3.17**
☐ G  _____

| | | | |
|---|---|---|---|
| 2.29 | **Svein H. Dyrkolbotn** | 5001 Celebration Pointe Ave. Suite 180 Gainesville, FL 32608 | **Jon Guven** |

☐ D  _____
■ E/F  **3.15**
☐ G  _____

| | | | |
|---|---|---|---|
| 2.30 | **Svein H. Dyrkolbotn** | 5001 Celebration Pointe Ave. Suite 180 Gainesville, FL 32608 | **Vystar Credit Union** |

☐ D  _____
■ E/F  **3.26**
☐ G  _____

| | | | |
|---|---|---|---|
| 2.31 | **Svein H. Dyrkolbotn** | 5001 Celebration Pointe Ave. Suite 180 Gainesville, FL 32608 | **Vystar Credit Union** |

☐ D  _____
■ E/F  **3.27**
☐ G  _____

| | | | |
|---|---|---|---|
| 2.32 | **Svein H. Dyrkolbotn** | 5001 Celebration Pointe Ave. Suite 180 Gainesville, FL 32608 | **Vystar Credit Union** |

☐ D  _____
■ E/F  **3.28**
☐ G  _____

| | | | |
|---|---|---|---|
| 2.33 | **Svein H. Dyrkolbotn** | 5001 Celebration Pointe Ave. Suite 180 Gainesville, FL 32608 | **Linda McGurn** |

☐ D  _____
■ E/F  **3.16**
☐ G  _____

Debtor    __Celebration Pointe Holdings, LLC__    Case number *(if known)*    __24-10056-KKS__

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                  *Column 2:* **Creditor**

2.34    **Svein H.**         **5001 Celebration Pointe Ave.**    **Mainstreet**          ☐ D _____
        **Dyrkolbotn**       **Suite 180**                        **Community Bank**     ■ E/F   __3.18__
                             **Gainesville, FL 32608**                                   ☐ G _____

Official Form 206H                        Schedule H: Your Codebtors                        Page 6 of 6

**Fill in this information to identify the case:**

Debtor name   **Celebration Pointe Holdings, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF FLORIDA

Case number (if known)   **24-10056-KKS**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy            04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other | **$185,779.34** |
| **For prior year:** From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other | **$1,227,169.59** |
| **For year before that:** From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other | **$2,672,602.50** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

Debtor    **Celebration Pointe Holdings, LLC**                                    Case number *(if known)* **24-10056-KKS**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Mainstreet Comm. Bank of FL** 204 S. Woodland Blvd. Deland, FL 32720 | **12/2023, 1/2024, and 2/2024** | $750,000.00 | ☐ Secured debt ■ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Pass-through to Celebration Pointe Holdings II, LLC for monthly Interest payments iao $250k** |
| 3.2. **See attached SoFA Exhibit 3** | | $2,938,144.15 | ■ Secured debt ■ Unsecured loan repayments ■ Suppliers or vendors ■ Services ■ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See attached SoFA Exhibit 4** **Affiliates** | **3/17/2023 to 3/25/2024** | $3,813,131.98 | **Various payments** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor  **Celebration Pointe Holdings, LLC**                    Case number (*if known*) **24-10056-KKS**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | City Electric Supply Company vs. Celebration Pointe Holdings, LLC<br>01-2023-CA-000645 | Breach of Contract | Alachua County Circuit Court<br>201 E. University Ave.<br>Gainesville, FL 32601 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. See attached SoFA Exhibit 9 | Various charitable contributions | 03/15/2022 through 03/15/2024 | $80,588.50 |
| Recipients relationship to debtor<br>N/A | | | |

---

**Part 5:    Certain Losses**

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

---

Debtor   **Celebration Pointe Holdings, LLC**                           Case number *(if known)* **24-10056-KKS**

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Shuker & Dorris, P.A.** **121 S. Orange Avenue** **Suite 1120** **Orlando, FL 32801** | **Retainer for Post-Petition Attorney Fees and Costs** | **3/14/2024** | **$220,548.67** |

Email or website address
**rshuker@shukerdorris.com**

Who made the payment, if not debtor?
**Celebration Pointe Holdings, LLC**

| | | | |
|---|---|---|---|
| 11.2. **Shuker & Dorris, P.A.** **121 S. Orange Avenue** **Suite 1120** **Orlando, FL 32801** | **Prepetition Attorney Fees and Costs.** | **3/14/2024** | **$39,541.33** |

Email or website address
**rshuker@shukerdorris.com**

Who made the payment, if not debtor?
**Celebration Pointe Holdings, LLC**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. **See SoFA Exhibit 13** | **Various loans** | **3/15/2023 to 3/15/2024** | **$17,432,689.55** |

Relationship to debtor
**Various affiliates**

**Part 7:**   **Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

Debtor   **Celebration Pointe Holdings, LLC**                                        Case number *(if known)*  **24-10056-KKS**

| | **Address** | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **2579 SW 87th Drive** **Gainesville, FL 32608** | **From 2014 to March 2022.** |

## Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Barwick Banking Company** **2020 E. Main Street** **Barwick, GA 31720** | **XXXX-5617** | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ■ Other **CD converted to Money Market Account** | **November 2023** | **$1,329,445.20** |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor    **Celebration Pointe Holdings, LLC**                Case number *(if known)*  **24-10056-KKS**

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

Debtor   **Celebration Pointe Holdings, LLC**                                 Case number *(if known)*  **24-10056-KKS**

**25. Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
   Include this information even if already listed in the Schedules.

   ☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1.  **See attached SoFA Exhibit 25** | | Dates business existed<br>EIN:<br><br>From-To |

**26. Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
      ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Madeline Da Silva**<br>**5001 Celebration Pointe Ave.**<br>**Suite 180**<br>**Gainesville, FL 32608** | **From 2014 to present.** |
| 26a.2.  **Kelly Waffner**<br>**5001 Celebration Pointe Ave.**<br>**Suite 180**<br>**Gainesville, FL 32608** | **From July 2023 to present.** |
| 26a.3.  **Jessica Joseph**<br>**1742 Blair Rd.**<br>**Jacksonville, FL 32221** | **From August 2019 to June 2023.** |
| 26a.4.  **John VanDuzer, CPA**<br>**5931 NW 1st. Place**<br>**Gainesville, FL 32607** | **From 2014 to present.**<br>**Only tax return(s).** |
| 26a.5.  **Vittora Heggie, CPA**<br>**5931 NW 1st. Place**<br>**Gainesville, FL 32607** | **From 2021 to present.**<br>**Only tax return(s).** |
| 26a.6.  **Rebeca Denahan, CPA**<br>**5931 NW 1st. Place**<br>**Gainesville, FL 32607** | **From 2022 to present.** |
| 26a.7.  **Chantelle Davis, CPA**<br>**5931 NW 1st. Place**<br>**Gainesville, FL 32607** | **From 2022 to present.** |
| 26a.8.  **Sharon Haas**<br>**5931 NW 1st. Place**<br>**Gainesville, FL 32607** | **From 2014 to 2022.** |
| 26a.9.  **Amy Stephens**<br>**5931 NW 1st. Place**<br>**Gainesville, FL 32607** | **From 2014 to 2022.** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
      within 2 years before filing this case.

      ■ None

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Debtor    **Celebration Pointe Holdings, LLC**                    Case number (*if known*)  **24-10056-KKS**

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **James Moore & Co.**<br>**5931 NW 1st Place**<br>**Gainesville, FL 32607** | **Receive reports but do not keep books.** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**
26d.1.   **All creditors on Schedule D**

---

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Patricia A. Shively | 608 SW 97th Terrace<br>Gainesville, FL 32607 | Member | 34.62% |
| Royal Oaks of Gainesville, LLC | 2210 NW 2nd Ave.<br>Gainesville, FL 32603 | Member | 3.85% |
| SHD-Celebration Pointe, LLC | 5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608 | Member | 61.53% |

---

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Debtor    **Celebration Pointe Holdings, LLC**                                                    Case number (*if known*)  **24-10056-KKS**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | | | | Anytime The Vue at Celebration Pointe, LLC needs cash infusion Celebration Pointe Holdings, LLC transfers to Celebration Pointe Holdings II, LLC then to The Vue at Celebration Pointe, LLC |
| | **Celebration Pointe Holdings II, LLC**<br>**5001 Celebration Pointe Ave. Suite 180**<br>**Gainesville, FL 32608** | Various | Various | |
| | **Relationship to debtor**<br>**Affiliate** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

Name of the parent corporation                                   Employer Identification number of the parent corporation

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

Name of the pension fund                                         Employer Identification number of the pension fund

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 24, 2024**

_____              **Svein H. Dyrkolbotn**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Manager of SHD-Celebration Pointe, LLC, Manager of Debtor**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Celebration Pointe Holdings, LLC
1099 Detail
December 15, 2023 through March 15, 2024

## SoFA Exhibit 3

| | Type | Date | Num | Memo | Account | Clr | Split | Original Amount | Paid Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **Alachua County Clerk of Courts** | | | | | | | | | | |
| (no tax ID on file) | | | | | | | | | | |
| | Bill | 02/22/2024 | Recording/Index Fees | Synartis Mortgage Recording and Index Fees | CP Holdings Consolidated VII | | Accounts Payable | 549.00 | 549.00 | 549.00 |
| | Bill | 02/22/2024 | Mortgage Recording | Synartis Mortgage Recording and Index Fees | CP Holdings Consolidated VII | | Accounts Payable | 165,000.00 | 165,000.00 | 165,549.00 |
| Total Alachua County Clerk of Courts | | | | | | | | | | 165,549.00 |
| **ArcisCap-Celebration Pointe Invest** | | | | | | | | | | 165,549.00 |
| (no tax ID on file) | | | | | | | | | | |
| | Bill | 01/17/2024 | Vibe Conversion Int | Balance of Interest on Vibe Conversion | Interest Expense | | Accounts Payable | 3,493.15 | 3,493.15 | 3,493.15 |
| | Bill | 02/05/2024 | January Principal | January Principal | Loan Arcis Capital | | Accounts Payable | 250,000.00 | 250,000.00 | 253,493.15 |
| | Bill | 03/04/2024 | Feb 24 Principal | Feb 24 Principal | Loan Arcis Capital | | Accounts Payable | 250,000.00 | 250,000.00 | 503,493.15 |
| Total ArcisCap-Celebration Pointe Invest | | | | | | | | | | 503,493.15 |
| **Barwick Banking Company** | | | | | | | | | | 503,493.15 |
| 59-0575628 | | | | | | | | | | |
| | Bill | 01/11/2024 | Acct CL-0400005617 | Barwick CD | Interest Expense | | Accounts Payable | 8,783.33 | 8,783.33 | 8,783.33 |
| | Bill | 02/22/2024 | Acct CL-0400005617 | Barwick CD | Interest Expense | | Accounts Payable | 8,783.33 | 8,783.33 | 17,566.66 |
| | Bill | 03/11/2024 | Acct CL-0400005617 | Barwick CD | Interest Expense | | Accounts Payable | 8,216.67 | 8,216.67 | 25,783.33 |
| Total Barwick Banking Company | | | | | | | | | | 25,783.33 |
| **Johnson Controls Security Solutions** | | | | | | | | | | |
| (no tax ID on file) | | | | | | | | | | |
| | Bill | 01/01/2024 | Dec 2023 | Johnson Controls Security December 2023 | Investment P1 Parking Garage | | Accounts Payable | 2,931.65 | 2,931.65 | 2,931.65 |
| | Bill | 02/01/2024 | Jan 2024 | Johnson Controls Security January 2024 | Investment P1 Parking Garage | | Accounts Payable | 2,931.65 | 2,931.65 | 5,863.30 |
| | Bill | 03/01/2024 | Feb 2024 | Johnson Controls Security February 2024 | Investment P1 Parking Garage | | Accounts Payable | 2,931.65 | 2,931.65 | 8,794.95 |
| Total Johnson Controls Security Solutions | | | | | | | | | | 8,794.95 |
| **Mainstreet Community Bank** | | | | | | | | | | |
| (no tax ID on file) | | | | | | | | | | |
| | Bill | 12/28/2023 | Jan interest | Loan 5527 - JAN 2024 Interest | Interest Expense | | Accounts Payable | 45,561.47 | 45,561.47 | 45,561.47 |
| | Bill | 02/21/2024 | Dec 2023 Loan 5527 | Loan 5527-Dec  2023 Interest | Interest Expense | | Accounts Payable | 45,561.48 | 45,561.48 | 91,122.95 |
| | Bill | 02/21/2024 | | Jan Curtailment | Loan Unsecued Bass Pro-MSB | | Accounts Payable | 250,000.00 | 250,000.00 | 341,122.95 |
| Total Mainstreet Community Bank | | | | | | | | | | 341,122.95 |
| **Synartis Capital Management, LLC** | | | | | | | | | | |
| 84-1928191 | | | | | | | | | | |
| | Bill | 12/21/2023 | Acct 23-701219 Fees4 | Acct 23-701219 CP Master Facility-Appraisal, Legal | CP Holdings Consolidated VII | | Accounts Payable | 74,655.00 | 74,655.00 | 74,655.00 |
| | Bill | 12/22/2023 | Acct 23-701219 Fees1 | Acct 23-701219 CP Master Facility Lender Fees | CP Holdings Consolidated VII | | Accounts Payable | 87,500.00 | 87,500.00 | 162,155.00 |
| | Bill | 12/22/2023 | Acct 23-701219 Fees2 | Acct 23-701219 CP Master Facility Interest-10 Days | CP Holdings Consolidated VII | | Accounts Payable | 8,750.00 | 8,750.00 | 170,905.00 |
| | Bill | 12/22/2023 | Acct 23-701219 Fees3 | Acct 23-701219 CP Master Facility Capital Sourcing | CP Holdings Consolidated VII | | Accounts Payable | 87,500.00 | 87,500.00 | 258,405.00 |
| | Bill | 01/04/2024 | Acct 22-201711 Jan24 | Synartis Capital Account 22-201711 Interest Jan 24 | CP Holdings Consolidated V | | Accounts Payable | 82,150.00 | 82,150.00 | 340,555.00 |
| | Bill | 01/04/2024 | Acct 23-701215 Jan24 | Synartis Capital Account 23-701215 Interest Jan 24 | CP Holdings Consolidated VI | | Accounts Payable | 76,492.50 | 76,492.50 | 417,047.50 |
| | Bill | 01/04/2024 | Acct 22-801230 Jan24 | Acct 22-801230 Interest Jan 24 | Synartis/Ravi Interest | | Accounts Payable | 47,469.68 | 47,469.68 | 464,517.18 |
| | Bill | 01/04/2024 | Acct 22-201709 Jan24 | Synartis Capital Acct 22-201709 Interest Jan24 | CP Holdings Consolidated III | | Accounts Payable | 36,890.00 | 36,890.00 | 501,407.18 |
| | Bill | 01/04/2024 | Acct 22-201710 Jan24 | Synartis Capital Acct 22-201710 Interest Jan24 | CP Holdings Consolidated IV | | Accounts Payable | 35,865.28 | 35,865.28 | 537,272.46 |
| | Bill | 01/04/2024 | Jan 2024 Interest | 30 Days Interest- January 2024 | CP Holdings Consolidated VII | | Accounts Payable | 186,000.00 | 186,000.00 | 723,272.46 |
| | Bill | 02/06/2024 | Feb 2024 Interest | 30 Days Interest- Feb 2024 | CP Holdings Consolidated VII | | Accounts Payable | 174,000.00 | 174,000.00 | 897,272.46 |
| | Bill | 02/06/2024 | Acct 22-201710 Feb24 | Synartis Capital Acct 22-201710 Interest Feb24 | CP Holdings Consolidated IV | | Accounts Payable | 33,551.39 | 33,551.39 | 930,823.85 |
| | Bill | 02/06/2024 | Acct 22-201709 Feb24 | Synartis Capital Acct 22-201709 Interest Feb24 | CP Holdings Consolidated III | | Accounts Payable | 34,510.00 | 34,510.00 | 965,333.85 |
| | Bill | 02/06/2024 | Acct 22-801230 Feb24 | Acct 22-801230 Interest Feb 24 | Synartis/Ravi Interest | | Accounts Payable | 44,407.24 | 44,407.24 | 1,009,741.09 |
| | Bill | 02/06/2024 | Acct 23-701215 Feb24 | Synartis Capital Account 23-701215 Interest Feb24 | CP Holdings Consolidated VI | | Accounts Payable | 71,557.50 | 71,557.50 | 1,081,298.59 |
| | Bill | 02/06/2024 | Acct 22-201711 Feb24 | Synartis Capital Account 22-201711 Interest Feb24 | CP Holdings Consolidated V | | Accounts Payable | 76,850.00 | 76,850.00 | 1,158,148.59 |
| | Bill | 02/16/2024 | Extension Fees | Extension Fees | CP Holdings Consolidated IV | | Accounts Payable | 200,000.00 | 200,000.00 | 1,358,148.59 |
| | Bill | 02/16/2024 | Extension Fees | 3 months prepaid interest | CP Holdings Consolidated VII | | Accounts Payable | 106,250.00 | 106,250.00 | 1,464,398.59 |
| | Bill | 03/05/2024 | Mar 2024 Interest | Mar 2024 Interest | CP Holdings Consolidated VII | | Accounts Payable | 186,000.00 | 186,000.00 | 1,650,398.59 |
| | Bill | 03/05/2024 | Acct 22-201711 Mar24 | Synartis Capital Account 22-201711 Interest Mar 24 | CP Holdings Consolidated V | | Accounts Payable | 82,150.00 | 82,150.00 | 1,732,548.59 |
| | Bill | 03/05/2024 | Acct 23-701215 Mar24 | Synartis Capital Account 23-701215 Interest Mar 24 | CP Holdings Consolidated VI | | Accounts Payable | 76,492.50 | 76,492.50 | 1,809,041.09 |
| | Bill | 03/05/2024 | Acct 22-801230 Mar24 | Acct 22-801230 Interest Mar 24 | Synartis/Ravi Interest | | Accounts Payable | 47,469.68 | 47,469.68 | 1,856,510.77 |
| | Bill | 03/05/2024 | Acct 22-201709 Mar24 | Synartis Capital Acct 22-201709 Interest Mar24 | CP Holdings Consolidated III | | Accounts Payable | 36,890.00 | 36,890.00 | 1,893,400.77 |
| Total Synartis Capital Management, LLC | | | | | | | | | | 1,893,400.77 |
| | | | | | | | | | | 2,938,144.15 |

