UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION
www.flnb.uscourts.gov

In re:

| | |
|---|---|
| CELEBRATION POINTE HOLDINGS, LLC | Case No. 24-10056-KKS |
| CELEBRATION POINTE HOLDINGS II, LLC | Case No. 24-10057-KKS |
| SHD-CELEBRATION POINTE, LLC | Case No. 24-10058-KKS |
| | Chapter 11 |
| Debtors.                                / | *Joint Administration under Case No. 24-10056-KKS* |

**DEBTORS' JOINT STATUS REPORT**

**CELEBRATION POINTE HOLDINGS, LLC** ("CPH"), **CELEBRATION POINTE HOLDINGS II, LLC** ("CPH2"), and **SHD-CELEBRATION POINTE, LLC** ("SHD") (collectively, the "Debtors"), by and through their undersigned counsel and pursuant to the Court's *Amended Order and Notice of Rescheduled Status Conference* (ECF No. 33), hereby file this Joint Status Report.

**I.    Description of Debtor's Business**

1.    The Debtors manage, own, or participate in a large mixed-use development project in Gainesville, Florida, known as Celebration Pointe (the "Project"). As described in more detail below, the Project site is adjacent to Interstate 75 and is accessible via Archer Road and a newly constructed bridge overpass. The Project is comprised of over 2,000,000 SF of retail, restaurant, office, and residential development.

2.    CPH is the main developer of the Project and was the original owner of the real estate. Some of the real estate parcels were later transferred or assigned to CPH2. SHD is the Manager of both CPH and CPH2 and is also manager of most of the affiliated special purpose entities that have

been created as sub-projects were developed. All three of the Debtors are co-obligors on most (if not all) of the debt obligations owed to the largest creditors.

3. Additionally, the Debtors share common management and, in some instances, common ownership. The Debtors operate subject to certain management and organizational documents (collectively, the "Organizational Documents") by or between themselves, other non-debtor affiliates, or separate entities which own completed subprojects or income-producing parcels with the Project's long-term tenants.

4. Although SHD is the Manager of both CPH and CPH2, the day-to-day operation of the companies are conducted via a management agreement with non-debtor, Viking Companies, LLC ("Viking"). Viking provides administrative, supervisory, and management services with respect to the operations of the Project as a whole, as well as the Debtors, other non-debtor affiliates, and separate entities which own or operate the income-producing subproject parcels. In return, Viking earns a management fee as set forth in various entity operating agreements.

5. For more details, the Debtors refer parties to the *Debtors' Joint Case Management Summary* (ECF No. 47).

**II.     Reasons for and Events Leading to Filing Chapter 11**

   **A. Reasons for Filing Chapter 11**

6. The Debtors are taking a decisive step to ensure the Project's future growth and sustainability by voluntarily initiating these chapter 11 cases. The chapter 11 process will allow the Debtors to financially restructure as a strategic adaptation to the post-pandemic economic landscape, including recent interest rate increases and inflation.

7. Due to the COVID-induced global economic crisis in March of 2020 and the subsequent economic challenges to businesses worldwide, the Debtors faced unavoidable development and income delays but remained steadfast in progressing developing the Project. The

Debtors have actively pursued avenues for debt restructuring and stakeholder negotiations; however, despite these efforts to restructure debts and negotiate with lenders, certain lenders were unwilling to restructure and indicated a desire to liquidate the Project.

8. Reorganization in chapter 11 represents a proactive approach to secure a prosperous path forward. This reorganization process allows the Debtor to realign their financial strategies with the visionary development goals for the Project, ensuring the Debtors can continue to foster value for its creditors, stakeholders, and the broader community.

9. As the Debtors embark on this restructuring, operations at Celebration Pointe (the Project) and all in-progress developments will proceed without interruption. Celebration Pointe will continue to welcome customers, hold events, and remain an outstanding destination for the community. The Debtors' dedication to advancing development and operations at the Project is stronger than ever, with a focus on nurturing robust partnerships and community connections. The Debtors' pledge to quality and service is unchanged, as are their anticipations for a strong future.

**B. Events Leading to Filing Chapter 11**

10. Just like almost every business, the Debtors were dramatically affected by the global COVID-19 pandemic when the Project's development and operations came to a halt in March 2020.

