**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

IN RE:                                                                                         CASE NO.: 24-10056KKS
                                                                                                   Chapter 11

CELEBRATION POINTE HOLDINGS, LLC

    Debtor.
_____ /

**NOTICE OF APPEARANCE**

COMES NOW R. Scott Williams of the firm Rumberger, Kirk & Caldwell, P.A. and makes known his entry of appearance as counsel for Florida Department of Transportation and pursuant to Bankruptcy Rule 2002, requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served as follows:

> R. Scott Williams
> Rumberger, Kirk & Caldwell, P.C.
> 2001 Park Place North, Ste. 1300
> Birmingham, AL 35203
> Email: swilliams@rumberber.com

    Respectfully Submitted,

    /s/ R. Scott Williams
    R. Scott Williams
    RUMBERGER, KIRK, & CALDWELL, P.C.
    2001 Park Place, Suite 1300
    Birmingham, Alabama 35203
    Telephone: 205.327.5550
    Fax: 205.326.6786
    E-mail: swilliams@rumberger.com
    *Attorneys for Creditor,*
    *Florida Department of Transportation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of May, 2024, a true and correct copy of the foregoing has been filed via the CM/ECF system, which will send a notice of electronic filing to counsel of record.

s/R. Scott Williams
**R. Scott Williams**
