**SouthState**

P.O. Box 9602 • Winter Haven, FL 33883
SouthStateBank.com • 800.277.2175

*Statement Ending 03/29/2024*

*CELEBRATION POINTE HOLDINGS*     *Page 1 of 4*
*Account Number: XXXXXXXXXXXX6548*

CELEBRATION POINTE HOLDINGS LLC
CP EQUITY
5001 CELEBRATION POINTE AVE STE 180
GAINESVILLE FL 32608-5379

## Managing Your Accounts

| | | |
|---|---|---|
| 📱 | Customer Care | (800) 277-2175 |
| ✉️ | Mailing Address | P.O. Box 9602<br>Winter Haven, FL 33883 |
| 💻 | Website | SouthStateBank.com |



Solutions to Move Your Business Forward

Real Estate Loans
Equipment Loans
Lines of Credit

All loans are subject to credit approval. Member FDIC.

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| COMMERCIAL ANALYSIS | XXXXXXXXXXXX6548 | $190.16 |

Member FDIC
NMLS# 403455

EQUAL HOUSING LENDER

CELEBRATION POINTE HOLDINGS LLC    XXXXXXXXXXXXX6548    Statement Ending 03/29/2024    Page 2 of 4



## COMMERCIAL ANALYSIS-XXXXXXXXXXXXX6548

### Account Summary

| Date | Description | Amount | Description | Amount |
|------|-------------|--------|-------------|--------|
| 03/01/2024 | Beginning Balance | **$57,219.74** | Minimum Balance | -$22,262.30 |
| | 13 Credit(s) This Period | $1,243,867.61 | Average Available Balance | $61,076.51 |
| | 32 Debit(s) This Period | $1,300,897.19 | | |
| 03/29/2024 | Ending Balance | **$190.16** | | |

**An Important Update Regarding Night Depository Services**

Please be aware that effective April 30, 2024, we will remove the requirement for a business customer to have a Depository Services Agreement on file for Night Depository Services. This update also includes that we will no longer require notice or monitor the addition/removal of employees for your business who use Night Depository Services at SouthState.

You may view or print the Agreement at **SouthStateBank.com/BusinessAccountAgreement**
or visit your local branch to request a copy.

If you have any questions regarding your account, please call us at (800) 277-2175. We will be happy to assist you and look forward to continuing to serve your banking needs.

### Deposits

| Date | Description | Amount |
|------|-------------|--------|
| 03/04/2024 | DEPOSIT | $25,000.00 |
| 03/04/2024 | DEPOSIT | $94,000.00 |
| 03/05/2024 | 036674 ACCOUNT TRANSFER FROM BUSINESS CHECKING I 25409202 15:47 | $200,000.00 |
| 03/06/2024 | 559884 ACCOUNT TRANSFER FROM SMALL BUS CHECKING 25265141 15:11 | $49,500.00 |
| 03/07/2024 | 175786 ACCOUNT TRANSFER FROM BUSINESS CHECKING I 25409202 17:20 | $80,000.00 |
| 03/11/2024 | REMOTE CAPTURE DEPOSIT | $27.63 |
| 03/11/2024 | 476792 ACCOUNT TRANSFER FROM BUSINESS CHECKING I 25409202 17:05 | $5,000.00 |
| 03/12/2024 | DEPOSIT | $16,000.00 |
| 03/18/2024 | DEPOSIT | $10,968.19 |
| 03/18/2024 | DEPOSIT | $13,214.77 |
| | | 10 item(s) totaling $493,710.59 |

### Electronic Credits

| Date | Description | Amount |
|------|-------------|--------|
| 03/01/2024 | INCOMING WIRE TRANSFER PATRICIA ANN SHIVELY TTEE 73509417 | $500,000.00 |
| 03/14/2024 | INCOMING WIRE TRANSFER PATRICIA ANN SHIVELY TTEE 73877912 | $250,000.00 |
| | | 2 item(s) totaling $750,000.00 |



## COMMERCIAL ANALYSIS-XXXXXXXXXXXXX6548 (continued)

### Other Credits

| Date | Description | Amount |
|------|-------------|-------:|
| 03/08/2024 | Celebratio INFO TECH INC INV* 1112 | $157.02 |
| | | 1 item(s) totaling $157.02 |

### Electronic Debits

| Date | Description | Amount |
|------|-------------|-------:|
| 03/01/2024 | PAYMENTS Johnson Controls NTE* ZZZ* 54373\ | $2,931.65 |
| 03/04/2024 | CAPITAL ONE CRCARDPMT 3X23ZFFH3KRXZH7 | $611.53 |
| 03/07/2024 | 176025 ACCOUNT TRANSFER TO SMALL BUS CHECKING 1077221 17:20 | $21,000.00 |
| 03/07/2024 | 176372 ACCOUNT TRANSFER TO BUS GOLD CHECKING 480246446 17:22 | $50,312.31 |
| 03/08/2024 | 509894 ACCOUNT TRANSFER TO SMALL BUS CHECKING 1796573 12:44 | $11,000.00 |
| 03/14/2024 | * LINCOLN NATLIFE PREMPAYMNT TXXXXX6551 | $1,434.95 |
| 03/15/2024 | GRU UTILITIES 200067213085 | $22,571.64 |
| 03/22/2024 | 166829 ACCOUNT TRANSFER TO SMALL BUS CHECKING 1077221 9:46 | $319.47 |
| 03/25/2024 | PAYMENT JOHN HANCOCK MAN TRN* 1* E29100545\ | $1,411.03 |
| | | 9 item(s) totaling $111,592.58 |

