## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION
### www.flnb.uscourts.gov

In re:

| | |
|---|---|
| CELEBRATION POINTE HOLDINGS, LLC | Case No. 24-10056-KKS |
| CELEBRATION POINTE HOLDINGS II, LLC | Case No. 24-10057-KKS |
| SHD-CELEBRATION POINTE, LLC | Case No. 24-10058-KKS |
| | Chapter 11 |
| Debtors. | *Joint Administration under Case No. 24-10056-KKS* |

_____/

**NOTICE OF WITHDRAWAL OF DEBTORS' MOTION FOR FINAL ORDER (I) APPROVING POSTPETITION FINANCING, (II) GRANTING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS, AND (III) GRANTING RELATED RELIEF**

**CELEBRATION POINTE HOLDINGS, LLC**, **CELEBRATION POINTE HOLDINGS II, LLC,** and **SHD-CELEBRATION POINTE, LLC** (collectively, "Debtors"), through undersigned counsel, respectfully withdraws its Motion for Final Order (I) Approving Postpetition Financing, (II) Granting Superpriority Administrative Expense Status, and (III) Granting Related Relief (Doc. 139) (the "DIP Financing Motion"). In support, the Debtor respectfully represents as follows:

1.    On July 19, 2024, the Debtors filed the DIP Financing Motion seeking authority and approval to borrow, on a postpetition super priority administrative basis, an amount up to $5,000,000 from Patrica A. Shively ("DIP Lender") to fund

certain critical operating expenses and shortfalls of the Debtors' special purpose entities (the "SPEs").

2.      Prepetition, the DIP Lender regularly advanced funds to the Debtors to support such operations and shortfalls of the SPEs in the ordinary course of the business for the overall Project.

3.      Similar SPE shortfalls arose postpetition, which lead to the Debtors filing the DIP Financing Motion. Due to the exigency of the critical need for the postpetition funding, coupled with some internal miscommunication, the funding requested in the DIP Financing Motion has already been advanced by DIP Lender and already disbursed by the Debtors for the uses set forth in the budget attached to the DIP Financing Motion.

4.      Given that this Court cannot provide *nunc pro tunc* approval under 11 U.S.C. § 363(b) and because ordinary course lending is permissible under 11 U.S.C. § 364(a) without a court order, the Debtors hereby withdraw the DIP Financing Motion.

5.      This withdrawal is without prejudice to right of the DIP Lender to seek administrative expenses status for the postpetition funds advanced, after proper application and notice and hearing, under 11 U.S.C. § 503(b)(1).

**RESPECTFULLY SUBMITTED** on this 19th day of August 2024.

/s/ R. Scott Shuker
R. Scott Shuker, Esq.
Florida Bar No. 0984469
rshuker@shukerdorris.com
**SHUKER & DORRIS, P.A.**
121 S. Orange Ave., Suite 1120
Orlando, Florida 32801
Telephone: 407-337-2060
Facsimile:  407-337-2050
*Attorneys for the Debtor*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF DEBTORS' MOTION FOR FINAL ORDER (I) APPROVING POSTPETITION FINANCING, (II) GRANTING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS, AND (III) GRANTING RELATED RELIEF** was served as set forth below:

☒ **Served via Notice of Electronic Filing (NEF):**  The undersigned verifies that the foregoing document was served via NEF on **August 19, 2024,** to the below-listed person(s) and entities:

- Noel R. Boeke    noel.boeke@hklaw.com; danielle.decker@hklaw.com; hapi@hklaw.com
- John Blair Boyd    bk@svllaw.com; blairb@svllaw.com
- Scott Wallace Cichon    Scott.Cichon@CobbCole.com, Bonnie.Rubino@CobbCole.com
- John D. Elrod    elrodj@gtlaw.com, fieldss@gtlaw.com
- Matthew Blake Hale    mhale.ecf@srbp.com
- Suzanne Hill    shill@rumberger.com, shillsecy@rumberger.com; docketingorlando@rumberger.com
- Zachary P Hyman    zach@millenniallaw.com; assistant@millenniallaw.com, jessica@millenniallaw.com, 4619041420@filings.docketbird.com
- Inez M Markovich    imarkovich@mccarter.com
- Paul Nicholas Mascia    pmascia@nardellalaw.com
- Conor McLaughlin    conor.mclaughlin@usdoj.gov

