UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION
www.flnb.uscourts.gov

| | |
|---|---|
| In re: | |
| CELEBRATION POINTE HOLDINGS, LLC | Case No. 24-10056-KKS |
| CELEBRATION POINTE HOLDINGS II, LLC | Case No. 24-10057-KKS |
| SHD-CELEBRATION POINTE, LLC | Case No. 24-10058-KKS |
| Debtors.                                                                       / | *Jointly Administered under Case No: 24-10056-KKS* |

**NOTICE OF APPEARANCE AS CO-COUNSEL
AND REQUEST FOR SERVICE OF NOTICES AND PAPERS**

PLEASE TAKE NOTICE that David E. Peterson, Esq., of the law firm of Lowndes, Drosdick, Doster, Kantor and Reed, P.A., hereby appears as co-counsel of record on behalf of Mainstreet Community Bank of Florida, creditor in the above-referenced case. Such counsel hereby requests that copies of all notices and pleadings given or filed in this action be given to and served upon the undersigned at the following address, telephone number and e-mail address:

> David E. Peterson
> Lowndes, Drosdick, Doster, Kantor and Reed, P.A.
> 215 N. Eola Drive
> Orlando, Florida 32801
> Telephone: (407) 843-4600
> Facsimile: (407) 843-4444
> e-mail: david.peterson@lowndes-law.com

PLEASE TAKE FURTHER notice that the foregoing demand includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex,

1

0903006\206737\14566127v1

facsimile, or otherwise filed or made in or with regard to the referenced action and proceedings herein.

>/s/ David E. Peterson
> David E. Peterson
> Fla Bar. No. 0373230
> LOWNDES, DROSDICK, DOSTER,
> KANTOR & REED, P.A.
> Post Office Box 2809
> Orlando, Florida 32802-2809
> Telephone: 407-843-4600
> Facsimile: 407-843-4444
> E-mail: david.peterson@lowndes-law.com
> *Co-Counsel for Mainstreet Community Bank of Florida*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 14, 2025, I electronically filed the foregoing with the Clerk of Court by using the Case Management/Electronic Case Filing ("CM/ECF") system which will send a notice of electronic filing, and I will complete service of the foregoing as required by Rule 5, Federal Rules of Civil Procedure, made applicable by Rule 7005, *Federal Rules of Bankruptcy Procedure*, to all parties indicated on the electronic filing receipt.

>/s/ David E. Peterson
> David E. Peterson