UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION
www.flnb.uscourts.gov

In re:

| | |
|---|---|
| CELEBRATION POINTE HOLDINGS, LLC, | Case No. 24-10056-KKS |
| CELEBRATION POINTE HOLDINGS II, LLC, | Case No. 24-10057-KKS |
| SHD-CELEBRATION POINTE, LLC, | Case No. 24-10058-KKS |
| Debtors. | *Jointly Administered under Case No. 24-10056-KKS* |

_____/

## STIPULATION FOR SUBSTITUTION OF COUNSEL FOR CREDITOR, PATRICIA SHIVELY

IT IS HEREBY STIPULATED AND AGREED TO by and between the undersigned that the law firm of NELSON MULLINS RILEY & SCARBOROUGH LLP and SHANE G. RAMSEY, ESQ. shall be substituted as counsel of record for creditor, PATRICIA SHIVELY, and that JOHNSON POPE BOKOR RUPPEL & BURNS, LLP, and EDWARD PETERSON, ESQ. shall be relieved of any further responsibility in this case.

Dated: March 6, 2025.

| | |
|---|---|
| /s/ *Shane G. Ramsey* | /s/ *Edward J. Peterson* |
| Shane G. Ramsey (FBN 26842) | Edward J. Peterson (FBN 014612) |
| NELSON MULLINS RILEY & SCARBOROUGH, LLP | Johnson Pope Bokor Ruppel & Burns, LLP |
| 1222 Demonbreun St., Suite 1700 | 400 N. Ashley Drive, Suite 3100 |
| Nashville, Tennessee 37203 | Tampa, Florida 33602 |
| Telephone: (615) 664-5355 | Telephone: (813) 225-2500 |
| Facsimile: (615) 664-5399 | Email: edwardp@jpfirm.com |
| shane.ramsey@nelsonmullins.com | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Stipulation for Substitution of Counsel* has been furnished on March 6, 2025, by the Court's CM/ECF electronic noticing system to all parties receiving electronic noticing.

                                                        */s/ Edward J. Peterson*_____
                                                        Edward J. Peterson