# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

| | |
|---|---|
| **In re:** | **CASE NO.: 24-10056-KKS** <br> **CASE NO.: 24-10057-KKS** <br> **CASE NO.: 24-10058-KKS** |
| **CELEBRATION POINTE HOLDINGS, LLC** <br> **CELEBRATION POINTE HOLDINGS II, LLC** <br> **SHD-CELEBRATION POINTE, LLC** | |
| | **CHAPTER 11** |
| **Debtors.** | *Joint Administration under Case No. 24-10056-KKS* |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE THAT** Patricia Shively hereby enters her appearance in the above-captioned chapter 11 case by and through her undersigned counsel in accordance with 11 U.S.C. § 1109(b) and Bankruptcy Rule 9010 and request, as provided in 11 U.S.C. §§ 102(1) and 342 and Bankruptcy Rules 2002 and 9007, that all notices given or required to be given and all papers served or required to be served in this case be given and served at the offices, addresses, and numbers as follows:

Dylan G. Trache
NELSON MULLINS RILEY & SCARBOROUGH, LLP
101 Constitution Avenue NW, Suite 900
Washington, DC 20001
Telephone: (202) 689-2993
Facsimile: (202) 689/2860
Email: dylan.trache@nelsonmullins.com

PLEASE TAKE FURTHER NOTICE that in accordance with 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any petition, pleading, complaint, conference, hearing, application, motion, request, or demand (collectively the "**Filings**"), whether formal or informal, written or oral, transmitted or conveyed by mail, delivery,

4922-7403-4467 v.2

telephone, or otherwise that affect or seek to affect in anyway any rights or interests of Patricia Shively.

PLEASE TAKE FURTHER NOTICE that the undersigned intends that neither this notice nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of the rights of Patricia Shively: (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding related to this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Patricia Shively may be entitled, in law or in equity, all of which rights, claims, actions, setoffs, and recoupments are expressly reserved.

Dated: March 11, 2025

By: /s/ Dylan G. Trache
Dylan G. Trache (admitted *pro hac vice*)
Virginia Bar No. 45939
NELSON MULLINS RILEY & SCARBOROUGH, LLP
101 Constitution Avenue NW, Suite 900
Washington, DC 20001
Telephone:  (202) 689-2993
Facsimile:  (202) 689/2860
Email: dylan.trache@nelsonmullins.com

*Attorneys for Patricia Shively*

## Certificate of Service

I certify that on March 11, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Florida.

/s/ Dylan G. Trache
Dylan G. Trache

2