# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION
### www.flnb.uscourts.gov

**In re:**

| | |
|---|---|
| **CELEBRATION POINTE HOLDINGS, LLC** | **Case No. 24-10056-KKS** |
| **CELEBRATION POINTE HOLDINGS II, LLC** | **Case No. 24-10057-KKS** |
| **SHD-CELEBRATION POINTE, LLC** | **Case No. 24-10058-KKS** |

**Chapter 11**

*Joint Administration under*
*Case No. 24-10056-KKS*

**Debtors.**

_____/

## EMERGENCY MOTION TO EMPLOY GLOBIC ADVISORS, INC. AS NOTICING AND SOLICITATION AGENT FOR BONDHOLDERS PURSUANT TO 28 U.S.C. § 156(c) EFFECTIVE AS OF MARCH 18, 2025 AND TO APPROVE FORMS OF BALLOTS

      **CELEBRATION POINTE HOLDINGS, LLC**, a Florida limited liability company, and two (2) of its affiliates or subsidiaries, which are jointly-administered debtors and debtors-in-possession (collectively, hereinafter referred to as the "Debtors"), hereby file this emergency motion (the "Motion") to employ Globic Advisors, Inc. ("Globic") as noticing and solicitation agent for Bondholders (as herein defined) effective as of March 18, 2025, pursuant to 28 U.S.C. §156(c) and to approve forms of ballots.  In support of this Motion, the Debtors respectfully state as follows:

### Jurisdiction and Statutory Authority

      1.      On March 14, 2024 (the "Petition Date"), the Debtors filed their petitions for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").  No trustee has been appointed.  The Debtors continue to operate their businesses and manage their properties as a debtors-in-possession under §§ 1107 and 1108 of the Bankruptcy Code.  No party has requested the appointment of a trustee or examiner in this Case, and no committees have been appointed or designated.

2.      This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue of these proceedings and this Motion is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## Relief Requested

3.      By this Motion, the Debtors respectfully request that the Court approve the retention of Globic as the Debtors' noticing and solicitation agent pursuant to 28 U.S.C. § 156(c), but solely as to Bondholders (as herein defined).

4.      Debtors also request approval of the forms of the ballots which address the particular needs of this Chapter 11 Case and are appropriate for Classes 1 and 2 who are entitled under the Plan to vote to accept or reject the Plan.

## Basis For Relief Requested

5.      Celebration  Pointe  Holdings,  LLC  executed  Pledged  Revenues [1] constituting property of the Truste Estates for the bonds (the "Bonds") issued by Celebration Pointe Community Development District No. 1 (the "District") to U.S. Bank Trust Company National Association, in its capacity as indenture trustee (the "Trustee").

6.      The Special Assessment Revenue Bonds, Series 2014 ("Series 2014 Bonds"), issued pursuant to that certain Master Trust Indenture dated as of December 1, 2014 (the "Master Indenture"), as amended and supplemented pursuant to that certain First Supplemental Trust Indenture dated as the same date (together with the Master Indenture, the "Series 2014 Indenture"), the Special Assessment Revenue Bonds, Series 2017 ("Series 2017 Bonds"), issued pursuant to the Master Indenture as amended and supplemented pursuant to that certain Second Supplemental Trust Indenture dated as of May 1, 2017 (together with the Master Indenture, the "Series 2017

---

[1] Terms not defined herein have been previously defined in the Addendum to the Proof of Claim of U.S. Bank Trust Company National Association, as Indenture Trustee (Claim No. 24, Part 2).

Indenture"), and the Special Assessment Revenue Bonds, Series 2021 ("Series 2021 Bonds," and together with the Series 2014 Bonds and Series 2017 Bonds, the "Bonds"), issuance pursuant to the Master Indenture as amended and supplemented by that certain Third Supplemental Trust Indenture dated as of October 1, 2021 (the "Series 2021 Indenture," and together with the Series 2014 Indenture and Series 2017 Indenture, the "Indentures").

7.    Identifying the Bondholders is a specialized task. After certain amount of the Bonds were sold to non-institutional customers of the investment houses.  Although it is not possible for the Debtors to know who all the current holders of the Bonds are, it is believed a portion of the Bonds are held by non-institutional holders.

8.    Given the nature of the Bonds, the Debtors have determined that they needs to retain the services of a professional noticing solicitation agent with experience in bond noticing issues to identify the Bondholders and provide notice in respect of Plan voting in this Case.  The Debtors have selected Globic to perform these services.

9.    As set forth in the affidavit of Robert A. Stevens (the "Stevens Affidavit"), President of Globic, attached hereto as **Exhibit A**, Globic is a Florida based firm specializing in investor communications for publicly traded companies, whose services include assistance with tender offers, exchange offers and other consent-based solicitations.  Globic routinely serves as tabulation agent with respect to insolvency and non-insolvency solicitations.  Globic has developed efficient and cost-effective methods to properly handle the voluminous mailings associated with the noticing and solicitation portions of chapter 11 cases.  Based on this experience, the Debtors believe Globic possesses the skills and experience needed to assist the Debtors with providing notice to the Bondholders including the solicitation and tabulation of votes on the Debtors' *Joint Second Amended Plan of Reorganization* (the "Plan") (Doc. No. 198).

10. Globic intends to contact the Bondholders through postings with the Depository Trust Company ("DTC") and contacts with DTC participating institutions (who hold the Bonds for their customers). In view of the number of anticipated Bondholders entitled to vote on the Plan, the Debtors submit that the appointment of Globic as noticing and solicitation agent for the Bondholders in respect of Plan voting is necessary and in the best interests of the Debtors' estates and creditors.

**Requested Relief**

11. The Debtors seek to employ Globic as noticing and solicitation agent pursuant to 28 U.S.C. § 156(c) and upon the terms set forth below and in Globic's proposal to the Debtors dated March 18, 2025 (the "Proposal") a copy of which is attached to this Motion as **Exhibit B**. Globic will ***not*** be assuming any responsibility for the maintenance of the pleadings docket in these cases, and it is contemplated by the Debtors and Globic that all pleadings, orders, notices and other matters (other than claims) which are filed of record in these cases will be reflected in the case docket which will continue to be managed by the Clerk of the Court. Further, Globic will ***not*** be assuming responsibility for issuing notices and tabulating votes of creditors other than the Bondholders due largely to the fact that the Debtors have only a small number of creditors other than the Bondholders.

12. For its services as noticing and solicitation agent, Globic proposes to be compensated on the following terms:

      a. Bondholder Solicitation and Tabulation Agent Services: $8,000.

13. Globic has acted as the noticing and solicitation agent in numerous cases and is well experienced to perform the services contemplated in the Engagement Letter. *See, e.g., In re Timothy Place, NFP*, Case No. 20-21554 (Bankr. E. Ill.); *In re Rock Glen Healthcare, Inc.*, Case No. 12-10320 (Bankr. M.D. La.); *In re The Groves in Lincoln, Inc., et al.*, Case No. 13-06976

(Bankr. D. Mass.); *In re The Estelle Peabody Memorial Home*, Case No. 13-06976 (Bankr. S.D. Ind.).

14.     By appointing Globic as the noticing and solicitation agent for the Bondholders in this Case, the distribution of notices to the Bondholders will be expedited, and the Clerk's office will be relieved of the administrative burden of processing what may be a large number of notices to creditors for whom mailing addresses might not otherwise be known or knowable.

15.     Globic shall not employ any past or present employee of the Debtors for work that involves this jointly-administered chapter 11 bankruptcy case.

16.     The Debtors respectfully request that the undisputed post-petition fees and expenses incurred by Globic in the performance of the above services be treated as administrative expenses of the Debtors' chapter 11 estates pursuant to 28 U.S.C. § 156(c) and 11 U.S.C. § 503(b)(1)(A) and be paid in the ordinary course of business without further application to or order of the Court. Globic agrees to maintain records of all services showing dates, categories of services, fees charged and expenses incurred, and to serve monthly invoices on the Office of the United States Trustee, counsel for the Debtors, counsel for the Indenture Trustee, Greenberg Traurig, LLP, and any party-in-interest who specifically requests Globic provide service of the monthly invoices.  If any dispute arises relating to the monthly invoices, the parties shall meet and confer in an attempt to resolve the dispute; if resolution is not achieved, the parties may seek resolution of the matter from the Court.

17.     Globic does not hold a retainer from the Debtors.

18.     In connection with its retention as noticing and solicitation agent:

(a)     Globic will not consider itself employed by the United States government and shall not seek any compensation from the United States government in its capacity as the noticing and solicitation agent in the chapter 11 case;

(b)     By accepting employment in the chapter 11 case, Globic waives any rights to receive compensation from the United States government in connection with the Debtors' chapter 11 cases;

(c)    In its capacity as the noticing and solicitation agent in this chapter 11 case, Globic will not be an agent of the United States and will not act on behalf of the United States; and

(d)    Globic is a "disinterested person" as that term is defined in Section 101(14) of the Bankruptcy Code with respect to the matters upon which it is to be engaged.

19.    To the extent that there is any inconsistency between this Motion, the Order granting this Motion, and the Proposal, the Order shall govern.

20.    Debtors also request approval of the forms of the ballots substantially in the forms attached hereto as **"Consolidated Exhibit C"** which are sufficiently consistent with Official Form No. 314 and adequately address the particular needs of this Chapter 11 Case and are appropriate for Classes 1 and 2 who are entitled under the Plan to vote to accept or reject the Plan

**WHEREFORE**, the Debtors request the Court enter an Order, in substantially the form attached as **Exhibit D**, authorizing them to employ Globic effective as of March 18, 2025 under the terms and conditions set forth herein and in the Proposal, to approve forms of ballots, and for such other and further relief as the Court deems necessary and just.

