**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**
www.flnb.uscourts.gov

In re:

| | |
|---|---|
| CELEBRATION POINTE HOLDINGS, LLC | Case No. 24-10056-KKS |
| CELEBRATION POINTE HOLDINGS II, LLC | Case No. 24-10057-KKS |
| SHD-CELEBRATION POINTE, LLC | Case No. 24-10058-KKS |
| | Chapter 11 |
| Debtors. | *Joint Administration under Case No. 24-10056-KKS* |

_____/

**NOTICE OF FILING**

**CELEBRATION POINTE HOLDINGS, LLC** ("CPH"), **CELEBRATION POINTE HOLDINGS II, LLC** ("CPH2"), and **SHD-CELEBRATION POINTE, LLC** ("SHDCP" and collectively with CPH and CPH2 as "Debtors"), by and through undersigned counsel, hereby files the **DECLARATION OF ROBERT STEVENS ON BEHALF OF GLOBIC ADVISORS, INC. REGARDING VOTING AND TABULATION OF BALLOTS ACCEPTING AND REJECTING THE DEBTOR'S JOINT SECOND AMENDED PLAN OF REORGANIZATION** attached hereto as **Exhibit "A"**.

**RESPECTFULLY SUBMITTED** this 28th day of April 2025.

/s/ R. Scott Shuker
R. Scott Shuker
Florida Bar No.: 984469
rshuker@shukerdorris.com
**SHUKER & DORRIS, P.A.**
121 S. Orange Ave., Suite 1120
Orlando, Florida 32801
Tel: (407) 337-2060
Fax: (407) 337-2050
*Attorneys for Debtors*

1

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**
www.flnb.uscourts.gov

In re:

| | |
|---|---|
| CELEBRATION POINTE HOLDINGS, LLC | Case No. 24-10056-KKS |
| CELEBRATION POINTE HOLDINGS II, LLC | Case No. 24-10057-KKS |
| SHD-CELEBRATION POINTE, LLC | Case No. 24-10058-KKS |

Chapter 11

*Joint Administration under Case No. 24-10056-KKS*

Debtors.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **NOTICE OF FILING** was served as set forth below:

☒ **Served via Notice of Electronic Filing (NEF):** The undersigned verifies that the foregoing document was served via NEF on April 28, 2025, to the below-listed person(s) and entities:

- Noel R. Boeke noel.boeke@hklaw.com; danielle.decker@hklaw.com; hapi@hklaw.com
- John Blair Boyd bk@svllaw.com; blairb@svllaw.com
- Scott Wallace Cichon Scott.Cichon@CobbCole.com, Bonnie.Rubino@CobbCole.com
- John D. Elrod elrodj@gtlaw.com, fieldss@gtlaw.com
- Daniel Raymond Fogart dfogarty.ecf@srbp.com
- Matthew Blake Hale mhale.ecf@srbp.com
- Suzanne Hill shill@rumberger.com, shillsecy@rumberger.com; docketingorlando@rumberger.com
- Zachary P Hyman zach@millenniallaw.com; assistant@millenniallaw.com, jessica@millenniallaw.com, 4619041420@filings.docketbird.com
- Inez M Markovich imarkovich@mccarter.com
- Paul Nicholas Mascia pmascia@nardellalaw.com
- Conor McLaughlin conor.mclaughlin@usdoj.gov
- Jose I. Moreno jimoreno@bellsouth.net, ruizcalderondr64903@notify.bestcase.com
- Michael Anthony Nardella mnardella@nardellalaw.com, klynch@nardellalaw.com;msayne@nardellalaw.com
- Michael J Niles mniles@bergersingerman.com, efile@bergersingerman.com; zmorton@bergersingerman.com; efile@ecf.courtdrive.com
- David E. Peterson David.peterson@lowndes-law.com
- Charles A. Postler cpostler.ecf@srbp.com
- Leanne McKnight Prendergast leanne.prendergast@pierferd.com; tcopeland@smithhulsey.com

- Michael Stephen Provenzale  michael.provenzale@lddkr.com, anne.fisher@lowndes-law.com; litcontrol@lowndes-law.com
- Nicholas V. Pulignano  nvp@marksgray.com
- Shane Gibson Ramsey shane.ramsey@nelsonmullins.com, linnea.hann@nelsonmullins.com, jada.predergast@nelsonmullins.com
- Lauren Marie Reynolds lreynolds@whww.com, scolgan@whww.com; mbretana@whww.com; mbretana@ecf.courtdrive.com
- Brian G. Rich  brich@bergersingerman.com, efile@bergersingerman.com; efile@ecf.courtdrive.com; zmorton@bergersingerman.com
- Bradley M. Saxton bsaxton@whww.com, scolgan@whww.com; mbretana@whww.com; mbretana@ecf.courtdrive.com
- Sharon T. Sperling sharon@sharonsperling.com, share.sharonsperling@gmail.com; info@sharonsperling.com
- Mark E Steiner  MES@lgplaw.com pm@lgplaw.com
- Jesse Ellsworth Summers  esummers@burr.com, sguest@burr.com
- James Timko  jtimko@deanmead.com, mgodek@deanmead.com
- Dylan Trache dylan.trache@nelsonmullins.com
- United States Trustee USTPRegion21.TL.ECF@usdoj.gov
- Richard Scott Williams  swilliams@rumberger.com
- David C Willis  dwillis@rumberger.com, dwillissecy@rumberger.com; docketingorlando@rumberger.com

