UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION
www.flnb.uscourts.gov

In re:

| | |
|---|---|
| **CELEBRATION POINTE HOLDINGS, LLC** | Case No. 24-10056-KKS |
| **CELEBRATION POINTE HOLDINGS II, LLC** | Case No. 24-10057-KKS |
| **SHD-CELEBRATION POINTE, LLC** | Case No. 24-10058-KKS |
| | Chapter 11 |
| **Debtors.** | *Joint Administration under Case No. 24-10056-KKS* |
| _____/ | |

# NOTICE OF FILING

CELEBRATION POINTE HOLDINGS, LLC ("CPH"), **CELEBRATION POINTE HOLDINGS II, LLC** ("CPH2"), and **SHD-CELEBRATION POINTE, LLC** ("SHDCP" and collectively with CPH and CPH2 as "Debtors"), by and through undersigned counsel, hereby files the **SUPPLEMENTAL STATEMENT OF R. SCOTT SHUKER AND SHUKER & DORRIS, P.A., PURSUANT TO 11 U.S.C. § 329(a) AND RULE 2016(b)(2), OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE** attached hereto as **Exhibit "A"**.

**RESPECTFULLY SUBMITTED** this 9th day of May 2025.

/s/ R. Scott Shuker
R. Scott Shuker
Florida Bar No.: 984469
rshuker@shukerdorris.com
**SHUKER & DORRIS, P.A.**
121 S. Orange Ave., Suite 1120
Orlando, Florida 32801
Tel: (407) 337-2060
Fax: (407) 337-2050
*Attorneys for Debtors*

1

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**
www.flnb.uscourts.gov

**In re:**

| | |
|---|---|
| **CELEBRATION POINTE HOLDINGS, LLC** | Case No. 24-10056-KKS |
| **CELEBRATION POINTE HOLDINGS II, LLC** | Case No. 24-10057-KKS |
| **SHD-CELEBRATION POINTE, LLC** | Case No. 24-10058-KKS |
| | Chapter 11 |
| **Debtors.** / | *Joint Administration under Case No. 24-10056-KKS* |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **NOTICE OF FILING** was served as set forth below:

☒ **Served via Notice of Electronic Filing (NEF):** The undersigned verifies that the foregoing document was served via NEF on May 9, 2025, to the below-listed person(s) and entities:

- Noel R. Boeke  noel.boeke@hklaw.com; danielle.decker@hklaw.com; hapi@hklaw.com
- John Blair Boyd  bk@svllaw.com; blairb@svllaw.com
- Scott Wallace Cichon  Scott.Cichon@CobbCole.com, Bonnie.Rubino@CobbCole.com
- John D. Elrod  elrodj@gtlaw.com, fieldss@gtlaw.com
- Daniel Raymond Fogart  dfogarty.ecf@srbp.com
- Matthew Blake Hale  mhale.ecf@srbp.com
- Suzanne Hill  shill@rumberger.com, shillsecy@rumberger.com; docketingorlando@rumberger.com
- Zachary P Hyman  zach@millenniallaw.com; assistant@millenniallaw.com, jessica@millenniallaw.com, 4619041420@filings.docketbird.com
- Inez M Markovich  imarkovich@mccarter.com
- Paul Nicholas Mascia  pmascia@nardellalaw.com
- Conor McLaughlin  conor.mclaughlin@usdoj.gov
- Jose I. Moreno  jimoreno@bellsouth.net, ruizcalderondr64903@notify.bestcase.com
- Michael Anthony Nardella  mnardella@nardellalaw.com, klynch@nardellalaw.com;msayne@nardellalaw.com
- Michael J Niles  mniles@bergersingerman.com, efile@bergersingerman.com; zmorton@bergersingerman.com; efile@ecf.courtdrive.com
- David E. Peterson  David.peterson@lowndes-law.com
- Charles A. Postler  cpostler.ecf@srbp.com

