FORM nhgnrlp (Rev. 10/20)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Gainesville Division

| | |
|---|---|
| In Re:  Celebration Pointe Holdings, LLC<br>Celebration Pointe Holdings II, LLC<br>SHD−Celebration Pointe, LLC | Bankruptcy Case No.:  24−10056−KKS<br>24−10057−KKS<br>24−10058−KKS<br>Chapter:  11<br>Judge:  Karen K. Specie |

**Notice of Non−Evidentiary Hearing**

    PLEASE TAKE NOTICE that a hearing to consider and act upon the following will be held on July 2, 2025, at 09:30 AM, ***Eastern Time***, at U.S. Bankruptcy Courthouse, 110 E. Park Avenue, 2nd Floor Courtroom, Tallahassee, FL 32301. Parties may appear at the following alternate location:   via Zoom (See FLNB Zoom video and telephone instructions at www.flnb.uscourts.gov/zoom).

    *314* − Motion to Compel Discovery and Deem Objections Waived Filed by Zachary P Hyman on behalf of ICEBERG REAL ESTATE INVESTMENTS, LLC (Hyman, Zachary)

Dated: June 2, 2025

FOR THE COURT
Traci E. Abrams, Clerk of Court
110 E. Park Ave., Ste. 100
Tallahassee, FL 32301

**SERVICE:** Zachary P. Hyman shall serve this document pursuant to the applicable Rules and file a certificate of service within three (3) days.