FORM nhstats (Rev. 10/20)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Gainesville Division

| | |
|---|---|
| In Re: Celebration Pointe Holdings, LLC<br>    Celebration Pointe Holdings II, LLC<br>    SHD−Celebration Pointe, LLC | Bankruptcy Case No.: 24−10056−KKS<br>24−10057−KKS<br>24−10058−KKS |
| | Chapter: 11<br>Judge: Karen K. Specie |

**Notice of Status Conference**

   PLEASE TAKE NOTICE that a Status Conference will be held on August 5, 2025, at 01:30 PM, ***Eastern Time***, at U.S. Bankruptcy Courthouse, 110 E. Park Avenue, 2nd Floor Courtroom, Tallahassee, FL 32301. Parties may appear at the following alternate location:   via Zoom (See FLNB Zoom video and telephone instructions at www.flnb.uscourts.gov/zoom).

   *327* – Motion to Appoint Trustee , Motion to Appoint Examiner Filed by Zachary P Hyman on behalf of ICEBERG REAL ESTATE INVESTMENTS, LLC (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E) (Hyman, Zachary)

   *330* – Motion to Compel /Enforce Settlement and Operating Agreement Filed by Zachary P Hyman on behalf of ICEBERG CAPITAL PARTNERS, III, LLC, ICEBERG REAL ESTATE INVESTMENTS, LLC (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D) (Hyman, Zachary)

   PLEASE GOVERN YOURSELVES ACCORDINGLY.

| | |
|---|---|
| Dated: June 12, 2025 | FOR THE COURT<br>Traci E. Abrams, Clerk of Court<br>110 E. Park Ave., Ste. 100<br>Tallahassee, FL 32301 |

**SERVICE:** Zachary P. Hyman shall serve this document pursuant to the applicable Rules and file a certificate of service within three (3) days.