**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**
**www.flnb.uscourts.gov**

In re:

| | |
|---|---|
| **CELEBRATION POINTE HOLDINGS, LLC** | **Case No. 24-10056-KKS** |
| **CELEBRATION POINTE HOLDINGS II, LLC** | **Case No. 24-10057-KKS** |
| **SHD-CELEBRATION POINTE, LLC** | **Case No. 24-10058-KKS** |
| | **Chapter 11** |
| **Debtors.** | ***Joint Administration under Case No. 24-10056-KKS*** |
| | ***EMERGENCY RELIEF REQUESTED*** **Hearing set on August 18, 2025 at 2:00 p.m.** |

_____/

**DEBTORS' EMERGENCY MOTION FOR INTERIM**
**AND FINAL ORDERS AUTHORIZING**
**DEBTORS TO OBTAIN POST-PETITION FINANCING**

**CELEBRATION POINTE HOLDINGS, LLC; CELEBRATION POINTE HOLDINGS II, LLC**; and **SHD-CELEBRATION POINTE, LLC**, debtors and debtors in possession (the "Debtors"), by and through their undersigned counsel, hereby file this *Emergency Motion for Interim and Final Orders Authorizing Debtors to Obtain Post-Petition Financing* (the "Motion") and respectfully request that this Court enter orders, *inter alia*:

A.      Authorizing the Debtors to borrow up to an aggregate principal amount of $1,275,000.00 on an unsecured basis (the "DIP Facility") from Patricia Shively (the "DIP Lender"),[1] substantially in accordance with the terms of this Motion and the term sheet attached as **Exhibit "A"**;

B.      Authorizing the Debtors to execute, if requested, a definitive credit agreement (the "Loan Agreement"), and such other documents, instruments and agreements as may be required by DIP Lender (collectively, the "DIP Loan Documents") and perform all such other and further acts as may be necessary or appropriate in connection with the DIP Loan Documents;

C.      Authorizing the Debtors, under Section 364 of the Bankruptcy Code,[2] to obtain postpetition financing and incur postpetition indebtedness under the DIP Facility, which financing and indebtedness due and owing by the Debtor to the DIP Lender shall be unsecured but, pursuant to Section 364(b) of the Bankruptcy Code, the outstanding amount shall be as an administrative expense claim under Sections 503 and 507;

D.      Modifying and, to the extent necessary, lifting the automatic stay imposed by Section 362 of the Bankruptcy Code to permit the DIP Lender and the

---

[1] The DIP Lender is an insider of the Debtor, with the DIP Lender owning forty (40%) percent of the equity in the Debtor.

[2] All references herein to the "Bankruptcy Code" are to the applicable section of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq.

Debtors to implement the terms of this Motion, the DIP Loan Documents, and the final order granting this Motion and approving the DIP Facility; and

E.      Granting the Debtors such other and further relief as the Court deems necessary, appropriate, equitable, proper, and consistent with the terms of this Motion.

## JURISDICTION AND VENUE

1.      This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334.  The subject matter of this Motion is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The statutory predicates for the relief requested herein include Sections 105, 361, 362, 363, 364, 507 and 545 of the Bankruptcy Code and Rule 4001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

## GENERAL BACKGROUND

3.      On March 14, 2024 (the "Petition Date"), the Debtors filed Voluntary Petitions for Relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). The Debtors continue to operate as debtors-in-possessions.

4.      For more information on the Debtors and the reasons for the bankruptcy filing, please see the Case Management Summary.

5.    On July 29, 2024, the Debtors filed a *Motion for Final Order Authorizing the Debtor to Obtain Post-Petition Financing and Grant Liens* (the "First DIP Motion") (Doc. No. 139), however, the First DIP Motion was withdrawn on August 19, 2024 (Doc. No. 154).

## PROPOSED USE OF FUNDS FROM THE DIP FACILITY AND CASH COLLATERAL

6.    The Debtors have traditionally borrowed funds from the DIP Lender in the ordinary course of business. Accordingly, such continued post-petition borrowing should be accorded administrative expense priority under section 364(a) of the Bankruptcy Code.

7.    The Debtors will use the proposed DIP Facility, pursuant to the term sheet attached as **Exhibit "A"**, to fund operating expenses incurred by the Debtors and the special purpose entities ("SPEs") owned by the Debtors.

8.    The proposed DIP Facility will enable the Debtors to pay ongoing operating expenses and take the required actions set forth above which are necessary to maintain and improve the value of the Debtors' ongoing concern and their assets. The Debtors cannot take the actions described above without the DIP Facility.  If the Debtors do not take the actions described above, the value of their ongoing concern and their assets will not be maintained and will diminish substantially.

## TERMS OF THE DIP FACILITY

9.     The Debtors and the DIP Lender acknowledge and agree that the Debtors are in need of financing.

10.     The Debtors conducted arm's length, good faith negotiations with the DIP Lender.  Exercising sound business judgment, the Debtors determined that the proposal for debtor in possession financing advanced by the DIP Lender was the most favorable under the circumstances, could be documented and accessed quickly, and adequately addressed the Debtors' reasonably foreseeable liquidity needs while maximizing the value of the Debtors' assets and estates.  Following discussions with the DIP Lender, the Debtors waere able to secure a commitment for the DIP Facility.

