2:03 PM
09/22/25
Accrual Basis

# SHD-Celebration Pointe, LLC
## Balance Sheet
### As of August 31, 2025

|  | Aug 31, 25 | Jul 31, 25 | $ Change |
|---|---:|---:|---:|
| **ASSETS** | | | |
| **Current Assets** | | | |
| **Checking/Savings** | | | |
| Wells Fargo DIP | 1,035.00 | 1,035.00 | 0.00 |
| **Total Checking/Savings** | 1,035.00 | 1,035.00 | 0.00 |
| **Accounts Receivable** | | | |
| Accounts Receivable | 323,500.00 | 323,500.00 | 0.00 |
| **Total Accounts Receivable** | 323,500.00 | 323,500.00 | 0.00 |
| **Other Current Assets** | | | |
| Loan to/from CPH | -1,819.47 | -1,569.47 | -250.00 |
| **Total Other Current Assets** | -1,819.47 | -1,569.47 | -250.00 |
| **Total Current Assets** | 322,715.53 | 322,965.53 | -250.00 |
| **TOTAL ASSETS** | **322,715.53** | **322,965.53** | **-250.00** |
| **LIABILITIES & EQUITY** | | | |
| **Liabilities** | | | |
| **Current Liabilities** | | | |
| **Accounts Payable** | | | |
| Accounts Payable | 49,134.79 | 49,384.79 | -250.00 |
| **Total Accounts Payable** | 49,134.79 | 49,384.79 | -250.00 |
| **Total Current Liabilities** | 49,134.79 | 49,384.79 | -250.00 |
| **Total Liabilities** | 49,134.79 | 49,384.79 | -250.00 |
| **Equity** | | | |
| Capital Account Svein | 1,125.00 | 1,125.00 | 0.00 |
| Members Equity | 290,573.21 | 290,573.21 | 0.00 |
| Opening Balance Equity | 966.53 | 966.53 | 0.00 |
| Net Income | -19,084.00 | -19,084.00 | 0.00 |
| **Total Equity** | 273,580.74 | 273,580.74 | 0.00 |
| **TOTAL LIABILITIES & EQUITY** | **322,715.53** | **322,965.53** | **-250.00** |

2:08 PM
09/22/25
Accrual Basis

**SHD-Celebration Pointe, LLC**
**Profit & Loss**
As of August 31, 2025

| | Mar 31, 24 | Apr 30, 24 | May 31, 24 | Jun 30, 24 | Jul 31, 24 | Aug 31, 24 | Sep 30, 24 | Oct 31, 24 | Nov 30, 24 | Dec 31, 24 | Jan 31, 25 | Feb 28, 25 | Mar 31, 25 | Apr 30, 25 | May 31, 25 | Jun 30, 25 | Jul 31, 25 | Aug 31, 25 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | | | | | | | | | | | | | |
| Income | | | | | | | | | | | | | | | | | | | |
|   Manager Fees | 58,375.00 | 10,000.00 | 10,000.00 | 68,375.00 | 10,000.00 | 10,000.00 | 68,375.00 | 10,000.00 | 10,000.00 | 68,375.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 323,500.00 |
| **Total Income** | 58,375.00 | 10,000.00 | 10,000.00 | 68,375.00 | 10,000.00 | 10,000.00 | 68,375.00 | 10,000.00 | 10,000.00 | 68,375.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 323,500.00 |
| **Gross Profit** | 58,375.00 | 10,000.00 | 10,000.00 | 68,375.00 | 10,000.00 | 10,000.00 | 68,375.00 | 10,000.00 | 10,000.00 | 68,375.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 323,500.00 |
| Expense | | | | | | | | | | | | | | | | | | | |
|   Bank Service Charges | 36.00 | 0.00 | 0.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 126.00 |
|   Bankruptcy Legal | 0.00 | 0.00 | 0.00 | 0.00 | 22,595.18 | 6,473.11 | 1,325.00 | 427.50 | 0.00 | 0.00 | 0.00 | 18,314.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 49,134.79 |
|   LIfe Insurance | 1,250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,250.00 |
|   Trustee Fees | 0.00 | 250.00 | 0.00 | 0.00 | 250.00 | 0.00 | 0.00 | 250.00 | 0.00 | 0.00 | 250.00 | 0.00 | 0.00 | 250.00 | 0.00 | 0.00 | 250.00 | 0.00 | 1,500.00 |
| **Total Expense** | 1,286.00 | 250.00 | 0.00 | 10.00 | 22,855.18 | 6,483.11 | 1,335.00 | 687.50 | 10.00 | 10.00 | 260.00 | 18,324.00 | 0.00 | 250.00 | 0.00 | 0.00 | 250.00 | 0.00 | 52,010.79 |
| **Net Ordinary Income** | 57,089.00 | 9,750.00 | 10,000.00 | 68,365.00 | -12,855.18 | 3,516.89 | 67,040.00 | 9,312.50 | 9,990.00 | 68,365.00 | -260.00 | -18,324.00 | 0.00 | -250.00 | 0.00 | 0.00 | -250.00 | 0.00 | 271,489.21 |
| **Net Income** | **57,089.00** | **9,750.00** | **10,000.00** | **68,365.00** | **-12,855.18** | **3,516.89** | **67,040.00** | **9,312.50** | **9,990.00** | **68,365.00** | **-260.00** | **-18,324.00** | **0.00** | **-250.00** | **0.00** | **0.00** | **-250.00** | **0.00** | **271,489.21** |

