**EXHIBIT "B"**

**CELEBRATION POINTE HOLDINGS, LLC**
**CELEBRATION POINTE HOLDINGS II, LLC**
**SHD-CELEBRATION POINTE, LLC**
**CASE NO. 24-10056-KKS**

**LIQUIDATION ANALYSIS**

| Asset | Estimated Liquidation Value as of January 1, 2026 |
|---|---|
| Cash[1] | $ 700,000.00 |
| Personal Property[2] | $52,500,000.00 |
| Real Property[3] | $15,000,000.00 |
| **TOTAL LIQUIDATION** | $68,200,000.00 |
| | |
| Secured Debt[4] | $200,000,000.00 |
| Administrative: Chapter 11 | $1,000,000.00 |
| Priority Tax Claim(s) | $0 |
| **TOTAL DEBT** | $201,000,00.00 |
| AVAILABLE FOR GENERAL UNSECURED CREDITORS | $0.00 |

---

[1] Per December 31, 2025 Bank Statement
[2] Per Schedules
[3] Per Schedules
[4] Per Schedules