FORM nhgnrle (Rev. 10/20)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Gainesville Division

| | |
|---|---|
| In Re:  Celebration Pointe Holdings, LLC<br>    Celebration Pointe Holdings II, LLC<br>    SHD−Celebration Pointe, LLC | Bankruptcy Case No.:  24−10056−KKS<br>24−10057−KKS<br>24−10058−KKS<br>Chapter:  11<br>Judge:  Karen K. Specie |

**Notice of Evidentiary Hearing**

   **PLEASE TAKE NOTICE** that an evidentiary hearing to consider and act upon the following will be heard on **March 10, 2026 at 01:00 PM,** *Eastern Time***, or as soon thereafter as counsel can be heard, at U.S. Bankruptcy Courthouse, 110 E. Park Avenue, 2nd Floor Courtroom, Tallahassee, FL 32301**. Parties may appear at the following alternate location:    via Zoom (NOTE: Zoom participants may not introduce evidence or cross examine witnesses without prior authorization of the Court. See FLNB Zoom participation instructions at www.flnb.uscourts.gov/zoom).

   *478* – Third Motion to Approve Post−Petition Financing [Hearing Requested on March 10, 2026] Filed by Robert Scott Shuker on behalf of Celebration Pointe Holdings II, LLC, Celebration Pointe Holdings, LLC, SHD−Celebration Pointe, LLC (Attachments: # 1 Exhibit A # 2 Exhibit B) (Shuker, Robert)

   The court has set aside Afternoon is reserved. for this hearing. If the matter is settled prior to the hearing, it is the movant's responsibility to see that the court is promptly advised. **Parties must file and exchange witness and exhibit lists, as well as file a joint statement of undisputed facts, no later than seven (7) calendar days prior to the hearing.**

   PLEASE GOVERN YOURSELVES ACCORDINGLY.

| | |
|---|---|
| Dated: February 17, 2026 | FOR THE COURT<br>Traci E. Abrams, Clerk of Court<br>110 E. Park Ave., Ste. 100<br>Tallahassee, FL 32301 |

**SERVICE:** Robert Shuker shall serve this document pursuant to the applicable Rules and file a certificate of service within three (3) days.