3:40 PM
04/13/24

**Celebration Pointe Holdings, LLC**
**1099 Detail**
March 15, 2023 through March 15, 2024

SoFA Exhibit 4

Celebration Pointe Association, Inc.,
(no tax ID on file)

| Type | Date | Num | Memo | Account | Clr | Split | Original Amount | Paid Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Bill | 04/19/2023 | Invoice 002328 | Invoice 002328 - Association Dues February 2023 | 164000 - Association Dues | | Accounts Payable | 4,199.97 | 4,199.97 | 4,199.97 |
| Bill | 04/19/2023 | Invoice 002329 | Invoice 002329 - Association Dues February 2023 | Association Abatements | | Accounts Payable | 3,143.18 | 3,143.18 | 7,343.15 |
| Bill | 04/19/2023 | Invoice 002332 | Invoice 002332 - Association Dues February 2023 | 164000 - Association Dues | | Accounts Payable | 323.07 | 323.07 | 7,666.22 |
| Bill | 04/19/2023 | Invoice 002335 | Invoice 002335 - P1 Liner Units Association Dues I | Association Abatements | | Accounts Payable | 1,679.99 | 1,679.99 | 9,346.21 |
| Bill | 04/19/2023 | Invoice 002336 | Invoice 002336 - P2 Liner Units Association Dues F | Association Abatements | | Accounts Payable | 1,550.75 | 1,550.75 | 10,896.96 |
| Bill | 04/19/2023 | Invoice 002371 | Invoice 002371 - Association Dues March 2023 | 164000 - Association Dues | | Accounts Payable | 9,046.09 | 9,046.09 | 19,943.05 |
| Bill | 04/19/2023 | Invoice 002372 | Invoice 002372 - Association Dues March 2023 | Association Abatements | | Accounts Payable | 4,199.97 | 4,199.97 | 24,143.02 |
| Bill | 04/19/2023 | Invoice 002373 | Invoice 002373 - Association Dues March 2023 | Association Abatements | | Accounts Payable | 3,143.18 | 3,143.18 | 27,286.20 |
| Bill | 04/19/2023 | Invoice 002376 | Invoice 002376 - Association Dues March 2023 | 164000 - Association Dues | | Accounts Payable | 323.07 | 323.07 | 27,609.27 |
| Bill | 04/19/2023 | Invoice 002379 | Invoice 002379 - P1 Liner Units Association Dues N | Association Abatements | | Accounts Payable | 1,679.99 | 1,679.99 | 29,289.26 |
| Bill | 04/19/2023 | Invoice 002380 | Invoice 002380 - P2 Liner Units Association Dues N | Association Abatements | | Accounts Payable | 1,550.75 | 1,550.75 | 30,840.01 |
| Bill | 04/19/2023 | Invoice 002441 | Invoice 002441 - Association Dues April 2023 | Association Abatements | | Accounts Payable | 9,046.09 | 9,046.09 | 39,886.10 |
| Bill | 04/19/2023 | Invoice 002442 | Invoice 002442 - Association Dues April 2023 | 164000 - Association Dues | | Accounts Payable | 4,199.97 | 4,199.97 | 44,086.07 |
| Bill | 04/19/2023 | Invoice 002443 | Invoice 002443 - Association Dues April 2023 | Association Abatements | | Accounts Payable | 3,143.18 | 3,143.18 | 47,229.25 |
| Bill | 04/19/2023 | Invoice 002446 | Invoice 002446 - Association Dues April 2023 | 164000 - Association Dues | | Accounts Payable | 323.07 | 323.07 | 47,552.32 |
| Bill | 04/19/2023 | Invoice 002449 | Invoice 002449 - P1 Liner Units Association Dues A | Association Abatements | | Accounts Payable | 1,679.99 | 1,679.99 | 49,232.31 |
| Bill | 04/19/2023 | Invoice 002450 | Invoice 002450 - P2 Liner Units Association Dues A | Association Abatements | | Accounts Payable | 1,550.75 | 1,550.75 | 50,783.06 |
| Bill | 07/18/2023 | Invoice 002482 | Invoice 002482 - Association Dues May 2023 | Association Abatements | | Accounts Payable | 3,143.18 | 3,143.18 | 53,926.24 |
| Bill | 07/20/2023 | Invoice 002480 | Invoice 002480 - Association Dues May 2023 | Association Abatements | | Accounts Payable | 9,046.09 | 9,046.09 | 62,972.33 |
| Bill | 07/20/2023 | Invoice 002481 | Invoice 002481 - Association Dues May 2023 | 164000 - Association Dues | | Accounts Payable | 4,199.97 | 4,199.97 | 67,172.30 |
| Bill | 07/20/2023 | Invoice 002488 | Invoice 002488 - P1 Liner Units Association Dues M | Association Abatements | | Accounts Payable | 1,679.99 | 1,679.99 | 68,852.29 |
| Bill | 07/20/2023 | Invoice 002489 | Invoice 002489 - P2 Liner Units Association Dues M | Association Abatements | | Accounts Payable | 1,550.75 | 1,550.75 | 70,403.04 |
| Bill | 07/20/2023 | Invoice 002518 | Invoice 002518 - Association Dues June 2023 | Association Abatements | | Accounts Payable | 9,046.09 | 9,046.09 | 79,449.13 |
| Bill | 07/20/2023 | Invoice 002519 | Invoice 002519 - Association Dues June 2023 | 164000 - Association Dues | | Accounts Payable | 4,199.97 | 4,199.97 | 83,649.10 |
| Bill | 07/20/2023 | Invoice 002520 | Invoice 002520 - Association Dues June 2023 | Association Abatements | | Accounts Payable | 3,143.18 | 3,143.18 | 86,792.28 |
| Bill | 07/20/2023 | Invoice 002526 | Invoice 002526 - P1 Liner Units Association Dues J | Association Abatements | | Accounts Payable | 1,679.99 | 1,679.99 | 88,472.27 |
| Bill | 07/20/2023 | Invoice 002527 | Invoice 002527 - P2 Liner Units Association Dues J | Association Abatements | | Accounts Payable | 1,550.75 | 1,550.75 | 90,023.02 |
| Bill | 07/20/2023 | Invoice 2588 | Invoice 2588 - Association Dues July 2023 | Association Abatements | | Accounts Payable | 9,046.09 | 9,046.09 | 99,069.11 |
| Bill | 12/01/2023 | Invoice 002485 | Invoice 002485 - Association Dues May 2023 | Association Abatements | | Accounts Payable | 323.07 | 323.07 | 99,392.18 |
| Bill | 12/31/2023 | 2689 | Invoice 2689 - P2 Liner Units Association Dues Sep | Association Abatements | | Accounts Payable | 1,550.75 | 1,550.75 | 100,942.93 |
| Bill | 12/31/2023 | 2682 | Invoice 2682 - Association Dues September 2023 | Association Abatements | | Accounts Payable | 3,143.18 | 572.33 | 101,515.26 |
| Bill | 12/31/2023 | 2682 | Invoice 2682 - Association Dues September 2023 | Association Abatements | | Accounts Payable | 3,143.18 | 38.86 | 101,554.12 |
| Bill | 12/31/2023 | 2682 | Invoice 2682 - Association Dues September 2023 | Association Abatements | | Accounts Payable | 3,143.18 | 56.77 | 101,610.89 |
| Bill | 12/31/2023 | 2682 | Invoice 2682 - Association Dues September 2023 | Association Abatements | | Accounts Payable | 3,143.18 | 272.48 | 101,883.37 |
| Bill | 12/31/2023 | 2682 | Invoice 2682 - Association Dues September 2023 | Association Abatements | | Accounts Payable | 3,143.18 | 1,907.53 | 103,790.90 |
| Bill | 12/31/2023 | 2681 | Invoice 2681 - Association Dues September 2023 | 164000 - Association Dues | | Accounts Payable | 4,199.97 | 165.70 | 103,956.80 |
| Credit | 12/31/2023 | 3103 | Credit 3103-Reconciling Adjustment 2023 | Association Abatements | | Accounts Payable | -1,589.61 | -1,550.75 | 102,405.85 |
| Credit | 12/31/2023 | 3103 | Credit 3103-Reconciling Adjustment 2023 | Association Abatements | | Accounts Payable | -1,589.61 | -38.86 | 102,366.99 |
| Credit | 12/31/2023 | 3108 | Credit 3108-Reconciling Adjustment 2023 | Association Abatements | | Accounts Payable | -56.77 | -56.77 | 102,310.22 |
| Credit | 12/31/2023 | 3112 | Credit 3112 - P2 Liner Units Association Dues Reco | Association Abatements | | Accounts Payable | -272.48 | -272.48 | 102,037.74 |
| Credit | 12/31/2023 | 3105 | Credit 3105-Sr Housing Assoc Dues Reconciling Ad | Association Abatements | | Accounts Payable | -1,907.53 | -1,907.53 | 100,130.21 |
| Credit | 12/31/2023 | 3104 | Credit 3104- Association Dues 2023 Reconciling Ad | 164000 - Association Dues | | Accounts Payable | -738.03 | -572.33 | 99,557.88 |
| Credit | 12/31/2023 | 3104 | Credit 3104- Association Dues 2023 Reconciling Ad | 164000 - Association Dues | | Accounts Payable | -738.03 | -165.70 | 99,392.18 |
| Bill | 01/10/2024 | Invoice 002523 | Invoice 002523 - Association Dues June 2023 | Association Abatements | | Accounts Payable | 323.07 | 323.07 | 99,715.25 |
| Bill | 01/10/2024 | Invoice 2650 | Invoice 2650 - P2 Liner Units Association Dues Aug | Association Abatements | | Accounts Payable | 1,550.75 | 1,550.75 | 101,266.01 |
| Bill | 01/10/2024 | Invoice 2646 | Invoice 2646 - Association Dues August 2023 | 164000 - Association Dues | | Accounts Payable | 323.07 | 323.07 | 101,589.08 |
| Bill | 01/10/2024 | Invoice 2589 | Invoice 2589 - Association Dues July 2023 | Association Abatements | | Accounts Payable | 4,199.97 | 4,199.97 | 105,789.05 |
| Bill | 01/10/2024 | Invoice 2590 | Invoice 2590 - Association Dues July 2023 | Association Abatements | | Accounts Payable | 3,143.18 | 3,143.18 | 108,932.23 |
| Bill | 01/10/2024 | Invoice 2593 | Invoice 2593 - Association Dues July 2023 | 164000 - Association Dues | | Accounts Payable | 323.07 | 323.07 | 109,255.30 |
| Bill | 01/10/2024 | Invoice 2597 | Invoice 2597 - P2 Liner Units Association Dues July | Association Abatements | | Accounts Payable | 1,550.75 | 1,550.75 | 110,806.05 |
| Bill | 01/10/2024 | Invoice 2596 | Invoice 2596 - P1 Liner Units Association Dues Jul | Association Abatements | | Accounts Payable | 1,679.99 | 1,679.99 | 112,486.04 |
| Bill | 02/05/2024 | Invoice 2641 | Invoice 2641- Association Dues Aug 2023 | Association Abatements | | Accounts Payable | 9,046.09 | 9,046.09 | 121,532.13 |
| Bill | 02/05/2024 | Invoice 2642 | Invoice 2642 - Association Dues Aug 2023 | 164000 - Association Dues | | Accounts Payable | 4,199.97 | 4,199.97 | 125,732.10 |
| Bill | 02/05/2024 | Invoice 2649 | Invoice 2649 - P1 Liner Units Association Dues Aug | Association Abatements | | Accounts Payable | 1,679.99 | 1,679.99 | 127,412.09 |
| Bill | 02/05/2024 | Invoice 2643 | Invoice 2643 - Association Dues August 2023 | Association Abatements | | Accounts Payable | 3,143.18 | 3,143.18 | 130,555.27 |
| Bill | 02/05/2024 | 2688 | Invoice 2688 - P1 Liner Units Association Dues Sep | Association Abatements | | Accounts Payable | 1,679.99 | 1,679.99 | 132,235.26 |
| Bill | 02/05/2024 | 2685 | Invoice 2685 - Association Dues September 2023 | 164000 - Association Dues | | Accounts Payable | 323.07 | 323.07 | 132,558.33 |
| Bill | 02/21/2024 | 2689 | Invoice 2689 - P2 Liner Units Association Dues Sep | Association Abatements | | Accounts Payable | 1,550.75 | 0.00 | 132,558.33 |
| Bill | 02/21/2024 | 2682 | Invoice 2682 - Association Dues September 2023 | Association Abatements | | Accounts Payable | 3,143.18 | 295.21 | 132,853.54 |
| Bill | 02/21/2024 | 2681 | Invoice 2681 - Association Dues September 2023 | 164000 - Association Dues | | Accounts Payable | 4,199.97 | 4,034.27 | 136,887.81 |
| Bill | 02/21/2024 | 2680 | Invoice 2680- Association Dues September 2023 | Association Abatements | | Accounts Payable | 9,046.09 | 9,046.09 | 145,933.90 |

3:40 PM
04/13/24

**Celebration Pointe Holdings, LLC**
**1099 Detail**
March 15, 2023 through March 15, 2024

| | Type | Date | Num | Memo | Account | Clr | Split | Original Amount | Paid Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | Bill | 02/21/2024 | 2758 | Invoice 2758 - P2 Liner Units  Association Dues Oct | Association Abatements | | Accounts Payable | 1,550.75 | 1,255.54 | 147,189.44 |
| | Bill | 02/21/2024 | 2754 | Invoice 2754 -  Association Dues Oct 2023 | 164000 - Association Dues | | Accounts Payable | 323.07 | 323.07 | 147,512.51 |
| Total Celebration Pointe Association, Inc. | | | | | | | | | | 147,512.51 |
| MJN Solutions LLC | | | | | | | | | | |
| 27-0965108 | | | | | | | | | | |
| | Bill | 04/06/2023 | Dec 2022 Interest | MJN Solutions December 2022 Interest | Guaranteed Payment - MJN | | Accounts Payable | 11,666.67 | 11,666.67 | 11,666.67 |
| | Bill | 04/06/2023 | Jan 2023 Interest | January 2023 Interest | Guaranteed Payment - MJN | | Accounts Payable | 11,666.67 | 11,666.67 | 23,333.34 |
| | Bill | 04/06/2023 | Feb 2023 Interest | February 2023 Interest | Guaranteed Payment - MJN | | Accounts Payable | 11,666.67 | 11,666.67 | 35,000.01 |
| | Bill | 07/31/2023 | Mar 2023 Interest | Mar 2023 Interest | Guaranteed Payment - MJN | | Accounts Payable | 11,666.67 | 11,666.67 | 46,666.68 |
| | Bill | 07/31/2023 | Apr 2023 Interest | Apr 2023 Interest | Guaranteed Payment - MJN | | Accounts Payable | 11,666.67 | 11,666.67 | 58,333.35 |
| | Bill | 07/31/2023 | May 2023 Interest | May 2023 Interest | Guaranteed Payment - MJN | | Accounts Payable | 11,666.67 | 11,666.67 | 70,000.02 |
| | Bill | 10/06/2023 | Jun 2023 Interest | Jun 2023 Interest | Guaranteed Payment - MJN | | Accounts Payable | 11,666.67 | 11,666.67 | 81,666.69 |
| | Bill | 10/06/2023 | Jul 2023 Interest | Jul 2023 Interest | Guaranteed Payment - MJN | | Accounts Payable | 11,666.67 | 11,666.67 | 93,333.36 |
| | Bill | 10/06/2023 | Aug 2023 Interest | Aug 2023 Interest | Guaranteed Payment - MJN | | Accounts Payable | 11,666.67 | 11,666.67 | 105,000.03 |
| | Bill | 01/17/2024 | Sep 2023 Interest | Sep 2023 Interest | Guaranteed Payment - MJN | | Accounts Payable | 11,666.67 | 11,666.67 | 116,666.70 |
| | Bill | 01/17/2024 | Oct 2023 Interest | Oct 2023 Interest | Guaranteed Payment - MJN | | Accounts Payable | 11,666.67 | 11,666.67 | 128,333.37 |
| | Bill | 01/17/2024 | Nov 2023 Interest | Nov 2023 Interest | Guaranteed Payment - MJN | | Accounts Payable | 11,666.67 | 11,666.67 | 140,000.04 |
| Total MJN Solutions LLC | | | | | | | | | | 140,000.04 |
| The Vue at Celebration Pointe, LLC | | | | | | | | | | |
| (no tax ID on file) | | | | | | | | | | |
| | General Journal | 11/02/2023 | 1108 | Paid Cupkovic on behalf of Vue | Reimbursables | | CP Equity SouthState | 21,469.00 | 21,469.00 | 21,469.00 |
| | Bill | 12/29/2023 | Loan 12.29.23 | Loan for the Vue | Loan CPH2 | | Accounts Payable | 20,000.00 | 20,000.00 | 41,469.00 |
| Total The Vue at Celebration Pointe, LLC | | | | | | | | | 41,469.00 | 41,469.00 |
| Viking Companies, LLC | | | | | | | | | | |
| 81-0780137 | | | | | | | | | | |
| | Bill | 03/17/2023 | Invoice 629 | Invoice 629 - P1 Developer Fees September 2022 | 142200 - Development Fees | | Accounts Payable | 77,500.00 | 22,033.62 | 22,033.62 |
| | Bill | 03/17/2023 | Invoice 647 | Invoice 647 - P1 Developer Fees October 2022 | 142200 - Development Fees | | Accounts Payable | 77,500.00 | 46,720.93 | 68,754.55 |
| | Bill | 03/17/2023 | Invoice 800 | Invoice 800 - Administrative Legal / Leasing Legal | 590012 - Legal Fees | | Accounts Payable | 3,840.00 | 3,759.02 | 72,513.57 |
| | Bill | 03/17/2023 | Invoice 800 | Invoice 800 - Payroll J.Joseph | 590015 - Payroll Expenses | | Accounts Payable | 14,579.96 | 14,272.48 | 86,786.05 |
| | Bill | 03/17/2023 | Invoice 800 | Invoice 800 - VCO AmEx Doc 2022 $3mt - Florida Ri | 590003-Charitable Contributions | | Accounts Payable | 500.00 | 489.46 | 87,275.51 |
| | Bill | 03/17/2023 | Invoice 800 | Invoice 800 - Wednesday dinners at Prime and Pearl | 590006 - Entertainment | | Accounts Payable | 12,998.62 | 12,724.49 | 100,000.00 |
| | Bill | 04/20/2023 | Invoice 800 | Invoice 800 - Administrative Legal / Leasing Legal | 590012 - Legal Fees | | Accounts Payable | 3,840.00 | 80.98 | 100,080.98 |
| | Bill | 04/20/2023 | Invoice 800 | Invoice 800 - Payroll J.Joseph | 590015 - Payroll Expenses | | Accounts Payable | 14,579.96 | 307.48 | 100,388.46 |
| | Bill | 04/20/2023 | Invoice 800 | Invoice 800 - VCO AmEx Doc 2022 $3mt - Florida Ri | 590003-Charitable Contributions | | Accounts Payable | 500.00 | 10.54 | 100,399.00 |
| | Bill | 04/20/2023 | Invoice 800 | Invoice 800 - Wednesday dinners at Prime and Pearl | 590006 - Entertainment | | Accounts Payable | 12,998.62 | 274.13 | 100,673.13 |
| | Bill | 04/20/2023 | Invoice 825 | VCO Invoice 825 - Transfer to VCC for P1 Garage F | Loan VCO | | Accounts Payable | 35,000.00 | 35,000.00 | 135,673.13 |
| | Bill | 04/20/2023 | 826 | Invoice 826 - Leasing Legal Fees - Stephanie Magee | 590012 - Legal Fees | | Accounts Payable | 1,162.50 | 895.34 | 136,584.47 |
| | Bill | 04/20/2023 | 826 | Invoice 826 - Leasing Legal Fees - Stephanie Magee | 141010 - Legal Fees | | Accounts Payable | 150.00 | 115.53 | 136,684.00 |
| | Bill | 04/20/2023 | 826 | Invoice 826 - Direct Deposit Jessica Joseph | 590015 - Payroll Expenses | | Accounts Payable | 4,305.47 | 3,316.00 | 140,000.00 |
| | Bill | 12/22/2023 | 826 | Invoice 826 - Leasing Legal Fees - Stephanie Magee | 590012 - Legal Fees | | Accounts Payable | 1,162.50 | 267.16 | 140,267.16 |
| | Bill | 12/22/2023 | 826 | Invoice 826 - Leasing Legal Fees - Stephanie Magee | 141010 - Legal Fees | | Accounts Payable | 150.00 | 34.47 | 140,301.63 |
| | Bill | 12/22/2023 | 826 | Invoice 826 - Direct Deposit Jessica Joseph | 590015 - Payroll Expenses | | Accounts Payable | 4,305.47 | 989.47 | 141,291.10 |
| | Bill | 12/22/2023 | 1093 | Invoice 1093-Development Fees Jan 2023 | 142200-Development Fees | | Accounts Payable | 11,500.00 | 11,500.00 | 152,791.10 |
| | Bill | 12/22/2023 | 1093 | Invoice 1093-Development Fees Jan 2023 | 142200-Development Fees | | Accounts Payable | 14,375.00 | 14,375.00 | 167,166.10 |
| | Bill | 12/22/2023 | 1093 | Invoice 1093-Development Fees Jan 2023 | 142200-Development Fees | | Accounts Payable | 14,375.00 | 14,375.00 | 181,541.10 |
| | Bill | 12/22/2023 | 1094 | Invoice 1094-Development Fees Feb 2023 | 142200-Development Fees | | Accounts Payable | 11,500.00 | 11,500.00 | 193,041.10 |
| | Bill | 12/22/2023 | 1094 | Invoice 1094-Development Fees Feb 2023 | 142200-Development Fees | | Accounts Payable | 14,375.00 | 14,375.00 | 207,416.10 |
| | Bill | 12/22/2023 | 1094 | Invoice 1094-Development Fees Feb 2023 | 142200-Development Fees | | Accounts Payable | 14,375.00 | 14,375.00 | 221,791.10 |
| | Bill | 12/22/2023 | 1095 | Invoice 1095-Development Fees Mar 2023 | 142200-Development Fees | | Accounts Payable | 19,500.00 | 19,500.00 | 241,291.10 |
| | Bill | 12/22/2023 | 1095 | Invoice 1095-Development Fees Mar 2023 | 142200- Development Fees | | Accounts Payable | 24,375.00 | 24,375.00 | 265,666.10 |
| | Bill | 12/22/2023 | 1095 | Invoice 1095-Development Fees Mar 2023 | 142200-Development Fees | | Accounts Payable | 24,375.00 | 24,375.00 | 290,041.10 |
| | Bill | 12/22/2023 | 1096 | Invoice 1096-Development Fees Apr 2023 | 142200-Development Fees | | Accounts Payable | 28,475.00 | 28,475.00 | 318,516.10 |
| | Bill | 12/22/2023 | 1096 | Invoice 1096-Development Fees Apr 2023 | 142200-Development Fees | | Accounts Payable | 35,175.00 | 35,175.00 | 353,691.10 |
| | Bill | 12/22/2023 | 1096 | Invoice 1096-Development Fees Apr 2023 | 142200-Development Fees | | Accounts Payable | 35,175.00 | 35,175.00 | 388,866.10 |
| | Bill | 12/22/2023 | 1097 | Invoice 1097-Development Fees May 2023 | 142200-Development Fees | | Accounts Payable | 28,475.00 | 326.72 | 389,192.82 |
| | Bill | 12/22/2023 | 1097 | Invoice 1097-Development Fees May 2023 | 142200-Development Fees | | Accounts Payable | 35,175.00 | 403.59 | 389,596.41 |
| | Bill | 12/22/2023 | 1097 | Invoice 1097-Development Fees May 2023 | 142200-Development Fees | | Accounts Payable | 35,175.00 | 403.59 | 390,000.00 |
| | Bill | 12/29/2023 | 1019 | Brandon Smiley The Place $1-$2 | 590005 - Travel | | Accounts Payable | 1,466.39 | 1,466.39 | 391,466.39 |
| | Bill | 12/29/2023 | 1019 | Legal Expense- DeMichele | 590012 - Legal Expenses | | Accounts Payable | 1,100.00 | 1,100.00 | 392,566.39 |
| | Bill | 12/29/2023 | 961 | Travel Expense- Smiley | 590005 - Travel | | Accounts Payable | 1,007.02 | 1,007.02 | 393,573.41 |
| | Bill | 12/29/2023 | 961 | Annual Filing City Place 2 @ CP | 590010 - Fees | | Accounts Payable | 138.75 | 138.75 | 393,712.16 |
| | Bill | 12/29/2023 | 1097 | Invoice 1097-Development Fees May 2023 | 142200-Development Fees | | Accounts Payable | 28,475.00 | 28,148.28 | 421,860.44 |
| | Bill | 12/29/2023 | 1097 | Invoice 1097-Development Fees May 2023 | 142200-Development Fees | | Accounts Payable | 35,175.00 | 34,771.41 | 456,631.85 |
| | Bill | 12/29/2023 | 1097 | Invoice 1097-Development Fees May 2023 | 142200-Development Fees | | Accounts Payable | 35,175.00 | 34,771.41 | 491,403.26 |
| | Bill | 12/29/2023 | 1098 | Invoice 1098-Development Fees June 2023 | 142200-Development Fees | | Accounts Payable | 27,200.00 | 27,200.00 | 518,603.26 |
| | Bill | 12/29/2023 | 1098 | Invoice 1098-Development Fees June 2023 | 142200-Development Fees | | Accounts Payable | 34,000.00 | 34,000.00 | 552,603.26 |