11. The hardships brought on by the pandemic lasted for months. Development stalled and tenant operations were (at best) languishing. The lack of developmental progress, coupled with the negative impacts of its tenants (e.g., no customers, rent abatements, interest rate increase, curtailment requirements, etc.), severely diminished the Project's revenues and cash flows of the Debtors.

12. Despite these hardships, to the best of its ability, the Project continued to move forward. Development continued, subprojects progressed towards completion, and transactional

3

work conducted by moving real estate parcels and interests into separate LLCs for those specific subprojects; however, the delay in obtaining income producing projections put greater stress on funding and lending options.

13. Then, just as regular development activities were able to recommence after the pandemic, the Debtors were hit with a series of interest rate increases under which prime rate almost tripled, which coincided with unprecedented inflation surges. These extraordinarily adverse economic conditions resulted in an even greater strain on the Project's already suffering cash flow problems.

14. Because of the pandemic, interest rate hikes, and inflationary surges, the Project was forced to turn to alternative lending arrangements. Most of these non-traditional loans came with extremely high interest rates and fees. Resulting from the compilation of all these negative conditions, the Debtors gradually fell behind on their loan payments.

15. While most of the Project's lender cooperatively worked with the Debtors on reaching forbearance or alternative payment arrangements, one of its main lenders—Synartis Capital—refused to work in a commercially reasonable manner even though several of its loans have serious material defects and issues, including potentially usurious terms. Despite the Debtors' best efforts to achieve commercially reasonable agreements on those debt obligations, Synartis continually refused. And in February 2023, Synartis went as far as threatening to "burn the entire project to the ground" unless the company yielded to unreasonable demands.

16. To protect creditors and interest holders, the Debtors determined that it was in the best interests of all concerned to reorganize through chapter 11.

### III.    Strategy for Reorganization

17. Through this chapter 11 process, the Debtors will work with all their lenders to financially restructure to meet the current cash flow situation and emerge with loan terms to allow

4

fulfillment of the original plans for the Project. The Debtors anticipate filing a joint plan of reorganization in the next 45 to 60 days

## IV.  Estimated Attorney's Fees and Other Professional Fees

18. As of this date, the estimated attorney's fees for all three of the above-captioned cases is $150,000.

19. At this time the Debtors have not sought to employ any additional professionals. However, Debtors will be filing an application to retain a CPA and expect such fees to be approximately $25,000.

## V.  Anticipated Significant Events in the Case

20. The Debtors anticipate filing a joint plan of reorganization in the next 45 to 60 days and expect that most significant events will arise in conjunction with confirmation of that forthcoming plan.

## VI.  Need for Future Status Conferences

21. Given the intention to file a joint plan of reorganization relatively soon, the Debtors suggest that a future status conference be scheduled for a date to occur after July 22, 2024 (*i.e.,* no sooner than 60 days after the initial status conference on May 22, 2024).

**RESPECTFULLY SUBMITTED** this 7th day of May 2024.

/s/ R. Scott Shuker
R. Scott Shuker, Esq.
Florida Bar No.: 984469
rshuker@shukerdorris.com
**SHUKER & DORRIS, P.A.**
121 S. Orange Ave., Suite 1120
Orlando, Florida 32801
Tel: (407) 337-2060
*Attorneys for the Debtor*

5

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing DEBTORS' JOINT STATUS REPORT was served as set forth below:

☒ **Served via Notice of Electronic Filing (NEF):** The undersigned verifies that the foregoing document was served via NEF on May 7, 2024, to the below-listed person(s) and entities:

- Noel R. Boeke     noel.boeke@hklaw.com, wendysue.henry@hklaw.com
- John Blair Boyd     bk@svllaw.com, blairb@svllaw.com
- John D. Elrod     elrodj@gtlaw.com, fieldss@gtlaw.com
- Matthew Blake Hale     mhale.ecf@srbp.com
- Suzanne Hill     shill@rumberger.com, shillsecy@rumberger.com;docketingorlando@rumberger.com
- Zachary P Hyman     zach@millenniallaw.com, assistant@millenniallaw.com,jessica@millenniallaw.com
- Jon E Kane     jkane@southmilhausen.com, tidera@southmilhausen.com
- Conor McLaughlin     conor.mclaughlin@usdoj.gov
- Edward J. Peterson     edwardp@jpfirm.com, andrenaw@jpfirm.com;Jillc@jpfirm.com; melanief@jpfirm.com;AngelinaL@jpfirm.com
- Lauren Marie Reynolds     lreynolds@whww.com, scolgan@whww.com;mbretana@whww.com;mbretana@ecf.courtdrive.com
- Bradley M. Saxton     bsaxton@whww.com, scolgan@whww.com;mbretana@whww.com;mbretana@ecf.courtdrive.com
- Sharon T. Sperling     sharon@sharonsperling.com, share.sharonsperling@gmail.com;info@sharonsperling.com
- Mark E Steiner     MES@lgplaw.com, pm@lgplaw.com
- Jesse Ellsworth Summers     esummers@burr.com, sguest@burr.com
- James Timko     jtimko@deanmead.com, mgodek@deanmead.com
- United States Trustee     USTPRegion21.TL.ECF@usdoj.gov
- David C Willis     dwillis@rumberger.com, dwillissecy@rumberger.com;docketingorlando@rumberger.com

☒ **Served by U.S. Mail:** On May 7, 2024, the undersigned served the person(s) and/or entities listed below via first class mail, postage prepaid, at the addresses listed below or on the attached mailing matrix obtained from the Court's case management system:

☒ See attached mailing matrices; **AND**

☒ Names and addresses of Parties served:

| Royal Oaks of Gainesville, LLC<br>2210 NW 2nd Ave.<br>Gainesville, FL 32603 | SHD-Celebration Pointe, LLC<br>5001 Celebration Pointe Ave., Suite 180<br>Gainesville, FL 32608 |

☐ **Served by Personal Delivery, Overnight Mail, Facsimile Transmission or Email:** On <u>N/A</u> the undersigned served each person or entity listed below via the means noted for each:

I declare under penalty of perjury that the foregoing is true and correct.

/s/ R. Scott Shuker<br>
R. Scott Shuker

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1129-1<br>Case 24-10056-KKS<br>Northern District of Florida<br>Gainesville<br>Tue May  7 15:37:40 EDT 2024 | ARCISCAP CELEBRATION POINTE INVESTMENT (B.V.<br>c/o James A. Timko, Esq.<br>Dean Mead Law Firm<br>420 S. Orange Ave., Ste. 700<br>Orlando, FL 32801-4911 | Celebration Pointe Holdings, LLC<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 |
| Florida Credit Union<br>c/o J. Blair Boyd<br>Post Office Box 3637<br>Tallahassee, FL 32315-3637 | Florida Department of Transportation<br>c/o Rumberger, Kirk & Caldwell, P.A.<br>300 S Orange Ave.<br>Suite 1400<br>Orlando, FL 32801-3380 | Florida Dept. of Labor/Employment Security<br>c/o Florida Dept. of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Frankel Media Group LLC<br>c/o Noel Boeke, Esq.<br>Holland & Knight LLP<br>100 N. Tampa Street, Suite 4100<br>Tampa, FL 33602-3644 | Jon Guven<br>J & R Gator Investments, LLC<br>1790 Mall of Georgia Blvd<br>Buford, GA 30519-8705 |
| ICEBERG CAPITAL PARTNERS, III, LLC<br>501 E. Las Olas Blvd Ste 200/308<br>Fort Lauderdale, FL 33301-2881 | ICEBERG REAL ESTATE INVESTMENTS, LLC<br>501 E. Las Olas Blvd Ste 200/308<br>Fort Lauderdale, FL 33301-2881 | James B. Euliano, Trustee, and Neil R. Eulia<br>c/o Lauren M. Reynolds<br>PO Box 880<br>Winter Park, FL 32790-0880 |
| Royal Oaks of Gainesville, LLC<br>2210 NW 2nd Ave.<br>Gainesville, FL 32603-1405 | SHD-Celebration Pointe, LLC<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 | Patricia A. Shively<br>608 SW 97th Terrace<br>Gainesville, FL 32607-6309 |
| TRUIST BANK<br>c/o Liebler Gonzalez & Portuondo<br>44 West Flagler Street<br>25th Floor<br>Miami, FL 33130-1808 | (p)UNITED STATES ATTORNEY'S OFFICE<br>111 NORTH ADAMS STREET<br>4TH FLOOR<br>TALLAHASSEE FL 32301-7730 | U.S. Bank, N.A., as Indenture Trustee<br>Greenberg Traurig, LLP<br>c/o John D. Elrod<br>3333 Piedmont Road NE<br>Suite 2500<br>Atlanta, GA 30305-1780 |
| U.S. Securities & Exchange Commission<br>Atlanta Reg Office and Reorg<br>950 E Paces Ferry Rd NE<br>Ste. 900<br>Atlanta, GA 30326-1382 | Vystar Credit Union<br>c/o J. Ellsworth Summers, Jr., Esq.<br>Burr & Forman LLP<br>50 North Laura Street, Suite 3000<br>Jacksonville, FL 32202-3658 | *ARCIS CAPITAL ADVISORS II<br>54 West 40th Street<br>New York, NY 10018-2602 |
| *ArcisCap-Celebration Pointe<br>Investment LLC<br>4503 Michigan Trail<br>Kewadin, MI 49648-9301 | *Capital One<br>Attn: General Correspondence<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | *Catalyst Income Fund 2022-A1, LLC<br>11720 Amberpark Drive<br>Suite 160<br>Alpharetta, GA 30009-2271 |
| *Catalyst Synartis MF B Series Condo<br>11720 Amberpark Drive<br>Suite 160<br>Alpharetta, GA 30009-2271 | *Celebration Pointe Capital, LLC<br>42809 Souther Drive<br>Washington, DC 20210-0001 | *GNV RE CP Fund, LLC<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 |
| *J & R GATOR INVESTMENTS LLC<br>1790 Mall of Georgia Blvd.<br>Buford, GA 30519-8705 | *James Euliano<br>4585 Old Carraige Trail<br>Oviedo, FL 32765-8454 | *Neil Euliano<br>3914 SW 95th Drive<br>Gainesville, FL 32608-4648 |