### Other Debits

| Date | Description | Amount |
|------|-------------|-------:|
| 03/01/2024 | OUTGOING WIRE TRANSFER Carlton Fields P.A. General Account 1859645 | $960.00 |
| 03/04/2024 | OUTGOING WIRE TRANSFER ARCISCAP-CELEBRATION POINTE INVEST 1861087 | $250,000.00 |
| 03/04/2024 | WITHDRAWAL | $8,000.00 |
| 03/04/2024 | WITHDRAWAL | $10,000.00 |
| 03/04/2024 | WITHDRAWAL | $21,000.00 |
| 03/04/2024 | WITHDRAWAL | $27,000.00 |
| 03/04/2024 | WITHDRAWAL | $31,000.00 |
| 03/04/2024 | WITHDRAWAL | $86,000.00 |
| 03/05/2024 | OUTGOING WIRE TRANSFER SYNARTIS CAPITAL MGMT LLC 1862110 | $36,890.00 |
| 03/05/2024 | OUTGOING WIRE TRANSFER SYNARTIS CAPITAL MGMT LLC 1862111 | $47,469.68 |
| 03/05/2024 | OUTGOING WIRE TRANSFER SYNARTIS CAPITAL MGMT LLC 1862112 | $76,492.50 |
| 03/05/2024 | OUTGOING WIRE TRANSFER SYNARTIS CAPITAL MGMT LLC 1862114 | $82,150.00 |
| 03/05/2024 | OUTGOING WIRE TRANSFER SYNARTIS CAPITAL MGMT LLC 1862113 | $186,000.00 |
| 03/06/2024 | OUTGOING WIRE TRANSFER VIKING COMPANIES 1863378 | $50,000.00 |
| 03/11/2024 | OUTGOING WIRE TRANSFER DCL Capital Consultants 1867160 | $7,000.00 |
| 03/11/2024 | Analysis Charges February 2024 | $580.43 |
| 03/12/2024 | WITHDRAWAL | $2,000.00 |
| 03/12/2024 | WITHDRAWAL | $4,000.00 |
| 03/12/2024 | WITHDRAWAL | $10,000.00 |
| 03/14/2024 | OUTGOING WIRE TRANSFER Shuker & Dorris PA IOTA Trust Acct 1870284 | $250,000.00 |
| 03/15/2024 | OVERDRAFT PAID ITEM(S) FEE | $36.00 |
| | | 21 item(s) totaling $1,186,578.61 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|----------:|------|-------:|----------:|------|-------:|
| 3028 | 03/05/2024 | $2,561.00 | 3029 | 03/07/2024 | $165.00 |
| * Indicates skipped check number | | | | | 2 item(s) totaling $2,726.00 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|-------:|------|-------:|------|-------:|
| 03/01/2024 | $553,328.09 | 03/08/2024 | $4,333.09 | 03/18/2024 | $1,920.66 |
| 03/04/2024 | $238,716.56 | 03/11/2024 | $1,780.29 | 03/22/2024 | $1,601.19 |
| 03/05/2024 | $7,153.38 | 03/12/2024 | $1,780.29 | 03/25/2024 | $190.16 |
| 03/06/2024 | $6,653.38 | 03/14/2024 | $345.34 | | |
| 03/07/2024 | $15,176.07 | 03/15/2024 | -$22,262.30 | | |

CELEBRATION POINTE HOLDINGS LLC      XXXXXXXXXXXXX6548    Statement Ending 03/29/2024                    Page 4 of 4



#3028      $2,561.00



#3029      $165.00



#0000      $25,000.00



#0000      $94,000.00



#0000      $8,000.00



#0000      $10,000.00



#0000      $21,000.00



#0000      $27,000.00



#0000      $31,000.00



#0000      $86,000.00



#0000      $16,000.00



#0000      $2,000.00



#0000      $4,000.00



#0000      $10,000.00



#0000      $10,968.19



#0000      $13,214.77

## IMPORTANT INFORMATION ABOUT YOUR ACCOUNT

Unless we receive notice of any unauthorized or missing signature on any enclosed item or alteration of any enclosed item in this statement within 60 days, we will consider this statement and enclosures to be correct.

## IN CASE OF ERRORS OR INQUIRIES ABOUT YOUR ELECTRONIC TRANSACTIONS ON YOUR PERSONAL DEPOSIT ACCOUNT ONLY

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. Please call us at **1-800-277-2175** or write to us at: **SouthState Bank, N.A., Deposit Operations, P.O. Box 118068, Charleston, SC 29423.**

1. Tell us your name and account number.

2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 days to do this, we will apply a provisional credit to your account in the amount you think you have been charged in error so you will have use of the money during the time it takes us to complete our investigation.

## DOCUMENTATION AND CONFIRMATION OF TRANSFERS

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at 1-800-277-2175 to find out whether or not the deposit has been made.

## BILLING RIGHTS NOTICE FOR CONSUMER LINE OF CREDIT

If you think there is an error on your statement, write to us at: **SouthState Bank, N.A., Loan Operations, P.O. Box 118068, Charleston, SC 29423.**

In your letter, give us the following information:

1. **Account information:** Your name and account number.

2. **Dollar amount:** The dollar amount of the suspected error.

3. **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

1. We cannot try to collect the amount in question or report you as delinquent on that amount.

2. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

3. While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

4. We can apply any unpaid amount against your credit limit.

## EXPLANATION OF BALANCE ON WHICH FINANCE CHARGE IS COMPUTED FOR CONSUMER LINES OF CREDIT

**Daily Balance Method (including Current Transactions)**

We figure the finance charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances, and subtract any unpaid finance charges and any payments or credits. This gives us the daily balance.

## LOAN PAYMENT NOTICE

All loan payments must be accompanied by the account number or payment coupon provided and must be made by a check, automatic account debit,

electronic funds transfer, money order or other instrument in U.S. Dollars. Payments received by the bank at the address shown on the front of this statement by close of business will be credited to your account that same day. Payments received after close of business will be credited the following business day. We may modify these payment instructions, including changing the address for payment, by providing updated payment instructions on or with your periodic billing statement.

## ACCOUNT RECONCILIATION

Month_____20_____

This form is provided to help you balance your bank statement. Match enclosed checks, charges, deposits, and withdrawals with the items in your register.

Write in your register all items that appear on this statement but have not been listed in your register. Example: Ready Reserve transactions, automatic payments, automatic transfers, interest.

**CHECKS/WITHDRAWALS NOT DEDUCTED**

| Date | | Amount |
|---|---|---|
| | | $ |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Checks/Withdrawals not deducted | | $ |

**DEPOSITS NOT CREDITED**

| Date | | Amount |
|---|---|---|
| | | $ |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits not credited | | $ |

**BALANCE COMPUTATION**

| Add the following items: | Amount |
|---|---|
| Checking balance shown on this statement | $ |
| Savings balance shown on this statement | |
| Total deposits not credited | |
| Subtotal | $ |
| Subtract total checks/withdrawals not deducted Total | $ |

This balance should agree with your records.

SCST (Rev 08/2019)

This page left intentionally blank

**SouthState**

P.O. Box 9602 • Winter Haven, FL 33883
SouthStateBank.com • 800.277.2175

**Statement Ending 03/29/2024**

CELEBRATION POINTE HOLDINGS          Page 1 of 2
Account Number: XXXXXXXXXXXX2835

### Managing Your Accounts

| | | |
|---|---|---|
| 📱 | Customer Care | (800) 277-2175 |
| ✉ | Mailing Address | P.O. Box 9602<br>Winter Haven, FL 33883 |
| 💻 | Website | SouthStateBank.com |

CELEBRATION POINTE HOLDINGS LLC
INTEREST RESERVE ACCOUNT
5001 CELEBRATION POINTE AVE STE 180
GAINESVILLE FL 32608-5379



### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUS MONEY MARKET | XXXXXXXXXXXX2835 | $16,659.76 |

Member FDIC
NMLS# 403455
EQUAL HOUSING LENDER

CELEBRATION POINTE HOLDINGS LLC      XXXXXXXXXXXXX2835      Statement Ending 03/29/2024        Page 2 of 2



**Simplified Cashflow Solutions**

Treasury Navigator®' helps you oversee and control all of your business funds and transactions all in one place, whether in the office or on the go.