- Jose I. Moreno    jimoreno@bellsouth.net,
  ruizcalderondr64903@notify.bestcase.com
- Michael Anthony Nardella    mnardella@nardellalaw.com,
  klynch@nardellalaw.com;msayne@nardellalaw.com
- Michael J Niles    mniles@bergersingerman.com,
  efile@bergersingerman.com; zmorton@bergersingerman.com;
  efile@ecf.courtdrive.com
- Edward J. Peterson    edwardp@jpfirm.com; andrenaw@jpfirm.com;
  Jillc@jpfirm.com; melanief@jpfirm.com; AngelinaL@jpfirm.com
- Charles A. Postler    cpostler.ecf@srbp.com
- Michael Stephen Provenzale    michael.provenzale@lddkr.com,
  anne.fisher@lowndes-law.com; litcontrol@lowndes-law.com
- Nicholas V. Pulignano    nvp@marksgray.com
- Lauren Marie Reynolds    lreynolds@whww.com, scolgan@whww.com;
  mbretana@whww.com; mbretana@ecf.courtdrive.com
- Brian G. Rich    brich@bergersingerman.com,
  efile@bergersingerman.com; efile@ecf.courtdrive.com;
  zmorton@bergersingerman.com
- Bradley M. Saxton    bsaxton@whww.com, scolgan@whww.com;
  mbretana@whww.com; mbretana@ecf.courtdrive.com
- Sharon T. Sperling    sharon@sharonsperling.com,
  share.sharonsperling@gmail.com; info@sharonsperling.com
- Mark E Steiner    MES@lgplaw.com pm@lgplaw.com
- Jesse Ellsworth Summers    esummers@burr.com, sguest@burr.com
- James Timko    jtimko@deanmead.com, mgodek@deanmead.com
- United States Trustee    USTPRegion21.TL.ECF@usdoj.gov
- Richard Scott Williams    swilliams@rumberger.com
- David C Willis    dwillis@rumberger.com, dwillissecy@rumberger.com;
  docketingorlando@rumberger.com

☒ **Served by U.S. Mail:** On **August 19, 2024,** the undersigned served the person(s) and/or entities listed below via first class mail, postage prepaid, at the addresses listed below or on the attached mailing matrix obtained from the Court's case management system:

☒ See attached mailing matrix; **AND**
☒  Names and addresses of Parties served:

| | |
|---|---|
| Royal Oaks of Gainesville, LLC<br>2210 NW 2nd Ave.<br>Gainesville, FL 32603 | Tamara Robbins<br>PO Box 2317<br>Alachua, FL 32616 |
| John C. Vanduzer<br>James Moore & Co., P.L.<br>5931 NW 1st Place<br>Gainesville, FL 32607-2063 | US Attorney's Office for the Northern District of Florida<br>111 N. Adams Street, Fourth Floor<br>Tallahassee, FL 32301 |
| Florida Department of Transportation<br>Office of Comptroller, MS 24<br>605 Suwanee Street<br>Tallahassee, FL 32399-0405 | State of Florida Auditor General<br>Local Government Audits/342<br>111 West Madison Street, Room 401<br>Tallahassee, FL 32399-1450 |
| SIB Program Manager<br>Florida Department of Transportation<br>Office of Comptroller – Project Finance<br>605 Suwanee Street. MS #10<br>Tallahassee, FL 32399-0405 | |

☐ **Served by Personal Delivery, Overnight Mail, Facsimile Transmission or Email:** On **N/A** the undersigned served each person or entity listed below via the means noted for each:

I declare under penalty of perjury that the foregoing is true and correct.