**RESPECTFULLY SUBMITTED** this 18th day of March 2025.

/s/ R. Scott Shuker
R. Scott Shuker
Florida Bar No.: 984469
rshuker@shukerdorris.com
**SHUKER & DORRIS, P.A.**
121 S. Orange Ave., Suite 1120
Orlando, Florida 32801
Tel:  (407) 337-2060
Fax:  (407) 337-2050
*Attorneys for Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**
**www.flnb.uscourts.gov**

**In re:**

| | |
|---|---|
| **CELEBRATION POINTE HOLDINGS, LLC** | **Case No. 24-10056-KKS** |
| **CELEBRATION POINTE HOLDINGS II, LLC** | **Case No. 24-10057-KKS** |
| **SHD-CELEBRATION POINTE, LLC** | **Case No. 24-10058-KKS** |
| | **Chapter 11** |
| **Debtors.** | ***Joint Administration under Case No. 24-10056-KKS*** |

_____/

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **EMERGENCY MOTION TO EMPLOY GLOBIC ADVISORS, INC. AS NOTICING AND SOLICITATION AGENT FOR BONDHOLDERS PURSUANT TO 28 U.S.C. § 156(c) EFFECTIVE AS OF MARCH 18, 2025 AND TO APPROVE FORMS OF BALLOTS** was served as set forth below:

☒ **Served via Notice of Electronic Filing (NEF):** The undersigned verifies that the foregoing document was served via NEF on **March 18, 2025,** to the below-listed person(s) and entities:

- Noel R. Boeke    noel.boeke@hklaw.com; danielle.decker@hklaw.com; hapi@hklaw.com
- John Blair Boyd    bk@svllaw.com; blairb@svllaw.com
- Scott Wallace Cichon    Scott.Cichon@CobbCole.com, Bonnie.Rubino@CobbCole.com
- John D. Elrod    elrodj@gtlaw.com, fieldss@gtlaw.com
- Daniel Raymond Fogart dfogarty.ecf@srbp.com
- Matthew Blake Hale    mhale.ecf@srbp.com
- Suzanne Hill    shill@rumberger.com, shillsecy@rumberger.com; docketingorlando@rumberger.com
- Zachary P Hyman    zach@millenniallaw.com; assistant@millenniallaw.com, jessica@millenniallaw.com, 4619041420@filings.docketbird.com
- Inez M Markovich    imarkovich@mccarter.com
- Paul Nicholas Mascia    pmascia@nardellalaw.com
- Conor McLaughlin    conor.mclaughlin@usdoj.gov
- Jose I. Moreno    jimoreno@bellsouth.net, ruizcalderondr64903@notify.bestcase.com
- Michael Anthony Nardella    mnardella@nardellalaw.com, klynch@nardellalaw.com;msayne@nardellalaw.com
- Michael J Niles    mniles@bergersingerman.com, efile@bergersingerman.com; zmorton@bergersingerman.com; efile@ecf.courtdrive.com

- David E. Peterson David.peterson@lowndes-law.com
- Edward J. Peterson    edwardp@jpfirm.com; andrenaw@jpfirm.com; Jillc@jpfirm.com; melanief@jpfirm.com; AngelinaL@jpfirm.com
- Charles A. Postler    cpostler.ecf@srbp.com
- Leanne McKnight Prendergast leanne.prendergast@pierfer.com; tcopeland@smithhulsey.com
- Michael Stephen Provenzale    michael.provenzale@lddkr.com, anne.fisher@lowndes-law.com; litcontrol@lowndes-law.com
- Nicholas V. Pulignano    nvp@marksgray.com
- Lauren Marie Reynolds    lreynolds@whww.com, scolgan@whww.com; mbretana@whww.com; mbretana@ecf.courtdrive.com
- Brian G. Rich    brich@bergersingerman.com, efile@bergersingerman.com; efile@ecf.courtdrive.com; zmorton@bergersingerman.com
- Bradley M. Saxton    bsaxton@whww.com, scolgan@whww.com; mbretana@whww.com; mbretana@ecf.courtdrive.com
- Sharon T. Sperling    sharon@sharonsperling.com, share.sharonsperling@gmail.com; info@sharonsperling.com
- Mark E Steiner    MES@lgplaw.com pm@lgplaw.com
- Jesse Ellsworth Summers    esummers@burr.com, sguest@burr.com
- James Timko    jtimko@deanmead.com, mgodek@deanmead.com
- United States Trustee    USTPRegion21.TL.ECF@usdoj.gov
- Richard Scott Williams    swilliams@rumberger.com
- David C Willis    dwillis@rumberger.com, dwillissecy@rumberger.com; docketingorlando@rumberger.com

☒ **Served by U.S. Mail:**  On **March 18, 2025,** the undersigned served the person(s) and/or entities listed below via first class mail, postage prepaid, at the addresses listed below or on the attached mailing matrix obtained from the Court's case management system:

☒ See attached mailing matrix; **AND**
☒  Names and addresses of Parties served:

| Royal Oaks of Gainesville, LLC<br>2210 NW 2nd Ave.<br>Gainesville, FL 32603 | Tamara Robbins<br>PO Box 2317<br>Alachua, FL 32616 |
|---|---|
| John C. Vanduzer<br>James Moore & Co., P.L.<br>5931 NW 1st Place<br>Gainesville, FL 32607-2063 | US Attorney's Office for the Northern District of Florida<br>111 N. Adams Street, Fourth Floor<br>Tallahassee, FL 32301 |
| Florida Department of Transportation<br>Office of Comptroller, MS 24<br>605 Suwanee Street<br>Tallahassee, FL 32399-0405 | State of Florida Auditor General<br>Local Government Audits/342<br>111 West Madison Street, Room 401<br>Tallahassee, FL 32399-1450 |

| | |
|---|---|
| SIB Program Manager<br>Florida Department of Transportation<br>Office of Comptroller – Project Finance<br>605 Suwanee Street. MS #10<br>Tallahassee, FL 32399-0405 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Globic Advisors<br>c/o Robert Stevens<br>485 Madison Ave Fl 7<br>New York City, New York, 10022 |

I declare under penalty of perjury that the foregoing is true and correct.

/s/ R. Scott Shuker
R. Scott Shuker
Florida Bar No.: 984469
rshuker@shukerdorris.com

Label Matrix for local noticing
1129-1
Case 24-10056-KKS
Northern District of Florida
Gainesville
Tue Mar 18 15:42:02 EDT 2025

ARCISCAP CELEBRATION POINTE INVESTMENT (B.V.
c/o James A. Timko, Esq.
Dean Mead Law Firm
420 S. Orange Ave., Ste. 700
Orlando, FL 32801-4911

(p)ALACHUA COUNTY TAX COLLECTOR
ATTN MISTY BLACKFORD
12 SE 1ST STREET
GAINESVILLE FL 32601-6882

Arcis Real Estate Secured Fund II, L.P.
135 West 41 Street
New York, NY 10036-7303

Celebration Pointe Community Development Dis
One Daytona Boulevard
Suite 600
Daytona Beach, FL 32114-1212

Celebration Pointe Holdings II, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

Celebration Pointe Holdings, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

EDA Consultants Inc
c/o: Jose I Moreno PA
240 NW 76TH DRIVE
SUITE D
Gainesville, FL 32607-6656

Florida Credit Union
c/o J. Blair Boyd
Post Office Box 3637
Tallahassee, FL 32315-3637

Florida Department of Transportation
c/o Rumberger, Kirk & Caldwell, P.A.
300 S Orange Ave.
Suite 1400
Orlando, FL 32801-3380

Florida Dept. of Labor/Employment Security
c/o Florida Dept. of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

Florida Dept. of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

Frankel Media Group LLC
c/o Noel Boeke, Esq.
Holland & Knight LLP
100 N. Tampa Street, Suite 4100
Tampa, FL 33602-3644

Gainesville PropCo, LLC
c/o Leanne Prendergast
Pierson Ferdinand LP
12620 Beach Blvd., Ste. 3 #126
Jacksonville, FL 32246-7130

ICEBERG CAPITAL PARTNERS, III, LLC
501 E. Las Olas Blvd Ste 200/308
Fort Lauderdale, FL 33301-2881

ICEBERG REAL ESTATE INVESTMENTS, LLC
501 E. Las Olas Blvd Ste 200/308
Fort Lauderdale, FL 33301-2881

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

James B. Euliano, Trustee, and Neil R. Eulia
c/o Lauren M. Reynolds
PO Box 880
Winter Park, FL 32790-0880

PFM Financial Advisors LLC
c/o McCarter & English, LLP
Attn: Inez M. Markovich
1600 Market Street
Suite 3900
Philadelphia, PA 19103-7242

Royal Oaks of Gainesville, LLC
2210 NW 2nd Ave.
Gainesville, FL 32603-1405

SHD-Celebration Pointe, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

Secretary of the Treasury
U.S. Treasury Department
15th & Pennsylvania Ave.
Washington, DC 20220-0001

TRUIST BANK
c/o Liebler Gonzalez & Portuondo
44 West Flagler Street
25th Floor
Miami, FL 33130-1808

(p)UNITED STATES ATTORNEY'S OFFICE
111 NORTH ADAMS STREET
4TH FLOOR
TALLAHASSEE FL 32301-7730

U.S. Bank, N.A., as Indenture Trustee
Greenberg Traurig, LLP
c/o John D. Elrod
3333 Piedmont Road NE
Suite 2500
Atlanta, GA 30305-1780

U.S. Securities & Exchange Commission
Atlanta Reg Office and Reorg
950 E Paces Ferry Rd NE
Ste. 900
Atlanta, GA 30326-1382

Vystar Credit Union
c/o J. Ellsworth Summers, Jr., Esq.
Burr & Forman LLP
50 North Laura Street, Suite 3000
Jacksonville, FL 32202-3658

*ARCIS CAPITAL ADVISORS II
54 West 40th Street
New York, NY 10018-2602

*ArcisCap-Celebration Pointe
Investment LLC
4503 Michigan Trail
Kewadin, MI 49648-9301

*Capital One
Attn: General Correspondence
P.O. Box 30285
Salt Lake City, UT 84130-0285