☒ **Served by U.S. Mail:**  On April 28, 2025, the undersigned served the person(s) and/or entities listed below via first class mail, postage prepaid, at the addresses listed below or on the attached mailing matrix obtained from the Court's case management system:

☒   Names and addresses of Parties served:

| | |
|---|---|
| Royal Oaks of Gainesville, LLC<br>2210 NW 2nd Ave.<br>Gainesville, FL 32603 | Tamara Robbins<br>PO Box 2317<br>Alachua, FL 32616 |
| John C. Vanduzer<br>James Moore & Co., P.L.<br>5931 NW 1st Place<br>Gainesville, FL 32607-2063 | US Attorney's Office for the Northern District of Florida<br>111 N. Adams Street, Fourth Floor<br>Tallahassee, FL 32301 |
| Florida Department of Transportation<br>Office of Comptroller, MS 24<br>605 Suwanee Street<br>Tallahassee, FL 32399-0405 | State of Florida Auditor General<br>Local Government Audits/342<br>111 West Madison Street, Room 401<br>Tallahassee, FL 32399-1450 |
| SIB Program Manager<br>Florida Department of Transportation<br>Office of Comptroller – Project Finance<br>605 Suwanee Street. MS #10<br>Tallahassee, FL 32399-0405 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |

4

| Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | |

I declare under penalty of perjury that the foregoing is true and correct.

/s/ R. Scott Shuker
R. Scott Shuker
Florida Bar No.: 984469
rshuker@shukerdorris.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1129-1<br>Case 24-10056-KKS<br>Northern District of Florida<br>Gainesville<br>Mon Apr 28 09:37:39 EDT 2025 | ARCISCAP CELEBRATION POINTE INVESTMENT (B.V.<br>c/o James A. Timko, Esq.<br>Dean Mead Law Firm<br>420 S. Orange Ave., Ste. 700<br>Orlando, FL 32801-4911 | (p)ALACHUA COUNTY TAX COLLECTOR<br>ATTN MISTY BLACKFORD<br>12 SE 1ST STREET<br>GAINESVILLE FL 32601-6882 |
| Arcis Real Estate Secured Fund II, L.P.<br>135 West 41 Street<br>New York, NY 10036-7303 | Celebration Pointe Community Development Dis<br>One Daytona Boulevard<br>Suite 600<br>Daytona Beach, FL 32114-1212 | Celebration Pointe Holdings II, LLC<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 |
| Celebration Pointe Holdings, LLC<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 | EDA Consultants Inc<br>c/o: Jose I Moreno PA<br>240 NW 76TH DRIVE<br>SUITE D<br>Gainesville, FL 32607-6656 | Florida Credit Union<br>c/o J. Blair Boyd<br>Post Office Box 3637<br>Tallahassee, FL 32315-3637 |
| Florida Department of Transportation<br>c/o Rumberger, Kirk & Caldwell, P.A.<br>300 S Orange Ave.<br>Suite 1400<br>Orlando, FL 32801-3380 | Frankel Media Group LLC<br>c/o Noel Boeke, Esq.<br>Holland & Knight LLP<br>100 N. Tampa Street, Suite 4100<br>Tampa, FL 33602-3644 | Gainesville PropCo, LLC<br>c/o Leanne Prendergast<br>Pierson Ferdinand LP<br>12620 Beach Blvd., Ste. 3 #126<br>Jacksonville, FL 32246-7130 |
| ICEBERG CAPITAL PARTNERS, III, LLC<br>501 E. Las Olas Blvd Ste 200/308<br>Fort Lauderdale, FL 33301-2881 | ICEBERG REAL ESTATE INVESTMENTS, LLC<br>501 E. Las Olas Blvd Ste 200/308<br>Fort Lauderdale, FL 33301-2881 | James B. Euliano, Trustee, and Neil R. Eulia<br>c/o Lauren M. Reynolds<br>PO Box 880<br>Winter Park, FL 32790-0880 |
| PFM Financial Advisors LLC<br>c/o McCarter & English, LLP<br>Attn: Inez M. Markovich<br>1600 Market Street<br>Suite 3900<br>Philadelphia, PA 19103-7242 | Royal Oaks of Gainesville, LLC<br>2210 NW 2nd Ave.<br>Gainesville, FL 32603-1405 | SHD-Celebration Pointe, LLC<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 |
| TRUIST BANK<br>c/o Liebler Gonzalez & Portuondo<br>44 West Flagler Street<br>25th Floor<br>Miami, FL 33130-1808 | U.S. Bank, N.A., as Indenture Trustee<br>Greenberg Traurig, LLP<br>c/o John D. Elrod<br>3333 Piedmont Road NE<br>Suite 2500<br>Atlanta, GA 30305-1780 | Vystar Credit Union<br>c/o J. Ellsworth Summers, Jr., Esq.<br>Burr & Forman LLP<br>50 North Laura Street, Suite 3000<br>Jacksonville, FL 32202-3658 |
| *ARCIS CAPITAL ADVISORS II<br>54 West 40th Street<br>New York, NY 10018-2602 | *ArcisCap-Celebration Pointe<br>Investment LLC<br>4503 Michigan Trail<br>Kewadin, MI 49648-9301 | *Capital One<br>Attn: General Correspondence<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 |
| *Catalyst Income Fund 2022-A1, LLC<br>11720 Amberpark Drive<br>Suite 160<br>Alpharetta, GA 30009-2271 | *Catalyst Synartis MF B Series Condo<br>11720 Amberpark Drive<br>Suite 160<br>Alpharetta, GA 30009-2271 | *Celebration Pointe Capital, LLC<br>42809 Souther Drive<br>Washington, DC 20210-0001 |
| *GNV RE CP Fund, LLC<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 | *J & R GATOR INVESTMENTS LLC<br>1790 Mall of Georgia Blvd.<br>Buford, GA 30519-8705 | *James Euliano<br>4585 Old Carraige Trail<br>Oviedo, FL 32765-8454 |