- Leanne McKnight Prendergast leanne.prendergast@pierferd.com; tcopeland@smithhulsey.com
- Michael Stephen Provenzale  michael.provenzale@lddkr.com, anne.fisher@lowndes-law.com; litcontrol@lowndes-law.com
- Nicholas V. Pulignano  nvp@marksgray.com
- Shane Gibson Ramsey shane.ramsey@nelsonmullins.com, linnea.hann@nelsonmullins.com, jada.predergast@nelsonmullins.com
- Lauren Marie Reynolds lreynolds@whww.com, scolgan@whww.com; mbretana@whww.com; mbretana@ecf.courtdrive.com
- Brian G. Rich  brich@bergersingerman.com, efile@bergersingerman.com; efile@ecf.courtdrive.com; zmorton@bergersingerman.com
- Bradley M. Saxton bsaxton@whww.com, scolgan@whww.com, mbretana@whww.com; mbretana@ecf.courtdrive.com
- Sharon T. Sperling sharon@sharonsperling.com, share.sharonsperling@gmail.com; info@sharonsperling.com
- Mark E Steiner  MES@lgplaw.com pm@lgplaw.com
- Jesse Ellsworth Summers  esummers@burr.com, sguest@burr.com
- James Timko  jtimko@deanmead.com,  mgodek@deanmead.com
- Dylan Trache dylan.trache@nelsonmullins.com
- United States Trustee USTPRegion21.TL.ECF@usdoj.gov
- Richard Scott Williams  swilliams@rumberger.com
- David C Willis  dwillis@rumberger.com, dwillissecy@rumberger.com; docketingorlando@rumberger.com

☒ **Served by U.S. Mail:**  On May 9, 2025, the undersigned served the person(s) and/or entities listed below via first class mail, postage prepaid, at the addresses listed below or on the attached mailing matrix obtained from the Court's case management system:

☒   Names and addresses of Parties served:

| Royal Oaks of Gainesville, LLC<br>2210 NW 2nd Ave.<br>Gainesville, FL 32603 | Tamara Robbins<br>PO Box 2317<br>Alachua, FL 32616 |
|---|---|
| John C. Vanduzer<br>James Moore & Co., P.L.<br>5931 NW 1st Place<br>Gainesville, FL 32607-2063 | US Attorney's Office for the Northern District of Florida<br>111 N. Adams Street, Fourth Floor<br>Tallahassee, FL 32301 |
| Florida Department of Transportation<br>Office of Comptroller, MS 24<br>605 Suwanee Street<br>Tallahassee, FL 32399-0405 | State of Florida Auditor General<br>Local Government Audits/342<br>111 West Madison Street, Room 401<br>Tallahassee, FL 32399-1450 |
| SIB Program Manager<br>Florida Department of Transportation<br>Office of Comptroller – Project Finance | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346 |

| | |
|---|---|
| 605 Suwanee Street. MS #10<br>Tallahassee, FL 32399-0405 | Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | |

I declare under penalty of perjury that the foregoing is true and correct.

/s/ R. Scott Shuker
R. Scott Shuker
Florida Bar No.: 984469
rshuker@shukerdorris.com

<u>Exhibit "A"</u>

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION
www.flnb.uscourts.gov

**In re:**

| | |
|---|---|
| **CELEBRATION POINTE HOLDINGS, LLC** | Case No. 24-10056-KKS |
| **CELEBRATION POINTE HOLDINGS II, LLC** | Case No. 24-10057-KKS |
| **SHD-CELEBRATION POINTE, LLC** | Case No. 24-10058-KKS |
| | Chapter 11 |
| **Debtors.** | *Joint Administration under Case No. 24-10056-KKS* |

_____/

**SUPPLEMENTAL STATEMENT OF R. SCOTT SHUKER AND SHUKER & DORRIS, P.A., PURSUANT TO 11 U.S.C. § 329(a) AND RULE 2016(b)(2), OF THE FEDERAL <u>RULES OF BANKRUPTCY PROCEDURE</u>**

**R. SCOTT SHUKER**, a partner with the law firm of **SHUKER & DORRIS, P.A.** ("ShukerDorris"), hereby files this *Supplemental Statement of R. Scott Shuker and Shuker & Dorris, P.A., Pursuant to 11 U.S.C. § 329(a) and Rule 2016(b)(2), of the Federal Rules of Bankruptcy Procedure* in accordance with 11 U.S.C. § 329(a) and F.R.B.P. 2016(b)(2), state as follows:

1. On April 22, 2025, Patricia Ann Shively, who is a member of the Debtors, paid $244,036.53 (the "Interim Payment") to ShukerDorris for post-petition fees and expenses. The Interim Payment was based upon the fees and

# Exhibit "A"

expenses pursuant to *Order Approving First Interim Application of R. Scott Shuker and the Law Firm of Shuker & Dorris, P.A. for Award of Attorneys' Fees i/a/o $465,922.50 and Reimbursement of Expenses i/a/o $2,987.70* (the "Interim Award") (Doc. No. 221) entered on December 31, 2024.

**DATED AND EXECUTED** this 9th day of May 2025.

_____
R. Scott Shuker
Florida Bar No. 9844692
rshuker@shukerdorris.com
**SHUKER & DORRIS, P.A.**
121 S. Orange Avenue, Suite 1120
Orlando, Florida 32801
Telephone: (407) 337-2060
Facsimile: (407) 337-2050
*Attorneys for the Debtor*