11.     The principal features of the DIP Facility are as follows:

  a.  Amount of DIP Facility.  The DIP Facility will be in the maximum principal amount of up to **$1,275,000** (the "DIP Commitment"), which shall be provided as a line of credit to be used by the Debtors as necessary.

  b.  Liens & Repayment Priority. The DIP Facility shall be unsecured.  The DIP Facility shall be entitled to an allowed administrative expense claim under Section 364(b).

  c.  Overview and Use of Funds. The DIP Facility shall be made available to the Debtors in the aggregate amount of the DIP Commitment for the following uses: (i) legal fees of the Debtors, (ii) operating expenses of the Debtors and SPEs; (iii) retain and employ a Chief Restructuring Officer; and (iv) other agreed-on uses.

d. <u>Conditions Precedent to DIP Draw</u>.  The DIP Lender will make available the DIP Facility upon the entry of the Bankruptcy Court's entry of the Bankruptcy Court's financing order approving the DIP Facility and otherwise in a form approved by the DIP Lender (the "DIP Order").

e. <u>Interest; Default Interest</u>.  The outstanding principal amount of the DIP Facility shall <u>not</u> accrue interest from the Effective Date.  While an event of default has occurred and is continuing, such amounts shall accrue at ten percent (10%) in interest per year.  No payment shall be required until the Maturity Date.

f. <u>Prepayments</u>.  The DIP Facility may be prepaid, in whole or in part, without penalty.

g. <u>Maturity Date</u>.  The DIP Facility shall mature and shall be due and payable, upon the earliest (the "Maturity Date") of (i) one hundred and eighty (180) days after the entry of an order approving the DIP Facility, and (ii) acceleration of the DIP Facility following an event of default.

h. <u>Events of Default</u>. Conversion, dismissal, appointment of a Chapter 11 Trustee, resignation of the CRO, failure to pay upon maturity.

## RELIEF REQUESTED AND GROUNDS FOR RELIEF

12.    The Debtors submits that entry into the DIP Loan Documents is in the best interests of the Debtors, their estates, and creditors in that it provides the Debtors with assurance that the Debtor can continue to advance its business activities pending a potential sale.

13.    The Debtors request authority, pursuant to Section 364(b) of the Bankruptcy Code and Bankruptcy Rules 4001 and 9014, to obtain postpetition loans,

advances and other financial accommodations from the DIP Lender under a line of credit in an amount of up to **$1,275,000.00**.

14.    The Debtors further request authority to enter into the DIP Loan Documents with the DIP Lender.

15.    The Debtors believe that the financing described herein is in its best interest and the best interest of their creditors and their estates.  The Debtors' access to the financing described herein will maximize their ability to fund expenses.

16.    The Debtors are presently unable to obtain, in the ordinary course of business or otherwise:

   a.  pursuant to Section 364(a) or 364(b) of the Bankruptcy Code, unsecured credit (including, without limitation, unsecured trade credit) allowable under Section 503(b)(1) of the Bankruptcy Code as an administrative expense;

   b.  pursuant to Section 364(c)(1) of the Bankruptcy Code, unsecured credit (including, without limitation, unsecured trade credit) with priority over any or all administrative expenses of the kind specified in Section 503(b) or 507(b) of the Bankruptcy Code;

   c.  pursuant to Section 364(c)(2) of the Bankruptcy Code, credit secured by a lien on property of the estate that is not otherwise subject to a lien;

   d.  pursuant to Section 364(c)(3) of the Bankruptcy Code, credit secured by a junior lien on property of the estate that is subject to a lien; or

   e.  credit on any basis other than that described in the Motion.

17.     After considering all of the alternatives, the Debtors have concluded, in the exercise of their business judgment, that the financing to be provided under the terms of this Motion is in the best interests of the Debtors, their creditors and other parties in interest.

18.     As set forth in the Motion, the DIP Lender and the Debtors have negotiated the terms and conditions of the DIP Facility in good faith and at arm's-length, and the terms and conditions of the DIP Loan Documents are fair and reasonable and are supported by reasonably equivalent value.  The Debtors request that this Court find that any credit extended by the DIP Lender pursuant to the terms of the DIP Loan Documents will have been extended in "good faith" (as that term is used in Section 364(e) of the Bankruptcy Code).

## Notice

19.     No trustee or examiner has been appointed in this case, and no official committees of unsecured creditors or equity security holders have yet been appointed pursuant to Section 1102 of the Bankruptcy Code. Notice of this Motion has been given by (i) the Court's CM/ECF transmission to the Office of the U.S. Trustee and all other parties receiving electronic noticing, and by (ii) U.S. mail to all creditors and parties in interest on the Court's mailing matrix.  The Debtors submit that, given the nature of the relief requested herein, no other or further notice need be given.  Accordingly, the Debtors requests that the Court enter an order finding

that such notice of this Motion is adequate and sufficient and complies with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure.

**WHEREFORE**, the Debtors respectfully request that this Court enter an order granting this Motion authorizing the Debtors to obtain financing pursuant to 11 U.S.C. §§ 364(b) in accordance with the terms and conditions of the DIP Loan Documents, authorizing the Debtors' borrowing pursuant to the terms of this Motion, and granting such other and further relief as may be just and proper.