2:05 PM
09/22/25

# SHD-Celebration Pointe, LLC
## Statement of Cash Flows
### August 2025

|  | Aug 25 |
|---|---:|
| **OPERATING ACTIVITIES** |  |
| Adjustments to reconcile Net Income |  |
| to net cash provided by operations: |  |
| Loan to/from CPH | 250.00 |
| Accounts Payable | -250.00 |
| **Net cash provided by Operating Activities** | 0.00 |
| **Net cash increase for period** | 0.00 |
| **Cash at beginning of period** | 1,035.00 |
| **Cash at end of period** | **1,035.00** |

**2:17 PM**
**09/22/25**

# SHD-Celebration Pointe, LLC
## A/P Aging Summary
As of August 31, 2025

|                     | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90      | TOTAL     |
|---------------------|---------|--------|---------|---------|-----------|-----------|
| **Shuker & Dorris, PA** | 0.00    | 0.00   | 0.00    | 0.00    | 49,134.79 | 49,134.79 |
| **TOTAL**           | **0.00** | **0.00** | **0.00** | **0.00** | **49,134.79** | **49,134.79** |

2:05 PM
09/22/25

# SHD-Celebration Pointe, LLC
## A/R Aging Summary
As of August 31, 2025

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| **Celebration Pointe Holdings, LLC** | 0.00 | 0.00 | 0.00 | 0.00 | 90,000.00 | 90,000.00 |
| **Celebration Pointe Office Partners II** | 0.00 | 0.00 | 0.00 | 0.00 | 6,000.00 | 6,000.00 |
| **SDPS Real Estate Investments III** | 0.00 | 0.00 | 0.00 | 0.00 | 120,000.00 | 120,000.00 |
| **SDPS Real Estate Investments IV** | 0.00 | 0.00 | 0.00 | 0.00 | 2,500.00 | 2,500.00 |
| **SDPS Real Estate Investments V** | 0.00 | 0.00 | 0.00 | 0.00 | 10,000.00 | 10,000.00 |
| **SDPS Real Estate Investments VI** | 0.00 | 0.00 | 0.00 | 0.00 | 60,000.00 | 60,000.00 |
| **SDPS Real Estate Investments VII** | 0.00 | 0.00 | 0.00 | 0.00 | 5,000.00 | 5,000.00 |
| **SDPS Real Estate Investments VIII** | 0.00 | 0.00 | 0.00 | 0.00 | 5,000.00 | 5,000.00 |
| **The Shops at Celebration Pointe** | 0.00 | 0.00 | 0.00 | 0.00 | 5,000.00 | 5,000.00 |
| **The Vue at Celebration Pointe** | 0.00 | 0.00 | 0.00 | 0.00 | 20,000.00 | 20,000.00 |
| **TOTAL** | **0.00** | **0.00** | **0.00** | **0.00** | **323,500.00** | **323,500.00** |