3:40 PM
04/13/24

**Celebration Pointe Holdings, LLC**
**1099 Detail**
March 15, 2023 through March 15, 2024

| Type | Date | Num | Memo | Account | Clr | Split | Original Amount | Paid Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Bill | 12/29/2023 | 1098 | Invoice 1098-Development Fees June 2023 | 142200-Development Fees | | Accounts Payable | 34,000.00 | 34,000.00 | 586,603.26 |
| Bill | 12/29/2023 | 1099 | Invoice 1099-Development Fees July 2023 | 142200-Development Fees | | Accounts Payable | 28,000.00 | 2,031.12 | 588,634.38 |
| Bill | 12/29/2023 | 1099 | Invoice 1099-Development Fees July 2023 | 142200-Development Fees | | Accounts Payable | 28,000.00 | 25,968.88 | 614,603.26 |
| Bill | 12/29/2023 | 1099 | Invoice 1099-Development Fees July 2023 | 142200-Development Fees | | Accounts Payable | 35,000.00 | 32,461.11 | 647,064.37 |
| Bill | 12/29/2023 | 1099 | Invoice 1099-Development Fees July 2023 | 142200-Development Fees | | Accounts Payable | 35,000.00 | 2,538.89 | 649,603.26 |
| Bill | 12/29/2023 | 1099 | Invoice 1099-Development Fees July 2023 | 142200-Development Fees | | Accounts Payable | 35,000.00 | 2,538.89 | 652,142.15 |
| Bill | 12/29/2023 | 1099 | Invoice 1099-Development Fees July 2023 | 142200-Development Fees | | Accounts Payable | 35,000.00 | 32,461.11 | 684,603.26 |
| Bill | 12/29/2023 | 1100 | Invoice 1100-Development Fees Aug 2023 | 142200-Development Fees | | Accounts Payable | 25,200.00 | 25,200.00 | 709,803.26 |
| Bill | 12/29/2023 | 1100 | Invoice 1100-Development Fees Aug 2023 | 142200-Development Fees | | Accounts Payable | 31,500.00 | 31,500.00 | 741,303.26 |
| Bill | 12/29/2023 | 1100 | Invoice 1100-Development Fees Aug 2023 | 142200-Development Fees | | Accounts Payable | 31,500.00 | 31,500.00 | 772,803.26 |
| Bill | 12/29/2023 | 854 | Invoice 854 - Direct Deposit Jessica Joseph | 590015 - Payroll Expenses | | Accounts Payable | 6,996.24 | 6,996.24 | 779,799.50 |
| Bill | 12/29/2023 | 854 | Invoice 854 -Legal Fees - Stephanie Magee-Hotel | 590012 - Legal Fees | | Accounts Payable | 234.37 | 234.37 | 780,033.87 |
| Bill | 12/29/2023 | 854 | Invoice 854 -Legal Fees - Stephanie Magee- Roadue | 590012 - Legal Fees | | Accounts Payable | 375.00 | 375.00 | 780,408.87 |
| Bill | 12/29/2023 | 854 | Invoice 854 -Legal Fees - Stephanie Magee-Misc | 590012 - Legal Fees | | Accounts Payable | 628.12 | 628.12 | 781,036.99 |
| Bill | 12/29/2023 | 854 | Invoice 854-James Moore Jan-July 2023 | Computer and Internet Expenses | | Accounts Payable | 1,940.03 | 1,940.03 | 782,977.02 |
| Bill | 12/29/2023 | 990 | Invoice 990-Sunbiz for Consolidated #6 | 590010 - Fees | | Accounts Payable | 138.75 | 138.75 | 783,115.77 |
| Bill | 12/29/2023 | 991 | Invoice 991-Brandon Smiley July 23 P/R Expense for | 590015 - Payroll Expenses | | Accounts Payable | 3,234.66 | 3,234.66 | 786,350.43 |
| Bill | 12/29/2023 | 989 | Invoice 989-2023 Sunbiz for Consolidated #5 | 590010 - Fees | | Accounts Payable | 138.75 | 138.75 | 786,489.18 |
| Bill | 12/29/2023 | 989 | Invoice 989-Pam's Legal Work 2023 for Consolidation | 590012 - Legal Fees | | Accounts Payable | 40.00 | 40.00 | 786,529.18 |
| Bill | 12/29/2023 | 1256 | Invoice 1256-2023 Sunbiz for Consolidated #4 | 590010 - Fees | | Accounts Payable | 138.75 | 138.75 | 786,667.93 |
| Bill | 12/29/2023 | 1256 | Invoice 989-Pam's Legal Work 2023 for Consolidation | 590012 - Legal Fees | | Accounts Payable | 20.00 | 20.00 | 786,687.93 |
| Bill | 12/29/2023 | 1257 | Invoice 1257-2023 Sunbiz for Consolidated #2 | 590010 - Fees | | Accounts Payable | 138.75 | 138.75 | 786,826.68 |
| Bill | 12/29/2023 | 1258 | Invoice 1258-2023 Sunbiz for Consolidated | 590010 - Fees | | Accounts Payable | 138.75 | 138.75 | 786,965.43 |
| Bill | 12/29/2023 | 988 | Pam 2022 Expense- Consolidated 4 | 590012 - Legal Fees | | Accounts Payable | 620.00 | 620.00 | 787,585.43 |
| Bill | 12/29/2023 | 985 | Invoice 985- Legal Expense 2022 Consolidated | 590012 - Legal Fees | | Accounts Payable | 700.00 | 700.00 | 788,285.43 |
| Bill | 12/29/2023 | 986 | Invoice 986 - Legal Expense 2022 Consolidated 2 | 590012 - Legal Fees | | Accounts Payable | 960.00 | 960.00 | 789,245.43 |
| Bill | 12/29/2023 | 1255 | Invoice 1255- Pam Legal Expense 2023 Consolidation | 590012 - Legal Fees | | Accounts Payable | 1,300.00 | 754.57 | 790,000.00 |
| Bill | 01/10/2024 | 1101 | Invoice 1101-Development Fees Sept 2023 | 142200-Development Fees | | Accounts Payable | 24,000.00 | 24,000.00 | 814,000.00 |
| Bill | 01/10/2024 | 1101 | Invoice 1101-Development Fees Sept 2023 | 142200-Development Fees | | Accounts Payable | 30,000.00 | 30,000.00 | 844,000.00 |
| Bill | 01/10/2024 | 1101 | Invoice 1101-Development Fees Sept 2023 | 142200-Development Fees | | Accounts Payable | 30,000.00 | 30,000.00 | 874,000.00 |
| Bill | 01/10/2024 | 1206 | Invoice 1206 - Kelly Waffner | 590015 - Payroll Expenses | | Accounts Payable | 3,767.28 | 3,767.28 | 877,767.28 |
| Bill | 01/10/2024 | 1206 | Invoice 1206-Pam's Legal Work | 590012 - Legal Fees | | Accounts Payable | 140.00 | 140.00 | 877,907.28 |
| Bill | 01/10/2024 | 1176 | Wednesday Night Dinners Thru 11/23 | Meals and Entertainment | | Accounts Payable | 26,319.12 | 5,505.91 | 883,413.19 |
| Bill | 01/10/2024 | 1176 | Stephanie Magee Work Thru 11/23 | 590012 - Legal Fees | | Accounts Payable | 3,609.38 | 755.06 | 864,168.27 |
| Bill | 01/10/2024 | 1176 | Pam's Legal Work Thru 11/23 | 590012 - Legal Fees | | Accounts Payable | 3,420.00 | 715.46 | 884,883.73 |
| Bill | 01/10/2024 | 1176 | Kelly Waffner Thru 10/23 | 590015 - Payroll Expenses | | Accounts Payable | 6,823.93 | 1,427.55 | 886,311.28 |
| Bill | 01/10/2024 | 1176 | James Moore | 590004 - Administrative | | Accounts Payable | 373.62 | 78.16 | 886,389.44 |
| Bill | 01/10/2024 | 1218 | Invoice 1218-Legal Work Pam | 590012 - Legal Fees | | Accounts Payable | 180.00 | 180.00 | 886,569.44 |
| Bill | 01/10/2024 | 1211 | Invoice 1211-Legal Work Pam-CPH Consolidated | 590012 - Legal Fees | | Accounts Payable | 20.00 | 20.00 | 886,589.44 |
| Bill | 01/10/2024 | 1212 | Invoice 1212-Legal Work Pam-CPH Consolidated #2 | 590012 - Legal Fees | | Accounts Payable | 20.00 | 20.00 | 886,609.44 |
| Bill | 01/10/2024 | 1213 | Invoice 1213-Legal Work Pam-CPH Consolidated #3 | 590012 - Legal Fees | | Accounts Payable | 80.00 | 80.00 | 886,689.44 |
| Bill | 01/10/2024 | 1214 | Invoice 1214-Legal Work Pam-CPH Consolidated #4 | 590012 - Legal Fees | | Accounts Payable | 100.00 | 100.00 | 886,789.44 |
| Bill | 01/10/2024 | 1215 | Invoice 1215-Legal Work Pam-CPH Consolidated #5 | 590012 - Legal Fees | | Accounts Payable | 80.00 | 80.00 | 886,869.44 |
| Bill | 01/10/2024 | 1216 | Invoice 1216-Legal Work Pam-CPH Consolidated #6 | 590012 - Legal Fees | | Accounts Payable | 40.00 | 40.00 | 886,909.44 |
| Bill | 01/10/2024 | 1217 | Invoice 1217-Legal Work Pam-CPH Consolidated | 590012 - Legal Fees | | Accounts Payable | 100.00 | 100.00 | 887,009.44 |
| Bill | 01/10/2024 | 1254 | Invoice 1254-2023 Sunbiz for Consolidated #3 | 590010 - Fees | | Accounts Payable | 138.75 | 138.75 | 887,148.19 |
| Bill | 01/10/2024 | 1255 | Invoice 1255- Pam Legal Expense 2023 Consolidation | 590012 - Legal Fees | | Accounts Payable | 1,300.00 | 545.43 | 887,693.62 |
| Bill | 01/10/2024 | 987 | Invoice 987-Pam's Legal Work 2022 Consolidated 3 | 590012 - Legal Fees | | Accounts Payable | 840.00 | 840.00 | 888,533.62 |
| Bill | 01/10/2024 | 987 | Invoice 987-Smiley Expense 2022 Consolidated 3 | 590015 - Payroll Expenses | | Accounts Payable | 1,466.38 | 1,466.38 | 890,000.00 |
| Bill | 01/16/2024 | 1268 | Invoice 1268-Development Fees Dec 2023 | 142200-Development Fees | | Accounts Payable | 28,000.00 | 5,714.28 | 895,714.28 |
| Bill | 01/16/2024 | 1268 | Invoice 1268-Development Fees Dec 2023 | 142200-Development Fees | | Accounts Payable | 35,000.00 | 7,142.86 | 902,857.14 |
| Bill | 01/16/2024 | 1268 | Invoice 1268-Development Fees Dec 2023 | 142200-Development Fees | | Accounts Payable | 35,000.00 | 7,142.86 | 910,000.00 |
| Bill | 01/17/2024 | 1102 | Invoice 1102-Development Fees Oct 2023 | 142200-Development Fees | | Accounts Payable | 24,000.00 | 24,000.00 | 934,000.00 |
| Bill | 01/17/2024 | 1102 | Invoice 1102-Development Fees Oct 2023 | 142200-Development Fees | | Accounts Payable | 30,000.00 | 30,000.00 | 964,000.00 |
| Bill | 01/17/2024 | 1102 | Invoice 1102-Development Fees Oct 2023 | 142200-Development Fees | | Accounts Payable | 30,000.00 | 30,000.00 | 994,000.00 |
| Bill | 01/17/2024 | 1130 | Invoice 1130-Development Fees Nov 2023 | 142200-Development Fees | | Accounts Payable | 28,000.00 | 28,000.00 | 1,022,000.00 |
| Bill | 01/17/2024 | 1130 | Invoice 1130-Development Fees Nov 2023 | 142200-Development Fees | | Accounts Payable | 35,000.00 | 35,000.00 | 1,057,000.00 |
| Bill | 01/17/2024 | 1130 | Invoice 1130-Development Fees Nov 2023 | 142200-Development Fees | | Accounts Payable | 35,000.00 | 35,000.00 | 1,092,000.00 |
| Bill | 01/17/2024 | 1176 | Wednesday Night Dinners Thru 11/23 | Meals and Entertainment | | Accounts Payable | 26,319.12 | 20,813.21 | 1,112,813.21 |
| Bill | 01/17/2024 | 1176 | Stephanie Magee Work Thru 11/23 | 590012 - Legal Fees | | Accounts Payable | 3,609.38 | 2,854.30 | 1,115,667.51 |
| Bill | 01/17/2024 | 1176 | Pam's Legal Work Thru 11/23 | 590012 - Legal Fees | | Accounts Payable | 3,420.00 | 2,704.54 | 1,118,372.05 |
| Bill | 01/17/2024 | 1176 | Kelly Waffner Thru 10/23 | 590015 - Payroll Expenses | | Accounts Payable | 6,823.93 | 5,396.38 | 1,123,768.43 |
| Bill | 01/17/2024 | 1176 | James Moore | 590004 - Administrative | | Accounts Payable | 373.62 | 295.46 | 1,124,063.89 |
| Bill | 01/17/2024 | 1268 | Invoice 1268-Development Fees Dec 2023 | 142200-Development Fees | | Accounts Payable | 28,000.00 | 9,099.87 | 1,133,163.76 |
| Bill | 01/17/2024 | 1268 | Invoice 1268-Development Fees Dec 2023 | 142200-Development Fees | | Accounts Payable | 35,000.00 | 11,374.85 | 1,144,538.61 |
| Bill | 01/17/2024 | 1268 | Invoice 1268-Development Fees Dec 2023 | 142200-Development Fees | | Accounts Payable | 35,000.00 | 11,374.85 | 1,155,913.46 |

**Celebration Pointe Holdings, LLC**
**1099 Detail**
March 15, 2023 through March 15, 2024

| Type | Date | Num | Memo | Account | Ctr | Split | Original Amount | Paid Amount | Balance |
|------|------|-----|------|---------|-----|-------|-----------------|-------------|---------|
| Bill | 01/17/2024 | 1328 | Invoice 1328- Pam Legal Expense 2023 | 590012 - Legal Fees | | Accounts Payable | 660.00 | 660.00 | 1,156,573.46 |
| Bill | 01/17/2024 | 1276 | Invoice 1276-Pam's Legal Work Dec 2023 | 590012 - Legal Fees | | Accounts Payable | 1,240.00 | 1,240.00 | 1,157,813.46 |
| Bill | 01/17/2024 | 1276 | Invoice 1276-Waffner Salary Dec 2023 | 590015 - Payroll Expenses | | Accounts Payable | 1,937.46 | 1,937.46 | 1,159,750.92 |
| Bill | 01/17/2024 | 1276 | Invoice 1276-James Moore Dec 2023 | Computer and Internet Expenses | | Accounts Payable | 124.54 | 124.54 | 1,159,875.46 |
| Bill | 01/17/2024 | 1276 | Invoice 1276-James Moore Nov 2023 | Computer and Internet Expenses | | Accounts Payable | 124.54 | 124.54 | 1,160,000.00 |
| Bill | 01/23/2024 | 1316 | Invoice 1316-Development Fees Jan 2024 | 142200-Development Fees | | Accounts Payable | 28,000.00 | 20,000.00 | 1,180,000.00 |
| Bill | 01/23/2024 | 1316 | Invoice 1316-Development Fees Jan 2024 | 142200-Development Fees | | Accounts Payable | 35,000.00 | 25,000.00 | 1,205,000.00 |
| Bill | 01/23/2024 | 1316 | Invoice 1316-Development Fees Jan 2024 | 142200-Development Fees | | Accounts Payable | 35,000.00 | 25,000.00 | 1,230,000.00 |
| Bill | 01/30/2024 | 1268 | Invoice 1268-Development Fees Dec 2023 | 142200 - Development Fees | | Accounts Payable | 28,000.00 | 7,142.86 | 1,237,142.86 |
| Bill | 01/30/2024 | 1268 | Invoice 1268-Development Fees Dec 2023 | 142200- Development Fees | | Accounts Payable | 35,000.00 | 8,928.57 | 1,246,071.43 |
| Bill | 01/30/2024 | 1268 | Invoice 1268-Development Fees Dec 2023 | 142200- Development Fees | | Accounts Payable | 35,000.00 | 8,928.57 | 1,255,000.00 |
| Bill | 02/07/2024 | 1268 | Invoice 1268-Development Fees Dec 2023 | 142200- Development Fees | | Accounts Payable | 28,000.00 | 6,042.99 | 1,261,042.99 |
| Bill | 02/07/2024 | 1268 | Invoice 1268-Development Fees Dec 2023 | 142200- Development Fees | | Accounts Payable | 35,000.00 | 7,553.72 | 1,268,596.71 |
| Bill | 02/07/2024 | 1268 | Invoice 1268-Development Fees Dec 2023 | 142200-Development Fees | | Accounts Payable | 35,000.00 | 7,553.72 | 1,276,150.43 |
| Bill | 02/07/2024 | 1316 | Invoice 1316-Development Fees Jan 2024 | 142200-Development Fees | | Accounts Payable | 28,000.00 | 3,957.01 | 1,280,107.44 |
| Bill | 02/07/2024 | 1316 | Invoice 1316-Development Fees Jan 2024 | 142200-Development Fees | | Accounts Payable | 35,000.00 | 4,946.28 | 1,285,053.72 |
| Bill | 02/07/2024 | 1316 | Invoice 1316-Development Fees Jan 2024 | 142200-Development Fees | | Accounts Payable | 35,000.00 | 4,946.28 | 1,290,000.00 |
| Bill | 02/21/2024 | 1316 | Invoice 1316-Development Fees Jan 2024 | 142200-Development Fees | | Accounts Payable | 28,000.00 | 4,042.99 | 1,294,042.99 |
| Bill | 02/21/2024 | 1316 | Invoice 1316-Development Fees Jan 2024 | 142200-Development Fees | | Accounts Payable | 35,000.00 | 5,053.72 | 1,299,096.71 |
| Bill | 02/21/2024 | 1316 | Invoice 1316-Development Fees Jan 2024 | 142200-Development Fees | | Accounts Payable | 35,000.00 | 5,053.72 | 1,304,150.43 |
| | | | | | | | | 1,304,150.43 | 1,304,150.43 |