| | | |
|---|---|---|
| *State Infrastructure Bank<br>605 Suwannee Street<br>Tallahassee, FL 32399-0450 | *Synartis Capital Management<br>11720 Amberpark Drive<br>Suite 160<br>Alpharetta, GA 30009-2271 | *U.S. Bank, N.A.<br>799 E. Wisconsin Ave.<br>Milwaukee, WI 53202-5300 |
| ARCISCAP CELEBRATION POINTE INVESTMENT (B.V.<br>c/o James A. Timko, Esq.<br>Dean Mead<br>420 S. Orange Ave., Suite 700<br>Orlando, FL 32801-4911 | (p)ALACHUA COUNTY TAX COLLECTOR<br>ATTN MISTY BLACKFORD<br>12 SE 1ST STREET<br>GAINESVILLE FL 32601-6882 | Archaeological and Historical Cons<br>4800 SW 64th Ave., Ste 107<br>Fort Lauderdale, FL 33314-4438 |
| Barwick Banking Company<br>1200 Plantation Drive S.<br>Suite 110<br>Saint Augustine, FL 32080 | CP City Place Holdings, LLC<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 | CP City Place Partners, LLC<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 |
| CP Holdings Consolidated VII, LLC<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 | Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Catalyst Income Fund 2022-A1,LLC<br>c/o Matthew B. Hale, Esquire<br>Stichter Riedel Blain & Postler, P.A.<br>110 E. Madison St., #200<br>Tampa, FL 33602-4718 |
| Catalyst Synartis MF B Series Condo, LLC<br>c/o Matthew B. Hale, Esquire<br>Stichter Riedel Blain & Postler, P.A.<br>110 E. Madison St., #200<br>Tampa, FL 33602-4718 | Celebration Pointe Assoc., Inc.<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 | Celebration Pointe CDD No. 1<br>3501 Quadrangle Blvd.<br>Suite 270<br>Orlando, FL 32817-8329 |
| Celebration Pointe Holdings II, LLC<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 | Celebration Pointe Office Partners II<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 | Celebration Pointe Office Partners III<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 |
| Cobb Cole<br>P.O. Box 2491<br>Daytona Beach, FL 32115-2491 | Cupkovic Architecture, LLC<br>6060 Rockside Woods Blvd N<br>Suite 100<br>Independence, OH 44131-2381 | EDA Consultants, Inc.<br>720 SW 2nd Ave.<br>South Tower, Ste 300<br>Gainesville, FL 32601-1212 |
| Edward J. Peterson<br>Johnson Pope Bokor Ruppel & Burns, LLP<br>400 N. Ashley Drive, Suite 3100<br>Tampa, FL 33602-4337 | England Thims & Miller, Inc.<br>14775 Old St Augustine Rd<br>Jacksonville, FL 32258-2463 | Florida Credit Union<br>P.O. Box 5549<br>Gainesville, FL 32627-5549 |
| Florida Department of Transportation<br>@Rumberger Kirk<br>300 S Orange Avenue Suite 1400<br>Orlando, FL 32801-3380 | Frankel Media Group LLC<br>c/o Noel Boeke, Holland & Knight LLP<br>100 N. Tampa Street, Suite 4100<br>Tampa FL 33602-3642 | (p)FRANKEL MEDIA GROUP LLC<br>ATTN JEANNETTE BAER<br>5001 CELEBRATION POINTE AVENUE<br>SUITE 520<br>GAINESVILLE FL 32608-5085 |
| Frankel Media Group, LLC d/b/a Frankel<br>Noel Boeke, c/o Holland & Knight LLP<br>100 N. Tampa Street, Suite 4100<br>Tampa, FL 33602-3642 | Freddie Wehbe<br>13284 SW 7th Ave.<br>Newberry, FL 32669-3345 | GSE Engineering & Consulting, Inc.<br>5590 SW 64th Street<br>Ste B<br>Gainesville, FL 32608-9607 |