Reporting Tools | ACH Payments | Wire Transfers
Remote Deposit Capture | eStatements

Fees may apply. See a banker for details. Member FDIC.

## BUS MONEY MARKET-XXXXXXXXXXXXX2835

### Account Summary

| Date | Description | Amount |
|------|-------------|--------|
| 03/01/2024 | Beginning Balance | $16,657.77 |
| | 1 Credit(s) This Period | $1.99 |
| | 0 Debit(s) This Period | $0.00 |
| 03/29/2024 | Ending Balance | $16,659.76 |

### Interest Summary

| Description | Amount |
|-------------|--------|
| Interest Earned From 03/01/2024 Through 03/29/2024 | |
| Annual Percentage Yield Earned | 0.15% |
| Interest Days | 29 |
| Interest Earned | $1.99 |
| Interest Paid This Period | $1.99 |
| Interest Paid Year-to-Date | $6.24 |
| Minimum Balance | $16,657.77 |
| Average Available Balance | $16,657.77 |

**An Important Update Regarding Night Depository Services**

Please be aware that effective April 30, 2024, we will remove the requirement for a business customer to have a Depository Services Agreement on file for Night Depository Services. This update also includes that we will no longer require notice or monitor the addition/removal of employees for your business who use Night Depository Services at SouthState.

You may view or print the Agreement at **SouthStateBank.com/BusinessAccountAgreement** or visit your local branch to request a copy.

If you have any questions regarding your account, please call us at (800) 277-2175. We will be happy to assist you and look forward to continuing to serve your banking needs.

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|-----------|-------------|--------|---------|---------|
| 03/01/2024 | Beginning Balance | | | $16,657.77 |
| 03/29/2024 | INTEREST | | $1.99 | $16,659.76 |
| 03/29/2024 | Ending Balance | | | $16,659.76 |

### Daily Balances

| Date | Amount |
|------|--------|
| 03/29/2024 | $16,659.76 |

### IMPORTANT INFORMATION ABOUT YOUR ACCOUNT

Unless we receive notice of any unauthorized or missing signature on any enclosed item or alteration of any enclosed item in this statement within 60 days, we will consider this statement and enclosures to be correct.

### IN CASE OF ERRORS OR INQUIRIES ABOUT YOUR ELECTRONIC TRANSACTIONS ON YOUR PERSONAL DEPOSIT ACCOUNT ONLY

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. Please call us at **1-800-277-2175** or write to us at: **SouthState Bank, N.A., Deposit Operations, P.O. Box 118068, Charleston, SC 29423.**

1. Tell us your name and account number.

2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 days to do this, we will apply a provisional credit to your account in the amount you think you have been charged in error so you will have use of the money during the time it takes us to complete our investigation.

### DOCUMENTATION AND CONFIRMATION OF TRANSFERS

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at 1-800-277-2175 to find out whether or not the deposit has been made.

### BILLING RIGHTS NOTICE FOR CONSUMER LINE OF CREDIT

If you think there is an error on your statement, write to us at: **SouthState Bank, N.A., Loan Operations, P.O. Box 118068, Charleston, SC 29423.**

In your letter, give us the following information:

1. **Account information:** Your name and account number.

2. **Dollar amount:** The dollar amount of the suspected error.

3. **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

1. We cannot try to collect the amount in question or report you as delinquent on that amount.

2. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

3. While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

4. We can apply any unpaid amount against your credit limit.

### EXPLANATION OF BALANCE ON WHICH FINANCE CHARGE IS COMPUTED FOR CONSUMER LINES OF CREDIT

**Daily Balance Method (including Current Transactions)**

We figure the finance charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances, and subtract any unpaid finance charges and any payments or credits. This gives us the daily balance.

### LOAN PAYMENT NOTICE

All loan payments must be accompanied by the account number or payment coupon provided and must be made by a check, automatic account debit,

electronic funds transfer, money order or other instrument in U.S. Dollars. Payments received by the bank at the address shown on the front of this statement by close of business will be credited to your account that same day. Payments received after close of business will be credited the following business day. We may modify these payment instructions, including changing the address for payment, by providing updated payment instructions on or with your periodic billing statement.

### ACCOUNT RECONCILIATION

Month_____20_____

This form is provided to help you balance your bank statement. Match enclosed checks, charges, deposits, and withdrawals with the items in your register.

Write in your register all items that appear on this statement but have not been listed in your register. Example: Ready Reserve transactions, automatic payments, automatic transfers, interest.

**CHECKS/WITHDRAWALS NOT DEDUCTED**

| Date | | Amount |
|------|--|--------|
| | | $ |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Checks/Withdrawals not deducted | | $ |

**DEPOSITS NOT CREDITED**

| Date | | Amount |
|------|--|--------|
| | | $ |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits not credited | | $ |

**BALANCE COMPUTATION**

| Add the following items: | Amount |
|--------------------------|--------|
| Checking balance shown on this statement | $ |
| Savings balance shown on this statement | |
| Total deposits not credited | |
| Subtotal | $ |
| Subtract total checks/withdrawals not deducted Total | $ |

This balance should agree with your records.

**SCST** (Rev 08/2019)

This page left intentionally blank

# SouthState

P.O. Box 9602 • Winter Haven, FL 33883
SouthStateBank.com • 800.277.2175

**Statement Ending 03/29/2024**

CELEBRATION POINTE HOLDINGS                    Page 1 of 2
Account Number: XXXXXXXXXXXX2832

## Managing Your Accounts

| | | |
|---|---|---|
| 📱 | Customer Care | (800) 277-2175 |
| ✉ | Mailing Address | P.O. Box 9602 Winter Haven, FL 33883 |
| 💻 | Website | SouthStateBank.com |

CELEBRATION POINTE HOLDINGS LLC
MASTER FUNDING ACCOUNT
5001 CELEBRATION POINTE AVE STE 180
GAINESVILLE FL 32608-5379



## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUS MONEY MARKET | XXXXXXXXXXXX2832 | $2,658.24 |

Member FDIC
NMLS# 403455

CELEBRATION POINTE HOLDINGS LLC    XXXXXXXXXXXXX2832    Statement Ending 03/29/2024    Page 2 of 2



**Simplified Cashflow Solutions**

Treasury Navigator®' helps you oversee and control all of your business funds and transactions all in one place, whether in the office or on the go.

Reporting Tools | ACH Payments | Wire Transfers
Remote Deposit Capture | eStatements

Fees may apply. See a banker for details. Member FDIC.