/s/ R. Scott Shuker
R. Scott Shuker, Esq.
Florida Bar No. 984469
rshuker@shukerdorris.com

Label Matrix for local noticing
1129-1
Case 24-10056-KKS
Northern District of Florida
Gainesville
Mon Aug 19 15:38:22 EDT 2024

ARCISCAP CELEBRATION POINTE INVESTMENT (B.V.
c/o James A. Timko, Esq.
Dean Mead Law Firm
420 S. Orange Ave., Ste. 700
Orlando, FL 32801-4911

(p)ALACHUA COUNTY TAX COLLECTOR
ATTN MISTY BLACKFORD
12 SE 1ST STREET
GAINESVILLE FL 32601-6882

Arcis Real Estate Secured Fund II, L.P.
135 West 41 Street
New York, NY 10036-7303

Celebration Pointe Community Development Dis
One Daytona Boulevard
Suite 600
Daytona Beach, FL 32114-1212

Celebration Pointe Holdings II, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

Celebration Pointe Holdings, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

EDA Consultants Inc
c/o: Jose I Moreno PA
240 NW 76TH DRIVE
SUITE D
Gainesville, FL 32607-6656

Florida Credit Union
c/o J. Blair Boyd
Post Office Box 3637
Tallahassee, FL 32315-3637

Florida Department of Transportation
c/o Rumberger, Kirk & Caldwell, P.A.
300 S Orange Ave.
Suite 1400
Orlando, FL 32801-3380

Florida Dept. of Labor/Employment Security
c/o Florida Dept. of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

Florida Dept. of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

Frankel Media Group LLC
c/o Noel Boeke, Esq.
Holland & Knight LLP
100 N. Tampa Street, Suite 4100
Tampa, FL 33602-3644

Jon Guven
J & R Gator Investments, LLC
1790 Mall of Georgia Blvd
Buford, GA 30519-8705

ICEBERG CAPITAL PARTNERS, III, LLC
501 E. Las Olas Blvd Ste 200/308
Fort Lauderdale, FL 33301-2881

ICEBERG REAL ESTATE INVESTMENTS, LLC
501 E. Las Olas Blvd Ste 200/308
Fort Lauderdale, FL 33301-2881

James B. Euliano, Trustee, and Neil R. Eulia
c/o Lauren M. Reynolds
PO Box 880
Winter Park, FL 32790-0880

PFM Financial Advisors LLC
c/o McCarter & English, LLP
Attn: Inez M. Markovich
1600 Market Street
Suite 3900
Philadelphia, PA 19103-7242

Tamara Robbins
PO Box 2317
Alachua, FL 32616-2317

Royal Oaks of Gainesville, LLC
2210 NW 2nd Ave.
Gainesville, FL 32603-1405

SHD-Celebration Pointe, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

Patricia A. Shively
608 SW 97th Terrace
Gainesville, FL 32607-6309

TRUIST BANK
c/o Liebler Gonzalez & Portuondo
44 West Flagler Street
25th Floor
Miami, FL 33130-1808

(p)UNITED STATES ATTORNEY'S OFFICE
111 NORTH ADAMS STREET
4TH FLOOR
TALLAHASSEE FL 32301-7730

U.S. Bank, N.A., as Indenture Trustee
Greenberg Traurig, LLP
c/o John D. Elrod
3333 Piedmont Road NE
Suite 2500
Atlanta, GA 30305-1780

U.S. Securities & Exchange Commission
Atlanta Reg Office and Reorg
950 E Paces Ferry Rd NE
Ste. 900
Atlanta, GA 30326-1382

John C. Vanduzer
James Moore & Co., P.L.
5931 NW 1st Place
Gainesville, FL 32607-2063

Vystar Credit Union
c/o J. Ellsworth Summers, Jr., Esq.
Burr & Forman LLP
50 North Laura Street, Suite 3000
Jacksonville, FL 32202-3658

*ARCIS CAPITAL ADVISORS II
54 West 40th Street
New York, NY 10018-2602

*ArcisCap-Celebration Pointe
Investment LLC
4503 Michigan Trail
Kewadin, MI 49648-9301

*Capital One
Attn: General Correspondence
P.O. Box 30285
Salt Lake City, UT 84130-0285