*Catalyst Income Fund 2022-A1, LLC
11720 Amberpark Drive
Suite 160
Alpharetta, GA 30009-2271

*Catalyst Synartis MF B Series Condo
11720 Amberpark Drive
Suite 160
Alpharetta, GA 30009-2271

*Celebration Pointe Capital, LLC
42809 Souther Drive
Washington, DC 20210-0001


*GNV RE CP Fund, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

*J & R GATOR INVESTMENTS LLC
1790 Mall of Georgia Blvd.
Buford, GA 30519-8705

*James Euliano
4585 Old Carraige Trail
Oviedo, FL 32765-8454


*Neil Euliano
3914 SW 95th Drive
Gainesville, FL 32608-4648

*State Infrastructure Bank
605 Suwannee Street
Tallahassee, FL 32399-0450

*Synartis Capital Management
11720 Amberpark Drive
Suite 160
Alpharetta, GA 30009-2271


*U.S. Bank, N.A.
799 E. Wisconsin Ave.
Milwaukee, WI 53202-5300

ARCISCAP CELEBRATION POINTE INVESTMENT (B.V.
c/o James A. Timko, Esq.
Dean Mead
420 S. Orange Ave., Suite 700
Orlando, FL 32801-4911

Aleia M. Hornsby, Thompson Hine LLP
3560 Lenox Road
Suite 1600
Atlanta, GA 30326-4274


Archaeological and Historical Cons
4800 SW 64th Ave., Ste 107
Fort Lauderdale, FL 33314-4438

ArcisCap-YJ Holding LLC
c/0 James Timko, Esq.
420 S. Orange Avenue, Suite 700
Orlando, FL 32801-4911

ArcisCap-YJ Holding LLC
c/o James Timko, Esq.
420 S. Orange Ave, Suite 700
Orlando, FL 32801-4911


Barwick Banking Company
1200 Plantation Drive S.
Suite 110
Saint Augustine, FL 32080

CP City Place Holdings, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

CP City Place Partners, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379


CP City Place Partners, LLC
c/o Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street, Ste. 301
Tallahassee, FL 32301-7643

CP Holdings Consolidated VII, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

Capital One N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083


Catalyst Income Fund 2022-1A, LLC
c/o Matthew B. Hale, Esq.
Stichter Riedel Blain & Postler, PA
110 E. Madison St., #200
Tampa, FL 33602-4718

Catalyst Income Fund 2022-A1,LLC
c/o Matthew B. Hale, Esquire
Stichter Riedel Blain & Postler, P.A.
110 E. Madison St., #200
Tampa, FL 33602-4718

Catalyst Synartis MF B Series Condo 3A-2023,
c/o Matthew B. Hale, Esq.
Stichter Riedel Blain & Postler, PA
110 E. Madison St., #200
Tampa, FL 33602-4718


Catalyst Synartis MF B Series Condo, LLC
c/o Matthew B. Hale, Esquire
Stichter Riedel Blain & Postler, P.A.
110 E. Madison St., #200
Tampa, FL 33602-4718

Catalyst Synartis MF B Series MF 2A-2022, LL
c/o Matthew B. Hale, Esq.
Stichter Riedel Blain & Postler, PA
110 E. Madison St., #200
Tampa, FL 33602-4718

Celebration Pointe Assoc., Inc.
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379


Celebration Pointe CDD #1
Cobb Cole
One Daytona Boulevard, Suite 600
Daytona Beach, FL 32114-4346

Celebration Pointe CDD No. 1
3501 Quadrangle Blvd.
Suite 270
Orlando, FL 32817-8329

Celebration Pointe Community Development Dis
Cobb Cole
One Daytona Boulevard, Ste 600
Daytona Beach, FL 32114-4346

Celebration Pointe Office Partners II
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

Celebration Pointe Office Partners III
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

Cobb Cole
P.O. Box 2491
Daytona Beach, FL 32115-2491

Cupkovic Architecture, LLC
6060 Rockside Woods Blvd N
Suite 100
Independence, OH 44131-2381

EDA Consultants, Inc.
720 SW 2nd Ave.
South Tower, Ste 300
Gainesville, FL 32601-6271

Edward J. Peterson
Johnson Pope Bokor Ruppel & Burns, LLP
400 N. Ashley Drive, Suite 3100
Tampa, FL 33602-4337

England Thims & Miller, Inc.
14775 Old St Augustine Rd
Jacksonville, FL 32258-2463

Florida Credit Union
P.O. Box 5549
Gainesville, FL 32627-5549

Florida Credit Union
Post Office 5158
Gainesville, FL 32627

Florida Department of Transportation
@Rumberger Kirk
300 S Orange Avenue Suite 1400
Orlando, FL 32801-3380

Frankel Media Group LLC
c/o Noel Boeke, Holland & Knight LLP
100 N. Tampa Street, Suite 4100
Tampa FL 33602-3642

(p)FRANKEL MEDIA GROUP LLC
ATTN JEANNETTE BAER
5001 CELEBRATION POINTE AVENUE
SUITE 520
GAINESVILLE FL 32608-5085

Frankel Media Group, LLC d/b/a Frankel
Noel Boeke, c/o Holland & Knight LLP
100 N. Tampa Street, Suite 4100
Tampa, FL 33602-3642

Freddie Wehbe
13284 SW 7th Ave.
Newberry, FL 32669-3345

GSE Engineering & Consulting, Inc.
5590 SW 64th Street
Ste B
Gainesville, FL 32608-9607

Gainesville PropCo LLC
c/o Leanne Prendergast
Pierson Ferdinand LLP
12620 Beach Blvd., Ste. 3 #126
Jacksonville, FL 32246-7130

Gainesville Regional Utilities
301 S.E. 4th Avenue
Gainesville, FL 32601-6857

Heather Dyrkolbotn
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

Holden, Roscow & Caedington PI
5608 NW 43rd Street
Gainesville, FL 32653-3332

Holden, Roscow & Caedington, PL
5608 NW 43rd Street
Gainesville, FL 32653-3332
,

IMG College, LLC
540N Trade Street
Winston-Salem, NC 27101-2915

Iceberg Real Estate Investments, LLC
c/o Zachary P. Hyman, Esq.
501 East Las Olas Blvd., Ste 200/314
Fort Lauderdale, FL 33301-2881

Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346

JON E. KANE
South Milhausen, P.A.
1000 Legion Place, Suite 1200
Orlando, Florida 32801-1005

James B. Euliano, Trustee
and Neil R. Euliano, Trustee
c/o Bradley M. Saxton
PO Box 880
Winter Park, FL 32790-0880

James B. Euliano, Trustee
and Neil R. Euliano, Trustee
c/o Lauren M. Reynolds
PO Box 880
Winter Park, FL 32790-0880

James Moore & Co.
5931 NW 1st Pl
Gainesville, FL 32607-2063

Johnson Controls Security Solutions
P.O. BOx 371967
Pittsburgh, PA 15250-7967

Jon Guven
J & R Gator Investments, LLC
1790 Mall of Georgia Blvd
Buford GA 30519-8705

Jon Guven
c/o Bloom Parham, LLP
977 Ponce de Leon Ave., NE
Atlanta, GA 30306-4265

Jon W. Pritchett
8601 SW 31st Ave.
Gainesville, FL 32608-2727

Lauren L. Stricker, Esq.
Shuker & Dorris, P.A.
121 S. Orange Ave., Ste. 1120
Orlando, FL 32801-3238

(p)TCM HALL SE FINANCE LLC
101 SE 2ND PLACE STE 117
GAINESVILLE FL 32601-6592

MILLENNIAL LAW, INC.
501 East Las Olas Blvd, Suite 200/314
Fort Lauderdale Fl 33301-2882

Mainstreet Comm. Bank of FL
204 S. Woodland Blvd.
Deland, FL 32720-5414

Mainstreet Community Bank
204 S. Woodland Blvd
Deland, FL 32720-5414

Mainstreet Community Bank of Florida
c/o Lowndes Law Firm
P.O. Box 2809
Orlando FL 32802-2809

McCarter & English, LLP
Attn: Inez M. Markovich, Esq.
1600 Market Street, Suite 3900
Philadelphia, PA 19103-7242

McRock, LLC
2970 SW 50th Terrace
Gainesville, FL 32608-5076

Michael A. Nardella, Esq.
Nardella & Nardella, PLLC
135 W Central Blvd.
Ste 300
Orlando, FL 32801-2435

PHG Gainesville CP, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

Patricia A. Shively
608 SW 97th Terrace
Gainesville, FL 32607-6309

Patricia A. Shively & Patricia Ann Shively T
Edward J. Peterson, III
Johnson Pope Bokor Ruppel & Burns, LLP
400 N. Ashley Drive, Suite 3100
Tampa, FL 33602-4337

Patricia A. Shively (TRUST)
608 SW 97th Terrace
Gainesville, FL 32607-6309

Phillip W. Pritchett
1050 SE 6th Street
Lake Butler, FL 32054-2740

R. Scott Williams
2001 Park Place Suite 1300
Birmingham, AL 35203-2700

Renaissance Printing
PO Box 357186
Gainesville, FL 32635-7186

Rennia Aviation, LLC
4050 NE 45th Ave
Gainesville, FL 32609-1682

Richard S. Blaser
646 SW 133rd Way
Newberry, FL 32669-3339

Ryan Frankel
779 SW 136th Street
Newberry, FL 32669-3386

SDPS Real Eetate Investment III
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

SDPS Real Estate Investment V LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

SDPS Real Estate Investment VI, LLC
5001 Celebratoin Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

SDPS Real Estate Investment, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

SDPS Real Estate Investments III
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

SDPS Real Estate Investments IV, LLC
c/o Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street, Ste. 301
Tallahassee, FL 32301-7643

SDPS Real Estate Investments V, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

SDPS Real Estate Investments, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

SDPS Real Estate Investments, LLC
c/o Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street, Ste. 301
Tallahassee, FL 32301-7643