| | | |
|---|---|---|
| *Neil Euliano<br>3914 SW 95th Drive<br>Gainesville, FL 32608-4648 | *State Infrastructure Bank<br>605 Suwannee Street<br>Tallahassee, FL 32399-0450 | *Synartis Capital Management<br>11720 Amberpark Drive<br>Suite 160<br>Alpharetta, GA 30009-2271 |
| *U.S. Bank, N.A.<br>799 E. Wisconsin Ave.<br>Milwaukee, WI 53202-5300 | ARCISCAP CELEBRATION POINTE INVESTMENT (B.V.<br>c/o James A. Timko, Esq.<br>Dean Mead<br>420 S. Orange Ave., Suite 700<br>Orlando, FL 32801-4911 | Aleia M. Hornsby, Thompson Hine LLP<br>3560 Lenox Road<br>Suite 1600<br>Atlanta, GA 30326-4274 |
| Archaeological and Historical Cons<br>4800 SW 64th Ave., Ste 107<br>Fort Lauderdale, FL 33314-4438 | ArcisCap-YJ Holding LLC<br>c/0 James Timko, Esq.<br>420 S. Orange Avenue, Suite 700<br>Orlando, FL 32801-4911 | ArcisCap-YJ Holding LLC<br>c/o James Timko, Esq.<br>420 S. Orange Ave, Suite 700<br>Orlando, FL 32801-4911 |
| Barwick Banking Company<br>1200 Plantation Drive S.<br>Suite 110<br>Saint Augustine, FL 32080 | CP City Place Holdings, LLC<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 | CP City Place Partners, LLC<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 |
| CP City Place Partners, LLC<br>c/o Brian G. Rich, Esq.<br>Berger Singerman LLP<br>313 North Monroe Street, Ste. 301<br>Tallahassee, FL 32301-7643 | CP Holdings Consolidated VII, LLC<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 | Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Catalyst Income Fund 2022-1A, LLC<br>c/o Matthew B. Hale, Esq.<br>Stichter Riedel Blain & Postler, PA<br>110 E. Madison St., #200<br>Tampa, FL 33602-4718 | Catalyst Income Fund 2022-A1,LLC<br>c/o Matthew B. Hale, Esquire<br>Stichter Riedel Blain & Postler, P.A.<br>110 E. Madison St., #200<br>Tampa, FL 33602-4718 | Catalyst Synartis MF B Series Condo 3A-2023,<br>c/o Matthew B. Hale, Esq.<br>Stichter Riedel Blain & Postler, PA<br>110 E. Madison St., #200<br>Tampa, FL 33602-4718 |
| Catalyst Synartis MF B Series Condo, LLC<br>c/o Matthew B. Hale, Esquire<br>Stichter Riedel Blain & Postler, P.A.<br>110 E. Madison St., #200<br>Tampa, FL 33602-4718 | Catalyst Synartis MF B Series MF 2A-2022, LL<br>c/o Matthew B. Hale, Esq.<br>Stichter Riedel Blain & Postler, PA<br>110 E. Madison St., #200<br>Tampa, FL 33602-4718 | Celebration Pointe Assoc., Inc.<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 |
| Celebration Pointe CDD #1<br>Cobb Cole<br>One Daytona Boulevard, Suite 600<br>Daytona Beach, FL 32114-4346 | Celebration Pointe CDD No. 1<br>3501 Quadrangle Blvd.<br>Suite 270<br>Orlando, FL 32817-8329 | Celebration Pointe Community Development Dis<br>Cobb Cole<br>One Daytona Boulevard, Ste 600<br>Daytona Beach, FL 32114-4346 |
| Celebration Pointe Office Partners II<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 | Celebration Pointe Office Partners III<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 | Cobb Cole<br>P.O. Box 2491<br>Daytona Beach, FL 32115-2491 |
| Cupkovic Architecture, LLC<br>6060 Rockside Woods Blvd N<br>Suite 100<br>Independence, OH 44131-2381 | EDA Consultants, Inc.<br>720 SW 2nd Ave.<br>South Tower, Ste 300<br>Gainesville, FL 32601-6271 | Edward J. Peterson<br>Johnson Pope Bokor Ruppel & Burns, LLP<br>400 N. Ashley Drive, Suite 3100<br>Tampa, FL 33602-4337 |