**RESPECTFULLY SUBMITTED** this 6th day of August 2025.

/s/ R. Scott Shuker
R. Scott Shuker
Florida Bar No.: 984469
rshuker@shukerdorris.com
**SHUKER & DORRIS, P.A.**
121 S. Orange Ave., Suite 1120
Orlando, Florida 32801
Tel:  (407) 337-2060
Fax:  (407) 337-2050
*Attorneys for Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**
**www.flnb.uscourts.gov**

In re:

| | |
|---|---|
| **CELEBRATION POINTE HOLDINGS, LLC** | **Case No. 24-10056-KKS** |
| **CELEBRATION POINTE HOLDINGS II, LLC** | **Case No. 24-10057-KKS** |
| **SHD-CELEBRATION POINTE, LLC** | **Case No. 24-10058-KKS** |
| | **Chapter 11** |
| **Debtors.** | *Joint Administration under Case No. 24-10056-KKS* |
| / | ***EMERGENCY RELIEF REQUESTED*** **Hearing set on August 18, 2025 at 2:00 p.m.** |

<u>**CERTIFICATE OF SERVICE**</u>

☒ **Served via Notice of Electronic Filing (NEF):** The undersigned verifies that the **DEBTORS' EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING DEBTORS TO OBTAIN POST-PETITION FINANCING** was served via NEF on <u>August 6, 2025,</u> to the below-listed person(s) and entities:

- Noel R. Boeke noel.boeke@hklaw.com; danielle.decker@hklaw.com; hapi@hklaw.com
- John Blair Boyd  bk@svllaw.com; blairb@svllaw.com
- Scott Wallace Cichon Scott.Cichon@CobbCole.com, Bonnie.Rubino@CobbCole.com
- John D. Elrod  elrodj@gtlaw.com,  fieldss@gtlaw.com
- Daniel Raymond Fogart dfogarty.ecf@srbp.com
- Matthew Blake Hale  mhale.ecf@srbp.com
- Suzanne Hill  shill@rumberger.com,  shillsecy@rumberger.com; docketingorlando@rumberger.com

- Zachary P Hyman    zach@millenniallaw.com;
  assistant@millenniallaw.com, jessica@millenniallaw.com,
  4619041420@filings.docketbird.com
- Inez M Markovich    imarkovich@mccarter.com
- Paul Nicholas Mascia  pmascia@nardellalaw.com
- Conor McLaughlin  conor.mclaughlin@usdoj.gov
- Jose I. Moreno  jimoreno@bellsouth.net,
  ruizcalderondr64903@notify.bestcase.com
- Michael Anthony Nardella mnardella@nardellalaw.com,
  klynch@nardellalaw.com;msayne@nardellalaw.com
- Michael J Niles  mniles@bergersingerman.com,
  efile@bergersingerman.com; zmorton@bergersingerman.com;
  efile@ecf.courtdrive.com
- David E. Peterson David.peterson@lowndes-law.com
- Charles A. Postler  cpostler.ecf@srbp.com
- Leanne McKnight Prendergast leanne.prendergast@pierferd.com;
  tcopeland@smithhulsey.com
- Michael Stephen Provenzale  michael.provenzale@lddkr.com,
  anne.fisher@lowndes-law.com; litcontrol@lowndes-law.com
- Nicholas V. Pulignano  nvp@marksgray.com
- Shane Gibson Ramsey shane.ramsey@nelsonmullins.com,
  linnea.hann@nelsonmullins.com, jada.predergast@nelsonmullins.com
- Lauren Marie Reynolds lreynolds@whww.com, scolgan@whww.com;
  mbretana@whww.com; mbretana@ecf.courtdrive.com
- Brian G. Rich  brich@bergersingerman.com,  efile@bergersingerman.com;
  efile@ecf.courtdrive.com; zmorton@bergersingerman.com
- Bradley M. Saxton bsaxton@whww.com, scolgan@whww.com;
  mbretana@whww.com; mbretana@ecf.courtdrive.com
- Sharon T. Sperling sharon@sharonsperling.com,
  share.sharonsperling@gmail.com; info@sharonsperling.com
- Mark E Steiner  MES@lgplaw.com pm@lgplaw.com
- Jesse Ellsworth Summers  esummers@burr.com,  sguest@burr.com
- James Timko  jtimko@deanmead.com,  mgodek@deanmead.com
- Dylan Trache dylan.trache@nelsonmullins.com
- United States Trustee USTPRegion21.TL.ECF@usdoj.gov
- Richard Scott Williams  swilliams@rumberger.com
- David C Willis  dwillis@rumberger.com,  dwillissecy@rumberger.com;
  docketingorlando@rumberger.com

☒ Additionally, the foregoing has been served by U.S. Mail on <u>August 6, 2025,</u> the undersigned served the person(s) and/or entities listed below via first class mail, postage prepaid, at the addresses listed below and/or on the attached mailing matrix obtained from the Court's case management system:

| All creditors and parties in interest on the attached matrix. | |
|---|---|

I declare under penalty of perjury that the foregoing is true and correct.

/s/ R. Scott Shuker
R. Scott Shuker
Florida Bar No.: 984469
rshuker@shukerdorris.com

**Settlement Communication FRE 408**



**Description of Proposed DIP Facility**

<u>Amount</u> – Up to $1,275,000.00 to be used for the following purposes (plus potential additional availability following appointment of CRO (hereafter defined)):

    a. Up to $250,000.00 in approved fees and expenses for counsel to the Debtors; provided, however, that $100,000 shall be remitted to counsel to the Debtors upon the filing of the motion to approve the DIP loan which shall be held as a retainer and applied upon approval of any fee application or other order of the Bankruptcy Court.

    b. Up to $750,000.00 in compensation for the CRO and his staff.

    c. Up to $275,000.00 to pay post-petition operating expenses of the Debtors and non-debtor affiliates during the first thirty days. The CRO shall have sole discretion as to which operating expenses to pay. Additional availability to be negotiated in advance of the final hearing to pay operating expenses during subsequent months.