**Total Viking Companies, LLC**
**Viking Construction Company**
**61-1448393**

| Type | Date | Num | Memo | Account | Ctr | Split | Original Amount | Paid Amount | Balance |
|------|------|-----|------|---------|-----|-------|-----------------|-------------|---------|
| General Journal | 03/15/2023 | 925 | transfer on behalf of CPH2 VCC billing A1 | Loan CPH2 | | CP Equity SouthState | 700,000.00 | 700,000.00 | 700,000.00 |
| Bill | 03/29/2023 | Inv 150 P1 | | 144910 - Core Shell | | Accounts Payable | 1,191,134.35 | 20,000.00 | 720,000.00 |
| Bill | 03/29/2023 | Inv 168 P1 | | 144910 - Core Shell | | Accounts Payable | 528,523.46 | 35,000.00 | 755,000.00 |
| Bill | 05/12/2023 | Inv 150 P1 | | 144910 - Core Shell | | Accounts Payable | 1,191,134.35 | 0.00 | 755,000.00 |
| Bill | 05/17/2023 | | City Place A1 payment | Investment CPCPH - Phase 2 | | Accounts Payable | 60,000.00 | 60,000.00 | 815,000.00 |
| Bill | 06/29/2023 | Inv 168 P1 | | 144910 - Core Shell | | Accounts Payable | 528,523.46 | 15,000.00 | 830,000.00 |
| Bill | 08/04/2023 | Inv 167 P1 | | 144910 - Core Shell | | Accounts Payable | 934,125.02 | 342,422.00 | 1,172,422.00 |
| Bill | 08/04/2023 | Inv 168 P1 | | 144910 - Core Shell | | Accounts Payable | 528,523.46 | 7,577.98 | 1,180,000.00 |
| Bill | 08/18/2023 | Inv 150 P1 | | 144910 - Core Shell | | Accounts Payable | 1,191,134.35 | 408,297.00 | 1,588,297.00 |
| Bill | 08/18/2023 | Inv 167 P1 | | 144910 - Core Shell | | Accounts Payable | 934,125.02 | 591,703.00 | 2,180,000.00 |
| | | | | | | | | 2,180,000.00 | 2,180,000.00 |

**Total Viking Construction Company**
**TOTAL**

| | | | | | | | | 2,180,000.00 | 2,180,000.00 |
| | | | | | | | | 3,913,131.98 | 3,913,131.98 |

**Celebration Pointe Holdings, LLC**
# Transaction Detail By Account
### March 15, 2022 through March 15, 2024
## SoFA Exhibit 9

4:03 PM

04/13/24

Accrual Basis

| Type | Date | Num | Name | Memo | Clr | Debit | Credit | Balance |
|------|------|-----|------|------|-----|-------|--------|---------|
| **CPH** | | | | | | | | |
| **590003-Charitable Contributions** | | | | | | | | |
| Bill | 05/03/2022 | | Chuck Clemons | | | 1,000.00 | | 1,000.00 |
| Bill | 06/10/2022 | Inv 73... | Rennia Aviation, LLC | Rennia Aviation Inv 73021735 - Fundraising Event for the CP - Florida Re... | | 9,683.13 | | 10,683.13 |
| Bill | 06/20/2022 | | Floridians for Conse... | | | 5,000.00 | | 15,683.13 |
| Bill | 06/20/2022 | | Fighting for Florida's... | | | 5,000.00 | | 20,683.13 |
| Bill | 09/01/2022 | Invoic... | Viking Companies, ... | Invoice 634 - VCO AmEx June 2022 Stmt - Fundraiser 06.02.22 | | 2,691.79 | | 23,374.92 |
| Bill | 09/06/2022 | | Floridians for Equality | Rep Carlos Smith | | 1,000.00 | | 24,374.92 |
| Bill | 09/06/2022 | | David Smith Campa... | | | 1,000.00 | | 25,374.92 |
| Bill | 09/06/2022 | | Lori Berman Campa... | | | 1,000.00 | | 26,374.92 |
| Bill | 03/01/2023 | | Citizens for Solutions | Brodeur Check | | 5,000.00 | | 31,374.92 |
| Bill | 03/01/2023 | | Keep Florida Movin... | Robinson Check | | 5,000.00 | | 36,374.92 |
| Bill | 03/01/2023 | | Calatayud Campaign | | | 1,000.00 | | 37,374.92 |
| Bill | 03/01/2023 | | Living Life with Purp... | | | 5,000.00 | | 42,374.92 |
| Bill | 03/01/2023 | | Person-Mulicka Ca... | | | 1,000.00 | | 43,374.92 |
| Bill | 03/01/2023 | | David Smith Campa... | | | 1,000.00 | | 44,374.92 |
| Bill | 03/01/2023 | | Jennifer Bradley | | | 1,000.00 | | 45,374.92 |
| Bill | 03/01/2023 | | Friends of Ed Hooper | | | 2,500.00 | | 47,874.92 |
| Bill | 07/08/2023 | June ... | Capital One | Capital One June 2023 Stmt-Indigo Hotel Political Fundraiser | | 1,513.58 | | 49,388.50 |
| Bill | 08/03/2023 | 72923 | Evins Enterprises, I... | Invoice 72923 | | 1,200.00 | | 50,588.50 |
| Check | 11/13/2023 | 3004 | Cross Campaign | Cross Campaign Contribution | | 1,000.00 | | 51,588.50 |
| Check | 11/13/2023 | 3005 | Skidmore Campaign | Skidmore Campaign Contribution | | 1,000.00 | | 52,588.50 |
| Check | 11/13/2023 | 3002 | Friends of David Sm... | Friends of David Smith Campaign Contribution | | 1,000.00 | | 53,588.50 |
| Check | 11/13/2023 | 3003 | Voice Of The People | Voice Of The People Campaign Contribution | | 1,000.00 | | 54,588.50 |
| Check | 12/11/2023 | 3009 | Conservative Legac... | Campaign Donation | | 2,000.00 | | 56,588.50 |
| Check | 12/11/2023 | 3010 | Vision and Integrity ... | Campaign Donation | | 2,000.00 | | 58,588.50 |
| Bill | 12/28/2023 | 2023 ... | Athlete Connections... | Hospitality Room Sponsorship-2023 | | 1,000.00 | | 59,588.50 |
| Bill | 01/08/2024 | Donati... | Keep Florida Movin... | Campaign Contribution | | 5,000.00 | | 64,588.50 |
| Bill | 01/08/2024 | Donati... | Friends Of Jonathan... | Campaign Contribution | | 5,000.00 | | 69,588.50 |
| Bill | 01/08/2024 | Donati... | Liberty For Florida | Campaign Contribution | | 5,000.00 | | 74,588.50 |
| Bill | 01/08/2024 | Donati... | Desiglie Campaign | Campaign Contribution | | 1,000.00 | | 75,588.50 |
| Bill | 01/08/2024 | Donati... | Rep. Dan Dailey | Campaign Contribution | | 1,000.00 | | 76,588.50 |
| Bill | 01/08/2024 | Donati... | Rep. Kaylee Tuck | Campaign Contribution | | 1,000.00 | | 77,588.50 |
| Bill | 01/08/2024 | Donati... | Friends of Ed Hooper | Campaign Contribution | | 3,000.00 | | 80,588.50 |
| Total 590003-Charitable Contributions | | | | | | 80,588.50 | 0.00 | 80,588.50 |
| Total CPH | | | | | | 80,588.50 | | 80,588.50 |
| **TOTAL** | | | | | | **80,588.50** | **0.00** | **80,588.50** |

3:58 PM
04/13/24
Accrual Basis

**Celebration Pointe Holdings, LLC**
**Transaction Detail by Account**
March 15, 2023 through March 15, 2024

SoFA Exhibit 13

| | Type | Date | Num | Name | Memo | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **Loan CPH2** | | | | | | | | | | |
| | General Journal | 03/15/2023 | 925 | Viking Construction Company | transfer on behalf of CPH2 VCC billing A1 | | CP Equity SouthState | 700,000.00 | | 700,000.00 |
| | General Journal | 03/16/2023 | 925 | | Wire to CPH2 | | CP Equity SouthState | 335,000.00 | | 1,035,000.00 |
| | General Journal | 03/31/2023 | 1077 | | Accounts Receivable | | CP Equity SouthState | 1,771,550.07 | | 2,806,550.07 |
| | General Journal | 05/31/2023 | 964 | | Wire to CPH2 | | CP Equity SouthState | 25,000.00 | | 2,831,550.07 |
| | General Journal | 06/01/2023 | 1143 | | to capture sale & equity dollars spent on CPH2. | | Investment CPCPH - Phase 2 | | 775,521.25 | 2,056,028.82 |
| | General Journal | 06/20/2023 | 976 | | Transfer to VCC For The Vue Lot 91 | | CP Equity SouthState | 10,000.00 | | 2,066,028.82 |
| | General Journal | 06/26/2023 | 978 | | Loan to CPH2 | | CP Equity SouthState | 50,000.00 | | 2,116,028.82 |
| | General Journal | 08/01/2023 | 990 | | transfer to CPH2 | | CP Equity SouthState | 45,000.00 | | 2,161,028.82 |
| | General Journal | 08/02/2023 | 1021 | | transfer to VCC to cover Vue invoices | | CP Equity SouthState | 496,809.26 | | 2,657,838.08 |
| | General Journal | 08/10/2023 | 1028 | | Loan to CPH2 | | CP Equity SouthState | 10,000.00 | | 2,667,838.08 |
| | General Journal | 09/29/2023 | 1073 | | Loan to CPH2 | | CP Equity SouthState | 29,000.00 | | 2,696,838.08 |
| | General Journal | 10/17/2023 | 1088 | | Loan to CPH2-Vue Mtg | | CP Equity SouthState | 25,000.00 | | 2,721,838.08 |
| | Bill | 10/27/2023 | Deposit VueC Loan | Sunwest Bank | Good Faith Deposit For Vue C Loan S11003900 | | Accounts Payable | 4,200.00 | | 2,726,038.08 |
| | General Journal | 11/01/2023 | 1098 | | Loan to CPH2 for Vue and Vue HOA | | CP Equity SouthState | 7,596.15 | | 2,733,634.24 |
| | General Journal | 11/02/2023 | 1102 | | Loan to CPH2 for Vue HOA | | CP Equity SouthState | 4,325.76 | | 2,737,960.00 |
| | General Journal | 11/16/2023 | 1109 | | Transfer to The Vue HOA | | CP Equity SouthState | 16,000.00 | | 2,753,960.00 |
| | General Journal | 11/30/2023 | 1114 | | Loan to CPH2 | | CP Equity SouthState | 60,000.00 | | 2,813,960.00 |
| | General Journal | 12/18/2023 | 1123 | | Loan to CPH2 for Vue Hoa | | CP Equity SouthState | 12,000.00 | | 2,825,960.00 |
| | General Journal | 12/27/2023 | 1128 | | Transfer to SHDCP for Vue | | CP Equity SouthState | 60,000.00 | | 2,885,960.00 |
| | General Journal | 12/28/2023 | 1129 | | Loan to CPH2 For Vue A/P & mainstreet payment | | CP Equity SouthState | 340,000.00 | | 3,225,960.00 |
| | General Journal | 12/28/2023 | 1129 | | Loan to CPH2 For Vue A/P & mainstreet payment | | CP Equity SouthState | | 45,561.47 | 3,180,398.53 |
| | Bill | 12/29/2023 | Loan 12,29,23 | The Vue at Celebration Pointe, LLC | Loan for the Vue | | Accounts Payable | 20,000.00 | | 3,200,398.53 |
| | General Journal | 02/21/2024 | 1153 | | Loan to CPH2 for The Vue portion. | | CP Equity SouthState | 33,183.51 | | 3,233,581.20 |
| | General Journal | 02/27/2024 | 1155 | Vue-F, LLC | to capture equity | | Accounts Payable | 8,068.51 | | 3,240,650.83 |
| | Bill | 03/07/2024 | Vue F Consulting Fee | DCL Capital Consultants LLC | Loan Placement - Capital Sourcing Vue-F | | Accounts Payable | 7,000.00 | | 3,247,650.83 |
| **Total Loan CPH2** | | | | | | | | 4,068,733.55 | 821,082.72 | 3,247,650.83 |
| **Loan CPOP III** | | | | | | | | | | |
| | General Journal | 03/24/2023 | 927 | | Transfer to CPOP3 | | CP Equity SouthState | 45,000.00 | | 45,000.00 |
| | General Journal | 04/04/2023 | 938 | | Transfer to CPOP3 | | CP Equity SouthState | 17,000.00 | | 62,000.00 |
| | General Journal | 05/26/2023 | 962 | | Transfer to CPOP3 | | CP Equity SouthState | 13,000.00 | | 75,000.00 |
| | General Journal | 07/31/2023 | 1017 | | transfer to CPOP3 | | Loan CPOP II | 59,000.00 | | 134,000.00 |
| | General Journal | 08/25/2023 | 1042 | | Loan from CPH to CPOP3 | | CP Equity SouthState | 14,000.00 | | 148,000.00 |
| | General Journal | 09/06/2023 | 1056 | | Loan to CPOP3 | | CP Equity SouthState | 8,000.00 | | 156,000.00 |
| | General Journal | 09/25/2023 | 1070 | | Loan to CPOP3 | | CP Equity SouthState | 12,000.00 | | 168,000.00 |
| | General Journal | 10/31/2023 | 1099 | | Loan to SDPS7 | | CP Equity SouthState | 1,100.00 | | 169,100.00 |
| | General Journal | 11/30/2023 | 1114 | | Loan to CPOP3 | | CP Equity SouthState | 13,500.00 | | 182,600.00 |
| | General Journal | 12/27/2023 | 1128 | | Loan to CPOP3 | | CP Equity SouthState | 42,000.00 | | 224,600.00 |
| | General Journal | 12/28/2023 | 1129 | | Loan to CPOP3 | | CP Equity SouthState | 81,000.00 | | 305,600.00 |
| | General Journal | 02/28/2024 | 1156 | | Loan to CPOP3 | | CP Equity SouthState | 10,000.00 | | 315,600.00 |
| **Total Loan CPOP III** | | | | | | | | 315,600.00 | 0.00 | 315,600.00 |
| **Loan CPOP IV** | | | | | | | | | | |
| | Bill | 03/31/2023 | 06820 002 015 | John Power, Tax Collector | John Power, Tax Collector 06820 002 015 | | Accounts Payable | 17,717.16 | | 17,717.16 |
| | Bill | 05/01/2023 | CPCDD2023-14 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments- Office Pad 3 | | Accounts Payable | 15,968.21 | | 33,685.37 |
| | Bill | 05/01/2023 | CPCDD2023-17 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments- Office Pad 3 | | Accounts Payable | 13,825.97 | | 47,511.34 |
| | General Journal | 08/01/2023 | 982 | | loan to CPOP4 | | CP Equity SouthState | 2,000.00 | | 49,511.34 |
| | General Journal | 09/06/2023 | 1056 | | Loan to CPOP4 | | CP Equity SouthState | 8,000.00 | | 57,511.34 |
| | Bill | 11/01/2023 | CPCDD2023-14 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments- Office Pad 3 | ✓ | Accounts Payable | 0.00 | | 57,511.34 |
| | General Journal | 12/27/2023 | 1128 | | Loan to CPOP4 | | CP Equity SouthState | 1,000.00 | | 58,511.34 |
| **Total Loan CPOP IV** | | | | | | | | 58,511.34 | 0.00 | 58,511.34 |
| **Loan CPPH2** | | | | | | | | | | |
| | General Journal | 08/11/2023 | 1026 | | transfer to CP PH2 to cover Closing costs due from CPH2 | | CP Equity SouthState | 127,272.07 | | 127,272.07 |
| | General Journal | 09/01/2023 | 1054 | | Transfer to CPPH2H | | CP Equity SouthState | 5,000.00 | | 132,272.07 |
| | General Journal | 09/06/2023 | 1060 | | Loan from CPPH2 | | CP Equity SouthState | | 400,000.00 | -267,727.93 |
| | General Journal | 09/12/2023 | 1064 | | Loan from CPPH2 | | CP Equity SouthState | | 100,000.00 | -367,727.93 |
| | General Journal | 09/15/2023 | 1065 | | Loan from CPPH2 | | CP Equity SouthState | | 60,000.00 | -427,727.93 |
| | General Journal | 10/01/2023 | 1067 | | Loan from CPPH2 | | CP Equity SouthState | | 100,000.00 | -527,727.93 |
| | General Journal | 10/06/2023 | 1078 | | Loan from CPPH2 | | CP Equity SouthState | | 200,000.00 | -727,727.93 |
| | General Journal | 10/16/2023 | 1087 | | Loan from CPPH2 | | CP Equity SouthState | | 100,000.00 | -827,727.93 |
| | General Journal | 11/02/2023 | 1103 | | Loan from CPPH2 | | CP Equity SouthState | | 50,000.00 | -877,727.93 |
| | General Journal | 11/02/2023 | 1108 | | Breakout Cupkovic | | CP Equity SouthState | 5,013.01 | | -872,714.92 |

Celebration Pointe Holdings, LLC
**Transaction Detail by Account**
March 15, 2023 through March 15, 2024