| | | |
|---|---|---|
| Heather Dyrkolbotn<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 | Holden, Roscow & Caedington PI<br>5608 NW 43rd Street<br>Gainesville, FL 32653-3332 | IMG College, LLC<br>540N Trade Street<br>Winston-Salem, NC 27101-2915 |
| Iceberg Real Estate Investments, LLC<br>c/o Zachary P. Hyman, Esq.<br>501 East Las Olas Blvd., Ste 200/314<br>Fort Lauderdale, FL 33301-2881 | Internal Revenue Service<br>Centralized Insolvency Ops<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | JON E. KANE<br>South Milhausen, P.A.<br>1000 Legion Place, Suite 1200<br>Orlando, Florida 32801-1005 |
| James B. Euliano, Trustee<br>and Neil R. Euliano, Trustee<br>c/o Bradley M. Saxton<br>PO Box 880<br>Winter Park, FL 32790-0880 | James B. Euliano, Trustee<br>and Neil R. Euliano, Trustee<br>c/o Lauren M. Reynolds<br>PO Box 880<br>Winter Park, FL 32790-0880 | James Moore & Co.<br>5931 NW 1st Pl<br>Gainesville, FL 32607-2063 |
| Johnson Controls Security Solutions<br>P.O. BOx 371967<br>Pittsburgh, PA 15250-7967 | Jon Guven<br>c/o Bloom Parham, LLP<br>977 Ponce de Leon Ave., NE<br>Atlanta, GA 30306-4265 | Jon W. Pritchett<br>8601 SW 31st Ave.<br>Gainesville, FL 32608-2727 |
| Lauren L. Stricker, Esq.<br>Shuker & Dorris, P.A.<br>121 S. Orange Ave., Ste. 1120<br>Orlando, FL 32801-3238 | (p)TCM HALL SE FINANCE LLC<br>101 SE 2ND PLACE STE 117<br>GAINESVILLE FL 32601-6592 | MILLENNIAL LAW, INC.<br>501 East Las Olas Blvd, Suite 200/314<br>Fort Lauderdale Fl 33301-2881 |
| Mainstreet Comm. Bank of FL<br>204 S. Woodland Blvd.<br>Deland, FL 32720-5414 | Mainstreet Community Bank<br>204 S. Woodland Blvd<br>Deland, FL 32720-5414 | PHG Gainesville CP, LLC<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 |
| Patricia A. Shively (TRUST)<br>608 SW 97th Terrace<br>Gainesville, FL 32607-6309 | Phillip W. Pritchett<br>1050 SE 6th Street<br>Lake Butler, FL 32054-2740 | Renaissance Printing<br>PO Box 357186<br>Gainesville, FL 32635-7186 |
| Rennia Aviation, LLC<br>4050 NE 45th Ave<br>Gainesville, FL 32609-1682 | Richard S. Blaser<br>646 SW 133rd Way<br>Newberry, FL 32669-3339 | Ryan Frankel<br>779 SW 136th Street<br>Newberry, FL 32669-3386 |
| SDPS Real Eetate Investment III<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 | SDPS Real Estate Investment V LLC<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 | SDPS Real Estate Investment VI, LLC<br>5001 Celebratoin Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 |
| SDPS Real Estate Investment, LLC<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 | SDPS Real Estate Investments III<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 | SDPS Real Estate Investments V, LLC<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 |