## BUS MONEY MARKET-XXXXXXXXXXXXX2832

### Account Summary

| Date | Description | Amount |
|------|-------------|--------|
| 03/01/2024 | Beginning Balance | $2,658.03 |
| | 1 Credit(s) This Period | $0.21 |
| | 0 Debit(s) This Period | $0.00 |
| 03/29/2024 | Ending Balance | $2,658.24 |

### Interest Summary

| Description | Amount |
|-------------|--------|
| Interest Earned From 03/01/2024 Through 03/29/2024 | |
| Annual Percentage Yield Earned | 0.10% |
| Interest Days | 29 |
| Interest Earned | $0.21 |
| Interest Paid This Period | $0.21 |
| Interest Paid Year-to-Date | $0.66 |
| Minimum Balance | $2,658.03 |
| Average Available Balance | $2,658.03 |

**An Important Update Regarding Night Depository Services**

Please be aware that effective April 30, 2024, we will remove the requirement for a business customer to have a Depository Services Agreement on file for Night Depository Services. This update also includes that we will no longer require notice or monitor the addition/removal of employees for your business who use Night Depository Services at SouthState.

You may view or print the Agreement at **SouthStateBank.com/BusinessAccountAgreement**
or visit your local branch to request a copy.

If you have any questions regarding your account, please call us at (800) 277-2175. We will be happy to assist you and look forward to continuing to serve your banking needs.

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|-----------|-------------|--------|---------|---------|
| 03/01/2024 | Beginning Balance | | | $2,658.03 |
| 03/29/2024 | INTEREST | | $0.21 | $2,658.24 |
| 03/29/2024 | Ending Balance | | | $2,658.24 |

### Daily Balances

| Date | Amount |
|------|--------|
| 03/29/2024 | $2,658.24 |

## IMPORTANT INFORMATION ABOUT YOUR ACCOUNT

Unless we receive notice of any unauthorized or missing signature on any enclosed item or alteration of any enclosed item in this statement within 60 days, we will consider this statement and enclosures to be correct.

## IN CASE OF ERRORS OR INQUIRIES ABOUT YOUR ELECTRONIC TRANSACTIONS ON YOUR PERSONAL DEPOSIT ACCOUNT ONLY

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. Please call us at **1-800-277-2175** or write to us at: **SouthState Bank, N.A., Deposit Operations, P.O. Box 118068, Charleston, SC 29423.**

1. Tell us your name and account number.

2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 days to do this, we will apply a provisional credit to your account in the amount you think you have been charged in error so you will have use of the money during the time it takes us to complete our investigation.

## DOCUMENTATION AND CONFIRMATION OF TRANSFERS

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at 1-800-277-2175 to find out whether or not the deposit has been made.

## BILLING RIGHTS NOTICE FOR CONSUMER LINE OF CREDIT

If you think there is an error on your statement, write to us at: **SouthState Bank, N.A., Loan Operations, P.O. Box 118068, Charleston, SC 29423.**

In your letter, give us the following information:

1. **Account information:** Your name and account number.

2. **Dollar amount:** The dollar amount of the suspected error.

3. **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

1. We cannot try to collect the amount in question or report you as delinquent on that amount.

2. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

3. While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

4. We can apply any unpaid amount against your credit limit.

## EXPLANATION OF BALANCE ON WHICH FINANCE CHARGE IS COMPUTED FOR CONSUMER LINES OF CREDIT ONLY

### Daily Balance Method (including Current Transactions)

We figure the finance charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances, and subtract any unpaid finance charges and any payments or credits. This gives us the daily balance.

## LOAN PAYMENT NOTICE

All loan payments must be accompanied by the account number or payment coupon provided and must be made by a check, automatic account debit,

electronic funds transfer, money order or other instrument in U.S. Dollars. Payments received by the bank at the address shown on the front of this statement by close of business will be credited to your account that same day. Payments received after close of business will be credited the following business day. We may modify these payment instructions, including changing the address for payment, by providing updated payment instructions on or with your periodic billing statement.

## ACCOUNT RECONCILIATION

Month_____20_____

This form is provided to help you balance your bank statement. Match enclosed checks, charges, deposits, and withdrawals with the items in your register.

Write in your register all items that appear on this statement but have not been listed in your register. Example: Ready Reserve transactions, automatic payments, automatic transfers, interest.

### CHECKS/WITHDRAWALS NOT DEDUCTED

| Date | | Amount |
|---|---|---|
| | | $ |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Checks/Withdrawals not deducted | | $ |

### DEPOSITS NOT CREDITED

| Date | | Amount |
|---|---|---|
| | | $ |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits not credited | | $ |

### BALANCE COMPUTATION

| Add the following items: | Amount |
|---|---|
| Checking balance shown on this statement | $ |
| Savings balance shown on this statement | |
| Total deposits not credited | |
| Subtotal | $ |
| Subtract total checks/withdrawals not deducted Total | $ |

This balance should agree with your records.

**SCST** [Rev 08/2019]

This page left intentionally blank



**SouthState**

P.O. Box 9602 • Winter Haven, FL 33883
SouthStateBank.com • 800.277.2175

**Statement Ending 03/29/2024**

CELEBRATION POINTE HOLDINGS          Page 1 of 2
Account Number: XXXXXXXXXXXXX5141

### Managing Your Accounts

|  | Customer Care | (800) 277-2175 |
|--|---------------|----------------|
|  | Mailing Address | P.O. Box 9602<br>Winter Haven, FL 33883 |
|  | Website | SouthStateBank.com |

CELEBRATION POINTE HOLDINGS LLC
PUF ESCROW
5001 CELEBRATION POINTE AVE STE 180
GAINESVILLE FL 32608-5379



## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SMALL BUS CHECKING | XXXXXXXXXXXXX5141 | $397.93 |

**Member FDIC**
**NMLS# 403455**

CELEBRATION POINTE HOLDINGS LLC    XXXXXXXXXXXXX5141    Statement Ending 03/29/2024                    Page 2 of 2



## SMALL BUS CHECKING-XXXXXXXXXXXXX5141

### Account Summary

| Date | Description | Amount | Description | Amount |
|------|-------------|--------|-------------|--------|
| 03/01/2024 | Beginning Balance | **$57.31** | Minimum Balance | $397.93 |
| | 1 Credit(s) This Period | $49,855.62 | Average Available Balance | $8,932.41 |
| | 2 Debit(s) This Period | $49,515.00 | | |
| 03/29/2024 | Ending Balance | **$397.93** | | |

**An Important Update Regarding Night Depository Services**

Please be aware that effective April 30, 2024, we will remove the requirement for a business customer to have a Depository Services Agreement on file for Night Depository Services. This update also includes that we will no longer require notice or monitor the addition/removal of employees for your business who use Night Depository Services at SouthState.

You may view or print the Agreement at **SouthStateBank.com/BusinessAccountAgreement**
or visit your local branch to request a copy.

If you have any questions regarding your account, please call us at (800) 277-2175. We will be happy to assist you and look forward to continuing to serve your banking needs.