*Catalyst Income Fund 2022-A1, LLC
11720 Amberpark Drive
Suite 160
Alpharetta, GA 30009-2271

*Catalyst Synartis MF B Series Condo
11720 Amberpark Drive
Suite 160
Alpharetta, GA 30009-2271

*Celebration Pointe Capital, LLC
42809 Souther Drive
Washington, DC 20210-0001

*GNV RE CP Fund, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

*J & R GATOR INVESTMENTS LLC
1790 Mall of Georgia Blvd.
Buford, GA 30519-8705

*James Euliano
4585 Old Carriage Trail
Oviedo, FL 32765-8454

*Neil Euliano
3914 SW 95th Drive
Gainesville, FL 32608-4648

*State Infrastructure Bank
605 Suwannee Street
Tallahassee, FL 32399-0450

*Synartis Capital Management
11720 Amberpark Drive
Suite 160
Alpharetta, GA 30009-2271

*U.S. Bank, N.A.
799 E. Wisconsin Ave.
Milwaukee, WI 53202-5300

ARCISCAP CELEBRATION POINTE INVESTMENT (B.V.
c/o James A. Timko, Esq.
Dean Mead
420 S. Orange Ave., Suite 700
Orlando, FL 32801-4911

Aleia M. Hornsby, Thompson Hine LLP
3560 Lenox Road
Suite 1600
Atlanta, GA 30326-4274

Archaeological and Historical Cons
4800 SW 64th Ave., Ste 107
Fort Lauderdale, FL 33314-4438

ArcisCap-YJ Holding LLC
c/0 James Timko, Esq.
420 S. Orange Avenue, Suite 700
Orlando, FL 32801-4911

ArcisCap-YJ Holding LLC
c/o James Timko, Esq.
420 S. Orange Ave, Suite 700
Orlando, FL 32801-4911

Barwick Banking Company
1200 Plantation Drive S.
Suite 110
Saint Augustine, FL 32080

CP City Place Holdings, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

CP City Place Partners, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

CP City Place Partners, LLC
c/o Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street, Ste. 301
Tallahassee, FL 32301-7643

CP Holdings Consolidated VII, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

Capital One N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

Catalyst Income Fund 2022-1A, LLC
c/o Matthew B. Hale, Esq.
Stichter Riedel Blain & Postler, PA
110 E. Madison St., #200
Tampa, FL 33602-4718

Catalyst Income Fund 2022-A1,LLC
c/o Matthew B. Hale, Esquire
Stichter Riedel Blain & Postler, P.A.
110 E. Madison St., #200
Tampa, FL 33602-4718

Catalyst Synartis MF B Series Condo 3A-2023,
c/o Matthew B. Hale, Esq.
Stichter Riedel Blain & Postler, PA
110 E. Madison St., #200
Tampa, FL 33602-4718

Catalyst Synartis MF B Series Condo, LLC
c/o Matthew B. Hale, Esquire
Stichter Riedel Blain & Postler, P.A.
110 E. Madison St., #200
Tampa, FL 33602-4718

Catalyst Synartis MF B Series MF 2A-2022, LL
c/o Matthew B. Hale, Esq.
Stichter Riedel Blain & Postler, PA
110 E. Madison St., #200
Tampa, FL 33602-4718

Celebration Pointe Assoc., Inc.
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

Celebration Pointe CDD #1
Cobb Cole
One Daytona Boulevard, Suite 600
Daytona Beach, FL 32114-4346

Celebration Pointe CDD No. 1
3501 Quadrangle Blvd.
Suite 270
Orlando, FL 32817-8329

Celebration Pointe Community Development Dis
Cobb Cole
One Daytona Boulevard, Ste 600
Daytona Beach, FL 32114-4346

Celebration Pointe Office Partners II
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

Celebration Pointe Office Partners III
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

Cobb Cole
P.O. Box 2491
Daytona Beach, FL 32115-2491

Cupkovic Architecture, LLC
6060 Rockside Woods Blvd N
Suite 100
Independence, OH 44131-2381