SHD Management, LLC
2579 SW 87th Dr
Gainesville, FL 32608-9340

SHD Management, LLC
c/o Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street, Ste. 301
Tallahassee, FL 32301-7643

SHD-Celebration Pointe Holdings, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

Sharon T. Sperling
Attorney for Jon Guven
PO Box 358000
Gainesville FL 32635-8000

Site Solutions, LLC
3715 Northside Pkwy Northcreek 300
Suite 720
Atlanta, GA 30327-2812

Spurriers Gridiron Grille CP, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

State Board of Administration of Florida
P.O. Box 13300
Tallahassee, FL 32317-3300

Studio for Housing Design LLC
3084 Mercer University Dr.
Suite 110
Atlanta, GA 30341-4139

Sunbelt Rentals Inc
Sunbelt Rentals
2015 Directors Row
Orlando, FL 32809-6231

Svein Dyrkolbotn
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

Svein Dyrkolbotn
c/o Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street, Ste. 301
Tallahassee, FL 32301-7643

Svein Dyrkolbotn
c/o Michael J. Niles, Esq.
Berger Singerman LLP
313 North Monroe Street, Ste. 301
Tallahassee, FL 32301-7643

Svein H. Dyrkolbotn
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

Synartis Capital Management, LLC
c/o Matthew B. Hale, Esquire
Stichter Riedel Blain & Postler, P.A.
110 E. Madison St., #200
Tampa, FL 33602-4718

Synartis Income Fund, LLC and
Catalyst Synartis CP Master 4A-2023, LLC
c/o Matthew B. Hale, Esq.
110 E. Madison St., #200
Tampa, FL 33602-4718

The Shops at Celebration Pointe, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

The Vue at Celebration Pointe, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

The Zall Company, LLC
2946 Larimer Street
Denver, CO 80205-2309

U.S. Bank Trust Company, N.A., as Indenture
GREENBERG TRAURIG, LLP
c/o John D. Elrod
3333 Piedmont Road, NE, Suite 2500
Atlanta, GA 30305-1780

U.S. Bank Trust Company, N.A., as Indenture
GREENBERG TRAURIG, LLP, c/o John D. Elro
3333 Piedmont Road, NE, Suite 2500
Atlanta, GA 30305-1780

U.S. Bank, N.A., as Indenture Trustee
c/o Greenberg Traurig, LLP
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305-1780
Attn.: John D. Elrod

United States Trustee
110 E. Park Avenue
 Suite 128
Tallahassee, FL 32301-7728

Viking Companies, LLC
2579 SW 87th Dr
Gainesville, FL 32608-9377

Viking Companies, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

Viking Companies, LLC
c/o Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street, Ste. 301
Tallahassee, FL 32301-7643

Viking Construction Company
5001 Celebration Pointe Ave, Ste 180
Gainesville, FL 32608-5379

Viking Construction Company of Florida, LLC
c/o Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street, Ste. 301
Tallahassee, FL 32301-7643

Viking Property Management LLC
c/o Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street, Ste. 301
Tallahassee, FL 32301-7643

Vue-F, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

(p)VYSTAR CREDIT UNION
PO BOX 45085
JACKSONVILLE FL 32232-5085

Vystar Credit Union
c/o J. Ellsworth Summers, Jr., Esq.
Burr & Forman LLP
50 N. Laura Street, Suite 3000
Jacksonville, FL 32202-3658

c/o Liebler Gonzalez & Portuondo
44 West Flagler Street, 24th Floor
Miami, FL 33130-6808

John C. Vanduzer
James Moore & Co., P.L.
5931 NW 1st Place
Gainesville, FL 32607-2063

Lauren Stricker
Shuker & Dorris P.A.
121 South Orange Avenue
Ste 1120
Orlando, FL 32801-3238

Merrick B. Garland
Office of the Attorney General
Main Justice Bldg., Rm. 511
Tenth & Constitution
Washington, DC 20530-0001

Robert Scott Shuker
Shuker & Dorris, PA
121 S Orange Avenue
Suite 1120
Orlando, FL 32801-3238

Tamara Robbins
PO Box 2317
Alachua, FL 32616-2317

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Alachua County Tax Collector
12 SE 1st Street
Gainesville, FL 32601

U.S. Attorney (Tallahassee Office)
111 N. Adams Street
Fourth Floor
Tallahassee, FL 32301

(d)Alachua County Tax Collector
12 SE 1st Street
Gainesville, FL 32601

Frankel Media Group, LLC
5001 Celebration Pointe Ave
Suite 520
Gainesville, FL 32608

Linda McGurn
101 SE 2nd Place, Ste 117
Gainesville, FL 32601

Vystar Credit Union
P.O. Box 45085
Jacksonville, FL 32232-5085

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Catalyst Income Fund 2022-A1, LLC

(u)Catalyst Synartis CP Master 4A-2023, LLC

(u)Catalyst Synartis MF B Series Condo, LLC

(u)Catalyst Synartis MF B Series MF 2A-2022,

(u)MAINSTREET BANK

(u)Synartis Capital Management, LLC

(u)Synartis Income Fund, LLC

(d)Arcis Real Estate Secured Fund II L.P.
135 West 41 Street
New York, NY 10036-7303

(d)ArcisCap-YJ Holding LLC
c/o James Timko, Esq.
420 S. Orange Avenue, Suite 700
Orlando, FL 32801-4911

(u)Celebration Point Community Development Di

(d)Celebration Pointe Holdings II, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

(d)Florida Department of Transportation
@Rumberger Kirk
300 S Orange Avenue Suite 1400
Orlando, FL 32801-3380

(d)Patricia A. Shively, TRUST
608 SW 97th Terrace
Gainesville, FL 32607-6309

(d)SHD-Celebration Pointe, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

(d)Jon Guven
J & R Gator Investments, LLC
1790 Mall of Georgia Blvd
Buford, GA 30519-8705


(d)Patricia A. Shively
608 SW 97th Terrace
Gainesville, FL 32607-6309

(u)Svein Dyrkolbotn

End of Label Matrix
Mailable recipients    155
Bypassed recipients     17
Total                  172

Exhibit "A"

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**
**www.flnb.uscourts.gov**

In re:

| | |
|---|---|
| **CELEBRATION POINTE HOLDINGS, LLC** | **Case No. 24-10056-KKS** |
| **CELEBRATION POINTE HOLDINGS II, LLC** | **Case No. 24-10057-KKS** |
| **SHD-CELEBRATION POINTE, LLC** | **Case No. 24-10058-KKS** |

**Chapter 11**

*Joint Administration under*
*Case No. 24-10056-KKS*

                    **Debtors.**
_____/

**AFFIDAVIT OF ROBERT STEVENS IN SUPPORT OF EMERGENCY**
**MOTION TO EMPLOY GLOBIC ADVISORS, INC. AS NOTICING AND**
**SOLICITATION AGENT FOR BONDHOLDERS PURSUANT TO 28 U.S.C. § 156(c)**
**EFFECTIVE AS OF MARCH 18, 2025 AND TO APPROVE FORMS OF BALLOTS**

STATE OF FLORIDA                )
                                )
COUNTY OF ORANGE                )

      Robert Stevens being duly sworn, deposes and says as follows:

      1.      I am the President of Globic Advisors, Inc. ("Globic"), a Chapter 11 administrative

services firm, whose offices are located at 7777 Glades Rd, Suite 100, Boca Raton, FL 33434.

      2.      I submit this Affidavit in support of the Motion (the "Motion")[2] to employ Globic

Advisors, Inc. as noticing and solicitation agent for bondholders pursuant to 28 U.S.C. § 156(c)

and 11 U.S.C. § 105(a).  Except as otherwise noted, I have personal knowledge of the facts

contained in this Affidavit.

_____

    [2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the
Motion.

3.     I understand that Celebration Pointe Holdings, LLC, *et al.* (the "<u>Debtors</u>") seek to employ Globic as noticing and solicitation agent for the Bondholders pursuant to 28 U.S.C. §156(c) and upon the terms set forth in Globic's proposal to the Debtors dated March 18, 2025 (the "<u>Proposal</u>") a copy of which is attached to the Motion as **<u>Exhibit B</u>**.  Globic will ***not*** be assuming any responsibility for the maintenance of the pleadings docket in these cases, and it is contemplated by the Debtors and Globic that all pleadings, orders, notices and other matters (other than claims) which are filed of record in these cases will be reflected in the case docket which will continue to be managed by the Clerk of the Court. Further, Globic will ***not*** be assuming responsibility for issuing notices and tabulating votes of creditors other than the Bondholders.

4.     Globic is one of the country's leading Chapter 11 administrators, with experience in noticing, claims administration, solicitation and balloting and facilitating other administrative aspects of chapter 11 cases.  Globic has provided identical or substantially similar services in other chapter 11 cases.

5.     Globic represents, among other things, that:

(a)     it will not consider itself employed by the United States government and shall not seek any compensation from the United States government in its capacity as the noticing and solicitation agent in these chapter 11 cases;

(b)     by accepting employment in these chapter 11 cases, Globic waives any right to receive compensation from the United States government in its capacity as the noticing and solicitation agent in these chapter 11 cases; and in its capacity as the noticing and solicitation agent in these chapter 11 cases, it is not an agent of the United States and is not acting on behalf of the United States;

(d)     it will not employ any past or present employees of the Debtors in connection with its work as the noticing solicitation agent in these chapter 11 cases.

6.     To the best of my knowledge and belief, and based solely upon information provided to me by the Debtors, and except as provided herein, neither Globic, nor any employee

11

of Globic, holds or represents any interest materially adverse to the Debtors, their estates or their creditors with respect to matters upon which Globic is to be engaged.

7.      To the best of my knowledge and belief, and based solely upon information provided to me by the Debtors and except as provided herein, neither Globic, nor any employee of Globic, has any materially adverse connections to the Debtors, its creditors or other relevant parties, their respective attorneys and accountants, or any persons employed by the United States Trustee that would conflict with the scope of Globic's retention or would create any interest adverse to the Debtors' estates or any other party-in-interest.