| | | |
|---|---|---|
| England Thims & Miller, Inc.<br>14775 Old St Augustine Rd<br>Jacksonville, FL 32258-2463 | Florida Credit Union<br>P.O. Box 5549<br>Gainesville, FL 32627-5549 | Florida Credit Union<br>Post Office 5158<br>Gainesville, FL 32627 |
| Florida Department of Transportation<br>@Rumberger Kirk<br>300 S Orange Avenue Suite 1400<br>Orlando, FL 32801-3380 | Frankel Media Group LLC<br>c/o Noel Boeke, Holland & Knight LLP<br>100 N. Tampa Street, Suite 4100<br>Tampa FL 33602-3642 | (p)FRANKEL MEDIA GROUP LLC<br>ATTN ATTN LILLIAN VARGAS<br>5001 CELEBRATION POINTE AVENUE<br>SUITE 520<br>GAINESVILLE FL 32608-5085 |
| Frankel Media Group, LLC d/b/a Frankel<br>Noel Boeke, c/o Holland & Knight LLP<br>100 N. Tampa Street, Suite 4100<br>Tampa, FL 33602-3642 | Freddie Wehbe<br>13284 SW 7th Ave.<br>Newberry, FL 32669-3345 | GSE Engineering & Consulting, Inc.<br>5590 SW 64th Street<br>Ste B<br>Gainesville, FL 32608-9607 |
| Gainesville PropCo LLC<br>c/o Leanne Prendergast<br>Pierson Ferdinand LLP<br>12620 Beach Blvd., Ste. 3 #126<br>Jacksonville, FL 32246-7130 | Gainesville Regional Utilities<br>301 S.E. 4th Avenue<br>Gainesville, FL 32601-6857 | Heather Dyrkolbotn<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 |
| Holden, Roscow & Caedington PI<br>5608 NW 43rd Street<br>Gainesville, FL 32653-3332 | Holden, Roscow & Caedington, PL<br>5608 NW 43rd Street<br>Gainesville, FL 32653-3332<br>, | IMG College, LLC<br>540N Trade Street<br>Winston-Salem, NC 27101-2915 |
| Iceberg Real Estate Investments, LLC<br>c/o Zachary P. Hyman, Esq.<br>501 East Las Olas Blvd., Ste 200/314<br>Fort Lauderdale, FL 33301-2881 | Internal Revenue Service<br>Centralized Insolvency Ops<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | JON E. KANE<br>South Milhausen, P.A.<br>1000 Legion Place, Suite 1200<br>Orlando, Florida 32801-1005 |
| James B. Euliano, Trustee<br>and Neil R. Euliano, Trustee<br>c/o Bradley M. Saxton<br>PO Box 880<br>Winter Park, FL 32790-0880 | James B. Euliano, Trustee<br>and Neil R. Euliano, Trustee<br>c/o Lauren M. Reynolds<br>PO Box 880<br>Winter Park, FL 32790-0880 | James Moore & Co.<br>5931 NW 1st Pl<br>Gainesville, FL 32607-2063 |
| Johnson Controls Security Solutions<br>P.O. BOx 371967<br>Pittsburgh, PA 15250-7967 | Jon Guven<br>J & R Gator Investments, LLC<br>1790 Mall of Georgia Blvd<br>Buford GA 30519-8705 | Jon Guven<br>c/o Bloom Parham, LLP<br>977 Ponce de Leon Ave., NE<br>Atlanta, GA 30306-4265 |
| Jon W. Pritchett<br>8601 SW 31st Ave.<br>Gainesville, FL 32608-2727 | Lauren L. Stricker, Esq.<br>Shuker & Dorris, P.A.<br>121 S. Orange Ave., Ste. 1120<br>Orlando, FL 32801-3238 | (p)TCM HALL SE FINANCE LLC<br>101 SE 2ND PLACE STE 117<br>GAINESVILLE FL 32601-6592 |
| MILLENNIAL LAW, INC.<br>501 East Las Olas Blvd, Suite 200/314<br>Fort Lauderdale Fl 33301-2882 | Mainstreet Comm. Bank of FL<br>204 S. Woodland Blvd.<br>Deland, FL 32720-5414 | Mainstreet Community Bank<br>204 S. Woodland Blvd<br>Deland, FL 32720-5414 |