<u>Priority</u> – Administrative expense status under 11 U.S.C. §§ 364(b) and 503(b)(1).

<u>Conditions Precedent to Use of Funds</u>:

    a. Entry of an Order approving the DIP Facility in a form acceptable to Ms. Shively, which is effective and not subject to any stay.

    b. Entry of an Order appointing Troy Taylor as Chief Restructuring Officer of the Debtors and non-debtor affiliates ("CRO") in a form acceptable to Ms. Shively, which is effective and not subject to any stay. Specifically, the CRO Order shall vest the CRO with decision-making authority in the Debtors and non-debtor affiliates separate and apart from current shareholders or members.

    c. Execution of necessary documents, including without limitation a promissory note for the DIP Facility.

<u>Interest</u> – None, except that following an event of default, interest shall accrue at ten percent (10%) per annum on the outstanding DIP Loan balance.

<u>Maturity Date</u> – the earlier of one hundred and eighty days from entry of the interim DIP Order or Confirmation of a Chapter 11 Plan.

<u>Events of Default</u> – Conversion, dismissal, appointment of a Chapter 11 Trustee, resignation of the CRO, failure to pay upon maturity.

Label Matrix for local noticing
1129-1
Case 24-10056-KKS
Northern District of Florida
Gainesville
Wed Aug  6 14:44:04 EDT 2025

ARCISCAP CELEBRATION POINTE INVESTMENT (B.V.
c/o James A. Timko, Esq.
Dean Mead Law Firm
420 S. Orange Ave., Ste. 700
Orlando, FL 32801-4911

(p)ALACHUA COUNTY TAX COLLECTOR
ATTN MISTY BLACKFORD
12 SE 1ST STREET
GAINESVILLE FL 32601-6882

Arcis Real Estate Secured Fund II, L.P.
135 West 41 Street
New York, NY 10036-7303

Celebration Pointe Community Development Dis
One Daytona Boulevard
Suite 600
Daytona Beach, FL 32114-1212

Celebration Pointe Holdings II, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

Celebration Pointe Holdings, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

EDA Consultants Inc
c/o: Jose I Moreno PA
240 NW 76TH DRIVE
SUITE D
Gainesville, FL 32607-6656

Florida Credit Union
c/o J. Blair Boyd
Post Office Box 3637
Tallahassee, FL 32315-3637

Florida Department of Transportation
c/o Rumberger, Kirk & Caldwell, P.A.
300 S Orange Ave.
Suite 1400
Orlando, FL 32801-3380

Florida Dept. of Labor/Employment Security
c/o Florida Dept. of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

Florida Dept. of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

Frankel Media Group LLC
c/o Noel Boeke, Esq.
Holland & Knight LLP
100 N. Tampa Street, Suite 4100
Tampa, FL 33602-3644

Gainesville PropCo, LLC
c/o Leanne Prendergast
Pierson Ferdinand LP
12620 Beach Blvd., Ste. 3 #126
Jacksonville, FL 32246-7130

Jon Guven
J & R Gator Investments, LLC
1790 Mall of Georgia Blvd
Buford, GA 30519-8705

ICEBERG CAPITAL PARTNERS, III, LLC
501 E. Las Olas Blvd Ste 200/308
Fort Lauderdale, FL 33301-2881

ICEBERG REAL ESTATE INVESTMENTS, LLC
501 E. Las Olas Blvd Ste 200/308
Fort Lauderdale, FL 33301-2881

James B. Euliano, Trustee, and Neil R. Eulia
c/o Lauren M. Reynolds
PO Box 880
Winter Park, FL 32790-0880

Millennium Bank
Bush Ross, P.A.
P.O. Box 3913
Tampa, FL 33601-3913

PFM Financial Advisors LLC
c/o McCarter & English, LLP
Attn: Inez M. Markovich
1600 Market Street
Suite 3900
Philadelphia, PA 19103-7242

Tamara Robbins
PO Box 2317
Alachua, FL 32616-2317

Royal Oaks of Gainesville, LLC
2210 NW 2nd Ave.
Gainesville, FL 32603-1405

SHD-Celebration Pointe, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

Patricia A. Shively
608 SW 97th Terrace
Gainesville, FL 32607-6309

TRUIST BANK
c/o Liebler Gonzalez & Portuondo
44 West Flagler Street
25th Floor
Miami, FL 33130-1808

U.S. Bank, N.A., as Indenture Trustee
Greenberg Traurig, LLP
c/o John D. Elrod
3333 Piedmont Road NE
Suite 2500
Atlanta, GA 30305-1780

U.S. Securities & Exchange Commission
Atlanta Reg Office and Reorg
950 E Paces Ferry Rd NE
Ste. 900
Atlanta, GA 30326-1382

(p)UNITED STATES ATTORNEY'S OFFICE
111 NORTH ADAMS STREET
4TH FLOOR
TALLAHASSEE FL 32301-7730

John C. Vanduzer
James Moore & Co., P.L.
5931 NW 1st Place
Gainesville, FL 32607-2063