3:58 PM
04/13/24
Accrual Basis

| Type | Date | Num | Name | Memo | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| General Journal | 11/08/2023 | 1105 | | Loan from CPPH2 | | CP Equity SouthState | | 450,000.00 | -1,322,714.92 |
| Bill | 12/01/2023 | | Celebration Pointe CDD No. 1 | Pay Down City Place PH 2 | | Accounts Payable | 1,796,000.00 | | 473,285.08 |
| General Journal | 12/07/2023 | 1116 | | Loan from CPPH2 | | CP Equity SouthState | | 52,000.00 | 421,285.08 |
| General Journal | 12/07/2023 | 1116 | | Loan from CPPH2 | | CP Equity SouthState | | 30,000.00 | 391,285.08 |
| General Journal | 12/11/2023 | 1118 | | Loan from CPPH2H | | CP Equity SouthState | | 125,000.00 | 266,285.08 |
| General Journal | 12/12/2023 | 1119 | | Loan from CPPH2 | | CP Equity SouthState | | 80,000.00 | 186,285.08 |
| General Journal | 12/21/2023 | 1126 | | Loan from CP PH2 | | CP Equity SouthState | | 10,000.00 | 176,285.08 |
| General Journal | 12/26/2024 | 1151 | | Loan from CP PH2 | | CP Equity SouthState | | 15,000.00 | 161,285.08 |
| General Journal | 02/27/2024 | 1157 | | Loan to CPPH2 | | CP Equity SouthState | 5,000.00 | | 166,285.08 |
| General Journal | 03/08/2024 | 1134 | | Loan to CPPH2 | | CP Equity SouthState | 11,000.00 | | 177,285.08 |
| **Total Loan CPPH2** | | | | | | | 1,949,285.08 | 1,772,000.00 | 177,285.08 |
| **Loan SDPS II** | | | | | | | | | |
| Bill | 08/03/2023 | | Larry's Framing, Inc. | Inv 1480 | | Accounts Payable | 6,700.00 | | 6,700.00 |
| Bill | 12/31/2023 | EDA SDPS2 | EDA consultants, Inc. | 23626 | | Accounts Payable | 5,472.50 | | 12,172.50 |
| Bill | 12/31/2023 | EDA SDPS2 | EDA consultants, Inc. | 23626 | | Accounts Payable | 1,487.50 | | 13,660.00 |
| **Total Loan SDPS II** | | | | | | | 13,660.00 | 0.00 | 13,660.00 |
| **Loan SDPS III** | | | | | | | | | |
| General Journal | 04/04/2023 | 938 | | Transfer to SDPS3 | | CP Equity SouthState | 34,000.00 | | 34,000.00 |
| Bill | 05/01/2023 | CPCDD2023-14 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments- Regal 06820-002-002 | | Accounts Payable | 36,093.55 | | 70,093.55 |
| Bill | 05/01/2023 | CPCDD2023-17 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments- Regal 06820-002-002 | | Accounts Payable | 31,251.35 | | 101,344.90 |
| General Journal | 05/19/2023 | 961 | | Transfer from SDPS 3 | | CP Equity SouthState | | 86,800.00 | 14,544.90 |
| General Journal | 06/21/2023 | 977 | | Loan to SDPS3 | | CP Equity SouthState | 5,000.00 | | 19,544.90 |
| General Journal | 06/27/2023 | 975 | | Loan from SDPS3 | | CP Equity SouthState | | 14,000.00 | 5,544.90 |
| General Journal | 07/06/2023 | 1013 | | loan to SDPS3 | | CP Equity SouthState | | 50,000.00 | -44,455.10 |
| General Journal | 07/18/2023 | 980 | | loan to SDPS3 | | CP Equity SouthState | 4,000.00 | | -40,455.10 |
| General Journal | 07/20/2023 | 1011 | | loan from SDPS3 | | CP Equity SouthState | | 18,000.00 | -58,455.10 |
| General Journal | 07/31/2023 | 1017 | | transfer to SDPS3 | | Loan CPDP II | 72,000.00 | | 13,544.90 |
| General Journal | 08/01/2023 | 982 | | loan to SDPS3 | | CP Equity SouthState | 18,000.00 | | 31,544.90 |
| General Journal | 08/04/2023 | 777 | | Loan From CPH-2022 RE Tax Pymt-Regal | | CP Equity SouthState | 144,578.01 | | 176,122.91 |
| General Journal | 08/04/2023 | 777 | | Loan From CPH- 2021 RE Tax Pymt-Regal | | CP Equity SouthState | 148,325.48 | | 324,448.39 |
| General Journal | 09/11/2023 | 1063 | | Loan from SDPS3 | | CP Equity SouthState | | 6,000.00 | 318,448.39 |
| General Journal | 09/11/2023 | 1063 | | Loan to SDPS3 | | CP Equity SouthState | | 5,000.00 | 313,448.39 |
| Bill | 11/01/2023 | CPCDD2023-14 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments-Regal 06820-002-002 | √ | Accounts Payable | 0.00 | | 313,448.39 |
| Bill | 11/01/2023 | CPCDD2023-17 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments-SDPS3 06820-002-002 - 9/30 | √ | Accounts Payable | 0.00 | | 313,448.39 |
| Bill | 11/01/2023 | CPCDD NOV 2023-14 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments- Regal 06820-002-002 | | Accounts Payable | 15,468.67 | | 328,917.06 |
| Bill | 11/01/2023 | CPCDD NOV 2023-17 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments- Regal 06820-002-002 | | Accounts Payable | 13,393.43 | | 342,310.49 |
| General Journal | 12/08/2023 | 1117 | | Loan to SDPS3 | | CP Equity SouthState | 8,000.00 | | 350,310.49 |
| General Journal | 12/28/2023 | 1139 | | Loan to SDPS3 | | CP Equity SouthState | 85,000.00 | | 435,310.49 |
| General Journal | 01/17/2024 | 1139 | | Loan to SDPS3 | | CP Equity SouthState | 5,000.00 | | 440,310.49 |
| General Journal | 01/24/2024 | 1141 | | Loan from SDPS3 | | CP Equity SouthState | | 12,000.00 | 428,310.49 |
| General Journal | 02/21/2024 | 1153 | | From SDPS3 to CPH | | CP Equity SouthState | | 50,000.00 | 378,310.49 |
| **Total Loan SDPS III** | | | | | | | 620,110.49 | 241,800.00 | 378,310.49 |
| **Loan SDPS V** | | | | | | | | | |
| Bill | 03/21/2023 | Retail Mixed Use | SDPS Real Estate Investments V | Cupkovic Invoice 14110-49 | | Accounts Payable | 680.00 | | 680.00 |
| Bill | 03/21/2023 | Retail Mixed Use | SDPS Real Estate Investments V | Cupkovic Invoice 14110-50 | | Accounts Payable | 2,402.97 | | 3,082.97 |
| Bill | 03/21/2023 | Retail Mixed Use | SDPS Real Estate Investments V | Cupkovic Invoice 14110-54 | | Accounts Payable | 1,380.00 | | 4,462.97 |
| Bill | 03/21/2023 | Retail Mixed Use | SDPS Real Estate Investments V | Cupkovic Invoice 14110-55 | | Accounts Payable | 1,888.84 | | 6,351.81 |
| Bill | 03/21/2023 | Retail Mixed Use | SDPS Real Estate Investments V | Cupkovic Invoice 14110-56 | | Accounts Payable | 3,225.60 | | 9,577.41 |
| Bill | 03/21/2023 | Retail Mixed Use | SDPS Real Estate Investments V | Cupkovic Invoice 14110-57 | | Accounts Payable | 6,574.73 | | 16,152.14 |
| Bill | 03/21/2023 | Retail Mixed Use | SDPS Real Estate Investments V | Cupkovic Invoice 14110-58 | | Accounts Payable | 1,040.00 | | 17,192.14 |
| Bill | 03/21/2023 | Retail Mixed Use | SDPS Real Estate Investments V | Cupkovic Invoice 14110-59 | | Accounts Payable | 4,381.12 | | 21,573.26 |
| Bill | 03/21/2023 | Retail Mixed Use | SDPS Real Estate Investments V | Cupkovic Invoice 14110-62 | | Accounts Payable | 16,871.85 | | 38,445.11 |
| Bill | 03/21/2023 | Retail Mixed Use | SDPS Real Estate Investments V | Cupkovic Invoice 14110-63 | | Accounts Payable | 6,300.00 | | 44,745.11 |
| Bill | 03/21/2023 | Retail Mixed Use | SDPS Real Estate Investments V | Cupkovic Invoice 14110-64 | | Accounts Payable | 15,551.55 | | 60,296.66 |
| General Journal | 04/04/2023 | 938 | | Transfer to SDPS5 | | CP Equity SouthState | 23,000.00 | | 83,296.66 |
| General Journal | 04/19/2023 | 942 | | Transfer to SDPS5 | | CP Equity SouthState | 31,000.00 | | 114,296.66 |
| General Journal | 04/30/2023 | 1095 | | Adjust For Jan 2023 PUF per Connie's Books | | <SPLIT> | 15,253.81 | | 129,550.47 |
| General Journal | 04/30/2023 | 1095 | | Adjust For Feb 2023 PUF per Connie's Books | | Loan SDPS V | 20,787.95 | | 150,338.42 |
| General Journal | 04/30/2023 | 1095 | | Adjust For Mar 2023 PUF per Connie's Books | | Loan SDPS V | 16,744.11 | | 167,082.53 |
| General Journal | 04/30/2023 | 1095 | | Adjust For Apr 2023 PUF per Connie's Books | | Loan SDPS V | 28,386.11 | | 195,468.64 |
| Bill | 05/01/2023 | CPCDD2023-14 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments--Bldgs 500, 600A, 700 06820-002-012; Accounts Payable | | | 46,678.56 | | 242,147.20 |
| Bill | 05/01/2023 | CPCDD2023-17 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments--Bldgs 500, 600A, 700 06820-002-012; Accounts Payable | | | 40,416.31 | | 282,563.51 |
| Bill | 06/05/2023 | 14110-69 | Cupkovic Architecture, LLC | Cupkovic Invoice 14110-69 | | Accounts Payable | 17,695.00 | | 300,258.51 |

3:58 PM
04/12/24
Accrual Basis

**Celebration Pointe Holdings, LLC**
**Transaction Detail by Account**
March 15, 2023 through March 15, 2024

| Type | Date | Num | Name | Memo | Clr | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-----|-------|-------|--------|---------|
| Bill | 07/03/2023 | 14110-70 | Cupkovic Architecture, LLC | Cupkovic Invoice 14110-70 Midicl/Mexican Architect | | Accounts Payable | 10,500.00 | | 310,759.51 |
| General Journal | 07/06/2023 | 1013 | | loan to SDPS5 | | CP Equity SouthState | | 15,000.00 | 295,759.51 |
| General Journal | 07/31/2023 | 1017 | | transfer to SDPS5 | | CP CPOP II | 85,000.00 | | 380,759.51 |
| Bill | 07/31/2023 | 14110-71 | Cupkovic Architecture, LLC | Cupkovic Invoice 14110-71 | | Accounts Payable | 1,170.00 | | 381,929.51 |
| General Journal | 08/01/2023 | 982 | | loan to SDPS5 | | CP Equity SouthState | 21,000.00 | | 402,929.51 |
| General Journal | 08/10/2023 | 1025 | | Loan from CPH to SDPS5 | | CP Equity SouthState | 100,000.00 | | 502,929.51 |
| General Journal | 08/25/2023 | 1042 | | Loan from CPH to SDPS5 | | CP Equity SouthState | 1,000.00 | | 503,929.51 |
| General Journal | 10/25/2023 | 1093 | | Loan from SDPS5 | | CP Equity SouthState | | 13,000.00 | 490,929.51 |
| Bill | 11/01/2023 | CPCDD2023-14 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments- Bldgs 500, 600A, 700 06820-... | √ | Accounts Payable | 0.00 | | 490,929.51 |
| Bill | 11/01/2023 | CPCDD2023-17 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments-SDPS5 06820-002-012, 0682... | √ | Accounts Payable | 0.00 | | 490,929.51 |
| Bill | 11/01/2023 | CPCDD NOV 2023-14 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments- Bldgs 500, 600A, 700 06820-002-012; | | Accounts Payable | 20,005.10 | | 510,933.61 |
| Bill | 11/01/2023 | CPCDD NOV 2023-17 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments- Bldgs 500, 600A, 700 06820-002-012; | | Accounts Payable | 17,321.27 | | 528,254.88 |
| General Journal | 11/16/2023 | 1109 | | Loan to SDPS5 | | CP Equity SouthState | 3,000.00 | | 531,254.88 |
| General Journal | 11/20/2023 | 1111 | | Loan to SDPS5 | | CP Equity SouthState | 10,000.00 | | 541,254.88 |
| General Journal | 11/28/2023 | 1112 | | Loan to SDPS5 | | CP Equity SouthState | 10,000.00 | | 551,254.88 |
| General Journal | 11/29/2023 | 1113 | | Loan to SDPS5 | | CP Equity SouthState | 20,000.00 | | 571,254.88 |
| General Journal | 11/29/2023 | 1113 | | Loan to SDPS5 | | CP Equity SouthState | 10,000.00 | | 581,254.88 |
| General Journal | 11/29/2023 | 1113 | | Loan to SDPS5 | | CP Equity SouthState | 10,000.00 | | 591,254.88 |
| General Journal | 11/29/2023 | 1113 | | Loan to SDPS5 | | CP Equity SouthState | 20,000.00 | | 611,254.88 |
| General Journal | 12/13/2023 | 1120 | | Loan to SDPS5 | | CP Equity SouthState | 33,000.00 | | 644,254.88 |
| General Journal | 12/15/2023 | 1121 | | Loan to SDPS5 | | CP Equity SouthState | 10,000.00 | | 654,254.88 |
| General Journal | 12/18/2023 | 1123 | | Loan from SDPS5 | | CP Equity SouthState | | 23,000.00 | 631,254.88 |
| General Journal | 01/05/2024 | 1134 | | Loan to SDPS5 | | CP Equity SouthState | 24,000.00 | | 655,254.88 |
| General Journal | 01/24/2024 | 1141 | | Loan to SDPS5 | | CP Equity SouthState | 12,000.00 | | 667,254.88 |
| General Journal | 02/05/2024 | 1146 | | Loan to SDPS5 | | CP Equity SouthState | 10,000.00 | | 677,254.88 |
| General Journal | 02/14/2024 | 1150 | | Loan to SDPS5 | | CP Equity SouthState | 7,000.00 | | 684,254.88 |
| **Total Loan SDPS V** | | | | | | | 735,254.88 | 51,000.00 | 684,254.88 |
| **Loan SDPS VI** | | | | | | | | | |
| Bill | 07/31/2023 | 14110-71 | Cupkovic Architecture, LLC | Cupkovic Invoice 14110-71 | | Accounts Payable | 1,710.00 | | 1,710.00 |
| General Journal | 10/06/2023 | 1078 | | loan to SDPS6 | | Accounts Payable | 87,000.00 | | 88,710.00 |
| Bill | 12/01/2023 | EDA SDPS6 | EDA consultants, inc. | 22173 | | Accounts Payable | 107.50 | | 88,817.50 |
| Bill | 12/01/2023 | EDA SDPS6 | EDA consultants, inc. | 22708 | | Accounts Payable | 15.00 | | 88,832.50 |
| Bill | 12/01/2023 | EDA SDPS6 | EDA consultants, inc. | 22183 | | Accounts Payable | 555.00 | | 89,387.50 |
| Bill | 12/01/2023 | EDA SDPS6 | EDA consultants, inc. | 22605 | | Accounts Payable | 82.50 | | 89,470.00 |
| Bill | 12/01/2023 | EDA SDPS6 | EDA consultants, inc. | 22717 | | Accounts Payable | 60.00 | | 89,530.00 |
| Bill | 12/01/2023 | EDA SDPS6 | EDA consultants, inc. | 23403 | | Accounts Payable | 35.00 | | 89,565.00 |
| General Journal | 02/14/2024 | 1150 | | Loan to SDPS6 | | CP Equity SouthState | 1,000.00 | | 90,565.00 |
| General Journal | 02/21/2024 | 1153 | | Wire to Cupkovic | | CP Equity SouthState | 60,810.00 | | 151,375.00 |
| **Total Loan SDPS VI** | | | | | | | 151,375.00 | 0.00 | 151,375.00 |
| **Loan SDPS VII** | | | | | | | | | |
| General Journal | 04/04/2023 | 938 | | Transfer to SDPS7 | | CP Equity SouthState | 8,000.00 | | 8,000.00 |
| General Journal | 04/14/2023 | 949 | | Transfer to SDPS7 | | CP Equity SouthState | 15,000.00 | | 23,000.00 |
| General Journal | 04/19/2023 | 942 | | Transfer to SDPS7 | | CP Equity SouthState | 5,000.00 | | 28,000.00 |
| Bill | 05/01/2023 | CPCDD2023-14 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments- P2 06820-002-017 | | Accounts Payable | 34,019.24 | | 62,019.24 |
| Bill | 05/01/2023 | CPCDD2023-14 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments- Bldg 600C 06820-002-025 | | Accounts Payable | 6,711.28 | | 68,730.52 |
| Bill | 05/01/2023 | CPCDD2023-17 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments- P2 06820-002-017 | | Accounts Payable | 29,455.32 | | 98,185.84 |
| Bill | 05/01/2023 | CPCDD2023-17 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments- Bldg 600C 06820-002-025 | | Accounts Payable | 5,810.91 | | 103,996.75 |
| General Journal | 05/19/2023 | 961 | | Transfer to SDPS7 | | CP Equity SouthState | 1,000.00 | | 104,996.75 |
| General Journal | 06/14/2023 | 1009 | | loan to SDPS7 | | CP Equity SouthState | 10,000.00 | | 114,996.75 |
| Bill | 07/03/2023 | 14110-70 | Cupkovic Architecture, LLC | Cupkovic Invoice 14110-70 Bldg 900 Architect | | Accounts Payable | 7,850.00 | | 122,846.75 |
| General Journal | 07/06/2023 | 981 | | loan to SDPS7 | | CP Equity SouthState | 10,000.00 | | 132,846.75 |
| General Journal | 07/18/2023 | 980 | | loan to SDPS7 | | CP Equity SouthState | 6,000.00 | | 138,846.75 |
| Bill | 07/31/2023 | 14110-71 | Cupkovic Architecture, LLC | Cupkovic Invoice 14110-71 | | Accounts Payable | 1,080.00 | | 139,926.75 |
| General Journal | 08/01/2023 | 982 | | loan to SDPS7 | | CP Equity SouthState | 15,000.00 | | 154,926.75 |
| General Journal | 08/04/2023 | 777 | | Loan From CPH- 2022 RE Tax Pymt-P2 Parking Garage | | CP Equity SouthState | 155,341.60 | | 310,268.35 |
| General Journal | 08/04/2023 | 777 | | Loan From CPH- 2022 RE Tax Pymt-Vacant Commercial | | CP Equity SouthState | 17,506.61 | | 327,774.96 |
| General Journal | 08/16/2023 | 1032 | | Loan to SDPS7 | | CP Equity SouthState | 74,000.00 | | 401,774.96 |
| General Journal | 09/06/2023 | 1056 | | Loan to SDPS7 | | CP Equity SouthState | 24,000.00 | | 425,774.96 |
| General Journal | 09/11/2023 | 1063 | | Loan to SDPS7 | | CP Equity SouthState | 5,000.00 | | 430,774.96 |
| Bill | 09/15/2023 | 14110-72 | Cupkovic Architecture, LLC | Cupkovic Invoice 14110-72 | | Accounts Payable | 540.00 | | 431,314.96 |
| Invoice | 09/21/2023 | 983 | SDPS Real Estate Investments VII | CP CDD 2022 Assessments for SDPS VII | √ | Accounts Receivable | 0.00 | | 431,314.96 |
| General Journal | 09/25/2023 | 1070 | | Loan To The Shops | | CP Equity SouthState | 5,000.00 | | 436,314.96 |
| General Journal | 10/20/2023 | 1090 | | Loan to SDPS7 | | CP Equity SouthState | 5,000.00 | | 441,314.96 |

3:58 PM
04/13/24
Accrual Basis

**Celebration Pointe Holdings, LLC**
**Transaction Detail by Account**
March 15, 2023 through March 15, 2024

| Type | Date | Num | Name | Memo | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| General Journal | 10/31/2023 | 1099 | | Loan to SDPS7 | | CP Equity SouthState | 800.00 | | 442,114.96 |
| Bill | 11/01/2023 | CPCDD2023-14 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments- P2 06820-002-017 | √ | Accounts Payable | 0.00 | | 442,114.96 |
| Bill | 11/01/2023 | CPCDD2023-14 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments- Bldg 600C 06820-002-025 | √ | Accounts Payable | 0.00 | | 442,114.96 |
| Bill | 11/01/2023 | CPCDD2023-17 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments-SDPS7 06820-002-016-9/00C | √ | Accounts Payable | 0.00 | | 442,114.96 |
| Bill | 11/01/2023 | CPCDD2023-17 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments-SDPS7 06820-002-017-9/00C | √ | Accounts Payable | 0.00 | | 442,114.96 |
| Bill | 11/01/2023 | CPCDD NOV 2023-14 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments- P2 06820-002-017 | | Accounts Payable | 14,579.67 | | 456,694.63 |
| Bill | 11/01/2023 | CPCDD NOV 2023-14 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments- Bldg 600C 06820-002-025 | | Accounts Payable | 2,876.26 | | 459,570.89 |
| Bill | 11/01/2023 | CPCDD NOV 2023-17 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments- 06820-002-016 | | Accounts Payable | 5,851.71 | | 465,422.60 |
| Bill | 11/01/2023 | CPCDD NOV 2023-17 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments- P2 06820-002-017 | | Accounts Payable | 12,623.71 | | 478,046.31 |
| Bill | 11/01/2023 | CPCDD NOV 2023-17 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments- Bldg 600C 06820-002-025 | | Accounts Payable | 2,490.39 | | 480,536.70 |
| Bill | 11/01/2023 | CPCDD NOV 2023-17 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments- 05820-002-016 | | Accounts Payable | 5,066.66 | | 485,603.36 |
| General Journal | 11/03/2023 | 1104 | | Loan to SDPS7 | | CP Equity SouthState | 1,000.00 | | 486,603.36 |
| General Journal | 11/08/2023 | 1104 | | Loan to SDPS7 | | CP Equity SouthState | 1,000.00 | | 487,603.36 |
| Bill | 11/13/2023 | 14110-73 | Cupkovic Architecture, LLC | Cupkovic Invoice 14110-73 | | Accounts Payable | 12,500.00 | | 500,103.36 |
| General Journal | 11/16/2023 | 1109 | | Loan to SDPS7 | | CP Equity SouthState | 4,000.00 | | 504,103.36 |
| General Journal | 11/16/2023 | 1109 | | Loan to SDPS7 | | CP Equity SouthState | 500.00 | | 504,603.36 |
| General Journal | 11/28/2023 | 1112 | | Loan to SDPS7 | | CP Equity SouthState | 25,000.00 | | 529,603.36 |
| General Journal | 12/08/2023 | 1117 | | Loan to SDPS7 | | CP Equity SouthState | 5,000.00 | | 534,603.36 |
| General Journal | 12/18/2023 | 1123 | | Loan to SDPS7 | | CP Equity SouthState | 2,000.00 | | 536,603.36 |
| General Journal | 12/27/2023 | 1128 | | Loan to SDPS7 | | CP Equity SouthState | 9,000.00 | | 545,603.36 |
| General Journal | 12/27/2023 | 1128 | | Loan to SDPS7 | | CP Equity SouthState | 16,000.00 | | 561,603.36 |
| Bill | 12/31/2023 | Bldg 900 EDA | EDA consultants, inc. | 22356 | | Accounts Payable | 325.00 | | 561,928.36 |
| Bill | 12/31/2023 | Bldg 900 EDA | EDA consultants, inc. | 22489 | | Accounts Payable | 5,431.25 | | 567,359.61 |
| Bill | 12/31/2023 | Bldg 900 EDA | EDA consultants, inc. | 22585 | | Accounts Payable | 150.00 | | 567,509.61 |
| Bill | 12/31/2023 | Bldg 900 EDA | EDA consultants, inc. | 23050 | | Accounts Payable | 190.00 | | 567,699.61 |
| General Journal | 01/05/2024 | 1134 | | Loan to SDPS7 | | CP Equity SouthState | 28,000.00 | | 595,699.61 |
| General Journal | 01/17/2024 | 1139 | | Loan to SDPS7 | | CP Equity SouthState | 5,000.00 | | 600,699.61 |
| General Journal | 02/14/2024 | 1150 | | Loan to SDPS7 | | CP Equity SouthState | 2,000.00 | | 602,699.61 |
| General Journal | 03/04/2024 | 1162 | | Transfer to SDPS7 | | CP Equity SouthState | 8,000.00 | | 610,699.61 |
| General Journal | 03/12/2024 | 1178 | | Loan to SDPS7 | | CP Equity SouthState | 2,000.00 | | 612,699.61 |
| **Total Loan SDPS VII** | | | | | | | 612,699.61 | 0.00 | 612,699.61 |
| **Loan SDPS VIII** | | | | | | | | | |
| Bill | 05/01/2023 | CPCDD2023-14 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments- 600B 06820-002-026 | | Accounts Payable | 3,934.20 | | 3,934.20 |
| Bill | 05/01/2023 | CPCDD2023-17 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments- 600B 06820-002-026 | | Accounts Payable | 3,406.39 | | 7,340.59 |
| General Journal | 05/26/2023 | 962 | | Transfer to SDPS8 | | CP Equity SouthState | 3,000.00 | | 10,340.59 |
| General Journal | 07/26/2023 | 1012 | | loan from SDPS8 | | Loan CPOP II | | 8,000.00 | 2,340.59 |
| General Journal | 07/31/2023 | 1017 | | transfer to SDPS8 | | CP Equity SouthState | 7,000.00 | | 9,340.59 |
| General Journal | 08/01/2023 | 982 | | loan to SDPS8 | | CP Equity SouthState | 244,000.00 | | 253,340.59 |
| General Journal | 08/03/2023 | 1018 | | Loan to SDPS8 | | CP Equity SouthState | 1,000.00 | | 254,340.59 |
| General Journal | 09/29/2023 | 1074 | | Loan to SDPS8 | | CP Equity SouthState | 8,000.00 | | 262,340.59 |
| Bill | 11/01/2023 | CPCDD2023-14 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments- 600B 06820-002-026 | √ | Accounts Payable | 0.00 | | 262,340.59 |
| Bill | 11/01/2023 | CPCDD2023-17 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments-SDPS8 06820-002-026-9/00C | √ | Accounts Payable | 0.00 | | 262,340.59 |
| Bill | 11/01/2023 | CPCDD NOV 2023-14 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments- 600B 06820-002-026 | | Accounts Payable | 1,886.00 | | 264,026.88 |
| Bill | 11/01/2023 | CPCDD NOV 2023-17 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments- 600B 06820-002-026 | | Accounts Payable | 1,459.88 | | 265,486.56 |
| General Journal | 11/16/2023 | 1109 | | Loan to SDPS8 | | CP Equity SouthState | 4,000.00 | | 269,486.56 |
| General Journal | 11/29/2023 | 1113 | | Loan from SDPS7 | | CP Equity SouthState | | 10,000.00 | 259,486.56 |
| General Journal | 12/01/2023 | 1115 | | Loan to SDPS8 | | CP Equity SouthState | 39,000.00 | | 298,486.56 |
| General Journal | 12/28/2023 | 1129 | | Loan to SDPS8 | | CP Equity SouthState | 3,000.00 | | 301,486.56 |
| Bill | 12/31/2023 | EDA SDPS8 | EDA consultants, inc. | 22741 | | Accounts Payable | 100.00 | | 301,586.56 |
| General Journal | 01/30/2024 | 1145 | | Loan to SDPS8 | | CP Equity SouthState | 12,000.00 | | 313,586.56 |
| General Journal | 03/04/2024 | 1162 | | Transfer to SDPS8 | | CP Equity SouthState | 10,000.00 | | 323,586.56 |
| **Total Loan SDPS VIII** | | | | | | | 341,586.56 | 18,000.00 | 323,586.56 |
| **Loan SHD-CP** | | | | | | | | | |
| General Journal | 03/17/2023 | 928 | | Transfer to SHD-CP | | CP Equity SouthState | 12,000.00 | | 12,000.00 |
| General Journal | 03/22/2023 | 930 | | Transfer to SHD-CP | | CP Equity SouthState | 6,000.00 | | 18,000.00 |
| General Journal | 03/24/2023 | 932 | | Transfer to SHD-CP | | CP Equity SouthState | 19,000.00 | | 37,000.00 |
| General Journal | 04/04/2023 | 938 | | Transfer to SHD-CP | | CP Equity SouthState | 20,000.00 | | 57,000.00 |
| General Journal | 04/05/2023 | 933 | | Transfer to SHD-CP | | CP Equity SouthState | 57,000.00 | | 114,000.00 |
| General Journal | 04/07/2023 | 941 | | Transfer to SHD-CP | | CP Equity SouthState | 57,000.00 | | 171,000.00 |
| General Journal | 04/11/2023 | 948 | | Transfer to SHD-CP | | CP Equity SouthState | 16,000.00 | | 187,000.00 |
| Bill | 05/01/2023 | CPCDD2023-14 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments- Bass Pro/Boat Storage 06828-001-000 | | Accounts Payable | 57,371.32 | | 244,371.32 |
| Bill | 05/01/2023 | CPCDD2023-17 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments- Bass Pro/Boat Storage 06828-001-000 | | Accounts Payable | 49,674.55 | | 294,045.87 |