| | | |
|---|---|---|
| SDPS Real Estate Investments, LLC<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 | SHD Management, LLC<br>2579 SW 87th Dr<br>Gainesville, FL 32608-9340 | SHD-Celebration Pointe Holdings, LLC<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 |
| Sharon T. Sperling<br>Attorney for Jon Guven<br>PO Box 358000<br>Gainesville FL 32635-8000 | (c)SITE SOLUTIONS, LLC<br>STE 720<br>3715 NORTHSIDE PKWY NW BLDG 300-720<br>ATLANTA GA  30327-2850 | Spurriers Gridiron Grille CP, LLC<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 |
| State Board of Administration of Florida<br>P.O. Box 13300<br>Tallahassee, FL 32317-3300 | Studio for Housing Design LLC<br>3084 Mercer University Dr.<br>Suite 110<br>Atlanta, GA 30341-4139 | Sunbelt Rentals Inc<br>Sunbelt Rentals<br>2015 Directors Row<br>Orlando, FL 32809-6231 |
| Svein Dyrkolbotn<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 | Svein H. Dyrkolbotn<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 | Synartis Capital Management, LLC<br>c/o Matthew B. Hale, Esquire<br>Stichter Riedel Blain & Postler, P.A.<br>110 E. Madison St., #200<br>Tampa, FL 33602-4718 |
| The Shops at Celebration Pointe, LLC<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 | The Vue at Celebration Pointe, LLC<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 | The Zall Company, LLC<br>2946 Larimer Street<br>Denver, CO 80205-2309 |
| U.S. Bank, N.A., as Indenture Trustee<br>c/o Greenberg Traurig, LLP<br>3333 Piedmont Road NE, Suite 2500<br>Atlanta, GA 30305-1780<br>Attn.: John D. Elrod | Viking Companies, LLC<br>2579 SW 87th Dr<br>Gainesville, FL 32608-9377 | Viking Companies, LLC<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 |
| Viking Construction Company<br>5001 Celebration Pointe Ave, Ste 180<br>Gainesville, FL 32608-5379 | Vue-F, LLC<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 | (p)VYSTAR CREDIT UNION<br>PO BOX 45085<br>JACKSONVILLE FL 32232-5085 |
| Vystar Credit Union<br>c/o J. Ellsworth Summers, Jr., Esq.<br>Burr & Forman LLP<br>50 N. Laura Street, Suite 3000<br>Jacksonville, FL 32202-3658 | c/o Liebler Gonzalez & Portuondo<br>44 West Flagler Street, 24th Floor<br>Miami, FL 33130-6808 | United States Trustee +<br>110 E. Park Avenue<br> Suite 128<br>Tallahassee, FL 32301-7728 |
| Sharon T. Sperling +<br>Law Office of Sharon T. Sperling<br>P.O. Box 358000<br>Gainesville, FL 32635-8000 | Noel R. Boeke +<br>Holland & Knight, LLP<br>P.O. Box 1288<br>Tampa, FL 33601-1288 | Merrick B. Garland +<br>Office of the Attorney General<br>Main Justice Bldg., Rm. 511<br>Tenth & Constitution<br>Washington, DC 20530-0001 |
| Bradley M. Saxton +<br>Winderweedle, Haines, Ward & Woodman, P.<br>POB 880<br>Winter Park, FL 32790-0880 | Secretary of the Treasury +<br>U.S. Treasury Department<br>15th & Pennsylvania Ave.<br>Washington, DC 20220-0001 | Internal Revenue Service +<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |

| | | |
|---|---|---|
| Edward J. Peterson III+<br>Johnson Pope Bokor Ruppel & Burns, LLP<br>400 N. Ashley Drive<br>Suite 3100<br>Tampa, FL 33602-4337 | John D. Elrod +<br>Greenberg Traurig, LLP<br>Terminus 200, Suite 2500<br>3333 Piedmont Road, N.E.<br>Atlanta, GA 30305-1811 | Mark E Steiner +<br>Liebler, Gonzalez & Portuondo, P.A.<br>Courthouse Tower - 25th Floor<br>44 W. Flagler Street<br>Miami, FL 33130-1808 |
| James Timko +<br>Dean Mead Egerton Bloodworth Capouano &<br>420 S Orange Avenue<br>Suite 700<br>Orlando, FL 32801-4911 | John Blair Boyd +<br>Sorenson Van Leuven Law Firm<br>Post Office 3637<br>Tallahassee, FL 32315 | Matthew Blake Hale +<br>Stichter, Riedel, Blain & Postler, P.A.<br>110 E. Madison St.<br>Suite 200<br>Tampa, FL 33602-4718 |
| Zachary P Hyman +<br>Berger Singerman LLP<br>350 East Las Olas Blvd.<br>Suite 1000<br>Fort Lauderdale, FL 33301-4215 | Lauren Stricker +<br>Shuker & Dorris P.A.<br>121 South Orange Avenue<br>Ste 1120<br>Orlando, FL 32801-3238 | Conor McLaughlin +<br>DOJ-Ust<br>110 E. Park Avenue<br>Suite 128<br>Tallahassee, FL 32301-7728 |
| Lauren Marie Reynolds +<br>Winderweedle Haines Ward & Woodman PA<br>P.O. Box 880<br>Winter Park, FL 32790-0880 | Robert Scott Shuker +<br>Shuker & Dorris, PA<br>121 S Orange Avenue<br>Suite 1120<br>Orlando, FL 32801-3238 | Jesse Ellsworth Summers Jr+<br>Burr & Forman LLP<br>50 N. Laura Street<br>Suite 3000<br>Jacksonville, FL 32202-3658 |
| Jon E Kane +<br>South Milhausen<br>1000 Legion Place<br>Ste 1200<br>Orlando, FL 32801-1005 | David C Willis +<br>Rumberger, Kirk & Caldwell<br>P. O. Box 1873<br>Orlando, FL 32802-1873 | Suzanne Hill +<br>Rumberger, Kirk & Caldwell<br>300 South Orange Avenue<br>Ste 1400<br>Orlando, FL 32801-3380 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| U.S. Attorney (Tallahassee Office)<br>111 N. Adams Street<br>Fourth Floor<br>Tallahassee, FL 32301 | Alachua County Tax Collector<br>12 SE 1st Street<br>Gainesville, FL 32601 | Frankel Media Group, LLC<br>5001 Celebration Pointe Ave<br>Suite 520<br>Gainesville, FL 32608 |
| Linda McGurn<br>101 SE 2nd Place, Ste 117<br>Gainesville, FL 32601 | Vystar Credit Union<br>P.O. Box 45085<br>Jacksonville, FL 32232-5085 | |

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

Site Solutions, LLC
3715 Northside Pkwy Northcreek 300
Suite 720
Atlanta, GA 30327

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Catalyst Income Fund 2022-A1, LLC

(u)Catalyst Synartis MF B Series Condo, LLC

(u)MAINSTREET BANK

(u)Synartis Capital Management, LLC

(d)Florida Department of Transportation
@Rumberger Kirk
300 S Orange Avenue Suite 1400
Orlando, FL 32801-3380

(d)Jon Guven
J & R Gator Investments, LLC
1790 Mall of Georgia Blvd
Buford GA 30519-8705

(d)Patricia A. Shively
608 SW 97th Terrace
Gainesville, FL 32607-6309

(d)Patricia A. Shively, TRUST
608 SW 97th Terrace
Gainesville, FL 32607-6309

(d)SHD-Celebration Pointe, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

End of Label Matrix
Mailable recipients   134
Bypassed recipients     9
Total                 143