### Electronic Credits

| Date | Description | Amount |
|------|-------------|--------|
| 03/01/2024 | INCOMING WIRE TRANSFER PFM GROUP CONSULTING LLC 73504997 | $49,855.62 |
| | 1 item(s) totaling | $49,855.62 |

### Electronic Debits

| Date | Description | Amount |
|------|-------------|--------|
| 03/06/2024 | 559884 ACCOUNT TRANSFER TO COMMERCIAL ANALYSIS 1086548 15:11 | $49,500.00 |
| | 1 item(s) totaling | $49,500.00 |

### Other Debits

| Date | Description | Amount |
|------|-------------|--------|
| 03/01/2024 | INCOMING WIRE TRANSFER FEE 73504997 | $15.00 |
| | 1 item(s) totaling | $15.00 |

### Daily Balances

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| 03/01/2024 | $49,897.93 | 03/06/2024 | $397.93 |

## IMPORTANT INFORMATION ABOUT YOUR ACCOUNT

Unless we receive notice of any unauthorized or missing signature on any enclosed item or alteration of any enclosed item in this statement within 60 days, we will consider this statement and enclosures to be correct.

### IN CASE OF ERRORS OR INQUIRIES ABOUT YOUR ELECTRONIC TRANSACTIONS ON YOUR PERSONAL DEPOSIT ACCOUNT ONLY

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. Please call us at **1-800-277-2175** or write to us at: **SouthState Bank, N.A., Deposit Operations, P.O. Box 118068, Charleston, SC 29423.**

1. Tell us your name and account number.

2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 days to do this, we will apply a provisional credit to your account in the amount you think you have been charged in error so you will have use of the money during the time it takes us to complete our investigation.

### DOCUMENTATION AND CONFIRMATION OF TRANSFERS

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at 1-800-277-2175 to find out whether or not the deposit has been made.

### BILLING RIGHTS NOTICE FOR CONSUMER LINE OF CREDIT

If you think there is an error on your statement, write to us at: **SouthState Bank, N.A., Loan Operations, P.O. Box 118068, Charleston, SC 29423.**

In your letter, give us the following information:

1. **Account information:** Your name and account number.

2. **Dollar amount:** The dollar amount of the suspected error.

3. **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

1. We cannot try to collect the amount in question or report you as delinquent on that amount.

2. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

3. While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

4. We can apply any unpaid amount against your credit limit.

### EXPLANATION OF BALANCE ON WHICH FINANCE CHARGE IS COMPUTED FOR CONSUMER LINES OF CREDIT ONLY

**Daily Balance Method (including Current Transactions)**

We figure the finance charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances, and subtract any unpaid finance charges and any payments or credits. This gives us the daily balance.

### LOAN PAYMENT NOTICE

All loan payments must be accompanied by the account number or payment coupon provided and must be made by a check, automatic account debit,

electronic funds transfer, money order or other instrument in U.S. Dollars. Payments received by the bank at the address shown on the front of this statement by close of business will be credited to your account that same day. Payments received after close of business will be credited the following business day. We may modify these payment instructions, including changing the address for payment, by providing updated payment instructions on or with your periodic billing statement.

### ACCOUNT RECONCILIATION

Month_____20_____

This form is provided to help you balance your bank statement. Match enclosed checks, charges, deposits, and withdrawals with the items in your register.

Write in your register all items that appear on this statement but have not been listed in your register. Example: Ready Reserve transactions, automatic payments, automatic transfers, interest.

**CHECKS/WITHDRAWALS NOT DEDUCTED**

| Date | | Amount |
|---|---|---|
| | | $ |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Checks/Withdrawals not deducted | | $ |

**DEPOSITS NOT CREDITED**

| Date | | Amount |
|---|---|---|
| | | $ |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits not credited | | $ |

**BALANCE COMPUTATION**

| Add the following items: | Amount |
|---|---|
| Checking balance shown on this statement | $ |
| Savings balance shown on this statement | |
| Total deposits not credited | |
| Subtotal | $ |
| Subtract total checks/withdrawals not deducted Total | $ |

This balance should agree with your records.

SCST (Rev 08/2019)

This page left intentionally blank



**SouthState**
P.O. Box 9602 • Winter Haven, FL 33883
SouthStateBank.com • 800.277.2175

**Statement Ending 03/29/2024**

CELEBRATION POINTE HOLDINGS                    Page 1 of 2
Account Number: XXXXXXXXXXXXX4573

## Managing Your Accounts

| | | |
|---|---|---|
| 📱 | Customer Care | (800) 277-2175 |
| ✉ | Mailing Address | P.O. Box 9602<br>Winter Haven, FL 33883 |
| 🖥 | Website | SouthStateBank.com |

CELEBRATION POINTE HOLDINGS LLC
TENANT CONTRACTOR DEPOSITS
5001 CELEBRATION POINTE AVE STE 180
GAINESVILLE FL 32608-5379



## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SMALL BUS CHECKING | XXXXXXXXXXXXX4573 | $492.95 |

**Member FDIC**
**NMLS# 403455**

CELEBRATION POINTE HOLDINGS LLC      XXXXXXXXXXXXX4573    Statement Ending 03/29/2024      Page 2 of 2



## Simplified Cashflow Solutions

Treasury Navigator

Treasury Navigator®' helps you oversee and control all of your business funds and transactions all in one place, whether in the office or on the go.

Reporting Tools | ACH Payments | Wire Transfers
Remote Deposit Capture | eStatements

Fees may apply. See a banker for details. Member FDIC.

SouthState

## SMALL BUS CHECKING-XXXXXXXXXXXXX4573

### Account Summary

| Date | Description | Amount | Description | Amount |
|------|-------------|--------|-------------|--------|
| 03/01/2024 | **Beginning Balance** | **$492.95** | Minimum Balance | $492.95 |
| | 0 Credit(s) This Period | $0.00 | Average Available Balance | $492.95 |
| | 0 Debit(s) This Period | $0.00 | | |
| 03/29/2024 | **Ending Balance** | **$492.95** | | |

**An Important Update Regarding Night Depository Services**

Please be aware that effective April 30, 2024, we will remove the requirement for a business customer to have a Depository Services Agreement on file for Night Depository Services. This update also includes that we will no longer require notice or monitor the addition/removal of employees for your business who use Night Depository Services at SouthState.

You may view or print the Agreement at **SouthStateBank.com/BusinessAccountAgreement**
or visit your local branch to request a copy.

If you have any questions regarding your account, please call us at (800) 277-2175. We will be happy to assist you and look forward to continuing to serve your banking needs.

## IMPORTANT INFORMATION ABOUT YOUR ACCOUNT

Unless we receive notice of any unauthorized or missing signature on any enclosed item or alteration of any enclosed item in this statement within 60 days, we will consider this statement and enclosures to be correct.