EDA Consultants, Inc.
720 SW 2nd Ave.
South Tower, Ste 300
Gainesville, FL 32601-6271

Edward J. Peterson
Johnson Pope Bokor Ruppel & Burns, LLP
400 N. Ashley Drive, Suite 3100
Tampa, FL 33602-4337

England Thims & Miller, Inc.
14775 Old St Augustine Rd
Jacksonville, FL 32258-2463

Florida Credit Union
P.O. Box 5549
Gainesville, FL 32627-5549

Florida Credit Union
Post Office 5158
Gainesville, FL 32627

Florida Department of Transportation
@Rumberger Kirk
300 S Orange Avenue Suite 1400
Orlando, FL 32801-3380

Frankel Media Group LLC
c/o Noel Boeke, Holland & Knight LLP
100 N. Tampa Street, Suite 4100
Tampa FL 33602-3642

(p)FRANKEL MEDIA GROUP LLC
ATTN JEANNETTE BAER
5001 CELEBRATION POINTE AVENUE
SUITE 520
GAINESVILLE FL 32608-5085

Frankel Media Group, LLC d/b/a Frankel
Noel Boeke, c/o Holland & Knight LLP
100 N. Tampa Street, Suite 4100
Tampa, FL 33602-3642

Freddie Wehbe
13284 SW 7th Ave.
Newberry, FL 32669-3345

GSE Engineering & Consulting, Inc.
5590 SW 64th Street
Ste B
Gainesville, FL 32608-9607

Gainesville PropCo LLC
c/o Leanne Prendergast
Pierson Ferdinand LLP
12620 Beach Blvd., Ste. 3 #126
Jacksonville, FL 32246-7130

Gainesville Regional Utilities
301 S.E. 4th Avenue
Gainesville, FL 32601-6857

Heather Dyrkolbotn
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

Holden, Roscow & Caedington PI
5608 NW 43rd Street
Gainesville, FL 32653-3332

Holden, Roscow & Caedington, PL
5608 NW 43rd Street
Gainesville, FL 32653-3332
,

IMG College, LLC
540N Trade Street
Winston-Salem, NC 27101-2915

Iceberg Real Estate Investments, LLC
c/o Zachary P. Hyman, Esq.
501 East Las Olas Blvd., Ste 200/314
Fort Lauderdale, FL 33301-2881

Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346

JON E. KANE
South Milhausen, P.A.
1000 Legion Place, Suite 1200
Orlando, Florida 32801-1005

James B. Euliano, Trustee
and Neil R. Euliano, Trustee
c/o Bradley M. Saxton
PO Box 880
Winter Park, FL 32790-0880

James B. Euliano, Trustee
and Neil R. Euliano, Trustee
c/o Lauren M. Reynolds
PO Box 880
Winter Park, FL 32790-0880

James Moore & Co.
5931 NW 1st Pl
Gainesville, FL 32607-2063

Johnson Controls Security Solutions
P.O. BOx 371967
Pittsburgh, PA 15250-7967

Jon Guven
c/o Bloom Parham, LLP
977 Ponce de Leon Ave., NE
Atlanta, GA 30306-4265

Jon W. Pritchett
8601 SW 31st Ave.
Gainesville, FL 32608-2727

Lauren L. Stricker, Esq.
Shuker & Dorris, P.A.
121 S. Orange Ave., Ste. 1120
Orlando, FL 32801-3238

(p)TCM HALL SE FINANCE LLC
101 SE 2ND PLACE STE 117
GAINESVILLE FL 32601-6592

MILLENNIAL LAW, INC.
501 East Las Olas Blvd, Suite 200/314
Fort Lauderdale Fl 33301-2881

Mainstreet Comm. Bank of FL
204 S. Woodland Blvd.
Deland, FL 32720-5414

Mainstreet Community Bank
204 S. Woodland Blvd
Deland, FL 32720-5414

Mainstreet Community Bank of Florida
c/o Lowndes Law Firm
P.O. Box 2809
Orlando FL 32802-2809