8.      Counsel to the Debtors has provided me with a list of the Debtors' creditors and other parties-in-interest (the "Conflicts List").  I have caused an examination of these records to be made to determine which, if any, of the parties on the Conflicts List, Globic may have represented in the past or may be representing at the present time in totally unrelated matters.  This search has disclosed that, to the best of my present knowledge, Globic has not in the past and is not currently representing any of the parties on the Conflicts List.

9.      Certain of Globic's professionals may have been formerly employed by firms that may be creditors or may provide professional services to parties in interest in these jointly-administered chapter 11 bankruptcy cases.  Except as disclosed herein, these professionals did not work on any matters involving the Debtors while employed by their previous firms. Moreover, these professionals were not employed by their previous firms when this chapter 11 case was filed.

10.     There may be other creditors of the Debtors, that Globic may have or may be presently representing, but in no event is Globic representing any other creditor with respect to the Debtors' bankruptcy proceedings.  To the extent I become aware of Globic having represented any other creditors to any of the Debtors, I will file a supplemental affidavit advising the Court of the

same.  To the extent that Globic discovers any facts bearing on matters described herein, Globic will supplement the information contained herein.

11.    Notwithstanding anything contained herein, as part of its diverse business, Globic is the noticing and balloting agent for debtors in numerous cases involving many different creditors (including taxing authorities), professionals (including attorneys, accountants, investment bankers and financial consultants), some of which may be creditors or represent creditors and parties-in-interest in this chapter 11 case.  In addition, Globic has in the past and will likely in the future continue working with or against other professionals involved in this chapter 11 case in matters unrelated to this chapter 11 case.  Based upon my current knowledge of the parties involved, and to the best of my knowledge, none of these business relations constitute interests adverse to that of the creditors, or the Debtors' estates, with respect to the matters upon which Globic is to be engaged.  Additionally, Globic employees may, in the ordinary course of their personal affairs, have relationships with certain creditors of the Debtors.  However, to the best of my knowledge, such relationships, to the extent they exist, are of a personal nature and completely unrelated to this chapter 11 case.

14.    Based upon the information available to me, I believe that Globic is a "disinterested person" within the meaning of Section 101(14) of the Bankruptcy Code, in that Globic and its personnel: (a) are not creditors, equity security holders or insiders of the Debtors; (b) are not and were not, within two years before the date of the filing of this case, a director, officer or employee of the Debtors; and (c) do not have an interest materially adverse to the interests of the Debtors' estates or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors.

13

15.    In performing the services identified above, Globic will charge the rates set forth in the Proposal. The rates set forth therein are as favorable and reasonable as the prices Globic charges in cases in which it has been retained to perform similar bankruptcy related services.

16.    Globic will comply with all requests of the Clerk's Office and the guidelines promulgated by the Judicial Conference of the United States for the implementation of 28 U.S.C. § 156(c).

Robert Stevens, President
Globic Advisors, Inc.

STATE OF FLORIDA           )
                           )
COUNTY OF ORANGE           )

Sworn to and subscribed before me this _18_ day of _March_ 20_25_ by ROBERT STEVENS [____] who is personally known to me or [X] who did provide as proof of identity _Florida Drive License_.

[NOTARY SEAL]

Signature of Person Taking Acknowledgment
Print Name: _Marshall Franklin_
Title: Notary Public
Serial No. (if any) _HH 202569_
Commission Expires: _March 25, 2026_

14

**Exhibit "B"**

**PROPOSAL LETTER**

**Exhibit "B"**

March 18, 2025

R. Scott Shuker
Shuker & Dorris, P.A.
121 S. Orange Ave
Suite 1120
Orlando, FL 32801

Re:    <u>Solicitation of Bondholder Votes related to Chapter 11 Bankruptcy</u>
       **Celebration Pointe Community Development District**
       **(Alachua County, Florida)**
       **Special Assessment Revenue Bonds, Series 2014, Series 2017, Series 2021**

       **CUSIPs: 15102HAB3, 15102HAC1, 15102HAE7, 15102HAF4, 15102HAG2,**
       **15102HAH0, 15102HAJ6, 15102HAK3**

Dear Mr. Shuker:

It would be our pleasure to assist the Debtors to solicit the votes of its holders of the above listed bonds by acting as your Information and Tabulation Agent.

**I:**    **Bondholder Consent Solicitation Services**

      **A.  Information Agent and Tabulation Agent**

Upon launch of the bankruptcy vote, Globic will be responsible for the following:

- Provide assistance in developing the mechanical aspects of the consent solicitation strategy;

- Provide assistance in crafting the language to be used in communicating the solicitation to bondholders, working closely with you and the working group and focusing on the mechanical aspects of the documents, which will include the drafting of ancillary documents such as the ballots (master and beneficial holder);

- Setting up a dedicated section of the Globic Website detailing solicitation-related information, such as deadlines, document downloads, etc.;

- Transmit the solicitation to the Depository Trust Company, its Participant Banks, and bondholders;

- Coordinate printing with financial printers or copy shops (as appropriate);

- Provide a help-line to handle questions from holders, Custodians, Clearing Systems, Brokers, and any other Intermediaries;

- Disseminating any notices during the solicitation period including but not limited to possible extension and/or publication of results;

**Exhibit "B"**

- Globic Advisors will design a call campaign to insure all holders received the solicitation materials and to prompt the holders to timely respond to them;

- Monitor the responses of each broker and bank holding securities on behalf of their customers. We also coordinate with "back-offices" of other brokerage and banking companies whose customers hold the securities; and

- Tabulate the ballots and present a final tabulation certificate (with all supporting data)

**Professional Fees and Out-of-Pocket Expenses**

        **A. Information/Tabulation Agent**      **$ 8,000**

Our service fees will be charged at the rate as listed above, unless the scope of our engagement varies from the schedule as set forth above.

Printing and mailing estimates are not included in our quote for service fees.

**Confidentiality**

We understand the confidential nature of this project. Accordingly, we will keep our work strictly confidential. Any data gathered will be made available to the issuer/obligor, its advisors or persons identified by you, as specifically directed in writing. Globic agrees to preserve the confidentiality of all non-public information provided by the client or its agents for Globic's use in fulfilling its obligations.

Sincerely,

*Robert Stevens*

Robert Stevens
President

---

**To:**    **Globic Advisors**

Please proceed with the execution of the services as described in this letter.

**By:**    **Shuker & Dorris, P.A.**

_____       _____
R. Scott Shuker                       Date
Partner

**Exhibit "C"**

**FORMS OF BALLOTS**

**Composite Exhibit "C"**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION
**www.flnb.uscourts.gov**

In re:

| | |
|---|---|
| **CELEBRATION POINTE HOLDINGS, LLC** | **CASE NO.: 24-bk-10056-KKS** |
| **CELEBRATION POINTE HOLDINGS II, LLC** | **CASE NO.: 24-bk-10057-KKS** |
| **SHD-CELEBRATION POINTE, LLC,** | **CASE NO.: 24-bk-10058-KKS** |
| | **CHAPTER 11** |
| **Debtors.** | *Joint Administration under* |
| _____/ | *Case No. 24-10056-KKS* |

## MASTER BALLOT FOR BENEFICIAL HOLDERS ACCEPT OR REJECT THE DEBTOR'S CHAPTER 11 PLAN

**Celebration Pointe Community Development District**
**(Alachua County, Florida)**
**Special Assessment Revenue Bonds, Series 2014, Series 2017, Series 2021**

**CUSIPs: 15102HAB3, 15102HAC1, 15102HAE7, 15102HAF4, 15102HAG2, 15102HAH0, 15102HAJ6, 15102HAK3**

| | |
|---|---|
| **RECORD DATE:** | **[DATE]** |
| **VOTING DEADLINE:** | **5:00 P.M. PREVAILING EASTERN TIME ON [DATE]** |

This master ballot (the "Master Ballot") is to be used by you, as a broker, bank, commercial bank, trust company, dealer, or other agent or nominee (each of the foregoing, an "Institutional Nominee"), for registered holders of Celebration Pointe Community Development District, (Alachua County, Florida), Special Assessment Revenue Bonds, Series 2014, Series 2017, Series 2021 (the "Bonds"), to transmit the votes of such holders in respect of their Claims to accept or reject the Joint Plan of Reorganization for DEBTOR and its debtor subsidiaries (as may be amended, the "Plan"),[1] which Plan is proposed by the above-captioned debtor and debtor-in-possession (the "Debtor").

On [DATE], the United States Bankruptcy Court for the Northern District of Forida signed an order (the "Solicitation Procedures Order") that approved the Disclosure Statement for the Plan (as may be amended, the "Disclosure Statement") and establishes certain procedures for the solicitation and tabulation of votes to accept or reject the Plan. The Plan and Disclosure Statement are contained in the materials sent as part of the Solicitation Packages provided for the holders of the Bonds. Any party may request, at the Debtor's expense, hard copies of the Disclosure Statement, together with the Plan and other exhibits annexed thereto, from the Solicitation Agent. The Solicitation Procedures Order contains important information regarding the balloting process. A copy of the Solicitation Procedures Order is available on the docket maintained by the Bankruptcy Court and also available from the Solicitation Agent at www.globic.com/celebrationpointe. Please

---

[1]    All capitalized terms used in the Master Ballot or these instructions but not otherwise defined therein shall have the meaning ascribed to them in the Plan or Solicitation Procedures Order, as applicable.

**Composite Exhibit "C"**

read the Solicitation Procedures Order and the instructions sent with this Master Ballot prior to submitting this Master Ballot.

This Master Ballot is being sent to Institutional Nominees to use to cast votes to accept or reject the Plan on behalf of and in accordance with the ballots ("Beneficial Ballots") provided for beneficial holders of the Bonds to cast votes on the Plan.

You must deliver the completed, executed Master Ballot so that it is received by the Solicitation Agent on or before the Voting Deadline. For each completed, executed Beneficial Ballot returned to you by a Bondholder, you must retain a copy of such Beneficial Ballot in your files for at least one year from the Voting Deadline.