| | | |
|---|---|---|
| Mainstreet Community Bank of Florida<br>c/o Lowndes Law Firm<br>P.O. Box 2809<br>Orlando FL 32802-2809 | McCarter & English, LLP<br>Attn: Inez M. Markovich, Esq.<br>1600 Market Street, Suite 3900<br>Philadelphia, PA 19103-7242 | McRock, LLC<br>2970 SW 50th Terrace<br>Gainesville, FL 32608-5076 |
| Michael A. Nardella, Esq.<br>Nardella & Nardella, PLLC<br>135 W Central Blvd.<br>Ste 300<br>Orlando, FL 32801-2435 | PHG Gainesville CP, LLC<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 | Patricia A. Shively<br>608 SW 97th Terrace<br>Gainesville, FL 32607-6309 |
| Patricia A. Shively & Patricia Ann Shively T<br>Edward J. Peterson, III<br>Johnson Pope Bokor Ruppel & Burns, LLP<br>400 N. Ashley Drive, Suite 3100<br>Tampa, FL 33602-4337 | Patricia A. Shively (TRUST)<br>608 SW 97th Terrace<br>Gainesville, FL 32607-6309 | Phillip W. Pritchett<br>1050 SE 6th Street<br>Lake Butler, FL 32054-2740 |
| R. Scott Williams<br>2001 Park Place Suite 1300<br>Birmingham, AL 35203-2700 | Renaissance Printing<br>PO Box 357186<br>Gainesville, FL 32635-7186 | Rennia Aviation, LLC<br>4050 NE 45th Ave<br>Gainesville, FL 32609-1682 |
| Richard S. Blaser<br>646 SW 133rd Way<br>Newberry, FL 32669-3339 | Ryan Frankel<br>779 SW 136th Street<br>Newberry, FL 32669-3386 | SDPS Real Eetate Investment III<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 |
| SDPS Real Estate Investment V LLC<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 | SDPS Real Estate Investment VI, LLC<br>5001 Celebratoin Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 | SDPS Real Estate Investment, LLC<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 |
| SDPS Real Estate Investments III<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 | SDPS Real Estate Investments IV, LLC<br>c/o Brian G. Rich, Esq.<br>Berger Singerman LLP<br>313 North Monroe Street, Ste. 301<br>Tallahassee, FL 32301-7643 | SDPS Real Estate Investments V, LLC<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 |
| SDPS Real Estate Investments, LLC<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 | SDPS Real Estate Investments, LLC<br>c/o Brian G. Rich, Esq.<br>Berger Singerman LLP<br>313 North Monroe Street, Ste. 301<br>Tallahassee, FL 32301-7643 | SHD Management, LLC<br>2579 SW 87th Dr<br>Gainesville, FL 32608-9340 |
| SHD Management, LLC<br>c/o Brian G. Rich, Esq.<br>Berger Singerman LLP<br>313 North Monroe Street, Ste. 301<br>Tallahassee, FL 32301-7643 | SHD-Celebration Pointe Holdings, LLC<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 | Sharon T. Sperling<br>Attorney for Jon Guven<br>PO Box 358000<br>Gainesville FL 32635-8000 |
| Site Solutions, LLC<br>3715 Northside Pkwy Northcreek 300<br>Suite 720<br>Atlanta, GA 30327-2812 | Spurriers Gridiron Grille CP, LLC<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 | State Board of Administration of Florida<br>P.O. Box 13300<br>Tallahassee, FL 32317-3300 |

| | | |
|---|---|---|
| Studio for Housing Design LLC<br>3084 Mercer University Dr.<br>Suite 110<br>Atlanta, GA 30341-4139 | Sunbelt Rentals Inc<br>Sunbelt Rentals<br>2015 Directors Row<br>Orlando, FL 32809-6231 | Svein Dyrkolbotn<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 |
| Svein Dyrkolbotn<br>c/o Brian G. Rich, Esq.<br>Berger Singerman LLP<br>313 North Monroe Street, Ste. 301<br>Tallahassee, FL 32301-7643 | Svein Dyrkolbotn<br>c/o Michael J. Niles, Esq.<br>Berger Singerman LLP<br>313 North Monroe Street, Ste. 301<br>Tallahassee, FL 32301-7643 | Svein H. Dyrkolbotn<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 |
| Synartis Capital Management, LLC<br>c/o Matthew B. Hale, Esquire<br>Stichter Riedel Blain & Postler, P.A.<br>110 E. Madison St., #200<br>Tampa, FL 33602-4718 | Synartis Income Fund, LLC and<br>Catalyst Synartis CP Master 4A-2023, LLC<br>c/o Matthew B. Hale, Esq.<br>110 E. Madison St., #200<br>Tampa, FL 33602-4718 | The Shops at Celebration Pointe, LLC<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 |
| The Vue at Celebration Pointe, LLC<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 | The Zall Company, LLC<br>2946 Larimer Street<br>Denver, CO 80205-2309 | U.S. Bank Trust Company, N.A., as Indenture<br>GREENBERG TRAURIG, LLP<br>c/o John D. Elrod<br>3333 Piedmont Road, NE, Suite 2500<br>Atlanta, GA 30305-1780 |
| U.S. Bank Trust Company, N.A., as Indenture<br>GREENBERG TRAURIG, LLP, c/o John D. Elro<br>3333 Piedmont Road, NE, Suite 2500<br>Atlanta, GA 30305-1780 | U.S. Bank, N.A., as Indenture Trustee<br>c/o Greenberg Traurig, LLP<br>3333 Piedmont Road NE, Suite 2500<br>Atlanta, GA 30305-1780<br>Attn.: John D. Elrod | United States Trustee<br>110 E. Park Avenue<br>Suite 128<br>Tallahassee, FL 32301-7728 |
| Viking Companies, LLC<br>2579 SW 87th Dr<br>Gainesville, FL 32608-9377 | Viking Companies, LLC<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 | Viking Companies, LLC<br>c/o Brian G. Rich, Esq.<br>Berger Singerman LLP<br>313 North Monroe Street, Ste. 301<br>Tallahassee, FL 32301-7643 |
| Viking Construction Company<br>5001 Celebration Pointe Ave, Ste 180<br>Gainesville, FL 32608-5379 | Viking Construction Company of Florida, LLC<br>c/o Brian G. Rich, Esq.<br>Berger Singerman LLP<br>313 North Monroe Street, Ste. 301<br>Tallahassee, FL 32301-7643 | Viking Property Management LLC<br>c/o Brian G. Rich, Esq.<br>Berger Singerman LLP<br>313 North Monroe Street, Ste. 301<br>Tallahassee, FL 32301-7643 |
| Vue-F, LLC<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 | (p)VYSTAR CREDIT UNION<br>PO BOX 45085<br>JACKSONVILLE FL 32232-5085 | Vystar Credit Union<br>c/o J. Ellsworth Summers, Jr., Esq.<br>Burr & Forman LLP<br>50 N. Laura Street, Suite 3000<br>Jacksonville, FL 32202-3658 |
| c/o Liebler Gonzalez & Portuondo<br>44 West Flagler Street, 24th Floor<br>Miami, FL 33130-6808 | John C. Vanduzer<br>James Moore & Co., P.L.<br>5931 NW 1st Place<br>Gainesville, FL 32607-2063 | Lauren Stricker<br>Shuker & Dorris P.A.<br>121 South Orange Avenue<br>Ste 1120<br>Orlando, FL 32801-3238 |
| Robert Scott Shuker<br>Shuker & Dorris, PA<br>121 S Orange Avenue<br>Suite 1120<br>Orlando, FL 32801-3238 | Tamara Robbins<br>PO Box 2317<br>Alachua, FL 32616-2317 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Alachua County Tax Collector
12 SE 1st Street
Gainesville, FL 32601