Vystar Credit Union
c/o J. Ellsworth Summers, Jr., Esq.
Burr & Forman LLP
50 North Laura Street, Suite 3000
Jacksonville, FL 32202-3658

*Arcis Capital Advisors II
135 West 41 Street
New York, NY 10036-7303

*ArcisCap-Celebration Pointe
Investment LLC
4503 Michigan Trail
Kewadin, MI 49648-9301

*Capital One
Attn: General Correspondence
P.O. Box 30285
Salt Lake City, UT 84130-0285

*Catalyst Income Fund 2022-A1, LLC
11720 Amberpark Drive
Suite 160
Alpharetta, GA 30009-2271

*Catalyst Synartis MF B Series Condo
11720 Amberpark Drive
Suite 160
Alpharetta, GA 30009-2271

*Celebration Pointe Capital, LLC
100 Main Steet SW
Suite 323
Gainesville, GA 30501-3706

*GNV RE CP Fund, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

*J & R GATOR INVESTMENTS LLC
1790 Mall of Georgia Blvd.
Buford, GA 30519-8705

*James Euliano
4585 Old Carraige Trail
Oviedo, FL 32765-8454

*Neil Euliano
3914 SW 95th Drive
Gainesville, FL 32608-4648

*State Infrastructure Bank
605 Suwannee Street
Tallahassee, FL 32399-0450

*Synartis Capital Management
11720 Amberpark Drive
Suite 160
Alpharetta, GA 30009-2271

*U.S. Bank, N.A.-CDD
Attn: Troy Beaman
Lockbox Services-12-2657
EP-MN-01LB
1200 Energy Park Drive
St. Paul, MN 55108-5101

ARCISCAP-CELEBRATION POINTE INVESTMENT (B.V.
c/o James A. Timko, Esq.
Dean Mead
420 S. Orange Ave., Suite 700
Orlando, FL 32801-4911

Aleia M. Hornsby, Thompson Hine LLP
3560 Lenox Road
Suite 1600
Atlanta, GA 30326-4274

Archaeological and Historical Cons
4800 SW 64th Ave., Ste 107
Fort Lauderdale, FL 33314-4438

ArcisCap-YJ Holding LLC
c/o James Timko, Esq.
420 S. Orange Avenue, Suite 700
Orlando, FL 32801-4911

ArcisCap-YJ Holding LLC
c/o James Timko, Esq.
420 S. Orange Ave, Suite 700
Orlando, FL 32801-4911

Barwick Banking Company
1200 Plantation Drive S.
Suite 110
Saint Augustine, FL 32080

CP City Place Holdings, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

CP City Place Partners, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

CP City Place Partners, LLC
c/o Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street, Ste. 301
Tallahassee, FL 32301-7643

CP Holdings Consolidated VII, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

Capital One N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

Catalyst Income Fund 2022-1A, LLC
c/o Matthew B. Hale, Esq.
Stichter Riedel Blain & Postler, PA
110 E. Madison St., #200
Tampa, FL 33602-4718

Catalyst Income Fund 2022-A1, LLC
c/o Matthew B. Hale, Esquire
Stichter Riedel Blain & Postler, P.A.
110 E. Madison St., #200
Tampa, FL 33602-4718

Catalyst Synartis MF B Series Condo 3A-2023,
c/o Matthew B. Hale, Esq.
Stichter Riedel Blain & Postler, PA
110 E. Madison St., #200
Tampa, FL 33602-4718

Catalyst Synartis MF B Series Condo, LLC
c/o Matthew B. Hale, Esquire
Stichter Riedel Blain & Postler, P.A.
110 E. Madison St., #200
Tampa, FL 33602-4718

Catalyst Synartis MF B Series MF 2A-2022, LL
c/o Matthew B. Hale, Esq.
Stichter Riedel Blain & Postler, PA
110 E. Madison St., #200
Tampa, FL 33602-4718

Celebration Pointe Assoc., Inc.
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

Celebration Pointe CDD #1
Cobb Cole
One Daytona Boulevard, Suite 600
Daytona Beach, FL 32114-4346

Celebration Pointe CDD No. 1
3501 Quadrangle Blvd.
Suite 270
Orlando, FL 32817-8329

Celebration Pointe Community Development Dis
Cobb Cole
One Daytona Boulevard, Ste 600
Daytona Beach, FL 32114-4346

Celebration Pointe Office Partners II
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

Celebration Pointe Office Partners III
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

Cobb Cole
231 North Woodland Blvd.
DeLand, FL 32720-4248

Cobb Cole
P.O. Box 2491
Daytona Beach, FL 32115-2491

Cupkovic Architecture, LLC
6060 Rockside Woods Blvd N
Suite 100
Independence, OH 44131-2381

EDA Consultants, Inc.
720 SW 2nd Ave.
South Tower, Ste 300
Gainesville, FL 32601-6271

Edward J. Peterson
Johnson Pope Bokor Ruppel & Burns, LLP
400 N. Ashley Drive, Suite 3100
Tampa, FL 33602-4337

England Thims & Miller, Inc.
14775 Old St Augustine Rd
Jacksonville, FL 32258-2463