3:58 PM
04/13/24
Accrual Basis

**Celebration Pointe Holdings, LLC**
**Transaction Detail by Account**
March 15, 2023 through March 15, 2024

| Type | Date | Num | Name | Memo | Clr | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-----|-------|-------|--------|---------|
| General Journal | 05/10/2023 | 953 | | Transfer to SHD-CP | | CP Equity SouthState | 20,000.00 | | 314,045.87 |
| General Journal | 05/31/2023 | 964 | | Transfer to SHD-CP | | CP Equity SouthState | 60,000.00 | | 374,045.87 |
| General Journal | 06/26/2023 | 1007 | | loan to SHDCP | | CP Equity SouthState | 97,000.00 | | 471,045.87 |
| General Journal | 08/01/2023 | 982 | | loan to SHDCP | | CP Equity SouthState | 210,000.00 | | 681,045.87 |
| General Journal | 08/18/2023 | 1040 | | Loan to SHDCP | | CP Equity SouthState | 24,000.00 | | 705,045.87 |
| General Journal | 09/25/2023 | 1070 | | Loan to SHD-CP | | CP Equity SouthState | 22,000.00 | | 727,045.87 |
| General Journal | 10/16/2023 | 1087 | | Loan to SHD-CP | | CP Equity SouthState | 20,000.00 | | 747,045.87 |
| General Journal | 10/19/2023 | 1092 | | Loan to SHD-CP | | CP Equity SouthState | 1,200.00 | | 748,245.87 |
| Bill | 11/01/2023 | CPCDD2023-14 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments- Bass Pro/Boat Storage 05828 | √ | Accounts Payable | 0.00 | | 748,245.87 |
| Bill | 11/01/2023 | CPCDD2023-17 | | CP CDD 2023 Assessments-SDPS 05828-001-000 - 9/30C | √ | Accounts Payable | 0.00 | | 748,245.87 |
| Bill | 11/01/2023 | CPCDD NOV 2023-14 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments- Bass Pro/Boat Storage 05828-001-000 | | Accounts Payable | 24,587.71 | | 772,833.58 |
| Bill | 11/01/2023 | CPCDD NOV 2023-17 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments- Bass Pro/Boat Storage 05828-001-000 | | Accounts Payable | 21,289.09 | | 794,122.67 |
| General Journal | 11/30/2023 | 1114 | | Loan to SHD-CP | | CP Equity SouthState | 50,000.00 | | 844,122.67 |
| General Journal | 12/07/2023 | 1116 | | Loan to SHDCP | | CP Equity SouthState | 53,000.00 | | 897,122.67 |
| General Journal | 02/07/2024 | 1144 | | Transfer to SHDCP | | CP Equity SouthState | 22,000.00 | | 919,122.67 |
| General Journal | 03/07/2024 | 1163 | | transfer to SHDCP | | CP Equity SouthState | 21,000.00 | | 940,122.67 |
| **Total Loan SHD-CP** | | | | | | | 940,122.67 | 0.00 | 940,122.67 |
| **Loan The Shops** | | | | | | | | | |
| Bill | 03/21/2023 | Retail Mixed Use | The Shops at Celebration Pointe, LLC (AR) | Cupkovic Invoice 14110-52 | | Accounts Payable | 13,617.70 | | 13,617.70 |
| Bill | 03/21/2023 | Retail Mixed Use | The Shops at Celebration Pointe, LLC (AR) | Cupkovic Invoice 14110-61 | | Accounts Payable | 1,754.95 | | 15,372.65 |
| Bill | 03/21/2023 | Retail Mixed Use | The Shops at Celebration Pointe, LLC (AR) | Cupkovic Invoice 14110-63 | | Accounts Payable | 3,400.00 | | 18,772.65 |
| Bill | 03/21/2023 | Retail Mixed Use | The Shops at Celebration Pointe, LLC (AR) | Cupkovic Invoice 14110-64 | | Accounts Payable | 1,364.53 | | 20,137.18 |
| General Journal | 03/31/2023 | 935 | | Transfer To The Shops | | CP Equity SouthState | 5,000.00 | | 25,137.18 |
| General Journal | 04/04/2023 | 938 | | Transfer to The Shops | | CP Equity SouthState | 11,000.00 | | 36,137.18 |
| General Journal | 05/26/2023 | 962 | | Transfer from The Shops | | CP Equity SouthState | | 16,000.00 | 20,137.18 |
| General Journal | 06/06/2023 | 971 | | loan from shops | | CP Equity SouthState | | 15,000.00 | 5,137.18 |
| General Journal | 06/14/2023 | 1009 | | loan from the shops | | CP Equity SouthState | | 43,000.00 | -37,862.82 |
| General Journal | 07/06/2023 | 1013 | | loan to The Shops | | CP Equity SouthState | | 30,000.00 | -67,862.82 |
| General Journal | 07/31/2023 | 1017 | | transfer to Shops | | Loan CPOP II | 69,000.00 | | 1,137.18 |
| General Journal | 08/01/2023 | 982 | | loan to shops | | CP Equity SouthState | 248,000.00 | | 249,137.18 |
| General Journal | 08/04/2023 | 777 | | Loan From CPH- 2022 RE Tax Pymt-2023 | | CP Equity SouthState | 46,406.08 | | 295,543.26 |
| General Journal | 08/04/2023 | 777 | | Loan From CPH- 2021 RE Tax Pymt-2023 | | CP Equity SouthState | 21,017.56 | | 316,560.82 |
| General Journal | 08/04/2023 | 777 | | Loan From CPH- 2022 RE Tax Pymt-2020 | | CP Equity SouthState | 63,558.80 | | 380,119.62 |
| General Journal | 08/04/2023 | 777 | | Loan From CPH- 2021 RE Tax Pymt-2020 | | CP Equity SouthState | 30,324.66 | | 410,444.28 |
| General Journal | 09/25/2023 | 1070 | | Loan To The Shops | | CP Equity SouthState | 12,000.00 | | 422,444.28 |
| General Journal | 10/20/2023 | 1090 | | Loan from The Shops | | CP Equity SouthState | | 20,000.00 | 402,444.28 |
| Bill | 11/01/2023 | CPCDD2023-17 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments-The Shops 05820-002-019, 0( | √ | Accounts Payable | 0.00 | | 402,444.28 |
| Bill | 11/01/2023 | CPCDD NOV 2023-14 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments- 06820-002-019, 06820-002-020,06820 | | Accounts Payable | 6,441.97 | | 408,886.25 |
| Bill | 11/01/2023 | CPCDD NOV 2023-17 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments- 06820-002-019, 06820-002-020,06820 | | Accounts Payable | 5,577.74 | | 414,463.99 |
| General Journal | 11/16/2023 | 1109 | | Loan from The Shops | | CP Equity SouthState | | 20,000.00 | 394,463.99 |
| General Journal | 11/20/2023 | 1111 | | Loan from The Shops | | CP Equity SouthState | | 10,000.00 | 384,463.99 |
| General Journal | 11/28/2023 | 1112 | | Loan from The Shops | | CP Equity SouthState | | 25,000.00 | 359,463.99 |
| General Journal | 12/28/2023 | 1129 | | Loan to The Shops | | CP Equity SouthState | 52,049.94 | | 411,513.93 |
| General Journal | 02/05/2024 | 1143 | | Loan from The Shops | | CP Equity SouthState | | 48,000.00 | 363,513.93 |
| General Journal | 03/12/2024 | 1178 | | Loan from The Shops | | CP Equity SouthState | | 16,000.00 | 347,513.93 |
| **Total Loan The Shops** | | | | | | | 590,513.93 | 243,000.00 | 347,513.93 |
| **Loan to CPA** | | | | | | | | | |
| General Journal | 08/24/2023 | 1036 | | Due to CPA for Insurance Claim for Light | | CP Equity SouthState | | 8,869.45 | -8,869.45 |
| General Journal | 10/20/2023 | 1090 | | Loan from CPA | | CP Equity SouthState | | 5,000.00 | -13,869.45 |
| **Total Loan to CPA** | | | | | | | 0.00 | 13,869.45 | -13,869.45 |
| **Loan to CPCPH** | | | | | | | | | |
| General Journal | 07/12/2023 | 1022 | | loan from CPCPH | | CP Equity SouthState | | 11,000.00 | -11,000.00 |
| General Journal | 09/11/2023 | 1063 | | Wire to New City Place for 2022 RET Reconciliation | | CP Equity SouthState | 108,660.06 | | 97,660.06 |
| General Journal | 10/17/2023 | 1088 | | Transfer to New City Place For RE Taxes | | CP Equity SouthState | 100,000.00 | | 197,660.06 |
| General Journal | 11/02/2023 | 1108 | | Breakout Cupkovic | | CP Equity SouthState | 15,456.80 | | 213,116.86 |
| General Journal | 12/14/2023 | 1122 | | wire to New City Place to pay RET 2022 Reconciliation | | CP Equity SouthState | 108,404.40 | | 321,521.26 |
| **Total Loan to CPCPH** | | | | | | | 332,521.26 | 11,000.00 | 321,521.26 |
| **Loan to Keys** | | | | | | | | | |
| General Journal | 07/21/2023 | 1015 | | Loan To Keys | | CP Equity SouthState | 20,000.00 | | 20,000.00 |
| **Total Loan to Keys** | | | | | | | 20,000.00 | 0.00 | 20,000.00 |
| **Loan to Prime & Pearl** | | | | | | | | | |
| General Journal | 07/21/2023 | 1015 | | Loan to Prime & Pearl | | CP Equity SouthState | 20,000.00 | | 20,000.00 |
| **Total Loan to Prime & Pearl** | | | | | | | 20,000.00 | 0.00 | 20,000.00 |

3:58 PM
04/13/24
Accrual Basis

**Celebration Pointe Holdings, LLC**
**Transaction Detail by Account**
March 15, 2023 through March 15, 2024

| Type | Date | Num | Name | Memo | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Loan to VPF1** | | | | | | | | | |
| General Journal | 12/28/2023 | 1129 | | Loan to VPF1 for Capital Call | | CP Equity SouthState | 55,000.00 | | 55,000.00 |
| **Total Loan to VPF1** | | | | | | | 55,000.00 | 0.00 | 55,000.00 |
| **Loan to VPM** | | | | | | | | | |
| General Journal | 11/29/2023 | 1113 | | Loan from VPM | | CP Equity SouthState | | 20,000.00 | -20,000.00 |
| General Journal | 01/17/2024 | 1139 | | Loan to VPM | | CP Equity SouthState | 30,000.00 | | 10,000.00 |
| **Total Loan to VPM** | | | | | | | 30,000.00 | 20,000.00 | 10,000.00 |
| **Loan VCC** | | | | | | | | | |
| General Journal | 09/21/2023 | 1067 | | Loan From VCC | | CP Equity SouthState | | 500,000.00 | -500,000.00 |
| General Journal | 09/22/2023 | 1068 | | Loan From VCC | | CP Equity SouthState | | 150,000.00 | -650,000.00 |
| General Journal | 10/06/2023 | 1078 | | Loan from VCC | | CP Equity SouthState | | 400,000.00 | -1,050,000.00 |
| General Journal | 10/17/2023 | 1088 | | Loan from VCC | | CP Equity SouthState | | 100,000.00 | -1,150,000.00 |
| General Journal | 12/12/2023 | 1119 | | Loan from VCC | | CP Equity SouthState | | 100,000.00 | -1,250,000.00 |
| General Journal | 12/20/2023 | 1124 | | Loan to VCC | | CP Equity SouthState | 26,000.00 | | -1,224,000.00 |
| General Journal | 01/17/2024 | 1139 | | Loan to VCC | | CP Equity SouthState | 400,000.00 | | -824,000.00 |
| General Journal | 03/05/2024 | 1160 | | Loan from VCC | | CP Equity SouthState | | 200,000.00 | -1,024,000.00 |
| General Journal | 03/07/2024 | 1163 | | transfer from VCC | | CP Equity SouthState | | 80,000.00 | -1,104,000.00 |
| General Journal | 03/11/2024 | 1135 | | Loan from VCC | | CP Equity SouthState | | 5,000.00 | -1,109,000.00 |
| **Total Loan VCC** | | | | | | | 426,000.00 | 1,535,000.00 | -1,109,000.00 |
| **Loan VCO** | | | | | | | | | |
| General Journal | 03/20/2023 | 929 | | Transfer to VCO | | CP Equity SouthState | 315,000.00 | | 315,000.00 |
| General Journal | 03/24/2023 | 932 | | Transfer to VCO | | CP Equity SouthState | 6,000.00 | | 321,000.00 |
| General Journal | 03/29/2023 | 1069 | | Funds sent to VCC from VCO for P1 | | Accounts Payable | | 35,000.00 | 286,000.00 |
| General Journal | 03/31/2023 | 935 | | Transfer to VCO | | CP Equity SouthState | 200,000.00 | | 486,000.00 |
| General Journal | 04/05/2023 | 933 | | Wire to VCO | | CP Equity SouthState | 350,000.00 | | 836,000.00 |
| General Journal | 04/05/2023 | 933 | | Transfer to VCO | | CP Equity SouthState | 50,000.00 | | 886,000.00 |
| General Journal | 04/06/2023 | 939 | | Transfer to VCO | | CP Equity SouthState | 120,000.00 | | 1,006,000.00 |
| General Journal | 05/03/2023 | 951 | | Transfer to VCO | | CP Equity SouthState | 10,000.00 | | 1,016,000.00 |
| General Journal | 05/03/2023 | 951 | | Wire to VCO | | CP Equity SouthState | 40,000.00 | | 1,056,000.00 |
| Bill | 05/12/2023 | Invoice 825 | Viking Companies, LLC | VCO Invoice 825 - Transfer to VCC for P1 Garage Pay App | | Accounts Payable | 35,000.00 | | 1,091,000.00 |
| General Journal | 05/12/2023 | 947 | | Transfer to VCC - P1 Garage Pay App | | -SPLIT- | 0.00 | | 1,091,000.00 |
| General Journal | 05/12/2023 | 947 | | Transfer from VCO | | Loan VCO | | 2,000.00 | 1,089,000.00 |
| General Journal | 05/17/2023 | 960 | | Transfer from VCO | | CP Equity SouthState | | 60,000.00 | 1,029,000.00 |
| General Journal | 06/05/2023 | 970 | | transfer from VCO | | CP Equity SouthState | | 40,000.00 | 989,000.00 |
| General Journal | 06/06/2023 | 973 | | transfer from VCO | | CP Equity SouthState | | 2,000.00 | 987,000.00 |
| General Journal | 06/09/2023 | 969 | | transfer to VCO | | CP Equity SouthState | 24,000.00 | | 1,011,000.00 |
| General Journal | 06/13/2023 | 1005 | | transfer to VCO | | CP Equity SouthState | 8,000.00 | | 1,019,000.00 |
| General Journal | 06/20/2023 | 1006 | | transfer from VCO | | CP Equity SouthState | | 25,000.00 | 994,000.00 |
| General Journal | 06/21/2023 | 974 | | Transfer From CPEC | | CP Equity SouthState | | 60,000.00 | 934,000.00 |
| General Journal | 06/26/2023 | 1008 | | Transfer Back to VCO from 6/21 | | CP Equity SouthState | 60,000.00 | | 994,000.00 |
| General Journal | 06/29/2023 | 1010 | | loan to VCO | | CP Equity SouthState | 5,000.00 | | 999,000.00 |
| General Journal | 07/12/2023 | 1022 | | loan to VCO | | CP Equity SouthState | 10,000.00 | | 1,009,000.00 |
| General Journal | 07/18/2023 | 1020 | | loan from VCO | | CP Equity SouthState | | 40,000.00 | 969,000.00 |
| General Journal | 07/26/2023 | 983 | | loan to VCO | | CP Equity SouthState | 1,000.00 | | 970,000.00 |
| General Journal | 07/31/2023 | 991 | | transfer to VCO | | CP Equity SouthState | 500,000.00 | | 1,470,000.00 |
| General Journal | 08/29/2023 | 1037 | | Loan from VCO | | CP Equity SouthState | | 30,000.00 | 1,440,000.00 |
| General Journal | 08/31/2023 | 1038 | | Loan from VCO | | CP Equity SouthState | | 50,000.00 | 1,390,000.00 |
| General Journal | 09/05/2023 | 1057 | | Loan to VCO | | CP Equity SouthState | 70,000.00 | | 1,460,000.00 |
| General Journal | 09/12/2023 | 1064 | | Loan to VCO | | CP Equity SouthState | 92,000.00 | | 1,552,000.00 |
| General Journal | 09/15/2023 | 1065 | | Loan to VCO | | CP Equity SouthState | 60,000.00 | | 1,612,000.00 |
| General Journal | 09/21/2023 | 1067 | | Loan To VCO | | CP Equity SouthState | 75,000.00 | | 1,687,000.00 |
| General Journal | 09/22/2023 | 1068 | | Loan to VCO | | CP Equity SouthState | 115,000.00 | | 1,802,000.00 |
| General Journal | 09/22/2023 | 1068 | | Loan to VCO | | CP Equity SouthState | 30,000.00 | | 1,832,000.00 |
| General Journal | 10/03/2023 | 1076 | | Loan to VCO | | CP Equity SouthState | 20,000.00 | | 1,852,000.00 |
| General Journal | 10/13/2023 | 1086 | | Loan from VCO | | CP Equity SouthState | | 115,000.00 | 1,737,000.00 |
| General Journal | 10/17/2023 | 1088 | | Transfer to VCO for P/R to W/F | | CP Equity SouthState | 50,000.00 | | 1,787,000.00 |
| General Journal | 10/07/2023 | 1094 | | Loan to VCO | | CP Equity SouthState | 15,000.00 | | 1,802,000.00 |
| General Journal | 11/16/2023 | 1109 | | Loan from VCO | | CP Equity SouthState | | 11,400.00 | 1,790,600.00 |
| General Journal | 11/17/2023 | 1110 | | Loan to VCO | | CP Equity SouthState | 200.00 | | 1,790,800.00 |
| General Journal | 11/30/2023 | 1114 | | Loan to VCO | | CP Equity SouthState | 5,000.00 | | 1,795,800.00 |
| General Journal | 12/01/2023 | 1115 | | Loan to VCO | | CP Equity SouthState | 20,000.00 | | 1,815,800.00 |
| General Journal | 12/11/2023 | 1118 | | Loan to VCO | | CP Equity SouthState | 45,000.00 | | 1,860,800.00 |
| General Journal | 12/12/2023 | 1119 | | Loan to VCO | | CP Equity SouthState | 30,000.00 | | 1,890,800.00 |