## IN CASE OF ERRORS OR INQUIRIES ABOUT YOUR ELECTRONIC TRANSACTIONS ON YOUR PERSONAL DEPOSIT ACCOUNT ONLY

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. Please call us at **1-800-277-2175** or write to us at: **SouthState Bank, N.A., Deposit Operations, P.O. Box 118068, Charleston, SC 29423.**

1. Tell us your name and account number.

2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 days to do this, we will apply a provisional credit to your account in the amount you think you have been charged in error so you will have use of the money during the time it takes us to complete our investigation.

## DOCUMENTATION AND CONFIRMATION OF TRANSFERS

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at 1-800-277-2175 to find out whether or not the deposit has been made.

## BILLING RIGHTS NOTICE FOR CONSUMER LINE OF CREDIT

If you think there is an error on your statement, write to us at: **SouthState Bank, N.A., Loan Operations, P.O. Box 118068, Charleston, SC 29423.**

In your letter, give us the following information:

1. **Account information:** Your name and account number.

2. **Dollar amount:** The dollar amount of the suspected error.

3. **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

1. We cannot try to collect the amount in question or report you as delinquent on that amount.

2. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

3. While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

4. We can apply any unpaid amount against your credit limit.

## EXPLANATION OF BALANCE ON WHICH FINANCE CHARGE IS COMPUTED FOR CONSUMER LINES OF CREDIT ONLY

### Daily Balance Method (including Current Transactions)

We figure the finance charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances, and subtract any unpaid finance charges and any payments or credits. This gives us the daily balance.

### LOAN PAYMENT NOTICE

All loan payments must be accompanied by the account number or payment coupon provided and must be made by a check, automatic account debit,

electronic funds transfer, money order or other instrument in U.S. Dollars. Payments received by the bank at the address shown on the front of this statement by close of business will be credited to your account that same day. Payments received after close of business will be credited the following business day. We may modify these payment instructions, including changing the address for payment, by providing updated payment instructions on or with your periodic billing statement.

## ACCOUNT RECONCILIATION

Month_____20_____

This form is provided to help you balance your bank statement. Match enclosed checks, charges, deposits, and withdrawals with the items in your register.

Write in your register all items that appear on this statement but have not been listed in your register. Example: Ready Reserve transactions, automatic payments, automatic transfers, interest.

**CHECKS/WITHDRAWALS NOT DEDUCTED**

| Date | | Amount |
|---|---|---|
| | | $ |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Checks/Withdrawals not deducted | | $ |

**DEPOSITS NOT CREDITED**

| Date | | Amount |
|---|---|---|
| | | $ |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits not credited | | $ |

**BALANCE COMPUTATION**

| Add the following items: | Amount |
|---|---|
| Checking balance shown on this statement | $ |
| Savings balance shown on this statement | $ |
| Total deposits not credited | |
| Subtotal | $ |
| Subtract total checks/withdrawals not deducted Total | $ |

This balance should agree with your records.

**SCST** (Rev 08/2019)

This page left intentionally blank

4:49 PM

05/21/24

# Celebration Pointe Holdings, LLC
## A/P Aging Summary
### As of March 31, 2024

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| **Celebration Pointe CDD No 1** | 612.47 | 1,559.31 | 0.00 | 0.00 | 0.00 | 2,171.78 |
| **EDA Consultants, Inc.** | 9,502.50 | 0.00 | 0.00 | 0.00 | 0.00 | 9,502.50 |
| **Lincoln National Life Insurance Co** | 1,434.95 | 0.00 | 0.00 | 0.00 | 0.00 | 1,434.95 |
| **Viking Companies, LLC** | 3,240.79 | 0.00 | 0.00 | 0.00 | 0.00 | 3,240.79 |
| **TOTAL** | **14,790.71** | **1,559.31** | **0.00** | **0.00** | **0.00** | **16,350.02** |

4:47 PM

05/21/24

# Celebration Pointe Holdings, LLC
## A/R Aging Summary
### As of March 31, 2024

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Regal CP 10 & RPX | 301.34 | 0.00 | 0.00 | 0.00 | 0.00 | 301.34 |
| SDPS Real Estate Investments V | 387.44 | 0.00 | 0.00 | 0.00 | 0.00 | 387.44 |
| SDPS Real Estate Investments VI | 487.88 | 0.00 | 0.00 | 0.00 | 0.00 | 487.88 |
| SDPS Real Estate Investments VII | 43.05 | 0.00 | 0.00 | 0.00 | 0.00 | 43.05 |
| SDPS Real Estate Investments VIII | 43.05 | 0.00 | 0.00 | 0.00 | 0.00 | 43.05 |
| The Shops at Celebration Pointe, LLC | 129.15 | 0.00 | 0.00 | 0.00 | 0.00 | 129.15 |
| **TOTAL** | **1,391.91** | **0.00** | **0.00** | **0.00** | **0.00** | **1,391.91** |

**10:35 AM**

**05/22/24**

**Accrual Basis**

# Celebration Pointe Holdings, LLC
## Balance Sheet
### As of March 31, 2024

|  | Mar 31, 24 | Mar 14, 24 | $ Change |
|---|---|---|---|
| **ASSETS** |  |  |  |
| **Current Assets** |  |  |  |
| **Checking/Savings** |  |  |  |
| Pre-filing Bank CPH Tenant | 492.95 | 492.95 | 0.00 |
| Pre-filing Bank Interest Reserv | 16,659.76 | 16,657.77 | 1.99 |
| Pre-filing Bank Master | 2,658.24 | 2,658.03 | 0.21 |
| Pre-filing Equity | 190.16 | 345.34 | -155.18 |
| Pre-filing Money Market | 1,310,488.01 | 1,310,488.01 | 0.00 |
| Pre-filing PUF | 397.93 | 397.93 | 0.00 |
| **Total Checking/Savings** | 1,330,887.05 | 1,331,040.03 | -152.98 |
| **Accounts Receivable** |  |  |  |
| Accounts Receivable | 1,391.91 | 0.00 | 1,391.91 |
| **Total Accounts Receivable** | 1,391.91 | 0.00 | 1,391.91 |
| **Other Current Assets** |  |  |  |
| Loan SHDCP | 319.47 | 0.00 | 319.47 |
| **Total Other Current Assets** | 319.47 | 0.00 | 319.47 |
| **Total Current Assets** | 1,332,598.43 | 1,331,040.03 | 1,558.40 |
| **Fixed Assets** |  |  |  |
| **ARCHER BRAID TRAIL** |  |  |  |
| 141230 - Civil Engineer Site | 9,502.50 | 0.00 | 9,502.50 |
| **Total ARCHER BRAID TRAIL** | 9,502.50 | 0.00 | 9,502.50 |
| **R2 / BUILDING 800** |  |  |  |
| 142405 - Life Insurance | 43.04 | 0.00 | 43.04 |
| **Total R2 / BUILDING 800** | 43.04 | 0.00 | 43.04 |
| **Total Fixed Assets** | 9,545.54 | 0.00 | 9,545.54 |
| **TOTAL ASSETS** | 1,342,143.97 | 1,331,040.03 | 11,103.94 |
| **LIABILITIES & EQUITY** |  |  |  |
| **Liabilities** |  |  |  |
| **Current Liabilities** |  |  |  |
| **Accounts Payable** |  |  |  |
| Accounts Payable | 16,350.02 | 0.00 | 16,350.02 |
| **Total Accounts Payable** | 16,350.02 | 0.00 | 16,350.02 |
| **Total Current Liabilities** | 16,350.02 | 0.00 | 16,350.02 |
| **Total Liabilities** | 16,350.02 | 0.00 | 16,350.02 |
| **Equity** |  |  |  |
| Opening Balance Equity | 1,331,040.03 | 1,331,040.03 | 0.00 |
| Net Income | -5,246.08 | 0.00 | -5,246.08 |
| **Total Equity** | 1,325,793.95 | 1,331,040.03 | -5,246.08 |
| **TOTAL LIABILITIES & EQUITY** | 1,342,143.97 | 1,331,040.03 | 11,103.94 |