McCarter & English, LLP
Attn: Inez M. Markovich, Esq.
1600 Market Street, Suite 3900
Philadelphia, PA 19103-7242

McRock, LLC
2970 SW 50th Terrace
Gainesville, FL 32608-5076

Michael A. Nardella, Esq.
Nardella & Nardella, PLLC
135 W Central Blvd.
Ste 300
Orlando, FL 32801-2435

PHG Gainesville CP, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

Patricia A. Shively & Patricia Ann Shively T
Edward J. Peterson, III
Johnson Pope Bokor Ruppel & Burns, LLP
400 N. Ashley Drive, Suite 3100
Tampa, FL 33602-4337

Patricia A. Shively (TRUST)
608 SW 97th Terrace
Gainesville, FL 32607-6309

Phillip W. Pritchett
1050 SE 6th Street
Lake Butler, FL 32054-2740

R. Scott Williams
2001 Park Place Suite 1300
Birmingham, AL 35203-2700

Renaissance Printing
PO Box 357186
Gainesville, FL 32635-7186

Rennia Aviation, LLC
4050 NE 45th Ave
Gainesville, FL 32609-1682

Richard S. Blaser
646 SW 133rd Way
Newberry, FL 32669-3339

Ryan Frankel
779 SW 136th Street
Newberry, FL 32669-3386

SDPS Real Eetate Investment III
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

SDPS Real Estate Investment V LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

SDPS Real Estate Investment VI, LLC
5001 Celebratoin Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

SDPS Real Estate Investment, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

SDPS Real Estate Investments III
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

SDPS Real Estate Investments IV, LLC
c/o Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street, Ste. 301
Tallahassee, FL 32301-7643

SDPS Real Estate Investments V, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

SDPS Real Estate Investments, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

SDPS Real Estate Investments, LLC
c/o Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street, Ste. 301
Tallahassee, FL 32301-7643

SHD Management, LLC
2579 SW 87th Dr
Gainesville, FL 32608-9340

SHD Management, LLC
c/o Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street, Ste. 301
Tallahassee, FL 32301-7643

SHD-Celebration Pointe Holdings, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

Sharon T. Sperling
Attorney for Jon Guven
PO Box 358000
Gainesville FL 32635-8000

(c)SITE SOLUTIONS, LLC
STE 720
3715 NORTHSIDE PKWY NW BLDG 300-720
ATLANTA GA  30327-2850

Spurriers Gridiron Grille CP, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

State Board of Administration of Florida
P.O. Box 13300
Tallahassee, FL 32317-3300

Studio for Housing Design LLC
3084 Mercer University Dr.
Suite 110
Atlanta, GA 30341-4139

Sunbelt Rentals Inc
Sunbelt Rentals
2015 Directors Row
Orlando, FL 32809-6231

Svein Dyrkolbotn
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

Svein Dyrkolbotn
c/o Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street, Ste. 301
Tallahassee, FL 32301-7643

Svein Dyrkolbotn
c/o Michael J. Niles, Esq.
Berger Singerman LLP
313 North Monroe Street, Ste. 301
Tallahassee, FL 32301-7643

Svein H. Dyrkolbotn
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

Synartis Capital Management, LLC
c/o Matthew B. Hale, Esquire
Stichter Riedel Blain & Postler, P.A.
110 E. Madison St., #200
Tampa, FL 33602-4718

Synartis Income Fund, LLC and
Catalyst Synartis CP Master 4A-2023, LLC
c/o Matthew B. Hale, Esq.
110 E. Madison St., #200
Tampa, FL 33602-4718

The Shops at Celebration Pointe, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

The Vue at Celebration Pointe, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

The Zall Company, LLC
2946 Larimer Street
Denver, CO 80205-2309

U.S. Bank Trust Company, N.A., as Indenture
GREENBERG TRAURIG, LLP
c/o John D. Elrod
3333 Piedmont Road, NE, Suite 2500
Atlanta, GA 30305-1780

U.S. Bank Trust Company, N.A., as Indenture
GREENBERG TRAURIG, LLP, c/o John D. Elro
3333 Piedmont Road, NE, Suite 2500
Atlanta, GA 30305-1780