---

**PLEASE READ AND FOLLOW THE BELOW INSTRUCTIONS CAREFULLY**

Bondholders for which you are the Institutional Nominee should review the Disclosure Statement and Plan before voting. Such Bondholders may wish to seek legal advice concerning the Plan and the classification and treatment of their claim(s) under the Plan.

Please complete, sign and date the Master Ballot and return it to Globic Advisors, Inc. (the "Solicitation Agent"), **by facsimile or other electronic delivery before or on the Voting Deadline provided that originals are received by the Hearing on Confirmation of the Plan.**

Globic Advisors**,** Attn: Robert Stevens
7777 Glades Road, Suite 100, Boca Raton, FL 33434
Telephone: (212) 227-9622, Facsimile: (212) 271-3252   E-mail: rstevens@globic.com

If a Master Ballot is not received by Globic Advisors, the Solicitation Agent on or before the Voting Deadline and the Voting Deadline is not extended, the vote may not count as an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court, it will be binding on the Beneficial Holders for which you are the Institutional Nominee whether or not such Beneficial Holders vote.

---

## ITEM 1 - CERTIFICATION OF AUTHORITY TO VOTE.

The undersigned certifies that as of [DATE] (the "Record Date"), the undersigned (please check applicable box):

☐ Is a broker, bank, or other agent or nominee for the Bondholders of the aggregate principal amount of Claims arising from Bonds listed in Item 2 below that is the registered holder of such securities; or

☐ Is acting under a power of attorney and/or agency (a copy of which will be provided upon request) granted by a broker, bank, or other agent or nominee that is the registered holder of the aggregate principal amount of Claims arising from Bonds listed in Item 2 below; or

☐ Has been granted a proxy (an original of which is attached hereto) from a broker, bank, or other nominee, or a Bondholder, that is the registered holder of the aggregate principal amount of Claims arising from Bonds listed in Items 2 and 3 below and

**Composite Exhibit "C"**

accordingly, has full power and authority to vote to accept or reject the Plan on behalf of the Bondholder of the Claims arising from the Bonds listed in Items 2 and 3 below.

## ITEM 2 – TRANSMITTAL OF VOTES FROM INDIVIDUAL BENEFICIAL BALLOTS.

The undersigned transmits the following votes of Bondholders and certifies that the following are Bondholders, as of the Record Date, and have delivered to the undersigned, as Institutional Nominee, Beneficial Ballots casting such votes (indicate in each column the aggregate principal amount voted for each account - please note that each Beneficial Holder must vote all of his, her, or its Claims to accept or reject the Plan and may not split such vote):

\* Please note that each Bondholder must vote all of his, her, or its Claims to accept or reject the Plan and may not split such vote.

**Instructions:** Please complete the following summary schedule <u>for each separate CUSIP</u> for which you act as Institutional Nominee. Additional schedules may be attached as necessary.

Please record below the Beneficial Holder's vote:

CUSIP: _____

| Number of Beneficial Owners **ACCEPTING** the Plan | Original Principal Amount **ACCEPTING** the Plan | Number of Beneficial Owners **REJECTING** the Plan | Original Principal Amount **REJECTING** Plan |
|---|---|---|---|
|  | $ |  | $ |

CUSIP: _____

| Number of Beneficial Owners **ACCEPTING** the Plan | Original Principal Amount **ACCEPTING** the Plan | Number of Beneficial Owners **REJECTING** the Plan | Original Principal Amount **REJECTING** Plan |
|---|---|---|---|
|  | $ |  | $ |

CUSIP: _____

| Number of Beneficial Owners **ACCEPTING** the Plan | Original Principal Amount **ACCEPTING** the Plan | Number of Beneficial Owners **REJECTING** the Plan | Original Principal Amount **REJECTING** Plan |
|---|---|---|---|
|  | $ |  | $ |

**Composite Exhibit "C"**

## ITEM 3 – <u>ADDITIONAL BALLOTS SUBMITTED BY BONDHOLDERS</u>

The undersigned certifies that the following information is a true and accurate schedule on which the undersigned has transcribed the information, if any, provided in Item 3 of each Beneficial Ballot received from a Bondholder.  Please use additional sheets of paper if necessary.

**Information to be transcribed from Item 3 of the Beneficial Ballots regarding other Beneficial Ballots cast in respect of the Bonds:**

| Your Customer Name or Account Number for Each Bondholder who completed Item 3 of their Beneficial Ballot | Transcribe from Item 3 of the Beneficial Ballot | | |
| --- | --- | --- | --- |
| | Account Number | Name of Registered Holder or Institutional Nominee of the Bonds | Principal Amount of Bonds Voted in Additional Ballot(s) |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If space provided is insufficient, attach additional sheets in the same format.

**Composite Exhibit "C"**

**ITEM 4 - CERTIFICATION**.

By signing this Master Ballot, the undersigned certifies that: : (a) the summary above is a true and accurate schedule of the Beneficial Holder Ballots delivered to the undersigned Institutional Nominee; (b) each Bondholder whose votes are being transmitted by this Master Ballot has been provided with a copy of the Plan, Disclosure Statement, and a Beneficial Ballot for voting their Claims; and (c) it is the registered holder of Claims to which this Master Ballot pertains and/or has full power and authority to vote to accept or reject the Plan. The undersigned also acknowledges that this solicitation of votes to accept or reject the Plan is subject to all the terms and conditions set forth in the Solicitation Procedures Order.

Name of Nominee: _____  DTC Number: _____

Contact Name: _____

Title: _____

Street Address: _____

City, State, Zip Code: _____

Telephone Number: _____

E-Mail: _____

Date Completed: _____

**INSERT MEDALLION STAMP:**

**PLEASE COMPLETE, SIGN, AND DATE THIS MASTER BALLOT AND RETURN IT ELECTRONICALLY TO THE SOLICITATION AGENT AT THE FOLLOWING ADDRESSES:**

Globic Advisors,
Attn: Robert Stevens
7777 Glades Road, Suite 100, Boca Raton, FL 33434
Telephone: (212) 227-9622,  E-mail: rstevens@globic.com

**Please complete, sign and date the Master Ballot and return it to Globic Advisors, Inc. (the "Solicitation Agent"), by electronic delivery before or on the Voting Deadline provided that originals are received by the Hearing on Confirmation of the Plan.**

Composite Exhibit "C"

**VOTING DEADLINE**
**5:00 P.M. PREVAILING EASTERN TIME ON [DATE]**

## VOTING INSTRUCTIONS

**VOTING DEADLINE:**

      The Voting Deadline is [DATE] at 5:00 p.m. Prevailing Eastern Time, unless such time is extended. To have the vote of your customers count, you must complete, sign, and return this master ballot (the "Master Ballot") so that it is received by the Solicitation Agent at the address set forth in the Master Ballot on or before the Voting Deadline.[2]

**HOW TO VOTE:**

      If you are transmitting the votes of any Bondholders other than yourself, you must deliver the Beneficial Ballot to the Bondholder, along with the Plan and Disclosure Statement (as provided by the Solicitation Agent), Solicitation Package Notice, and other materials requested to be forwarded, and take the necessary actions to enable such Bondholders to complete and execute such Beneficial Ballot, and to return the completed, executed Beneficial Ballot to you in sufficient time to enable you to complete the Master Ballot and deliver it to the Solicitation Agent before the Voting Deadline.

      With respect to all of the Beneficial Ballots returned to you, you must properly complete the Master Ballot, as follows:

      i.      Check the appropriate box in Item 1 on the Master Ballot;

      ii.     Transcribe the votes from the Beneficial Ballots in Item 2 and indicate whether the Bondholder voted to accept or reject the Plan in Item 2 of the Master Ballot;

IMPORTANT: BONDHOLDERS MAY NOT SPLIT THEIR VOTES. EACH BONDHOLDER MUST VOTE ALL OF HIS, HER, OR ITS CLAIMS EITHER TO ACCEPT OR REJECT THE PLAN. IF ANY BONDHOLDER HAS ATTEMPTED TO SPLIT SUCH VOTE, PLEASE CONTACT THE BONDHOLDER TO CORRECT HIS, HER, OR ITS BALLOT, OR CONTACT THE SOLICITATION AGENT IMMEDIATELY.

      iii.    Transcribe from Item 3 of the Beneficial Ballot for the Bonds the information provided by the Bondholders into Item 3;

      iv.    Review the certification in Item 4 of the Master Ballot;

      v.     Ensure that the Beneficial Ballot is signed and the certification is complete;

      vi.    Sign and date the Master Ballot;

      vii.   If additional space is required to respond to any item on the Master Ballot, please use additional sheets of paper clearly marked to indicate the applicable Item of the Master Ballot to which you are responding;

      viii.  You must deliver the completed, executed Master Ballot so that it is received by the Solicitation Agent on or before the Voting Deadline. For each

---

[2]    All capitalized terms used in the Master Ballot or these instructions but not otherwise defined therein shall have the meaning ascribed to them in the Plan or Solicitation Procedures Order, as applicable.

**Composite Exhibit "C"**

completed, executed Beneficial Ballot returned to you by a Bondholder, you must retain a copy of such Beneficial Ballot in your files for at least one year from the Voting Deadline;

ix.    Votes cast by Bondholders through an Institutional Nominee will be applied against the positions held by such entities in the applicable security as of the Record Date, as evidenced by the record and depository listings.  Votes submitted by an Institutional Nominee will not be counted in excess of the Record Amount of such securities held by such Institutional Nominee;

x.    For the purpose of tabulating votes, each Bondholder shall be deemed to have voted the principal amount of its Bonds, although any principal amounts may be adjusted by the Solicitation Agent to reflect the amount of the Claim actually voted, including prepetition interest;

xi.    To the extent that conflicting votes or "overvotes" are submitted by an Institutional Nominee, the Solicitation Agent, in good faith, will attempt to reconcile discrepancies with the Institutional Nominee;

xii.    To the extent that overvotes on a Master Ballot are not reconcilable prior to the preparation of the vote certification, the Solicitation Agent will apply the votes to accept and to reject the Plan in the same proportion as the votes to accept and reject the Plan submitted on the Master Ballot that contained the overvote, but only to the extent of the Institutional Nominee's position in the applicable security; and

xiii.    After the Voting Deadline, no vote or Master Ballot may be withdrawn or modified without the prior consent of the Debtor.