(d)Alachua County Tax Collector
12 SE 1st Street
Gainesville, FL 32601

Frankel Media Group, LLC
5001 Celebration Pointe Ave
Suite 520
Gainesville, FL 32608

Linda McGurn
101 SE 2nd Place, Ste 117
Gainesville, FL 32601

Vystar Credit Union
P.O. Box 45085
Jacksonville, FL 32232-5085


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Catalyst Income Fund 2022-A1, LLC

(u)Catalyst Synartis CP Master 4A-2023, LLC

(u)Catalyst Synartis MF B Series Condo, LLC

(u)Catalyst Synartis MF B Series MF 2A-2022,

(u)MAINSTREET BANK

(u)Synartis Capital Management, LLC

(u)Synartis Income Fund, LLC

(d)Arcis Real Estate Secured Fund II L.P.
135 West 41 Street
New York, NY 10036-7303

(d)ArcisCap-YJ Holding LLC
c/o James Timko, Esq.
420 S. Orange Avenue, Suite 700
Orlando, FL 32801-4911

(u)Celebration Point Community Development Di

(d)Celebration Pointe Holdings II, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

(d)Florida Department of Transportation
@Rumberger Kirk
300 S Orange Avenue Suite 1400
Orlando, FL 32801-3380

(d)Patricia A. Shively, TRUST
608 SW 97th Terrace
Gainesville, FL 32607-6309

(d)SHD-Celebration Pointe, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

(d)Jon Guven
J & R Gator Investments, LLC
1790 Mall of Georgia Blvd
Buford, GA 30519-8705

(d)Patricia A. Shively
608 SW 97th Terrace
Gainesville, FL 32607-6309

(u)Svein Dyrkolbotn

End of Label Matrix
Mailable recipients   148
Bypassed recipients    17
Total                 165

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1129-1<br>Case 24-10057-KKS<br>Northern District of Florida<br>Gainesville<br>Mon Apr 28 09:38:17 EDT 2025 | (p)ALACHUA COUNTY TAX COLLECTOR<br>ATTN MISTY BLACKFORD<br>12 SE 1ST STREET<br>GAINESVILLE FL 32601-6882 | Celebration Pointe Holdings II, LLC<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 |
| ICEBERG CAPITAL PARTNERS, III, LLC<br>501 E. Las Olas Blvd Ste 200/308<br>Fort Lauderdale, FL 33301-2881 | ICEBERG REAL ESTATE INVESTMENTS, LLC<br>501 E. Las Olas Blvd Ste 200/308<br>Fort Lauderdale, FL 33301-2881 | SHD-Celebration Pointe, LLC<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 |
| TRUIST BANK<br>c/o Liebler Gonzalez & Portuondo<br>44 West Flagler Street<br>25th Floor<br>Miami, FL 33130-1808 | Vystar Credit Union<br>c/o J. Ellsworth Summers, Jr., Esq.<br>Burr & Forman LLP<br>50 North Laura Street, Suite 3000<br>Jacksonville, FL 32202-3658 | *ARCIS CAPITAL ADVISORS II<br>54 West 40th Street<br>New York, NY 10018-2602 |
| *State Infrastructure Bank<br>605 Suwannee Street<br>Tallahassee, FL 32399-0450 | *Synartis Capital Management<br>11720 Amberpark Drive<br>Suite 160<br>Alpharetta, GA 30009-2271 | *U.S. Bank, N.A.<br>799 E. Wisconsin Ave.<br>Milwaukee, WI 53202-5300 |
| ArcisCap-YJ Holding LLC<br>c/o James Timko, Esq.<br>420 S. Orange Avenue, Suite 700<br>Orlando, FL 32801-4911 | Gainesville ProCo, LLC<br>c/o Leanne Prendergast<br>Pierson Ferdinand LLP<br>12620 Beach Blvd., Ste. 3 #126<br>Jacksonville, FL 32246-7130 | Heather Dyrkolbotn<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 |
| Iceberg Real Estate Investments, LLC<br>c/o Zachary P. Hyman, Esq.<br>501 East Las Olas Blvd., Ste 200/314<br>Fort Lauderdale, FL 33301-2881 | Internal Revenue Service<br>Centralized Insolvency Ops<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Lauren L. Stricker, Esq.<br>Shuker & Dorris, P.A.<br>121 S. Orange Ave., Ste. 1120<br>Orlando, FL 32801-3238 |
| (p)TCM HALL SE FINANCE LLC<br>101 SE 2ND PLACE STE 117<br>GAINESVILLE FL 32601-6592 | MILLENNIAL LAW, INC.<br>501 East Las Olas Blvd, Suite 200/314<br>Fort Lauderdale Fl 33301-2882 | Mainstreet Comm. Bank of FL<br>204 S. Woodland Blvd.<br>Deland, FL 32720-5414 |
| Mainstreet Community Bank<br>1000 Legion Place, Suite 1200<br>Orlando 32801-1005 | Patricia A. Shively<br>608 SW 97th Terrace<br>Gainesville, FL 32607-6309 | Patricia A. Shively & Patricia Ann Shively T<br>Edward J. Peterson, III<br>Johnson Pope Bokor Ruppel & Burns, LLP<br>400 N. Ashley Drive, Suite 3100<br>Tampa, FL 33602-4337 |
| Patricia A. Shively (TRUST)<br>608 SW 97th Terrace<br>Gainesville, FL 32607-6309 | SDPS Real Estate Investment VI, LLC<br>5001 Celebratoin Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 | SDPS Real Estate Investments III<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 |
| SDPS Real Estate Investments V, LLC<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 | SDPS Real Estate Investments, LLC<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 | SHDCelebration Pointe, LLC<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 |