Florida Credit Union
P.O. Box 5549
Gainesville, FL 32627-5549

Florida Credit Union
Post Office 5158
Gainesville, FL 32627

Florida Department of Transportation
@Rumberger Kirk
300 S Orange Avenue Suite 1400
Orlando, FL 32801-3380

Frankel Media Group LLC
c/o Noel Boeke, Holland & Knight LLP
100 N. Tampa Street, Suite 4100
Tampa FL 33602-3642

(p)FRANKEL MEDIA GROUP LLC
ATTN ATTN LILLIAN VARGAS
5001 CELEBRATION POINTE AVENUE
SUITE 520
GAINESVILLE FL 32608-5085

Frankel Media Group, LLC d/b/a Frankel
Noel Boeke, c/o Holland & Knight LLP
100 N. Tampa Street, Suite 4100
Tampa, FL 33602-3642

Freddie Wehbe
13284 SW 7th Ave.
Newberry, FL 32669-3345

Freddie Wehbe
Webb Marketing
1900 SW 34th Street, Suite 206
Gainesville, FL 32608-1271

GSE Engineering & Consulting, Inc.
5590 SW 64th Street
Ste B
Gainesville, FL 32608-9607

Gainesville PropCo LLC
c/o Leanne Prendergast
Pierson Ferdinand LLP
12620 Beach Blvd., Ste. 3 #126
Jacksonville, FL 32246-7130

Gainesville Regional Utilities
301 S.E. 4th Avenue
Gainesville, FL 32601-6857

Heather Dyrkolbotn
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

Holden, Roscow & Caedington PI
5608 NW 43rd Street
Gainesville, FL 32653-3332

Holden, Roscow & Caedington, PL
5608 NW 43rd Street
Gainesville, FL 32653-3332
,

IMG College, LLC
540N Trade Street
Winston-Salem, NC 27101-2915

Iceberg Real Estate Investments, LLC
c/o Zachary P. Hyman, Esq.
501 East Las Olas Blvd., Ste 200/314
Fort Lauderdale, FL 33301-2881

Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346

JON E. KANE
South Milhausen, P.A.
1000 Legion Place, Suite 1200
Orlando, Florida 32801-1005

James B. Euliano, Trustee
and Neil R. Euliano, Trustee
c/o Bradley M. Saxton
PO Box 880
Winter Park, FL 32790-0880

James B. Euliano, Trustee
and Neil R. Euliano, Trustee
c/o Lauren M. Reynolds
PO Box 880
Winter Park, FL 32790-0880

James Moore & Co.
5931 NW 1st Pl
Gainesville, FL 32607-2063

Johnson Controls Security Solutions
P.O. BOx 371967
Pittsburgh, PA 15250-7967

Jon Guven
c/o Bloom Parham, LLP
977 Ponce de Leon Ave., NE
Atlanta, GA 30306-4265

Jon W. Pritchett
8601 SW 31st Ave.
Gainesville, FL 32608-2727

Lauren L. Stricker, Esq.
Shuker & Dorris, P.A.
121 S. Orange Ave., Ste. 1120
Orlando, FL 32801-3238

(p)TCM HALL SE FINANCE LLC
101 SE 2ND PLACE STE 117
GAINESVILLE FL 32601-6592

MILLENNIAL LAW, INC.
501 East Las Olas Blvd, Suite 200/314
Fort Lauderdale Fl 33301-2882

Mainstreet Comm. Bank of FL
204 S. Woodland Blvd.
Deland, FL 32720-5414

Mainstreet Community Bank
204 S. Woodland Blvd
Deland, FL 32720-5414

Mainstreet Community Bank of Florida
c/o Lowndes Law Firm
P.O. Box 2809
Orlando FL 32802-2809

McCarter & English, LLP
Attn: Inez M. Markovich, Esq.
1600 Market Street, Suite 3900
Philadelphia, PA 19103-7242

McRock, LLC
2970 SW 50th Terrace
Gainesville, FL 32608-5076

Michael A. Nardella, Esq.
Nardella & Nardella, PLLC
135 W Central Blvd.
Ste 300
Orlando, FL 32801-2435

PHG Gainesville CP, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

Patricia A. Shively & Patricia Ann Shively T
Edward J. Peterson, III
Johnson Pope Bokor Ruppel & Burns, LLP
400 N. Ashley Drive, Suite 3100
Tampa, FL 33602-4337

Patricia A. Shively (TRUST)
608 SW 97th Terrace
Gainesville, FL 32607-6309

Phillip W. Pritchett
1050 SE 6th Street
Lake Butler, FL 32054-2740

R. Scott Williams
2001 Park Place Suite 1300
Birmingham, AL 35203-2700

Renaissance Printing
PO Box 357186
Gainesville, FL 32635-7186

Rennia Aviation, LLC
4050 NE 45th Ave
Gainesville, FL 32609-1682

Richard S. Blaser
646 SW 133rd Way
Newberry, FL 32669-3339

Ryan Frankel
779 SW 136th Street
Newberry, FL 32669-3386

SDPS Real Eetate Investment III
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

SDPS Real Estate Investment V LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

SDPS Real Estate Investment VI, LLC
5001 Celebratoin Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

SDPS Real Estate Investment, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

SDPS Real Estate Investments III
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

SDPS Real Estate Investments IV, LLC
c/o Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street, Ste. 301
Tallahassee, FL 32301-7643

SDPS Real Estate Investments V, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

SDPS Real Estate Investments, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