3:58 PM
04/13/24
Accrual Basis

**Celebration Pointe Holdings, LLC**
**Transaction Detail by Account**
March 15, 2023 through March 15, 2024

| Type | Date | Num | Name | Memo | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| General Journal | 12/20/2023 | 1124 | | Loan to VCO | | CP Equity SouthState | 130,000.00 | | 2,020,800.00 |
| General Journal | 12/29/2023 | 1130 | | Loan To VCO | √ | CP Equity SouthState | 0.00 | | 2,020,800.00 |
| General Journal | 01/05/2024 | 1134 | | Loan to VCO | | CP Equity SouthState | 15,000.00 | | 2,035,800.00 |
| General Journal | 02/16/2024 | 1151 | | Loan to VCO | | CP Equity SouthState | 280,000.00 | | 2,315,800.00 |
| General Journal | 02/23/2024 | 1154 | | Loan to VCO | | CP Equity SouthState | 70,000.00 | | 2,385,800.00 |
| General Journal | 02/28/2024 | 1156 | | Loan to VCO | | CP Equity SouthState | 134,000.00 | | 2,519,800.00 |
| General Journal | 03/05/2024 | 1161 | | Transfer to VCO WF | | CP Equity SouthState | 50,000.00 | | 2,569,800.00 |
| **Total Loan VCO** | | | | | | | **3,040,200.00** | **470,400.00** | **2,569,800.00** |
| **Loan VCO Event Ctr** | | | | | | | | | |
| General Journal | 03/23/2023 | 931 | | Transfer from VCO Event Ctr | | CP Equity SouthState | | 36,000.00 | -36,000.00 |
| General Journal | 03/24/2023 | 932 | | Transfer from VCO Event Ctr | | CP Equity SouthState | | 100,000.00 | -136,000.00 |
| General Journal | 03/31/2023 | 935 | | Transfer to VCO Event Ctr | | CP Equity SouthState | 390,000.00 | | 254,000.00 |
| General Journal | 04/03/2023 | 936 | | Transfer from Event Center | | CP Equity SouthState | | 281,250.00 | -27,250.00 |
| General Journal | 05/09/2023 | 950 | | Balance to match VCO books as loan | | CP Equity SouthState | 94,367.68 | | 67,117.68 |
| General Journal | 05/09/2023 | 954 | | Transfer from VCO Event Ctr | | CP Equity SouthState | | 38,000.00 | 29,117.68 |
| General Journal | 09/01/2023 | 1185 | Henning Holdings | Hennig paid CDD, CPH credit VCO Event Center | | Accounts Receivable | 44,322.00 | | 73,439.68 |
| **Total Loan VCO Event Ctr** | | | | | | | **528,689.68** | **455,250.00** | **73,439.68** |
| **Loan VPSS** | | | | | | | | | |
| General Journal | 03/22/2023 | 930 | | Transfer to VPSS | | CP Equity SouthState | 10,000.00 | | 10,000.00 |
| General Journal | 11/29/2023 | 1113 | | Loan from VPS Security | | CP Equity SouthState | | 10,000.00 | 0.00 |
| General Journal | 01/17/2024 | 1139 | | Loan to VPSS | | CP Equity SouthState | 1,000.00 | | 1,000.00 |
| **Total Loan VPSS** | | | | | | | **11,000.00** | **10,000.00** | **1,000.00** |
| **Investments** | | | | | | | | | |
| **Investment CPCPH - Phase 2** | | | | | | | | | |
| Bill | 05/17/2023 | | Viking Construction Company | City Place A1 payment | | Accounts Payable | 60,000.00 | | 60,000.00 |
| General Journal | 05/31/2023 | 989 | | convert loan to Investment, Madeline get with John/Svein to finalize th Note from Hudson Rapier | | | | 2,000,000.00 | +1,940,000.00 |
| General Journal | 06/01/2023 | 1143 | | to capture sale & equity dollars spent on CPH2, | | Loan CPH2 | 775,521.25 | | -1,164,478.75 |
| General Journal | 08/01/2023 | 992 | | transfer to VCC for City Place | | CP Equity SouthState | 910,357.76 | | -254,120.99 |
| General Journal | 11/01/2023 | 1183 | | Phase 2 convert loan to Waterfront Capital in CP Ph2 Holdings | | Note from Rapier Med LLC | | 2,000,000.00 | -2,254,120.99 |
| **Total Investment CPCPH - Phase 2** | | | | | | | **1,745,879.01** | **4,000,000.00** | **-2,254,120.99** |
| **Investment CPOP III** | | | | | | | | | |
| General Journal | 03/17/2023 | 928 | | | | CP Equity SouthState | 13,000.00 | | 13,000.00 |
| Bill | 05/01/2023 | CPCDD2023-14 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments- Office Pad 2 and 4 | | Accounts Payable | 39,341.98 | | 52,341.98 |
| Bill | 05/01/2023 | CPCDD2023-17 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments- Office Pad 2 and 4 | | Accounts Payable | 34,063.97 | | 86,405.95 |
| General Journal | 06/14/2023 | 1009 | | capital contribution CPOP3 | | CP Equity SouthState | 33,000.00 | | 119,405.95 |
| General Journal | 06/27/2023 | 979 | | Loan to CPOP3-Investment CPOP3 | | CP Equity SouthState | 14,000.00 | | 133,405.95 |
| General Journal | 10/25/2023 | 1093 | | Transfer to CPOP3 | | CP Equity SouthState | 13,000.00 | | 146,405.95 |
| Bill | 11/01/2023 | CPCDD2023-14 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments- Office Pad 2 and 4 | √ | Accounts Payable | 0.00 | | 146,405.95 |
| Bill | 11/01/2023 | CPCDD NOV 2023-14 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments- Office Pad 2 and 4 | | Accounts Payable | 16,860.85 | | 163,266.80 |
| Bill | 11/01/2023 | CPCDD NOV 2023-17 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments- Office Pad 2 and 4 | | Accounts Payable | 14,598.84 | | 177,865.64 |
| General Journal | 03/04/2024 | 1162 | | Transfer to CPOP3 | | CP Equity SouthState | 31,000.00 | | 208,865.64 |
| **Total Investment CPOP III** | | | | | | | **208,865.64** | **0.00** | **208,865.64** |
| **Investment CPOP IV** | | | | | | | | | |
| Bill | 03/19/2023 | Rent | Ricky Emmons | Ricky Emmons Rent Payment | | Accounts Payable | 28,649.08 | | 28,649.08 |
| Bill | 03/19/2023 | Rent | Randy C. Emmons Revocable Trust U/A | Randy Emmons Rent Payment | | Accounts Payable | 28,087.33 | | 56,736.41 |
| General Journal | 05/03/2023 | 951 | | Transfer to CPOP4 | | CP Equity SouthState | 1,000.00 | | 57,736.41 |
| Bill | 06/30/2023 | Rent | Division 3, Inc. | Ricky Emmons Rent Payment | | Accounts Payable | 28,649.08 | | 86,385.49 |
| Bill | 08/23/2023 | Rent | Randy C. Emmons Revocable Trust U/A | Randy Emmons Rent Payment | | Accounts Payable | 28,649.08 | | 115,034.57 |
| Bill | 11/01/2023 | CPCDD NOV 2023-14 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments- Office Pad 3 | | Accounts Payable | 6,843.52 | | 121,878.09 |
| Bill | 11/01/2023 | CPCDD NOV 2023-17 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments- Office Pad 3 | | Accounts Payable | 5,925.42 | | 127,803.51 |
| Bill | 01/09/2024 | Rent | Division 3, Inc. | Q3 2023 | | Accounts Payable | 28,649.08 | | 156,452.59 |
| Bill | 01/09/2024 | Rent | Randy C. Emmons Revocable Trust U/A | Q3 2023 | | Accounts Payable | 28,649.08 | | 185,101.67 |
| General Journal | 02/06/2024 | 1146 | | Transfer to CPOP4 | | CP Equity SouthState | 1,000.00 | | 186,101.67 |
| General Journal | 02/20/2024 | 1152 | | Transfer to CPOP4 | √ | CP Equity SouthState | 0.00 | | 186,101.67 |
| General Journal | 02/21/2024 | 1153 | | From CPOP4 to CPOP4 | | CP Equity SouthState | 23,000.00 | | 209,101.67 |
| General Journal | 03/04/2024 | 1162 | | Transfer to CPOP4 | | CP Equity SouthState | 21,000.00 | | 230,101.67 |
| General Journal | 03/12/2024 | 1178 | | Transfer from CPOP4 | | CP Equity SouthState | 4,000.00 | | 234,101.67 |
| **Total Investment CPOP IV** | | | | | | | **234,101.67** | **0.00** | **234,101.67** |
| **Investment P1 Parking Garage** | | | | | | | | | |
| General Journal | 03/15/2023 | 922 | | Transfer to P1 | | CP Equity SouthState | 2,000.00 | | 2,000.00 |
| General Journal | 03/16/2023 | 926 | | Transfer to P1 | | CP Equity SouthState | 15,000.00 | | 17,000.00 |

Case 24-10056-KKS    Doc 48-1    Filed 04/24/24    Page 60 of 68

**Celebration Pointe Holdings, LLC**
**Transaction Detail by Account**
March 15, 2023 through March 15, 2024

| Type | Date | Num | Name | Memo | Clr | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-----|-------|-------|--------|---------|
| General Journal | 03/16/2023 | 926 | | Transfer to P1 | | CP Equity SouthState | 21,000.00 | | 38,000.00 |
| Bill | 04/01/2023 | April 2023 | Johnson Controls Security Solutions | Accounts Security April 2023 | | Accounts Payable | 2,931.65 | | 40,931.65 |
| General Journal | 04/04/2023 | 938 | | Transfer to P1 | | CP Equity SouthState | 10,000.00 | | 50,931.65 |
| General Journal | 04/19/2023 | 942 | | Transfer to P1 | | CP Equity SouthState | 10,000.00 | | 60,931.65 |
| Bill | 05/01/2023 | May 2023 | Johnson Controls Security Solutions | | | Accounts Payable | 2,931.65 | | 63,863.30 |
| General Journal | 05/19/2023 | 961 | | Transfer to P1 | | CP Equity SouthState | 3,000.00 | | 66,863.30 |
| Bill | 06/01/2023 | June 2023 | Johnson Controls Security Solutions | Johnson Conslrols Security May 2023 | | Accounts Payable | 2,931.65 | | 69,794.95 |
| General Journal | 06/06/2023 | 971 | | transfer to P1 | | CP Equity SouthState | 15,000.00 | | 84,794.95 |
| Bill | 07/01/2023 | July 2023 | Johnson Controls Security Solutions | Johnson Conslrols Security July 2023 | | Accounts Payable | 2,931.65 | | 87,726.60 |
| General Journal | 07/06/2023 | 981 | | investment to P1 | | CP Equity SouthState | 5,000.00 | | 92,726.60 |
| General Journal | 07/18/2023 | 980 | | investment to P1 | | CP Equity SouthState | 3,000.00 | | 95,726.60 |
| General Journal | 07/26/2023 | 1014 | | investment in P1 | | CP Equity SouthState | 10,000.00 | | 105,726.60 |
| Bill | 08/01/2023 | Aug 2023 | Johnson Controls Security Solutions | Johnson Conslrols Security August 2023 | | Accounts Payable | 2,931.65 | | 108,658.25 |
| General Journal | 08/16/2023 | 1033 | | Transfer to P1 | | CP Equity SouthState | 31,000.00 | | 139,658.25 |
| Bill | 09/01/2023 | Sept 2023 | Johnson Controls Security Solutions | Johnson Conslrols Security September 2023 | | Accounts Payable | 2,931.65 | | 142,589.90 |
| General Journal | 09/06/2023 | 1056 | | Investment in P1 | | CP Equity SouthState | 20,000.00 | | 162,589.90 |
| General Journal | 09/11/2023 | 1063 | | Transfer to CPH-P1 | | CP Equity SouthState | 6,000.00 | | 168,589.90 |
| Bill | 10/01/2023 | Oct 2023 | Johnson Controls Security Solutions | Johnson Conslrols Security October 2023 | | Accounts Payable | 2,931.65 | | 171,521.55 |
| General Journal | 10/20/2023 | 1080 | | Loan to CPH P1 | | CP Equity SouthState | 14,000.00 | | 185,521.55 |
| Bill | 11/01/2023 | Nov 2023 | Johnson Controls Security Solutions | Johnson Conslrols Security November 2023 | | Accounts Payable | 2,931.65 | | 188,453.20 |
| General Journal | 11/16/2023 | 1109 | | Loan to P1 | | CP Equity SouthState | 2,000.00 | | 190,453.20 |
| Bill | 12/01/2023 | Dec 2023 | Johnson Controls Security Solutions | Johnson Conslrols Security December 2023 | | Accounts Payable | 2,931.65 | | 193,384.85 |
| General Journal | 12/13/2023 | 1120 | | Transfer to P1 | | CP Equity SouthState | 3,000.00 | | 196,384.85 |
| General Journal | 12/18/2023 | 1123 | | Transfer to P1 | | CP Equity SouthState | 9,000.00 | | 205,384.85 |
| Bill | 01/01/2024 | Jan 2024 | Johnson Controls Security Solutions | Johnson Conslrols Security January 2024 | | Accounts Payable | 2,931.65 | | 208,316.50 |
| General Journal | 01/18/2024 | 1140 | | Transfer to P1 | | CP Equity SouthState | 11,000.00 | | 219,316.50 |
| Bill | 02/01/2024 | Feb 2024 | Johnson Controls Security Solutions | Johnson Conslrols Security February 2024 | | Accounts Payable | 2,931.65 | | 222,248.15 |
| General Journal | 02/14/2024 | 1150 | | Transfer to P1 | | CP Equity SouthState | 18,000.00 | | 240,248.15 |
| Bill | 03/01/2024 | March 2024 | Johnson Controls Security Solutions | Johnson Conslrols Security March 2024 | | Accounts Payable | 2,931.65 | | 243,179.80 |
| General Journal | 03/04/2024 | 1162 | | Transfer to P1 | | CP Equity SouthState | 27,000.00 | | 270,179.80 |
| General Journal | 03/12/2024 | 1178 | | Transfer to P1 | | CP Equity SouthState | 10,000.00 | | 280,179.80 |
| **Total Investment P1 Parking Garage** | | | | | | | 280,179.80 | 0.00 | 280,179.80 |
| **Investment SDPS** | | | | | | | | | |
| General Journal | 07/31/2023 | 1190 | | move loan from Bass Pro to Unsecured | | Loan Unsecured Bass Pro-MS8 | 7,304,860.13 | | 7,304,860.13 |
| **Total Investment SDPS** | | | | | | | 7,304,860.13 | 0.00 | 7,304,860.13 |
| **Investment SDPS II** | | | | | | | | | |
| Bill | 07/31/2023 | 23096 | EDA consultants, inc. | Invoice 23096- The Vibe Plot Plan | | Accounts Payable | 11,750.00 | | 11,750.00 |
| **Total Investment SDPS II** | | | | | | | 11,750.00 | 0.00 | 11,750.00 |
| **Investment SDPS V** | | | | | | | | | |
| Deposit | 04/13/2023 | 010323 | | US Treasury - Rascal Flatts Settlement | | CP Equity SouthState | | 216.87 | -216.87 |
| Deposit | 06/06/2023 | 010523 | | Rascal Flatts | | CP Equity SouthState | | 216.87 | -433.74 |
| Deposit | 09/08/2023 | | | Restitution | | CP Equity SouthState | | 216.87 | -650.61 |
| Deposit | 09/15/2023 | 9754 | | Restitution | | CP Equity SouthState | | 216.87 | -867.48 |
| Deposit | 10/24/2023 | 4603 | | Restitution | | CP Equity SouthState | | 223.06 | -1,090.54 |
| Deposit | 11/20/2023 | 5334 | | Restitution | | CP Equity SouthState | | 223.06 | -1,313.60 |
| Deposit | 12/18/2023 | 5137 | | Restitution | | CP Equity SouthState | | 223.06 | -1,536.66 |
| **Total Investment SDPS V** | | | | | | | 0.00 | 1,536.66 | -1,536.66 |
| **Investment SDPS VI** | | | | | | | | | |
| General Journal | 03/16/2023 | 926 | | Transfer to SDPS6 | | CP Equity SouthState | 118,000.00 | | 118,000.00 |
| Bill | 03/21/2023 | Retail Mixed Use | SDPS Real Estate Investments VI | Cupkovic Invoice 14110-47 | | Accounts Payable | 4,210.00 | | 122,210.00 |
| Bill | 03/21/2023 | Retail Mixed Use | SDPS Real Estate Investments VI | Cupkovic Invoice 14110-48 | | Accounts Payable | 2,404.20 | | 124,614.20 |
| Bill | 03/21/2023 | Retail Mixed Use | SDPS Real Estate Investments VI | Cupkovic Invoice 14110-51 | | Accounts Payable | 2,918.25 | | 127,532.45 |
| General Journal | 05/09/2023 | 954 | | Transfer to SDPS6 | | CP Equity SouthState | 15,000.00 | | 142,532.45 |
| General Journal | 05/19/2023 | 961 | | Transfer to SDPS6 | | CP Equity SouthState | 5,000.00 | | 147,532.45 |
| General Journal | 05/19/2023 | 961 | | Transfer to SDPS5 | | CP Equity SouthState | 86,800.00 | | 234,332.45 |
| General Journal | 07/06/2023 | 981 | | investment to SDDS6 | | CP Equity SouthState | 30,000.00 | | 264,332.45 |
| General Journal | 08/01/2023 | 982 | | investment in SDPS6 | | CP Equity SouthState | 1,178,000.00 | | 1,442,332.45 |
| General Journal | 08/03/2023 | 1019 | | transfer to SDPS6 | | CP Equity SouthState | 404,117.00 | | 1,846,449.45 |
| General Journal | 09/20/2023 | 1066 | | Transfer to SDPS6 | | CP Equity SouthState | 8,000.00 | | 1,854,449.45 |
| General Journal | 09/20/2023 | 1066 | | Transfer to SDPS6 | | CP Equity SouthState | 74,000.00 | | 1,928,449.45 |
| General Journal | 10/12/2023 | 1086 | | Investment in SDPS6 | | CP Equity SouthState | 15,000.00 | | 1,943,449.45 |
| General Journal | 10/19/2023 | 1089 | | Transfer to SDPS6 Cap Cont | | CP Equity SouthState | 63,000.00 | | 2,006,449.45 |