10:38 AM

05/22/24

Accrual Basis

# Celebration Pointe Holdings, LLC
## Profit & Loss YTD Comparison
### March 15 - 31, 2024

|  | Mar 15 - 31, 24 | Jan - Mar 24 |
|---|---|---|
| **Ordinary Income/Expense** |  |  |
| **Income** |  |  |
| **Pre-filing Accounts Receivable** | 24,182.96 | 24,182.96 |
| **Total Income** | 24,182.96 | 24,182.96 |
| **Gross Profit** | 24,182.96 | 24,182.96 |
| **Expense** |  |  |
| **Bank Service Charges** | 36.00 | 36.00 |
| **CDD Opertaions & Manitenance** | 2,171.78 | 2,171.78 |
| **CPH** |  |  |
| **590004 - Administrative** | 124.54 | 124.54 |
| **590012 - Legal Fees** | 2,540.00 | 2,540.00 |
| **590015 - Payroll Expenses** | 576.25 | 576.25 |
| **Total CPH** | 3,240.79 | 3,240.79 |
| **Insurance Expense** | 1,411.03 | 1,411.03 |
| **Pre-filing Accounts Payable** | 22,571.64 | 22,571.64 |
| **Reimbursables** | 0.00 | 0.00 |
| **Total Expense** | 29,431.24 | 29,431.24 |
| **Net Ordinary Income** | -5,248.28 | -5,248.28 |
| **Other Income/Expense** |  |  |
| **Other Income** |  |  |
| **Interest Income** | 2.20 | 2.20 |
| **Total Other Income** | 2.20 | 2.20 |
| **Net Other Income** | 2.20 | 2.20 |
| **Net Income** | **-5,246.08** | **-5,246.08** |

5:31 PM

05/21/24

# Celebration Pointe Holdings, LLC
## Statement of Cash Flows
### March 15 - 31, 2024

|  | Mar 15 - 31, 24 |
|---|---|
| **OPERATING ACTIVITIES** |  |
| Net Income | -5,248.07 |
| Adjustments to reconcile Net Income |  |
| to net cash provided by operations: |  |
| Accounts Receivable | -1,391.91 |
| Loan SHDCP | -319.47 |
| Pre-filing Bank | 155.18 |
| Accounts Payable | 16,350.02 |
| **Net cash provided by Operating Activities** | 9,545.75 |
| **INVESTING ACTIVITIES** |  |
| ARCHER BRAID TRAIL:141230 - Civil Engineer Site | -9,502.50 |
| R2 / BUILDING 800:142405 - Life Insurance | -43.04 |
| **Net cash provided by Investing Activities** | -9,545.54 |
| **FINANCING ACTIVITIES** |  |
| Opening Balance Equity | 1,330,694.69 |
| **Net cash provided by Financing Activities** | 1,330,694.69 |
| **Net cash increase for period** | 1,330,694.90 |
| **Cash at end of period** | **1,330,694.90** |

**Celebration Pointe Holdings, LLC**
**Reconciliation Detail**
**Pre-filing Bank Interest Reserv, Period Ending 04/30/2024**

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 0.00 |
| **Cleared Transactions** | | | | | | |
| **Deposits and Credits - 2 items** | | | | | | |
| General Journal | 03/15/2024 | 4 | | X | 16,657.77 | 16,657.77 |
| Deposit | 04/30/2024 | | | X | 1.99 | 16,659.76 |
| Total Deposits and Credits | | | | | 16,659.76 | 16,659.76 |
| Total Cleared Transactions | | | | | 16,659.76 | 16,659.76 |
| Cleared Balance | | | | | 16,659.76 | 16,659.76 |
| Register Balance as of 04/30/2024 | | | | | 16,659.76 | 16,659.76 |
| **Ending Balance** | | | | | **16,659.76** | **16,659.76** |

5:23 PM

05/21/24

# Celebration Pointe Holdings, LLC
# Reconciliation Detail
### Pre-filing Bank Master, Period Ending 04/30/2024

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 0.00 |
| **Cleared Transactions** | | | | | | |
| **Deposits and Credits - 2 items** | | | | | | |
| General Journal | 03/15/2024 | 4 | | X | 2,658.03 | 2,658.03 |
| Deposit | 03/31/2024 | | | X | 0.21 | 2,658.24 |
| Total Deposits and Credits | | | | | 2,658.24 | 2,658.24 |
| Total Cleared Transactions | | | | | 2,658.24 | 2,658.24 |
| Cleared Balance | | | | | 2,658.24 | 2,658.24 |
| Register Balance as of 04/30/2024 | | | | | 2,658.24 | 2,658.24 |
| **Ending Balance** | | | | | **2,658.24** | **2,658.24** |

5:27 PM

05/21/24

# Celebration Pointe Holdings, LLC
## Reconciliation Detail
### Pre-filing PUF, Period Ending 04/30/2024

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 0.00 |
| **Cleared Transactions** | | | | | | |
| **Deposits and Credits - 1 item** | | | | | | |
| General Journal | 03/15/2024 | 4 | | X | 397.93 | 397.93 |
| Total Deposits and Credits | | | | | 397.93 | 397.93 |
| Total Cleared Transactions | | | | | 397.93 | 397.93 |
| Cleared Balance | | | | | 397.93 | 397.93 |
| Register Balance as of 04/30/2024 | | | | | 397.93 | 397.93 |
| **Ending Balance** | | | | | **397.93** | **397.93** |