U.S. Bank, N.A., as Indenture Trustee
c/o Greenberg Traurig, LLP
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305-1780
Attn.: John D. Elrod

Viking Companies, LLC
2579 SW 87th Dr
Gainesville, FL 32608-9377

Viking Companies, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

Viking Companies, LLC
c/o Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street, Ste. 301
Tallahassee, FL 32301-7643

Viking Construction Company
5001 Celebration Pointe Ave, Ste 180
Gainesville, FL 32608-5379

Viking Construction Company of Florida, LLC
c/o Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street, Ste. 301
Tallahassee, FL 32301-7643

Viking Property Management LLC
c/o Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street, Ste. 301
Tallahassee, FL 32301-7643

Vue-F, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

(p)VYSTAR CREDIT UNION
PO BOX 45085
JACKSONVILLE FL 32232-5085

Vystar Credit Union
c/o J. Ellsworth Summers, Jr., Esq.
Burr & Forman LLP
50 N. Laura Street, Suite 3000
Jacksonville, FL 32202-3658

c/o Liebler Gonzalez & Portuondo
44 West Flagler Street, 24th Floor
Miami, FL 33130-6808

United States Trustee +
110 E. Park Avenue
 Suite 128
Tallahassee, FL 32301-7728

Sharon T. Sperling +
Law Office of Sharon T. Sperling
P.O. Box 358000
Gainesville, FL 32635-8000

Noel R. Boeke +
Holland & Knight, LLP
P.O. Box 1288
Tampa, FL 33601-1288

Merrick B. Garland +
Office of the Attorney General
Main Justice Bldg., Rm. 511
Tenth & Constitution
Washington, DC 20530-0001

Bradley M. Saxton +
Winderweedle, Haines, Ward & Woodman, P.
POB 880
Winter Park, FL 32790-0880

Secretary of the Treasury +
U.S. Treasury Department
15th & Pennsylvania Ave.
Washington, DC 20220-0001

Internal Revenue Service +
P.O. Box 7346
Philadelphia, PA 19101-7346

Edward J. Peterson III+
Johnson Pope Bokor Ruppel & Burns, LLP
400 N. Ashley Drive
Suite 3100
Tampa, FL 33602-4337

Brian G. Rich +
Berger Singerman LLP
313 N. Monoe Street
2nd Floor
Tallahassee, FL 32301-7641

John D. Elrod +
Greenberg Traurig, LLP
Terminus 200, Suite 2500
3333 Piedmont Road, N.E.
Atlanta, GA 30305-1811

Jose I. Moreno +
Jose I Moreno, P.A.
240 NW 76th Drive, Suite D
Gainesville, FL 32607-6656

Mark E Steiner +
Liebler, Gonzalez & Portuondo, P.A.
Courthouse Tower - 25th Floor
44 W. Flagler Street
Miami, FL 33130-1808

Michael Anthony Nardella +
Nardella & Nardella, PLLC
135 W. Central Blvd.
Suite 300
32801
Orlando, FL 32801-2430

James Timko +
Dean Mead Egerton Bloodworth Capouano &
420 S Orange Avenue
Suite 700
Orlando, FL 32801-4911

John Blair Boyd +
Sorenson Van Leuven Law Firm
Post Office 3637
Tallahassee, FL 32315

Matthew Blake Hale +
Stichter, Riedel, Blain & Postler, P.A.
110 E. Madison St.
Suite 200
Tampa, FL 33602-4718

Zachary P Hyman +
Berger Singerman LLP
350 East Las Olas Blvd.
Suite 1000
Fort Lauderdale, FL 33301-4215

Michael J Niles +
Berger Singerman LLP
313 N. Monroe Street
Ste 301
Tallahassee, FL 32301-7643

Scott Wallace Cichon +
COBB COLE
149 S. Ridgewood Avenue
Suite 700
Daytona Beach, FL 32114-4335

Michael Stephen Provenzale +
Lowndes Drosdick Doster Kantor & Reed, P
P.O. Box 2809
Orlando, FL 32802-2809