PLEASE NOTE:

This Master Ballot is not a letter of transmittal and may not be used for any purpose other than to cast votes to accept or reject the Plan.  Bondholders should not surrender debt instruments at this time.  The Solicitation Agent will not accept delivery of any such instruments surrendered together with a Master Ballot or Beneficial Ballot.

No Beneficial Ballot or Master Ballot shall constitute or be deemed to be a proof of Claim or an assertion of a Claim.

No fees or commissions or other remuneration will be payable to any Institutional Nominee. Upon written request, however, the Debtor will reimburse you for reasonable, actual, and necessary out-of-pocket expenses associated with the distribution of the Solicitation Packages to your clients, the tabulation of the Beneficial Ballots and the completion of this Master Ballot.

**IF YOU BELIEVE THAT YOU ARE MISSING ANY MATERIALS FROM THE SOLICITATION PACKAGE OR THAT YOU HAVE RECEIVED THE WRONG BALLOT AND/OR MASTER BALLOT, OR IF YOU HAVE QUESTIONS REGARDING THIS MASTER BALLOT, OR THE VOTING PROCEDURES, OR IF YOU NEED ADDITIONAL COPIES OF THE MASTER BALLOT OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT THE SOLICITATION AGENT AT (212) 227-9699.**

**PLEASE COMPLETE, SIGN, AND DATE THIS MASTER BALLOT AND RETURN IT ELECTRONICALLY TO THE SOLICITATION AGENT AT THE FOLLOWING ADDRESSES:**

**Composite Exhibit "C"**

**GLOBIC ADVISORS**
**ATTN: ROBERT STEVENS**
**7777 GLADES ROAD, SUITE 100**
**BOCA RATON, FL 33434**
**E-MAIL: RSTEVENS@GLOBIC.COM**

       **IF THIS MASTER BALLOT HAS NOT BEEN <u>RECEIVED</u> BY THE SOLICITATION AGENT BY 5:00 P.M. PREVAILING EASTERN TIME ON [DATE], THE VOTES OF YOUR CUSTOMERS WILL NOT BE COUNTED. THEREFORE, YOU MUST ALLOW SUFFICIENT TIME TO BE SURE THAT THE MASTER BALLOT IS <u>RECEIVED BY THE SOLICITATION AGENT</u> BEFORE THE VOTING DEADLINE.**

       **MASTER BALLOTS WILL BE ACCEPTED BY ELECTRONIC DELIVERY BEFORE OR ON THE VOTING DEADLINE PROVIDED THAT ORIGINALS ARE DELIVERED TO THE SOLICITATION AGENT BY THE HEARING ON CONFIRMATION OF THE PLAN.**

Composite Exhibit "C"

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION
**www.flnb.uscourts.gov**

In re:

| | |
|---|---|
| **CELEBRATION POINTE HOLDINGS, LLC** | **CASE NO.: 24-bk-10056-KKS** |
| **CELEBRATION POINTE HOLDINGS II, LLC** | **CASE NO.: 24-bk-10057-KKS** |
| **SHD-CELEBRATION POINTE, LLC,** | **CASE NO.: 24-bk-10058-KKS** |
| | **CHAPTER 11** |
| Debtors. | *Joint Administration under* |
| _____/ | *Case No. 24-10056-KKS* |

## BALLOT FOR BENEFICIAL HOLDERS OF CLASS X TO ACCEPT OR REJECT THE DEBTOR'S CHAPTER 11 PLAN

**Celebration Pointe Community Development District**
**(Alachua County, Florida)**
**Special Assessment Revenue Bonds, Series 2014, Series 2017, Series 2021**
**(THE "Bonds")**

**CUSIPs: 15102HAB3, 15102HAC1, 15102HAE7, 15102HAF4, 15102HAG2, 15102HAH0, 15102HAJ6, 15102HAK3**

**RECORD DATE:**        [DATE]
**VOTING DEADLINE:**    5:00 P.M. PREVAILING EASTERN TIME ON [DATE]

THIS BALLOT IS TO BE USED BY REGISTERED HOLDERS OF THE BONDS. PLEASE COMPLETE, SIGN AND DATE THIS BALLOT AND RETURN IT AS INSTRUCTED BY YOUR BROKER, BANK, COMMERCIAL BANK, TRUST COMPANY, DEALER, OR OTHER AGENT OR NOMINEE (THE "INSTITUTIONAL NOMINEE") TO PERMIT YOUR INSTITUTIONAL NOMINEE TO COMPLETE AND RETURN A MASTER BALLOT ("MASTER BALLOT") TO GLOBIC ADVISORS, INC. (THE "SOLICITATION AGENT") BY 5:00 P.M. PREVAILING EASTERN TIME ON [DATE] (THE "VOTING DEADLINE"). DO NOT MAIL BALLOTS DIRECTLY TO THE DEBTOR, THE SOLICITATION AGENT, OR THE INDENTURE TRUSTEE FOR THE BONDS. PLEASE RETURN YOUR ORIGINAL BALLOT TO THE INSTITUTIONAL NOMINEE SO THAT IT IS ACTUALLY RECEIVED BY THE DATE SET BY THE INSTITUTIONAL NOMINEE.

**Composite Exhibit "C"**

## INSTRUCTIONS

Please use this ballot (the "<u>Ballot</u>") to cast your vote to accept or reject the *Chapter 11 Plan of Judson College, Inc.* (as may be amended and supplemented, the "<u>Plan</u>"), which is proposed by the above-captioned debtor and debtor-in-possession (the "<u>Debtor</u>"). The Plan is Exhibit A to the Disclosure Statement for the Plan (as may be amended and supplemented, the "<u>Disclosure Statement</u>"), which accompanies this Ballot. Copies of the Disclosure Statement and the Plan are also available from the Solicitation Agent at <u>www.globic.com/celebrationpointe</u>.

You should review the Disclosure Statement and the Plan before you vote. In addition, on [DATE] the United States Bankruptcy Court for the Southern District of Alabama (the "<u>Bankruptcy Court</u>") signed an order (the "<u>Solicitation Procedures Order</u>") that establishes certain procedures for the solicitation and tabulation of votes to accept or reject the Plan. A copy of the Solicitation Procedures Order is available on the docket maintained by the Bankruptcy Court and also available from the Solicitation Agent at <u>www.globic.com/celebrationpointe</u>.

You have been identified as a holder of the Bonds and therefore the beneficial holder of the Indenture Trustee's Bond Lease Claims. The Debtor proposes that the Bond Lease Claims shall be entitled to the treatment set forth in Class 2 of the Plan. If you hold other Bonds that are entitled to vote or hold Claims that are not Bond Lease Claims, but are entitled to vote on the Plan, you will receive a Ballot for each such other Claims.

You may not split your vote on the Plan. You must vote all of your Bonds in Class 2 to either accept or reject the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

**Composite Exhibit "C"**

**ITEM 1**.      **AGGREGATE PRINCIPAL AMOUNT IN THE BONDS HELD AS OF THE RECORD DATE**

The undersigned certifies that as of [DATE] (the "Record Date"), the undersigned hereby certifies that the undersigned is the Beneficial Holder (or authorized signatory for a Beneficial Holder) of Bonds maintained by the Institutional Nominee in the aggregate unpaid principal amount set forth below.

> **[Put Label Here]**
>
> Name(s) _____
>
> CUSIP No. **56856PA** _____
>
> Amount Held $_____
>
> (*Should be in increments of $5,000*)

*If the amount has not been provided by your Institutional Nominee on a label above, please insert the amount in the box below. *If you do not see a label below, your Institutional Nominee may have affixed the label to another page, including the back of a page.* If your Bonds are held by an Institutional Nominee on your behalf and you do not know the amount of Bonds held or the amount provided on the label is incorrect, please contact your Institutional Nominee immediately.

**ITEM 2**.      **VOTE ON THE PLAN.**

The Bondholder of the aggregate principal amount of Bonds set forth in Item 1 above hereby votes with respect to his, her or its Claims as follows (check one box only):

☐      **ACCEPTS** (votes FOR) the Plan.

☐      **REJECTS** (votes AGAINST) the Plan.

*CONTINUED*

**Composite Exhibit "C"**

**ITEM 3**.         **CERTIFICATION AS TO BONDS HELD IN ADDITIONAL ACCOUNTS.**

By signing this Ballot, the undersigned certifies that either (a) this Ballot is the only Ballot submitted by the undersigned with respect to Class 2 Bond Claims or (b) in addition to this Ballot, one or more Ballots ("Additional Ballots") for Class 2 Bond Lease Claims have been submitted to other Institutional Nominees as follows (please use additional sheets of paper if necessary):

**PLEASE COMPLETE THIS SECTION ONLY IF YOU HAVE VOTED OTHER BALLOTS FOR CLASS  BOND LEASE CLAIMS**

| Account Number of Bonds | Name of Registered Holder or Institutional Nominee of Bonds | Principal Amount of Bonds Voted in Additional Ballot(s) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

To be counted, a beneficial Holder must vote all of its Bonds to either accept or reject the Plan. No split votes will be permitted.  Accordingly, if a Bondholder casts conflicting votes on this Ballot and other Ballots in respect of the Bonds, those votes will not be counted.