| | | |
|---|---|---|
| Svein Dyrkolbotn<br>c/o Brian G. Rich, Esq.<br>Berger Singerman LLP<br>313 North Monroe Street, Ste. 301<br>Tallahassee, FL 32301-7643 | Svein H. Dyrkolbotn<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 | Synartis Income Fund, LLC and<br>Catalyst Synartis CP Master 4A-2023, LLC<br>c/o Matthew B. Hale, Esq.<br>110 E. Madison St., #200<br>Tampa, FL 33602-4718 |
| The Shops at Celebration Pointe, LLC<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 | U.S. Bank Trust Company, N.A., as Indenture<br>GREENBERG TRAURIG, LLP, c/o John D. Elro<br>3333 Piedmont Road, NE, Suite 2500<br>Atlanta, GA 30305-1780 | United States Trustee<br>110 E. Park Avenue<br> Suite 128<br>Tallahassee, FL 32301-7728 |
| Viking Companies, LLC<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 | (p)VYSTAR CREDIT UNION<br>PO BOX 45085<br>JACKSONVILLE FL 32232-5085 | Vystar Credit Union<br>c/o J. Ellsworth Summers, Jr., Esq.<br>Burr & Forman LLP<br>50 N. Laura Street, Suite 3000<br>Jacksonville, FL 32202-3658 |
| Lauren Stricker<br>Shuker & Dorris P.A.<br>121 South Orange Avenue<br>Ste 1120<br>Orlando, FL 32801-3238 | Robert Scott Shuker<br>Shuker & Dorris, PA<br>121 S Orange Avenue<br>Suite 1120<br>Orlando, FL 32801-3238 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Alachua County Tax Collector<br>12 SE 1st Street<br>Gainesville, FL 32601 | (d)Alachua County Tax Collector<br>12 SE 1st Street<br>Gainesville, FL 32601 | Linda McGurn<br>101 SE 2nd Place, Ste 117<br>Gainesville, FL 32601 |
| Vystar Credit Union<br>P.O. Box 45085<br>Jacksonville, FL 322325085 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)c/o Liebler Gonzalez & Portuondo<br>44 West Flagler Street, 25th Floor | (d)Patricia A. Shively<br>608 SW 97th Terrace<br>Gainesville, FL 32607-6309 | End of Label Matrix<br>Mailable recipients    40<br>Bypassed recipients     2<br>Total                  42 |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1129-1<br>Case 24-10058-KKS<br>Northern District of Florida<br>Gainesville<br>Mon Apr 28 09:38:43 EDT 2025 | Iceberg Capital Partners, III, LLC<br>501 E. Las Olas Blvd Ste 200/308<br>Fort Lauderdale, FL 33301-2881 | Iceberg Real Estate Investments, LLC<br>501 E. Las Olas Blvd Ste 200/308<br>Fort Lauderdale, FL 33301-2881 |
| SHD-Celebration Pointe, LLC<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 | TRUIST BANK<br>c/o Liebler Gonzalez & Portuondo<br>44 West Flagler Street<br>25th Floor<br>Miami, FL 33130-1808 | Vystar Credit Union<br>c/o J. Ellsworth Summers, Jr., Esq.<br>Burr & Forman LLP<br>50 North Laura Street, Suite 3000<br>Jacksonville, FL 32202-3658 |
| *Catalyst Income Fund 2022-A1, LLC<br>11720 Amberpark Drive<br>Suite 160<br>Alpharetta, GA 30009-2271 | *Catalyst Synartis MF B Series Condo<br>11720 Amberpark Drive<br>Suite 160<br>Alpharetta, GA 30009-2271 | *James Euliano<br>4585 Old Carriage Trail<br>Oviedo, FL 32765-8454 |
| *Neil Euliano<br>3914 SW 95th Drive<br>Gainesville, FL 32608-4648 | *State Infrastructure Bank<br>605 Suwannee Street<br>Tallahassee, FL 32399-0450 | *Synartis Capital Management<br>11720 Amberpark Drive<br>Suite 160<br>Alpharetta, GA 30009-2271 |
| (p)ALACHUA COUNTY TAX COLLECTOR<br>ATTN MISTY BLACKFORD<br>12 SE 1ST STREET<br>GAINESVILLE FL 32601-6882 | Barwick Banking Company<br>1200 Plantation Drive S.<br>Suite 110<br>Saint Augustine, FL 32080 | CP City Place Partners, LLC<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 |
| CP Holdings Consolidated VII, LLC<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 | Florida Credit Union<br>P.O. Box 5549<br>Gainesville, FL 32627-5549 | GNV RE Fund 3 LLC<br>c/o Brian G. Rich, Esq.<br>Berger Singerman LLP<br>313 North Monroe Street, Ste. 301<br>Tallahassee, FL 32301-7643 |
| Iceberg Real Estate Investments, LLC<br>c/o Zachary P. Hyman, Esq.<br>501 East Las Olas Blvd., Ste 200/314<br>Fort Lauderdale, FL 33301-2881 | Internal Revenue Service<br>Centralized Insolvency Ops<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | James B. Euliano, Trustee<br>4585 Old Carriage Trail<br>Oviedo, FL 32765-8454 |
| Lauren L. Stricker, Esq.<br>Shuker & Dorris, P.A.<br>121 S. Orange Ave., Ste. 1120<br>Orlando, FL 32801-3238 | MILLENNIAL LAW, INC.<br>501 East Las Olas Blvd, Suite 200/314<br>Fort Lauderdale Fl 33301-2882 | Neil R. Euliano, Trustee<br>3914 SW 95th Drive<br>Gainesville, FL 32608-4648 |
| PHG Gainesville CP, LLC<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 | Patricia A. Shively<br>608 SW 97th Terrace<br>Gainesville, FL 32607-6309 | Patricia A. Shively & Patricia Ann Shively T<br>Edward J. Peterson, III<br>Johnson Pope Bokor Ruppel & Burns, LLP<br>400 N. Ashley Drive, Suite 3100<br>Tampa, FL 33602-4337 |
| SDPS Real Estate Investment II LLC<br>c/o Brian G. Rich, Esq.<br>Berger Singerman LLP<br>313 North Monroe Street, Ste. 301<br>Tallahassee, FL 32301-7643 | SHD Real Estate LLC<br>c/o Brian G. Rich, Esq.<br>Berger Singerman LLP<br>313 North Monroe Street, Ste. 301<br>Tallahassee, FL 32301-7643 | SHD Vue Investments LLC<br>c/o Brian G. Rich, Esq.<br>Berger Singerman LLP<br>313 North Monroe Street, Ste. 301<br>Tallahassee, FL 32301-7643 |