SDPS Real Estate Investments, LLC
c/o Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street, Ste. 301
Tallahassee, FL 32301-7643

SHD Management, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

SHD Management, LLC
c/o Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street, Ste. 301
Tallahassee, FL 32301-7643

SHD-Celebration Pointe Holdings, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

Sharon T. Sperling
Attorney for Jon Guven
PO Box 358000
Gainesville, FL 32635-8000

Site Solutions, LLC
3715 Northside Pkwy Northcreek 300
Suite 720
Atlanta, GA 30327-2812

Spurriers Gridiron Grille CP, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

State Board of Administration of Florida
P.O. Box 13300
Tallahassee, FL 32317-3300

Studio for Housing Design LLC
2951 Flowers Road, Suite 215
Atlanta, GA 30341-5533

Sunbelt Rentals Inc
Sunbelt Rentals
2015 Directors Row
Orlando, FL 32809-6231

Svein Dyrkolbotn
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

Svein Dyrkolbotn
c/o Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street, Ste. 301
Tallahassee, FL 32301-7643

Svein Dyrkolbotn
c/o Michael J. Niles, Esq.
Berger Singerman LLP
313 North Monroe Street, Ste. 301
Tallahassee, FL 32301-7643

Svein H. Dyrkolbotn
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

Synartis Capital Management, LLC
c/o Matthew B. Hale, Esquire
Stichter Riedel Blain & Postler, P.A.
110 E. Madison St., #200
Tampa, FL 33602-4718

Synartis Income Fund, LLC and
Catalyst Synartis CP Master 4A-2023, LLC
c/o Matthew B. Hale, Esq.
110 E. Madison St., #200
Tampa, FL 33602-4718

The Shops at Celebration Pointe, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

The Vue at Celebration Pointe, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

The Zall Company, LLC
2946 Larimer Street
Denver, CO 80205-2309

U.S. Bank Trust Company, N.A., as Indenture
GREENBERG TRAURIG, LLP
c/o John D. Elrod
3333 Piedmont Road, NE, Suite 2500
Atlanta, GA 30305-1780

U.S. Bank Trust Company, N.A., as Indenture
GREENBERG TRAURIG, LLP, c/o John D. Elro
3333 Piedmont Road, NE, Suite 2500
Atlanta, GA 30305-1780

U.S. Bank, N.A., as Indenture Trustee
c/o Greenberg Traurig, LLP
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305-1780
Attn.: John D. Elrod

Viking Companies, LLC
2579 SW 87th Dr
Gainesville, FL 32608-9340

Viking Companies, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

Viking Companies, LLC
c/o Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street, Ste. 301
Tallahassee, FL 32301-7643

Viking Construction Company
5001 Celebration Pointe Ave, Ste 180
Gainesville, FL 32608-5379

Viking Construction Company of Florida, LLC
c/o Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street, Ste. 301
Tallahassee, FL 32301-7643

Viking Property Management LLC
c/o Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street, Ste. 301
Tallahassee, FL 32301-7643

Vue-F, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

(p)VYSTAR CREDIT UNION
PO BOX 45085
JACKSONVILLE FL 32232-5085

Vystar Credit Union
c/o J. Ellsworth Summers, Jr., Esq.
Burr & Forman LLP
50 N. Laura Street, Suite 3000
Jacksonville, FL 32202-3658

c/o Liebler Gonzalez & Portuondo
44 West Flagler Street, 24th Floor
Miami, FL 33130-6808


United States Trustee +
110 E. Park Avenue
 Suite 128
Tallahassee, FL 32301-7728

Sharon T. Sperling +
Law Office of Sharon T. Sperling
P.O. Box 358000
Gainesville, FL 32635-8000

Noel R. Boeke +
Holland & Knight, LLP
P.O. Box 1288
Tampa, FL 33601-1288


United States Attorney General +
Office of the Attorney General
Main Justice Bldg., Rm. 511
Tenth & Constitution
Washington, DC 20530-0001

Bradley M. Saxton +
Winderweedle, Haines, Ward & Woodman, P.
POB 880
Winter Park, FL 32790-0880

Secretary of the Treasury +
U.S. Treasury Department
15th & Pennsylvania Ave.
Washington, DC 20220-0001


Internal Revenue Service +
P.O. Box 7346
Philadelphia, PA 19101-7346

Jeffrey Wayne Warren +
Bush Ross, PA
P. O. Box 3913
Tampa, FL 33601-3913

Leanne McKnight Prendergast +
Pierson Ferdinand LLP
12620 Beach Blvd.
Suite 3 #126
Jacksonville, FL 32246-7130


Shane Gibson Ramsey +
Nelson Mullins Riley & Scarborough LLP
1222 Demonbreun Street
Ste 1700
Nashville, TN 37203-3340

John D. Elrod +
Greenberg Traurig, LLP
Terminus 200, Suite 2500
3333 Piedmont Road, N.E.
Atlanta, GA 30305-1811

Jose I. Moreno +
Jose I Moreno P.A.
240 NW 76th Drive, Suite D
Gainesville, FL 32607-6656


Mark E Steiner +
Liebler, Gonzalez & Portuondo, P.A.
Courthouse Tower - 25th Floor
44 W. Flagler Street
Miami, FL 33130-1808

David E. Peterson +
Lowndes, Drosdick, Doster, Kantor &
Reed, P.A.
P.O. Box 2809
Orlando, FL 32802-2809