2:58 PM
04/13/24
Accrual Basis

**Celebration Pointe Holdings, LLC**
**Transaction Detail by Account**
March 15, 2023 through March 15, 2024

| Type | Date | Num | Name | Memo | Clr | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-----|-------|-------|--------|---------|
| General Journal | 10/20/2023 | 1090 | | Transfer to SDPS6 | | CP Equity SouthState | 5,000.00 | | 2,011,449.45 |
| Bill | 11/01/2023 | CPCDD NOV 2023-14 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments-05820-002-022 Bldg 100-400 | 3/22 | Accounts Payable | 54,648.98 | | 2,066,098.43 |
| Bill | 11/01/2023 | CPCDD NOV 2023-14 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments-05820-002-022 Bldg 100-400 | 3/22 | Accounts Payable | 127,514.29 | | 2,193,612.72 |
| Bill | 11/01/2023 | CPCDD NOV 2023-17 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments-05820-002-022 Bldg 100-400 | 3/22 | Accounts Payable | 47,317.44 | | 2,240,930.16 |
| Bill | 11/01/2023 | CPCDD NOV 2023-17 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments-05820-002-022 Bldg 100-400 | 3/22 | Accounts Payable | 110,407.35 | | 2,351,337.51 |
| General Journal | 11/02/2023 | 1108 | | Breakout Cupkovic | | CP Equity SouthState | 3,885.14 | | 2,355,222.65 |
| General Journal | 12/08/2023 | 1117 | | Transfer to SDPS6 | | CP Equity SouthState | 15,000.00 | | 2,370,222.65 |
| General Journal | 12/27/2023 | 1128 | | Transfer to SDPS6 | | CP Equity SouthState | 25,000.00 | | 2,395,222.65 |
| General Journal | 12/31/2023 | 1189 | | to capture Lobbying under SDSP6 investment | | 141960 - Political Lobbyist | 74,121.05 | | 2,469,343.71 |
| General Journal | 01/23/2024 | 1142 | | Transfer to SDPS6 | | CP Equity SouthState | 73,000.00 | | 2,542,343.71 |
| General Journal | 02/01/2024 | 1147 | | Transfer to SDPS6-McClurn Loan | | CP Equity SouthState | 86,500.00 | | 2,628,843.71 |
| General Journal | 02/20/2024 | 1152 | | Transfer to SDPS6 | √ | CP Equity SouthState | 0.00 | | 2,628,843.71 |
| General Journal | 02/21/2024 | 1153 | | From CPH toSDPS6 | | CP Equity SouthState | 42,000.00 | | 2,670,843.71 |
| General Journal | 03/04/2024 | 1162 | | Transfer to SDPS6 | | CP Equity SouthState | 86,000.00 | | 2,756,843.71 |
| **Total Investment SDPS VI** | | | | | | | **2,756,843.71** | **0.00** | **2,756,843.71** |
| **Investment SDPS VII** | | | | | | | | | |
| General Journal | 03/17/2023 | 928 | | Transfer to SDPS7 | | CP Equity SouthState | 10,000.00 | | 10,000.00 |
| Bill | 03/21/2023 | Retail Mixed Use | SDPS Real Estate Investments VII | Cupkovic Invoice 14110-62 | | Accounts Payable | 6,871.83 | | 16,871.83 |
| Bill | 03/21/2023 | Retail Mixed Use | SDPS Real Estate Investments VII | Cupkovic Invoice 14110-63 | | Accounts Payable | 14,693.75 | | 31,565.58 |
| Bill | 03/21/2023 | Retail Mixed Use | SDPS Real Estate Investments VII | Cupkovic Invoice 14110-64 | | Accounts Payable | 11,816.25 | | 43,381.83 |
| Bill | 05/01/2023 | CPCDD2023-14 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments-05820-002-016 | | Accounts Payable | 13,653.98 | | 57,035.81 |
| Bill | 05/01/2023 | CPCDD2023-17 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments-05820-002-016 | | Accounts Payable | 11,822.21 | | 68,858.02 |
| Bill | 11/01/2023 | CPCDD2023-14 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessment-05820-002-016 | √ | Accounts Payable | 0.00 | | 68,858.02 |
| General Journal | 02/06/2024 | 1146 | | Loan to SDPS7 | | CP Equity SouthState | 5,000.00 | | 73,858.02 |
| **Total Investment SDPS VII** | | | | | | | **73,858.02** | **0.00** | **73,858.02** |
| **Investment SDPS VIII** | | | | | | | | | |
| Bill | 03/21/2023 | Retail Mixed Use | SDPS Real Estate Investments VIII | Cupkovic Invoice 14110-49 | | Accounts Payable | 212.90 | | 212.90 |
| Bill | 03/21/2023 | Retail Mixed Use | SDPS Real Estate Investments VIII | Cupkovic Invoice 14110-50 | | Accounts Payable | 1,201.45 | | 1,414.35 |
| Bill | 03/21/2023 | Retail Mixed Use | SDPS Real Estate Investments VIII | Cupkovic Invoice 14110-51 | | Accounts Payable | 2,918.25 | | 4,332.60 |
| Bill | 03/21/2023 | Retail Mixed Use | SDPS Real Estate Investments VIII | Cupkovic Invoice 14110-53 | | Accounts Payable | 3,613.15 | | 7,945.75 |
| Bill | 03/21/2023 | Retail Mixed Use | SDPS Real Estate Investments VIII | Cupkovic Invoice 14110-60 | | Accounts Payable | 9,184.90 | | 17,130.65 |
| **Total Investment SDPS VIII** | | | | | | | **17,130.65** | **0.00** | **17,130.65** |
| **Investment Spurriers** | | | | | | | | | |
| General Journal | 06/02/2023 | 967 | | transfer to VCO for Spurriers | | CP Equity SouthState | 8,918.45 | | 8,918.45 |
| General Journal | 07/06/2023 | 1081 | | Loan to VCO Spurrier | | Loan VCO for Spurriers | 9,085.15 | | 18,003.60 |
| General Journal | 08/03/2023 | 1080 | | Loan to VCO Spurrier | | Loan VCO for Spurriers | 10,735.48 | | 28,739.08 |
| General Journal | 09/06/2023 | 1057 | | Loan to VCO-Spurriers | | Loan VCO for Spurriers | 13,835.44 | | 42,574.52 |
| General Journal | 10/04/2023 | 1079 | | Transfer to Spurriers for ARS $6749.73 CPH $13502.70 SD Inv $13 | | CP Equity SouthState | 13,502.70 | | 56,077.22 |
| General Journal | 10/31/2023 | 1137 | | Transfer to Spurriers | | Loan VCO for Spurriers | 8,000.00 | | 64,077.22 |
| General Journal | 11/07/2023 | 1136 | | Transfer to Spurriers | | Loan VCO for Spurriers | 28,672.24 | | 92,749.46 |
| General Journal | 12/05/2023 | 1135 | | Transfer to Spurriers | | Loan VCO for Spurriers | 16,456.85 | | 109,206.31 |
| General Journal | 01/04/2024 | 1133 | | Loan to VCO for Capital Call | | CP Equity SouthState | 16,456.06 | | 125,662.37 |
| General Journal | 02/06/2024 | 1146 | | Spurriers Cap Call | | CP Equity SouthState | 25,112.89 | | 150,775.26 |
| General Journal | 03/07/2024 | 1133 | | Loan to VCO for Capital Call | | CP Equity SouthState | 20,124.92 | | 170,900.18 |
| **Total Investment Spurriers** | | | | | | | **170,900.18** | **0.00** | **170,900.18** |
| **Total Investments** | | | | | | | **12,804,368.81** | **4,001,536.66** | **8,802,832.15** |
| **Loan CPOP II** | | | | | | | | | |
| Bill | 05/01/2023 | CPCDD2023-14 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments-Bldg 5001 Floors 1-4 | | Accounts Payable | 44,919.64 | | 44,919.64 |
| Bill | 05/01/2023 | CPCDD2023-17 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments-Bldg 5001 Floors 1-4 | | Accounts Payable | 38,893.36 | | 83,813.00 |
| General Journal | 07/06/2023 | 1013 | | loan from CPOP2 | | CP Equity SouthState | | 170,000.00 | -86,187.00 |
| General Journal | 07/26/2023 | 1012 | | loan from CPOP2 | | CP Equity SouthState | | 2,000.00 | -88,187.00 |
| General Journal | 07/31/2023 | 1017 | | transfer to CPOP2 | | -SPLIT- | 252,000.00 | | 163,813.00 |
| General Journal | 08/01/2023 | 982 | | loan to CPOP2 | | CP Equity SouthState | 4,000.00 | | 167,813.00 |
| General Journal | 09/25/2023 | 1078 | | Loan From CPOP2 | | CP Equity SouthState | | 17,000.00 | 150,813.00 |
| General Journal | 10/06/2023 | 1078 | | Loan from CPOP2 | | CP Equity SouthState | | 87,000.00 | 63,813.00 |
| General Journal | 10/19/2023 | 1089 | | Loan from CPOP2 | | CP Equity SouthState | | 33,000.00 | 30,813.00 |
| Bill | 11/01/2023 | CPCDD2023-14 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments-Bldg 5001 Floors 1-4 | | Accounts Payable | 0.00 | | 30,813.00 |
| Bill | 11/01/2023 | CPCDD2023-17 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments-CPOP2 06828-040-001,002, | √ | Accounts Payable | 0.00 | | 30,813.00 |
| Bill | 11/01/2023 | CPCDD NOV 2023-14 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments-Bldg 5001 Floors 1-4 | | Accounts Payable | 19,251.28 | | 50,064.28 |
| Bill | 11/01/2023 | CPCDD NOV 2023-17 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments-Bldg 5001 Floors 1-4 | | Accounts Payable | 16,668.58 | | 66,732.86 |
| General Journal | 11/03/2023 | 1114 | | Loan from CPOP2 | | CP Equity SouthState | | 13,500.00 | 53,232.86 |
| General Journal | 12/01/2023 | 1115 | | Loan from CPOP2 | | CP Equity SouthState | | 40,000.00 | 13,232.86 |
| General Journal | 01/17/2024 | 1139 | | Loan to CPOP2 | | CP Equity SouthState | 10,000.00 | | 23,232.86 |

3:58 PM
04/13/24
Accrual Basis

**Celebration Pointe Holdings, LLC**
**Transaction Detail by Account**
March 15, 2023 through March 15, 2024

| Type | Date | Num | Name | Memo | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| General Journal | 02/05/2024 | 1143 | | Loan from CPOP2 | | CP Equity SouthState | | 50,000.00 | -26,767.14 |
| General Journal | 02/20/2024 | 1152 | | Loan from CPOP2 | √ | CP Equity SouthState | 0.00 | | -26,767.14 |
| General Journal | 02/21/2024 | 1153 | | FROM CPOP2 to CPH | | CP Equity SouthState | | 35,000.00 | -61,767.14 |
| General Journal | 02/28/2024 | 1156 | | Loan from CPOP2 | | CP Equity SouthState | | 35,000.00 | -96,767.14 |
| General Journal | 03/04/2024 | 1162 | | Loan from CPOP2 | | CP Equity SouthState | | 94,000.00 | -190,767.14 |
| **Total Loan CPOP II** | | | | | | | 385,732.86 | 576,500.00 | -190,767.14 |
| **Loan SDPS** | | | | | | | | | |
| General Journal | 12/26/2023 | 1197 | | to capture passthrough revenue per waterfall to Bass Pro | | Tax Increment Revenue | | 449,542.00 | -449,542.00 |
| **Total Loan SDPS** | | | | | | | 0.00 | 449,542.00 | -449,542.00 |
| **Loan SDPS IV** | | | | | | | | | |
| Bill | 05/01/2023 | CPCDD2023-14 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments-Millers 06820-002-006 | | Accounts Payable | 5,124.24 | | 5,124.24 |
| Bill | 05/01/2023 | CPCDD2023-17 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments-Millers 06820-002-006 | | Accounts Payable | 4,436.78 | | 9,561.02 |
| General Journal | 07/06/2023 | 1013 | | loan to SDPS4 | | CP Equity SouthState | | 30,000.00 | -20,438.98 |
| General Journal | 07/20/2023 | 1016 | | loan to SDPS4 | | CP Equity SouthState | 18,000.00 | | -2,438.98 |
| General Journal | 07/31/2023 | 1017 | | transfer to SDPS4 | | CP Equity SouthState | 54,000.00 | | 51,561.02 |
| General Journal | 10/19/2023 | 1089 | | Loan from SDPS4 | | Loan CPOP II | | 30,000.00 | 21,561.02 |
| Bill | 11/01/2023 | CPCDD2023-14 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments-Millers 06820-002-006 | √ | Accounts Payable | 0.00 | | 21,561.02 |
| Bill | 11/01/2023 | CPCDD2023-17 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments-Millers 06820-002-006 due 9 | √ | Accounts Payable | 0.00 | | 21,561.02 |
| Bill | 11/01/2023 | CPCDD NOV 2023-14 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments-Millers 06820-002-006 | | Accounts Payable | 2,196.10 | | 23,757.12 |
| Bill | 11/01/2023 | CPCDD NOV 2023-17 | Celebration Pointe CDD No. 1 | CP CDD 2023 Assessments-Millers 06820-002-006 | | Accounts Payable | 1,901.48 | | 25,658.60 |
| General Journal | 11/18/2023 | 1109 | | Loan from SDPS4 | | CP Equity SouthState | | 20,000.00 | 5,658.60 |
| General Journal | 11/28/2023 | 1112 | | Loan from SDPS4 | | CP Equity SouthState | | 10,000.00 | -4,341.40 |
| General Journal | 12/28/2023 | 1129 | | Loan to SDPS4 | | CP Equity SouthState | 159,077.40 | | 154,736.00 |
| General Journal | 01/17/2024 | 1139 | | Loan from SDPS4 | | CP Equity SouthState | | 51,000.00 | 103,736.00 |
| General Journal | 02/05/2024 | 1143 | | Loan from SDPS4 | | CP Equity SouthState | | 50,000.00 | 53,736.00 |
| General Journal | 02/06/2024 | 1146 | | Loan from SDPS4 | | CP Equity SouthState | | 16,000.00 | 37,736.00 |
| General Journal | 02/14/2024 | 1150 | | Loan from SDPS4 | | CP Equity SouthState | | 10,000.00 | 27,736.00 |
| General Journal | 02/20/2024 | 1152 | | Loan from SDPS4 | √ | CP Equity SouthState | 0.00 | | 27,736.00 |
| General Journal | 02/21/2024 | 1153 | | from SDPS4 to CPH | | CP Equity SouthState | | 30,000.00 | -2,264.00 |
| General Journal | 02/21/2024 | 1153 | | From CPH to SDPS4 | | CP Equity SouthState | 15,000.00 | | 12,736.00 |
| General Journal | 02/28/2024 | 1156 | | Loan to SDPS4 | | CP Equity SouthState | 25,000.00 | | 37,736.00 |
| General Journal | 03/04/2024 | 1162 | | Loan from SDPS4 | | CP Equity SouthState | | 25,000.00 | 12,736.00 |
| **Total Loan SDPS IV** | | | | | | | 284,736.00 | 272,000.00 | 12,736.00 |
| **Loan SHDM** | | | | | | | | | |
| General Journal | 05/09/2023 | 954 | | Transfer from SHD Mgmt | | CP Equity SouthState | | 15,000.00 | -15,000.00 |
| **Total Loan SHDM** | | | | | | | 0.00 | 15,000.00 | -15,000.00 |
| **Loan VCO for Spurriers** | | | | | | | | | |
| General Journal | 06/02/2023 | 967 | | transfer to VCO for Spurriers | | CP Equity SouthState | 22,293.45 | | 22,293.45 |
| General Journal | 06/02/2023 | 967 | | Loan from Spurriers | | CP Equity SouthState | | 8,918.45 | 13,375.00 |
| General Journal | 07/06/2023 | 1081 | | Loan to VCO Spurrier | | Investment Spurriers | | 9,085.15 | 4,289.85 |
| General Journal | 08/03/2023 | 1080 | | Loan to VCO Spurrier | | Investment Spurriers | | 10,735.48 | -6,445.63 |
| General Journal | 09/06/2023 | 1057 | | Loan to VCO-Spurriers | | CP Equity SouthState | 20,753.15 | | 14,307.52 |
| General Journal | 10/04/2023 | 1079 | | Transfer to Spurriers for ARS $6749.73 CPH $13502.70 SD Inv $130 | | CP Equity SouthState | 20,252.43 | | 34,559.95 |
| General Journal | 10/31/2023 | 1137 | | Transfer to Spurriers | | Investment Spurriers | | 8,000.00 | 26,559.95 |
| General Journal | 11/07/2023 | 1136 | | Transfer to Spurriers | | Investment Spurriers | | 28,672.24 | -2,112.29 |
| General Journal | 12/05/2023 | 1135 | | Transfer to Spurriers | | Investment Spurriers | | 16,456.85 | -18,569.14 |
| General Journal | 01/04/2024 | 1133 | | Loan to VCO for Capital Call | | CP Equity SouthState | 24,684.09 | | 6,114.95 |
| General Journal | 02/06/2024 | 1146 | | Loan to VCO/ARS for Spurriers Cap Call | | CP Equity SouthState | 37,666.32 | | 43,781.27 |
| General Journal | 03/07/2024 | 1133 | | Loan to VCO for Capital Call | | CP Equity SouthState | 30,187.39 | | 73,968.66 |
| **Total Loan VCO for Spurriers** | | | | | | | 155,836.83 | 81,868.17 | 73,968.66 |
| **TOTAL** | | | | | | | 28,491,538.55 | 11,058,849.00 | 17,432,689.55 |

```
Alachua County Tax Collector
12 SE 1st Street
Gainesville, FL 32601

Archaeological and Historical Cons
4800 SW 64th Ave., Ste 107
Fort Lauderdale, FL 33314

ARCIS CAPITAL ADVISORS II
54 West 40th Street
New York, NY 10018

ArcisCap-Celebration Pointe
Investment LLC
4503 Michigan Trail
Kewadin, MI 49648-8000

Barwick Banking Company
1200 Plantation Drive S.
Suite 110
Saint Augustine, FL 32080

Capital One
Attn: General Correspondence
P.O. Box 30285
Salt Lake City, UT 84130-0285

Catalyst Income Fund 2022-A1, LLC
11720 Amberpark Drive
Suite 160
Alpharetta, GA 30009

Catalyst Synartis MF B Series Condo
11720 Amberpark Drive
Suite 160
Alpharetta, GA 30009

Celebration Pointe Assoc., Inc.
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608

Celebration Pointe Capital, LLC
42809 Souther Drive
Washington, DC 20210

Celebration Pointe CDD No. 1
3501 Quadrangle Blvd.
Suite 270
Orlando, FL 32817
```

Celebration Pointe Holdings II, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608

Celebration Pointe Office Partners II
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608

Celebration Pointe Office Partners III
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608

Cobb Cole
P.O. Box 2491
Daytona Beach, FL 32115

CP City Place Holdings, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608

Cupkovic Architecture, LLC
6060 Rockside Woods Blvd N
Suite 100
Independence, OH 44131

EDA Consultants, Inc.
720 SW 2nd Ave.
South Tower, Ste 300
Gainesville, FL 32601

England Thims & Miller, Inc.
14775 Old St Augustine Rd
Jacksonville, FL 32258

Frankel Media Group, LLC
5001 Celebration Pointe Ave
Suite 520
Gainesville, FL 32608

Freddie Wehbe
13284 SW 7th Ave.
Newberry, FL 32669

GNV RE CP Fund, LLC
5001 Celebration Pointe Ave.

```
Suite 180
Gainesville, FL 32608

GSE Engineering & Consulting, Inc.
5590 SW 64th Street
Ste B
Gainesville, FL 32608

Heather Dyrkolbotn
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608

Holden, Roscow & Caedington PI
5608 NW 43rd Street
Gainesville, FL 32653

IMG College, LLC
540N Trade Street
Winston-Salem, NC 27101

Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346

J & R GATOR INVESTMENTS LLC
1790 Mall of Georgia Blvd.
Buford, GA 30519

James Moore & Co.
5931 NW 1st Pl
Gainesville, FL 32607

Johnson Controls Security Solutions
P.O. BOx 371967
Pittsburgh, PA 15250-7967

Jon Guven
c/o Bloom Parham, LLP
977 Ponce de Leon Ave., NE
Atlanta, GA 30306

Jon W. Pritchett
8601 SW 31st Ave.
Gainesville, FL 32608

Linda McGurn
101 SE 2nd Place, Ste 117
Gainesville, FL 32601
```

Mainstreet Community Bank
204 S. Woodland Blvd
Deland, FL 32720

Patricia A. Shively
608 SW 97th Terrace
Gainesville, FL 32607

Patricia A. Shively, TRUST
608 SW 97th Terrace
Gainesville, FL 32607

Phillip W. Pritchett
1050 SE 6th Street
Lake Butler, FL 32054

Renaissance Printing
PO Box 357186
Gainesville, FL 32635-7186

Rennia Aviation, LLC
4050 NE 45th Ave
Gainesville, FL 32609

Richard S. Blaser
646 SW 133rd Way
Newberry, FL 32669

Ryan Frankel
779 SW 136th Street
Newberry, FL 32669

SDPS Real Estate Investment V LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608

SDPS Real Estate Investment, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608

SDPS Real EState Investment III
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608

SHD Management, LLC
2579 SW 87th Dr
Gainesville, FL 32608

SHD-Celebration Pointe Holdings, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608

Site Solutions, LLC
3715 Northside Pkwy Northcreek 300
Suite 720
Atlanta, GA 30327

Spurriers Gridiron Grille CP, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608

State Board of Administration of Florida
P.O. Box 13300
Tallahassee, FL 32317-3300

State Infrastructure Bank
605 Suwannee Street
Tallahassee, FL 32399-0450

Studio for Housing Design LLC
3084 Mercer University Dr.
Suite 110
Atlanta, GA 30341

Svein H. Dyrkolbotn
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608

Synartis Capital Management
11720 Amberpark Drive
Suite 160
Alpharetta, GA 30009

U.S. Bank, N.A.
799 E. Wisconsin Ave.
Milwaukee, WI 53202-5300

Viking Companies, LLC
2579 SW 87th Dr
Gainesville, FL 32608

```
Viking Construction Company
5001 Celebration Pointe Ave, Ste 180
Gainesville, FL 32608

Vystar Credit Union
P.O. Box 45085
Jacksonville, FL 32232-5085
```