**5:19 PM**

**05/21/24**

## Celebration Pointe Holdings, LLC
## Reconciliation Detail
### Pre-filing Bank, Period Ending 04/30/2024

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 0.00 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 4 items** | | | | | | |
| General Journal | 03/15/2024 | 2 | | X | -22,571.64 | -22,571.64 |
| General Journal | 03/15/2024 | 2 | | X | -1,411.03 | -23,982.67 |
| General Journal | 03/15/2024 | 2 | | X | -319.47 | -24,302.14 |
| General Journal | 03/15/2024 | 2 | | X | -36.00 | -24,338.14 |
| Total Checks and Payments | | | | | -24,338.14 | -24,338.14 |
| **Deposits and Credits - 3 items** | | | | | | |
| General Journal | 03/14/2024 | 3 | | X | 345.34 | 345.34 |
| General Journal | 03/15/2024 | 2 | | X | 10,968.19 | 11,313.53 |
| General Journal | 03/15/2024 | 2 | | X | 13,214.77 | 24,528.30 |
| Total Deposits and Credits | | | | | 24,528.30 | 24,528.30 |
| Total Cleared Transactions | | | | | 190.16 | 190.16 |
| Cleared Balance | | | | | 190.16 | 190.16 |
| Register Balance as of 04/30/2024 | | | | | 190.16 | 190.16 |
| **Ending Balance** | | | | | **190.16** | **190.16** |

5:25 PM

05/21/24

# Celebration Pointe Holdings, LLC
# Reconciliation Detail
## Pre-filing Bank CPH Tenant, Period Ending 04/30/2024

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 0.00 |
| **Cleared Transactions** | | | | | | |
| **Deposits and Credits - 1 item** | | | | | | |
| General Journal | 03/15/2024 | 4 | | X | 492.95 | 492.95 |
| Total Deposits and Credits | | | | | 492.95 | 492.95 |
| Total Cleared Transactions | | | | | 492.95 | 492.95 |
| Cleared Balance | | | | | 492.95 | 492.95 |
| Register Balance as of 04/30/2024 | | | | | 492.95 | 492.95 |
| **Ending Balance** | | | | | **492.95** | **492.95** |

**Barwick**
**Banking**
**Company** EST 1907

2020 E. Main Street • Barwick, GA 31720 • (229) 735-3110
www.barwickbank.com

CELEBRATION POINTE HOLDINGS LLC
MMA
5001 CELEBRATION POINTE AVE
STE 180
GAINESVILLE, FL      32608-5379

**PERIODIC STATEMENT**
Date:   Mar 31, 2024
Period: Mar 01, 2024 to Mar 31, 2024
        (31 days)

---

**ACCOUNT #: CK  -  ███████ 7446 Business Alachua MMA**

Celebration Pointe Holdings LLC
MMA
                                                      Enclosures: 0

Beginning Balance
as of 03/01/24                                          1,310,488.01
  Deposits & Other Credits                                 4,608.94
  Charges & Fees                                               0.00
  Checks & Other Debits                                    8,216.67
  Average Balance                                      1,304,921.88
**Ending Balance**
**as of 03/31/24**                                   **1,306,880.28**

**Transaction Information**

| Date | Check# | Description | Amount | Balance |
|------|--------|-------------|--------|---------|
| 03/11 | | Xfer to LN PYMT 4-5617 | 8,216.67- | 1,302,271.34 |
| 03/31 | | Interest Credit | 4,608.94 | 1,306,880.28 |

**Daily Balance Information**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 03/11 | 1,302,271.34 | 03/31 | 1,306,880.28 | | |

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT

### BEFORE YOU START

WITHDRAWALS OUTSTANDING
NOT CHARGED TO ACCOUNT

| No. | $ |
|-----|---|
|     |   |
|     |   |
|     |   |
|     |   |
|     |   |
|     |   |
|     |   |
|     |   |
|     |   |
|     |   |
|     |   |
|     |   |
|     |   |
|     |   |
|     |   |
|     |   |
|     |   |
|     |   |
|     |   |
|     |   |
|     |   |
|     |   |
|     |   |
|     |   |
|     |   |
|     |   |
|     |   |
|     |   |
|     |   |
|     |   |
|     |   |
|     |   |
| TOTAL | $ |

PLEASE BE SURE YOU HAVE ENTERED IN YOUR REGISTER ALL AUTOMATIC TRANSACTIONS SHOWN ON THE FRONT OF YOUR STATEMENT

YOU SHOULD HAVE ADDED
IF ANY OCCURRED:
1. Loan advances.
2. Credit memos.
3. Other automatic deposits.

YOU SHOULD HAVE SUBTRACTED
IF ANY OCCURRED:
1. Automatic loan payments.
2. Automatic savings transfers.
3. Service charges.
4. Debit memos.
5. Other automatic deductions
   and payments.

BANK BALANCE SHOWN
ON THIS STATEMENT    $ _____

ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)    $ _____

_____

_____

TOTAL    $ _____

SUBTRACT

WITHDRAWALS
OUTSTANDING    $ _____

BALANCE    $ _____

SHOULD AGREE WITH YOUR REGISTER
BALANCE AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT

### CUSTOMER SERVICE

For information on account balance, checks paid, electronic transfers or deposits, visit our website at www.Barwickbank.com for online banking;  Call 888-471-2006 or 229-735-3110 to speak with a Customer Service Representative; or send an email to: Customerservice@Barwickbank.com.

### NOTICE OF NAME OR ADDRESS CHANGE

Please verify the name and address printed on the front of this statement. If a change is necessary, print the correct information on that portion of a copy of the statement, sign and bring it to any of our banking locations or mail it to: Barwick Banking Company, P.O. Box 7, Barwick, GA 31720.

### BILLING RIGHTS SUMMARY

In Case of Errors or Questions About Your Bill

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us [on a separate sheet] at the address shown on your bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### IN CASE OF ERRORS OR INQUIRIES ABOUT YOUR ELECTRONIC TRANSFERS

Call us at 888-471-2006 or 229-735-3110 or write to us at the address shown on the front of this statement as soon as you can if you think your statement is wrong or if you need more information about a transfer listed on this statement. We must hear from you no later than sixty days after we sent you the FIRST statement on which the problem or error appeared. If you have a question concerning your statement, please be prepared to:

• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten business days.

We will tell you the results of our investigation within ten business days after we hear from you and will correct any error promptly. If we need more time however, we may take up to forty-five days to investigate your complaint or question. If we decide to do this, we will credit your account within ten business days for the amount you think is in error, so that you will have the use of the money during the time that it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within ten business days, we may not recredit your account. If the transfer under investigation resulted from a point of sale debit card transaction or a transfer initiated outside the United States, the time periods for investigation are extended to 90 calendar days.

If the EFT transfer under investigation occurred within the first 30 days of the opening of a new account, the time periods for investigation and recrediting of your account are extended from 10 business days to 20 business days and from 45 calendar days to 90 calendar days. If we decide that there was no error, we will send you a written explanation within three business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

Regulation E does not apply to commercial accounts.