Charles A. Postler +
Stichter Riedel Blain & Postler, P.A.
110 E. Madison St., #200
Tampa, FL 33602-4718

Lauren Stricker +
Shuker & Dorris P.A.
121 South Orange Avenue
Ste 1120
Orlando, FL 32801-3238

Conor McLaughlin +
DOJ-Ust
110 E. Park Avenue
Suite 128
Tallahassee, FL 32301-7728

Lauren Marie Reynolds +
Winderweedle Haines Ward & Woodman PA
P.O. Box 880
Winter Park, FL 32790-0880

Robert Scott Shuker +
Shuker & Dorris, PA
121 S Orange Avenue
Suite 1120
Orlando, FL 32801-3238

Jesse Ellsworth Summers Jr+
Burr & Forman LLP
50 N. Laura Street
Suite 3000
Jacksonville, FL 32202-3658

David C Willis +
Rumberger, Kirk & Caldwell
P. O. Box 1873
Orlando, FL 32802-1873

Suzanne Hill +
Rumberger, Kirk & Caldwell
300 South Orange Avenue
Ste 1400
Orlando, FL 32801-3380

Inez M Markovich +
McCarter & English, LLP
1600 Market Street
Suite 3900
Philadelphia, PA 19103-7242

Richard Scott Williams +
Rumberger, Kirk & Caldwell
2001 Park Place
Suite 1300
Birmingham, AL 35203-2735

Nicholas V. Pulignano Jr+
Marks Gray, P.A.
1200 Riverplace Boulevard
Suite 800
Jacksonville, FL 32207-1834

Paul Nicholas Mascia +
Nardella & Nardella, PLLC
135 W Central Blvd
Ste 300
Orlando, FL 32801-2435

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Alachua County Tax Collector<br>12 SE 1st Street<br>Gainesville, FL 32601 | U.S. Attorney (Tallahassee Office)<br>111 N. Adams Street<br>Fourth Floor<br>Tallahassee, FL 32301 | (d)Alachua County Tax Collector<br>12 SE 1st Street<br>Gainesville, FL 32601 |
| Frankel Media Group, LLC<br>5001 Celebration Pointe Ave<br>Suite 520<br>Gainesville, FL 32608 | Linda McGurn<br>101 SE 2nd Place, Ste 117<br>Gainesville, FL 32601 | Vystar Credit Union<br>P.O. Box 45085<br>Jacksonville, FL 32232-5085 |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Site Solutions, LLC
3715 Northside Pkwy Northcreek 300
Suite 720
Atlanta, GA 30327

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Catalyst Income Fund 2022-A1, LLC | (u)Catalyst Synartis CP Master 4A-2023, LLC | (u)Catalyst Synartis MF B Series Condo, LLC |
| (u)Catalyst Synartis MF B Series MF 2A-2022, | (u)Svein Dyrkolbotn | (u)MAINSTREET BANK |
| (u)Synartis Capital Management, LLC | (u)Synartis Income Fund, LLC | (d)Arcis Real Estate Secured Fund II L.P.<br>135 West 41 Street<br>New York, NY 10036-7303 |

(d)ArcisCap-YJ Holding LLC
c/o James Timko, Esq.
420 S. Orange Avenue, Suite 700
Orlando, FL 32801-4911

(u)Celebration Point Community Development Di

(d)Celebration Pointe Holdings II, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

(d)Florida Department of Transportation
@Rumberger Kirk
300 S Orange Avenue Suite 1400
Orlando, FL 32801-3380

(d)Jon Guven
J & R Gator Investments, LLC
1790 Mall of Georgia Blvd
Buford GA 30519-8705

(d)Patricia A. Shively
608 SW 97th Terrace
Gainesville, FL 32607-6309

(d)Patricia A. Shively, TRUST
608 SW 97th Terrace
Gainesville, FL 32607-6309

(d)SHD-Celebration Pointe, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

End of Label Matrix
Mailable recipients    180
Bypassed recipients     17
Total                  197