**ITEM 4**.    **CERTIFICATION**

By signing this Ballot, the Bondholder of the Bonds identified in Item 1 above certifies that he, she or it:

1.  is the holder of the Bonds to which this Ballot pertains or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan;

2.  has been provided with a copy of the Plan and Disclosure Statement and acknowledges that the vote set forth on this Ballot is subject to all the terms and conditions set forth in the Plan, Disclosure Statement and Solicitation Procedures Order; and

3.  has not submitted any other Ballots relating to its Bonds that are inconsistent with the votes as set forth in this Ballot or that, as limited by the terms of the Solicitation Procedures Order and the instructions attached hereto, if such other Ballots were previously submitted, they either have been or are hereby revoked or changed to reflect the vote set forth herein.

4.  is deemed to have consented to the submission of a Master Ballot to the Debtor's agent, the Solicitation Agent.

**Composite Exhibit "C"**

## ITEM 5.        EXECUTION/SIGNATURE

Name of Holder:  _____

Bank/Broker with Custody of Bonds (Optional):  _____

Bank/Broker DTC Number (Optional):  _____

Signature:  _____

Print Name:  _____

Title (if other than individual):  _____

Address:  _____

Telephone Number:  _____  Email (Optional):  _____

Date Completed:  _____

### *IMPORTANT*

- **Voting Deadline:  [DATE], at 5:00 P.M. (Eastern Time)**
- **Please return your ballot to your Institutional Nominee (bank or broker) via the method of delivery that they have provided.**
- **Your ballot may have been accompanied by a return envelope or instructions for telephonic or electronic voting.**
- **Please allow sufficient time to permit your Institutional Nominee to deliver your vote to the Solicitation Agent prior to the Voting Deadline.**

**-------------------------------------------------------------------------------------------**

**IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED AN ADDITIONAL BALLOT OR ADDITIONAL COPIES OF THE DISCLOSURE STATEMENT OR OTHER MATERIALS, PLEASE CONTACT: (i) THE SOLICITATION AGENT, GLOBIC ADVISORS, INC., AT (212) 227-9622; OR (ii) COUNSEL FOR THE DEBTOR, R. SCOTT SHUKER, ESQ., AT (407) 337-2060**

No fees, commissions, or other remuneration will be payable to any broker, dealer, or other person for soliciting votes on the Plan.  This Ballot is not a letter of transmittal and may not be used for any purpose other than to cast votes to accept or reject the Plan. Moreover, this Ballot shall not constitute or be deemed to be a proof of Claim or an assertion of a Claim against the Debtor.

**Composite Exhibit "C"**

## **VOTING INSTRUCTIONS**

1.  All capitalized terms used in the Ballot or these instructions but not otherwise defined therein shall have the meaning ascribed to them in the Plan or Solicitation Procedures Order, as applicable.

2.  Please read and follow these instructions carefully.  Your Ballot must be sent to your Institutional Nominee so that it is actually received by the date set by your Institutional Nominee, or your Ballot will not be counted.

3.  If you hold debt securities through more than one Institutional Nominee, you may receive more than one Ballot.  You should execute a separate Ballot for each block of debt securities that you hold through any Institutional Nominee and return the Ballot to the respective Institutional Nominee that holds the debt securities in street name.

4.  You must vote all of your Bonds in Class 2 of the Plan in the same manner, either to accept or reject the Plan.  Accordingly, if you return more than one Ballot to more than one Institutional Nominee voting different Bonds in Class 2 of the Plan and the Ballots are not voted in the same manner, as reflected by the separate Master Ballots, such votes will not be counted.

5.  In order for your vote to count, you must:

    a)  Complete Item 1;

    b)  Cast ONE vote to accept or reject the Plan by checking the proper box in Item 2 (NOTE: if you check both boxes or do not check either box, your vote will not be counted);

    c)  Only complete Item 3 if you are the holder of Bonds in other accounts or other record names and only if you have voted Ballots other than this Ballot;

    d)  Review and complete the certifications in Item 4;

    e)  Sign the Ballot in Item 5 — your original signature is required on the Ballot in order for your vote to count;

    f)  If you are completing the Ballot on behalf of an entity, indicate your relationship with such entity and the capacity in which you are signing, and if requested provide proof of your authorization to so sign. In addition, please provide your name and mailing address if different from that set forth on the Ballot; and

    g)  Return the original completed Ballot to the Institutional Nominee and **NOT** to the Debtor, the Solicitation Agent, or to the Indenture Trustee for the Bonds.  Do not return any debt instrument with your Ballot.

6.  If you believe you received the wrong form of Ballot, or if you need additional Ballots, please immediately contact your Institutional Nominee or the Solicitation Agent at the number provided below.

**Composite Exhibit "C"**

7.     To the extent that conflicting votes or "overvotes" are submitted by an Institutional Nominee, the Solicitation Agent, in good faith, will attempt to reconcile discrepancies with the Institutional Nominee.

8.     To the extent that overvotes on a Master Ballot are not reconcilable prior to the preparation of the vote certification, the Solicitation Agent will apply the votes to accept and to reject the Plan in the same proportion as the votes to accept or reject the Plan submitted on the Master Ballot that contained the overvote, but only to the extent of the Institutional Nominee's position in the applicable security.

9.     Any Ballot that is illegible or that contains insufficient information to permit the identification of the holder will not be counted.

10.    Properly executed Ballots that attempt to partially accept and partially reject the Plan will not be counted.

11.    After the Voting Deadline, no Ballot may be withdrawn or modified without the prior consent of the Debtor unless by order of the Bankruptcy Court.

12.    This Ballot does not constitute, and shall not be deemed to be, a proof of Claim or an assertion or admission of a Claim.

13.    If you hold Claims in more than one Class under the Plan or multiple claims in the same Class, you may receive more than one Ballot.  Each Ballot votes only your Claims indicated on the Ballot.  Please complete and return each Ballot you receive.

14.    If you hold Claims in more than one Class under the Plan, you may receive more than one Ballot for each different Class. Each Ballot votes only your Claims indicated on that Ballot. Please complete and return each Ballot you receive.

**PLEASE MAIL YOUR BALLOT PROMPTLY. BALLOTS SUBMITTED BY FACSIMILE OR OTHER ELECTRONIC SUBMISSION WILL NOT BE COUNTED.**

**IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR THE PROCEDURES GENERALLY, OR IF YOU NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT: (I) THE SOLICITATION AGENT, GLOBIC ADVISORS, INC., AT (212) 227-9622; OR (ii) COUNSEL FOR THE DEBTOR, R. SCOTT SHUKER, ESQ., AT (407) 337-2060.**

**PLEASE RETURN YOUR BALLOT IN THE ENVELOPE PROVIDED OR OTHERWISE FOLLOW THE INSTRUCTIONS OF YOUR INSTITUTIONAL NOMINEE.**

**<u>Exhibit "D"</u>**

**PROPOSED ORDER**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**
**www.flnb.uscourts.gov**

In re:

| | |
|---|---|
| **CELEBRATION POINTE HOLDINGS, LLC** | **Case No. 24-10056-KKS** |
| **CELEBRATION POINTE HOLDINGS II, LLC** | **Case No. 24-10057-KKS** |
| **SHD-CELEBRATION POINTE, LLC** | **Case No. 24-10058-KKS** |
| | **Chapter 11** |
| **Debtors.** | *Joint Administration under Case No. 24-10056-KKS* |

_____/

**ORDER GRANTING DEBTORS' MOTION TO EMPLOY GLOBIC ADVISORS, INC. AS NOTICING AND SOLICITATION AGENT FOR BONDHOLDERS PURSUANT TO 28 U.S.C. § 156(c) EFFECTIVE AS OF MARCH 18, 2025 AND TO APPROVE FORMS OF BALLOTS**

This matter came before the Court on the *Motion to Employ Globic Advisors, Inc. as Noticing and Solicitation Agent for Bondholders Pursuant to 28 U.S.C. § 125(c) Effective as of March 18, 2025 and to Approve Forms of Ballots* [Doc. ____] (the "Motion") filed by Debtors **CELEBRATION POINTE HOLDINGS, LLC, CELEBRATION POINTE HOLDINGS II, LLC**, and **SHD-CELEBRATION POINTE, LLC** (collectively, the "Debtors"). The Court, having considered the

Motion, the record of the case, and statements of counsel in support of the Motion, it is

**ORDERED**:

1.      The Motion is **GRANTED**.

2.      The forms of ballots are **APPROVED**.

3.      Globic Advisors, Inc. ("Globic") is authorized pursuant to 28 U.S.C. § 156(c) to act as the Debtors' noticing and solicitation agent for the Bondholders with all fees and reimbursement of costs and expenses as administrative expenses of the Debtors' jointly-administered chapter 11 bankruptcy case pursuant to 28 U.S.C. § 156(c) and 11 U.S.C. § 503(b)(1)(A) effective as of March 18, 2025; provided that this authorization applies only to services pertaining to Globic's noticing to Bondholders (as defined in the Motion) as well as the solicitation and tabulation of ballots of the Bondholders.

4.      The Debtors are authorized to compensate Globic for services, expenses, and costs incurred by Globic in the performance of its duties in accordance with the fees provided in the Proposal (as defined in the Motion).

5.      Globic shall maintain records of all services showing dates, categories of services, fees charged and expenses incurred, and to serve monthly invoices on the Office of the United States Trustee, counsel for the Debtor, and any party-in-

interest who specifically requests Globic provide service of the monthly invoices.  If any dispute arises relating to the monthly invoices, the parties shall meet and confer in an attempt to resolve the dispute; if resolution is not achieved, the parties may seek resolution of the matter from the Court.

**DONE AND ORDERED on** _____.


_____
**KAREN K. SPECIE**
**Chief U.S. Bankruptcy Judge**

Order Prepared By:
R. Scott Shuker, Esq.
Florida Bar No. 0984469
rshuker@shukerdorris.com
Shuker & Dorris, P.A.
121 S. Orange Ave., Suite 1120
Orlando, Florida 32801
Telephone: 407-337-2060
*Attorneys for the Debtors*

**# # #**

Attorney R. Scott Shuker, Esq. is directed to serve a copy of this order on interested parties who are non-CM/ECCF users and file a proof of service within three (3) business days of entry of the order.