| | | |
|---|---|---|
| Svein Dyrkolbotn<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 | Svein Dyrkolbotn<br>c/o Brian G. Rich, Esq.<br>Berger Singerman LLP<br>313 North Monroe Street, Ste. 301<br>Tallahassee, FL 32301-7643 | The Vue at Celebration Pointe, LLC<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 |
| United States Trustee<br>110 E. Park Avenue<br> Suite 128<br>Tallahassee, FL 32301-7728 | Viking Companies LLC<br>c/o Brian G. Rich, Esq.<br>Berger Singerman LLP<br>313 North Monroe Street, Ste. 301<br>Tallahassee, FL 32301-7643 | Viking Construction Company of Florida, LLC<br>c/o Brian G. Rich, Esq.<br>Berger Singerman LLP<br>313 North Monroe Street, Ste. 301<br>Tallahassee, FL 32301-7643 |
| Viking Student Housing Partners LLC<br>c/o Brian G. Rich, Esq.<br>Berger Singerman LLP<br>313 North Monroe Street, Ste. 301<br>Tallahassee, FL 32301-7643 | Vue-F, LLC<br>5001 Celebration Pointe Ave.<br>Suite 180<br>Gainesville, FL 32608-5379 | Vystar Credit Union<br>c/o J. Ellsworth Summers, Jr., Esq.<br>Burr & Forman LLP<br>50 N. Laura Street, Suite 3000<br>Jacksonville, FL 32202-3658 |
| c/o Liebler Gonzalez & Portuondo<br>44 West Flagler Street, 25th Floor<br>Miami, FL 33130-6808 | Lauren Stricker<br>Shuker & Dorris P.A.<br>121 South Orange Avenue<br>Ste 1120<br>Orlando, FL 32801-3238 | Robert Scott Shuker<br>Shuker & Dorris, PA<br>121 S Orange Avenue<br>Suite 1120<br>Orlando, FL 32801-3238 |

         The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
         by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Alachua County Tax Collector<br>12 SE 1st Street<br>Gainesville, FL 32601 | End of Label Matrix<br>Mailable recipients    41<br>Bypassed recipients     0<br>Total                  41 |