Daniel Raymond Fogarty +
Stichter, Riedel, Blain & Postler, P.A.
110 E. Madison St.
Suite 200
Tampa, FL 33602-4718


Michael Anthony Nardella +
Nardella & Nardella, PLLC
135 W. Central Blvd.
Suite 300
32801
Orlando, FL 32801-2430

James Timko +
Dean Mead Egerton Bloodworth Capouano &
420 S Orange Avenue
Suite 700
Orlando, FL 32801-4911

John Blair Boyd +
Sorenson Van Leuven Law Firm
Post Office 3637
Tallahassee, FL 32315


Matthew Blake Hale +
Stichter, Riedel, Blain & Postler, P.A.
110 E. Madison St.
Suite 200
Tampa, FL 33602-4718

Zachary P Hyman +
Millennial Law
320 SE 11th Street
Ft. Lauderdale, FL 33316-1138

Scott Wallace Cichon +
COBB COLE
149 S. Ridgewood Avenue
Suite 700
Daytona Beach, FL 32114-4335


Michael Stephen Provenzale +
Lowndes Drosdick Doster Kantor & Reed, P
P.O. Box 2809
Orlando, FL 32802-2809

Lara Roeske Fernandez +
Trenam Law
101 E. Kennedy Boulevard, Ste. 2700
Tampa, FL 33602-5150

Charles A. Postler +
Stichter Riedel Blain & Postler, P.A.
110 E. Madison St., #200
Tampa, FL 33602-4718


Lauren Stricker +
Shuker & Dorris P.A.
121 South Orange Avenue
Ste 1120
Orlando, FL 32801-3238

Conor McLaughlin +
DOJ-Ust
110 E. Park Avenue
Suite 128
Tallahassee, FL 32301-7728

Lauren Marie Reynolds +
Winderweedle Haines Ward & Woodman PA
P.O. Box 880
Winter Park, FL 32790-0880

Robert Scott Shuker +
Shuker & Dorris, PA
121 S Orange Avenue
Suite 1120
Orlando, FL 32801-3238

Jesse Ellsworth Summers Jr+
Burr & Forman LLP
50 N. Laura Street
Suite 3000
Jacksonville, FL 32202-3658

David C Willis +
Rumberger, Kirk & Caldwell
P. O. Box 1873
Orlando, FL 32802-1873

Suzanne Hill +
Rumberger, Kirk & Caldwell
300 South Orange Avenue
Ste 1400
Orlando, FL 32801-3380

Inez M Markovich +
McCarter & English, LLP
1600 Market Street
Suite 3900
Philadelphia, PA 19103-7242

Richard Scott Williams +
Rumberger, Kirk & Caldwell
2001 Park Place
Suite 1300
Birmingham, AL 35203-2735

Nicholas V. Pulignano Jr+
Marks Gray, P.A.
1200 Riverplace Boulevard
Suite 800
Jacksonville, FL 32207-1834

Paul Nicholas Mascia +
Nardella & Nardella, PLLC
135 W Central Blvd
Ste 300
Orlando, FL 32801-2435

Dylan Trache +
Nelson Mullins Riley & Scarborough LLP
101 Constitution Ave NW
Suite 900
Washington, DC 20001-2133

Kenneth D. Herron Jr+
Herron Hill Law Group, PLLC
P. O. Box 2127
Orlando, FL 32802-2127


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Alachua County Tax Collector
12 SE 1st Street
Gainesville, FL 32601

United States Attorney's Office
111 North Adams Street
4th Floor
Tallahassee, FL 32301-7730

(d)Alachua County Tax Collector
12 SE 1st Street
Gainesville, FL 32601

Frankel Media Group, LLC
5001 Celebration Pointe Ave
Suite 520
Gainesville, FL 32608

Linda McGurn
101 SE 2nd Place, Ste 117
Gainesville, FL 32601

Vystar Credit Union
P.O. Box 45085
Jacksonville, FL 32232-5085


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Catalyst Income Fund 2022-A1, LLC

(u)Catalyst Synartis CP Master 4A-2023, LLC

(u)Catalyst Synartis MF B Series Condo, LLC

(u)Catalyst Synartis MF B Series MF 2A-2022,

(u)Svein Dyrkolbotn

(u)Kenneth R. McGurn and Linda C. McGurn

(u)MAINSTREET BANK

(u)Synartis Capital Management, LLC

(u)Synartis Income Fund, LLC

(d)Arcis Real Estate Secured Fund II L.P.
135 West 41 Street
New York, NY 10036-7303

(d)ArcisCap-YJ Holding LLC
c/o James Timko, Esq.
420 S. Orange Avenue, Suite 700
Orlando, FL 32801-4911

(u)Celebration Point Community Development Di

(d)Celebration Pointe Holdings II, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

(d)Florida Department of Transportation
@Rumberger Kirk
300 S Orange Avenue Suite 1400
Orlando, FL 32801-3380

(d)Jon Guven
J & R Gator Investments, LLC
1790 Mall of Georgia Blvd
Buford GA 30519-8705

(d)Patricia A. Shively
608 SW 97th Terrace
Gainesville, FL 32607-6309

(d)Patricia A. Shively, TRUST
608 SW 97th Terrace
Gainesville, FL 32607-6309

(d)SHD-Celebration Pointe, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

End of Label Matrix
Mailable recipients   189
Bypassed recipients    18
Total                 207