## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION
### www.flnb.uscourts.gov

**In re:**

| | |
|---|---|
| **CELEBRATION POINTE HOLDINGS, LLC,** | **Case No. 24-10056-KKS** |
| **CELEBRATION POINTE HOLDINGS II, LLC,** | **Case No. 24-10057-KKS** |
| **SHD-CELEBRATION POINTE, LLC,** | **Case No. 24-10058-KKS** |
| **Debtors.** | **Chapter 11** |

*Joint Administration under Case No. 24-10056-KKS*

_____/

### CELEBRATION POINTE HOLDINGS, LLC'S WITNESS LIST

**CELEBRATION POINTE HOLDINGS, LLC** *et al.* (the "Debtors"), hereby identifies the following witness who Debtors may call to testify at the final evidentiary hearing currently scheduled for March 10, 2026, at 1:00 p.m.:

1. Troy Taylor
   c/o R. Scott Shuker, Esq.
   Shuker & Dorris, P.A.
   121 S. Orange Ave., Suite 1120
   Orlando, FL. 32801
   Tel: (407) 337-2060
   rshuker@shukerdorris.com

2. Any witnesses designated or called by any other party.

3. Any rebuttal or impeachment witnesses, as necessary.

### Reservation of Rights

Debtors reserve the right to amend or supplement this witness list in the event

additional witnesses become known prior to trial or any witnesses have been
inadvertently omitted.

      **DATED** this 2nd day of March 2026.

/s/ R. Scott Shuker
**R. Scott Shuker, Esq.**
Florida Bar No.: 0984469
rshuker@shukerdorris.com
**SHUKER & DORRIS, P.A.**
121 N. Orange Ave., Ste. 1120
Orlando, Florida 32801
Tel: (407) 337-2060
*Attorneys for Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**
**www.flnb.uscourts.gov**

In re:

| | |
|---|---|
| **CELEBRATION POINTE HOLDINGS, LLC** | **Case No. 24-10056-KKS** |
| **CELEBRATION POINTE HOLDINGS II, LLC** | **Case No. 24-10057-KKS** |
| **SHD-CELEBRATION POINTE, LLC** | **Case No. 24-10058-KKS** |
| | **Chapter 11** |
| **Debtors.** | *Joint Administration under Case No. 24-10056-KKS* |

_____/

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and correct copy of the foregoing **CELEBRATION POINTE HOLDINGS, LLC,** *ET AL.* **WITNESS LIST** was served as set forth below:

☒ **Served via Notice of Electronic Filing (NEF):** The undersigned verifies that the foregoing documents were served via NEF on <u>March 2, 2026,</u> to the below-listed person(s) and entities:

- Noel R. Boeke on behalf of Creditor Frankel Media Group LLC noel.boeke@hklaw.com, danielle.decker@hklaw.com; hapi@hklaw.com
- John Blair Boyd on behalf of Creditor Florida Credit Union bk@svllaw.com, blairb@svllaw.com
- Scott Wallace Cichon on behalf of Creditor Celebration Pointe Community Development District #1 Scott.Cichon@CobbCole.com, Bonnie.Rubino@CobbCole.com
- John D. Elrod on behalf of Creditor U.S. Bank, N.A., as Indenture Trustee elrodj@gtlaw.com, fieldss@gtlaw.com
- Lara Roeske Fernandez on behalf of Interested Party Kenneth R. McGurn and Linda C. McGurn lfernandez@trenam.com, mwoods@trenam.com; mmosbach@trenam.com mspivak@trenam.com; lfernandez@ecf.courtdrive.com; mwoods@ecf.courtdrive.com; mmosbach@ecf.courtdrive.com

- Daniel Raymond Fogarty on behalf of Creditor Catalyst Income Fund 2022-A1, LLC dfogarty.ecf@srbp.com
- Michael C. Foster michael@youngfoster.com
- Matthew Blake Hale on behalf of Creditor Catalyst Income Fund 2022-A1, LLC mhale.ecf@srbp.com
- Kenneth D. Herron, Jr on behalf of Interested Party Svein Dyrkolbotn chip@herronhilllaw.com
- Suzanne Hill on behalf of Creditor Florida Department of Transportation shill@rumberger.com, shillsecy@rumberger.com; and docketingorlando@rumberger.com
- Zachary P Hyman on behalf of Creditor ICEBERG CAPITAL PARTNERS, III, LLC zach@millenniallaw.com, assistant@millenniallaw.com jessica@millenniallaw.com; 4619041420@filings.docketbird.com
- Jason Zachary Jones   jjones@joneslawpa.com
- Inez M Markovich on behalf of Creditor PFM Financial Advisors LLC imarkovich@mccarter.com
- Paul Nicholas Mascia on behalf of Creditor Arcis Real Estate Secured Fund II, L.P. pmascia@nardellalaw.com
- Conor McLaughlin on behalf of U.S. Trustee United States Trustee conor.mclaughlin@usdoj.gov
- Jose Moreno on behalf of Creditor EDA Consultants Inc jimoreno@bellsouth.net, ruizcalderondr64903@notify.bestcase.com
- Michael Anthony Nardella on behalf of Creditor Arcis Real Estate Secured Fund II, L.P. mnardella@nardellalaw.com, klynch@nardellalaw.com; msayne@nardellalaw.com
- David E. Peterson on behalf of Creditor MAINSTREET BANK david.peterson@lowndes-law.com
- Charles A. Postler on behalf of Creditor Catalyst Income Fund 2022-A1, LLC cpostler.ecf@srbp.com, cpostler@srbp.com
- Leanne McKnight Prendergast on behalf of Creditor Gainesville PropCo, LLC leanne.prendergast@pierferd.com, tcopeland@smithhulsey.com
- Michael Stephen Provenzale on behalf of Creditor MAINSTREET BANK michael.provenzale@lowndes-law.com, anne.fisher@lowndes-law.com; litcontrol@lowndes-law.com
- Nicholas V. Pulignano, Jr on behalf of Interested Party Alachua County Tax Collector nvp@marksgray.com
- Shane Gibson Ramsey on behalf of Interested Party Patricia A. Shively shane.ramsey@nelsonmullins.com, linnea.hann@nelsonmullins.com; jada.predergast@nelsonmullins.com

- Lauren Marie Reynolds on behalf of Creditor James B. Euliano, Trustee, and Neil R. Euliano, Trustee lreynolds@whww.com, scolgan@whww.com; mbretana@whww.com; mbretana@ecf.courtdrive.com
- Bradley M. Saxton on behalf of Creditor James B. Euliano, Trustee, and Neil R. Euliano, Trustee bsaxton@whww.com, scolgan@whww.com; mbretana@whww.com; and mbretana@ecf.courtdrive.com
- Steven Jon Solomon on behalf of Interested Party Birge & Held Asset Management, LLC steven.solomon@gray-robinson.com, Ana.Marmanillo@gray-robinson.com; Jodi.Payne@gray-robinson.com
- Sharon T. Sperling on behalf of Creditor Jon Guven sharon@sharonsperling.com, share.sharonsperling@gmail.com; info@sharonsperling.com; and 6702@notices.nextchapterbk.com
- Mark E Steiner on behalf of Interested Party TRUIST BANK MES@lgplaw.com, pm@lgplaw.com
- Jesse Ellsworth Summers, Jr on behalf of Creditor Vystar Credit Union esummers@burr.com, sguest@burr.com
- James Timko on behalf of Creditor ARCISCAP CELEBRATION POINTE INVESTMENT (B.V.I.) LIMITED jtimko@deanmead.com, mgodek@deanmead.com
- Dylan Trache on behalf of Interested Party Patricia A. Shively dylan.trache@nelsonmullins.com
- United States Trustee USTPRegion21.TL.ECF@usdoj.gov
- Jeffrey Wayne Warren on behalf of Interested Party Millennium Bank jwarren@bushross.com, bankruptcy.eservice@bushross.com jwarren@ecf.courtdrive.com
- Richard Scott Williams on behalf of Creditor Florida Department of Transportation swilliams@rumberger.com
- David C Willis on behalf of Creditor Florid a Department of Transportation dwillis@rumberger.com, dwillissecy@rumberger.com docketingorlando@rumberger.com
- Jan A. Carpenter, as Special Counsel for the Debtors JCarpenter@lathamluna.com and SMyers@LathamLuna.com

☒ Additionally, the **CELEBRATION POINTE HOLDINGS, LLC,** *ET AL.* **WITNESS LIST** has been served by U.S. Mail on <u>March 2, 2026,</u> the undersigned served the person(s) and/or entities listed below via first class mail, postage prepaid, at the addresses listed below and/or on the attached mailing matrix obtained from the Court's case management system:

| | |
|---|---|
| All creditors and parties in interest on the attached matrix. | Tamara Robbins<br>PO Box 2317<br>Alachua, FL 32616 |
| John C. Vanduzer<br>James Moore & Co., P.L.<br>5931 NW 1st Place<br>Gainesville, FL 32607-2063 | US Attorney's Office for the Northern District of Florida<br>111 N. Adams Street, Fourth Floor<br>Tallahassee, FL 32301 |
| Florida Department of Transportation<br>Office of Comptroller, MS 24<br>605 Suwanee Street<br>Tallahassee, FL 32399-0405 | State of Florida Auditor General<br>Local Government Audits/342<br>111 West Madison Street, Room 401<br>Tallahassee, FL 32399-1450 |
| SIB Program Manager<br>Florida Department of Transportation<br>Office of Comptroller – Project Finance<br>605 Suwanee Street. MS #10<br>Tallahassee, FL 32399-0405 | Royal Oaks of Gainesville, LLC<br>2210 NW 2nd Ave.<br>Gainesville, FL 32603 |

I declare under penalty of perjury that the foregoing is true and correct.

/s/ R. Scott Shuker
R. Scott Shuker
Florida Bar No.: 984469
rshuker@shukerdorris.com

Label Matrix for local noticing
1129-1
Case 24-10056-KKS
Northern District of Florida
Gainesville
Mon Mar  2 11:11:58 EST 2026

(p)ALACHUA COUNTY TAX COLLECTOR
ATTN MISTY BLACKFORD
12 SE 1ST STREET
GAINESVILLE FL 32601-6882

Celebration Pointe Holdings II, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

Florida Credit Union
c/o J. Blair Boyd
Post Office Box 3637
Tallahassee, FL 32315-3637

Gainesville PropCo, LLC
c/o Leanne Prendergast
Pierson Ferdinand LP
12620 Beach Blvd., Ste. 3 #126
Jacksonville, FL 32246-7130

James B. Euliano, Trustee, and Neil R. Eulia
c/o Lauren M. Reynolds
PO Box 880
Winter Park, FL 32790-0880

Royal Oaks of Gainesville, LLC
2210 NW 2nd Ave.
Gainesville, FL 32603-1405

U.S. Bank, N.A., as Indenture Trustee
Greenberg Traurig, LLP
c/o John D. Elrod
3333 Piedmont Road NE
Suite 2500
Atlanta, GA 30305-1780

*ArcisCap-Celebration Pointe
Investment LLC
4503 Michigan Trail
Kewadin, MI 49648-9301

*Catalyst Synartis MF B Series Condo
11720 Amberpark Drive
Suite 160
Alpharetta, GA 30009-2271

ARCISCAP CELEBRATION POINTE INVESTMENT (B.V.
c/o James A. Timko, Esq.
Dean Mead Law Firm
420 S. Orange Ave., Ste. 700
Orlando, FL 32801-4911

Arcis Real Estate Secured Fund II, L.P.
135 West 41 Street
New York, NY 10036-7303

Celebration Pointe Holdings, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

Florida Department of Transportation
c/o Rumberger, Kirk & Caldwell, P.A.
300 S Orange Ave.
Suite 1400
Orlando, FL 32801-3380

ICEBERG CAPITAL PARTNERS, III, LLC
501 E. Las Olas Blvd Ste 200/308
Fort Lauderdale, FL 33301-2881

Millennium Bank
Bush Ross, P.A.
P.O. Box 3913
Tampa, FL 33601-3913

SHD-Celebration Pointe, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

Vystar Credit Union
c/o J. Ellsworth Summers, Jr., Esq.
Burr & Forman LLP
50 North Laura Street, Suite 3000
Jacksonville, FL 32202-3658

*Capital One
Attn: General Correspondence
P.O. Box 30285
Salt Lake City, UT 84130-0285

*Celebration Pointe Capital, LLC
100 Main Steet SW
Suite 323
Gainesville, GA 30501-3706

Ad Hoc Member Committee of GNV RE CP FUND, L
Young Foster PLLC
2400 E Commercial Blvd
Suite 723
Fort Lauderdale, FL 33308-4052

Celebration Pointe Community Development Dis
One Daytona Boulevard
Suite 600
Daytona Beach, FL 32114-1217

EDA Consultants Inc
c/o: Jose I Moreno PA
240 NW 76TH DRIVE
SUITE D
Gainesville, FL 32607-6656

Frankel Media Group LLC
c/o Noel Boeke, Esq.
Holland & Knight LLP
100 N. Tampa Street, Suite 4100
Tampa, FL 33602-3644

ICEBERG REAL ESTATE INVESTMENTS, LLC
501 E. Las Olas Blvd Ste 200/308
Fort Lauderdale, FL 33301-2881

PFM Financial Advisors LLC
c/o McCarter & English, LLP
Attn: Inez M. Markovich
1600 Market Street
Suite 3900
Philadelphia, PA 19103-7242

TRUIST BANK
c/o Liebler Gonzalez & Portuondo
44 West Flagler Street
25th Floor
Miami, FL 33130-1808

*Arcis Capital Advisors II
135 West 41 Street
New York, NY 10036-7303

*Catalyst Income Fund 2022-A1, LLC
11720 Amberpark Drive
Suite 160
Alpharetta, GA 30009-2271

*GNV RE CP Fund, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

*J & R GATOR INVESTMENTS LLC
1790 Mall of Georgia Blvd.
Buford, GA 30519-8705

*James Euliano
4585 Old Carriage Trail
Oviedo, FL 32765-8454

*Neil Euliano
3914 SW 95th Drive
Gainesville, FL 32608-4648


*State Infrastructure Bank
605 Suwannee Street
Tallahassee, FL 32399-0450

*Synartis Capital Management
11720 Amberpark Drive
Suite 160
Alpharetta, GA 30009-2271

*U.S. Bank, N.A.-CDD
Attn: Troy Beaman
Lockbox Services-12-2657
EP-MN-01LB
1200 Energy Park Drive
St. Paul, MN 55108-5101


ARCISCAP CELEBRATION POINTE INVESTMENT (B.V.
c/o James A. Timko, Esq.
Dean Mead
420 S. Orange Ave., Suite 700
Orlando, FL 32801-4911

Aleia M. Hornsby, Thompson Hine LLP
3560 Lenox Road
Suite 1600
Atlanta, GA 30326-4274

Archaeological and Historical Cons
4800 SW 64th Ave., Ste 107
Fort Lauderdale, FL 33314-4438


ArcisCap-YJ Holding LLC
c/0 James Timko, Esq.
420 S. Orange Avenue, Suite 700
Orlando, FL 32801-4911

ArcisCap-YJ Holding LLC
c/o James Timko, Esq.
420 S. Orange Ave, Suite 700
Orlando, FL 32801-4911

Barwick Banking Company
1200 Plantation Drive S.
Suite 110
Saint Augustine, FL 32080


CP City Place Holdings, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

CP City Place Partners, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

CP City Place Partners, LLC
c/o Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street, Ste. 301
Tallahassee, FL 32301-7643


CP Holdings Consolidated VII, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

Capital One N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

Catalyst Income Fund 2022-1A, LLC
c/o Matthew B. Hale, Esq.
Stichter Riedel Blain & Postler, PA
110 E. Madison St., #200
Tampa, FL 33602-4718


Catalyst Income Fund 2022-A1,LLC
c/o Matthew B. Hale, Esquire
Stichter Riedel Blain & Postler, P.A.
110 E. Madison St., #200
Tampa, FL 33602-4718

Catalyst Synartis MF B Series Condo 3A-2023,
c/o Matthew B. Hale, Esq.
Stichter Riedel Blain & Postler, PA
110 E. Madison St., #200
Tampa, FL 33602-4718

Catalyst Synartis MF B Series Condo, LLC
c/o Matthew B. Hale, Esquire
Stichter Riedel Blain & Postler, P.A.
110 E. Madison St., #200
Tampa, FL 33602-4718


Catalyst Synartis MF B Series MF 2A-2022, LL
c/o Matthew B. Hale, Esq.
Stichter Riedel Blain & Postler, PA
110 E. Madison St., #200
Tampa, FL 33602-4718

Celebration Pointe Assoc., Inc.
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

Celebration Pointe CDD #1
Cobb Cole
One Daytona Boulevard, Suite 600
Daytona Beach, FL 32114-4346


Celebration Pointe CDD No. 1
3501 Quadrangle Blvd.
Suite 270
Orlando, FL 32817-8329

Celebration Pointe Community Development Dis
Cobb Cole
One Daytona Boulevard, Ste 600
Daytona Beach, FL 32114-4346

Celebration Pointe Office Partners II
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379


Celebration Pointe Office Partners III
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

Cobb Cole
231 North Woodland Blvd.
DeLand, FL 32720-4248

Cobb Cole
P.O. Box 2491
Daytona Beach, FL 32115-2491

Cupkovic Architecture, LLC
6060 Rockside Woods Blvd N
Suite 100
Independence, OH 44131-2381

EDA Consultants, Inc.
720 SW 2nd Ave.
South Tower, Ste 300
Gainesville, FL 32601-6271

Edward J. Peterson
Johnson Pope Bokor Ruppel & Burns, LLP
400 N. Ashley Drive, Suite 3100
Tampa, FL 33602-4337

England Thims & Miller, Inc.
14775 Old St Augustine Rd
Jacksonville, FL 32258-2463

Florida Credit Union
P.O. Box 5549
Gainesville, FL 32627-5549

Florida Credit Union
Post Office 5158
Gainesville, FL 32627

Florida Department of Transportation
@Rumberger Kirk
300 S Orange Avenue Suite 1400
Orlando, FL 32801-3380

Frankel Media Group LLC
c/o Noel Boeke, Holland & Knight LLP
100 N. Tampa Street, Suite 4100
Tampa FL 33602-3642

(p)FRANKEL MEDIA GROUP LLC
ATTN ATTN LILLIAN VARGAS
5001 CELEBRATION POINTE AVENUE
SUITE 520
GAINESVILLE FL 32608-5085

Frankel Media Group, LLC d/b/a Frankel
Noel Boeke, c/o Holland & Knight LLP
100 N. Tampa Street, Suite 4100
Tampa, FL 33602-3642

Freddie Wehbe
13284 SW 7th Ave.
Newberry, FL 32669-3345

Freddie Wehbe
Webb Marketing
1900 SW 34th Street, Suite 206
Gainesville, FL 32608-1271

GSE Engineering & Consulting, Inc.
5590 SW 64th Street
Ste B
Gainesville, FL 32608-9607

Gainesville PropCo LLC
c/o Leanne Prendergast
Pierson Ferdinand LLP
12620 Beach Blvd., Ste. 3 #126
Jacksonville, FL 32246-7130

Gainesville Regional Utilities
301 S.E. 4th Avenue
Gainesville, FL 32601-6857

Heather Dyrkolbotn
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

Holden, Roscow & Caedington PI
5608 NW 43rd Street
Gainesville, FL 32653-3332

Holden, Roscow & Caedington, PL
5608 NW 43rd Street
Gainesville, FL 32653-3332
,

IMG College, LLC
540N Trade Street
Winston-Salem, NC 27101-2915

Iceberg Real Estate Investments, LLC
c/o Zachary P. Hyman, Esq.
501 East Las Olas Blvd., Ste 200/314
Fort Lauderdale, FL 33301-2881

Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346

JON E. KANE
South Milhausen, P.A.
1000 Legion Place, Suite 1200
Orlando, Florida 32801-1005

James B. Euliano, Trustee
and Neil R. Euliano, Trustee
c/o Bradley M. Saxton
PO Box 880
Winter Park, FL 32790-0880

James B. Euliano, Trustee
and Neil R. Euliano, Trustee
c/o Lauren M. Reynolds
PO Box 880
Winter Park, FL 32790-0880

James Moore & Co.
5931 NW 1st Pl
Gainesville, FL 32607-2063

Johnson Controls Security Solutions
P.O. BOx 371967
Pittsburgh, PA 15250-7967

Jon Guven
J & R Gator Investments, LLC
1790 Mall of Georgia Blvd
Buford GA 30519-8705

Jon Guven
c/o Bloom Parham, LLP
977 Ponce de Leon Ave., NE
Atlanta, GA 30306-4265

Jon W. Pritchett
8601 SW 31st Ave.
Gainesville, FL 32608-2727

Lauren L. Stricker, Esq.
Shuker & Dorris, P.A.
121 S. Orange Ave., Ste. 1120
Orlando, FL 32801-3238

(p)TCM HALL SE FINANCE LLC
101 SE 2ND PLACE STE 117
GAINESVILLE FL 32601-6592

MILLENNIAL LAW, INC.
501 East Las Olas Blvd, Suite 200/314
Fort Lauderdale Fl 33301-2882

Mainstreet Comm. Bank of FL
204 S. Woodland Blvd.
Deland, FL 32720-5414

Mainstreet Community Bank
204 S. Woodland Blvd
Deland, FL 32720-5414

Mainstreet Community Bank of Florida
c/o Lowndes Law Firm
P.O. Box 2809
Orlando FL 32802-2809

McCarter & English, LLP
Attn: Inez M. Markovich, Esq.
1600 Market Street, Suite 3900
Philadelphia, PA 19103-7242

McRock, LLC
2970 SW 50th Terrace
Gainesville, FL 32608-5076

Michael A. Nardella, Esq.
Nardella & Nardella, PLLC
135 W Central Blvd.
Ste 300
Orlando, FL 32801-2435

PHG Gainesville CP, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

Patricia A. Shively
608 SW 97th Terrace
Gainesville, FL 32607-6309

Patricia A. Shively & Patricia Ann Shively T
Attn: Shane G. Ramsey
Nelson Mullins Riley & Scarborough LLP
1222 Demonbreun Street, Suite 1700
Nashville, TN 37203-3340

Patricia A. Shively & Patricia Ann Shively T
Edward J. Peterson, III
Johnson Pope Bokor Ruppel & Burns, LLP
400 N. Ashley Drive, Suite 3100
Tampa, FL 33602-4337

Patricia A. Shively (TRUST)
608 SW 97th Terrace
Gainesville, FL 32607-6309

Phillip W. Pritchett
1050 SE 6th Street
Lake Butler, FL 32054-2740

R. Scott Williams
2001 Park Place Suite 1300
Birmingham, AL 35203-2700

Renaissance Printing
PO Box 357186
Gainesville, FL 32635-7186

Rennia Aviation, LLC
4050 NE 45th Ave
Gainesville, FL 32609-1682

Richard S. Blaser
646 SW 133rd Way
Newberry, FL 32669-3339

Ryan Frankel
779 SW 136th Street
Newberry, FL 32669-3386

SDPS Real Eetate Investment III
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

SDPS Real Estate Investment V LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

SDPS Real Estate Investment VI, LLC
5001 Celebratoin Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

SDPS Real Estate Investment, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

SDPS Real Estate Investments III
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

SDPS Real Estate Investments IV, LLC
c/o Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street, Ste. 301
Tallahassee, FL 32301-7643

SDPS Real Estate Investments V, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

SDPS Real Estate Investments, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

SDPS Real Estate Investments, LLC
c/o Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street, Ste. 301
Tallahassee, FL 32301-7643

SHD Management, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

SHD Management, LLC
c/o Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street, Ste. 301
Tallahassee, FL 32301-7643

SHD-Celebration Pointe Holdings, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

Sharon T. Sperling
Attorney for Jon Guven
PO Box 358000
Gainesville FL 32635-8000

Site Solutions, LLC
3715 Northside Pkwy Northcreek 300
Suite 720
Atlanta, GA 30327-2812

Spurriers Gridiron Grille CP, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

State Board of Administration of Florida
P.O. Box 13300
Tallahassee, FL 32317-3300

Studio for Housing Design LLC
2951 Flowers Road, Suite 215
Atlanta, GA 30341-5533

Sunbelt Rentals Inc
Sunbelt Rentals
2015 Directors Row
Orlando, FL 32809-6231

Svein Dyrkolbotn
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

Svein Dyrkolbotn
c/o Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street, Ste. 301
Tallahassee, FL 32301-7643

Svein Dyrkolbotn
c/o Michael J. Niles, Esq.
Berger Singerman LLP
313 North Monroe Street, Ste. 301
Tallahassee, FL 32301-7643

Svein H. Dyrkolbotn
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

Synartis Capital Management, LLC
c/o Matthew B. Hale, Esquire
Stichter Riedel Blain & Postler, P.A.
110 E. Madison St., #200
Tampa, FL 33602-4718

Synartis Income Fund, LLC and
Catalyst Synartis CP Master 4A-2023, LLC
c/o Matthew B. Hale, Esq.
110 E. Madison St., #200
Tampa, FL 33602-4718

The Shops at Celebration Pointe, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

The Vue at Celebration Pointe, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

The Zall Company, LLC
2946 Larimer Street
Denver, CO 80205-2309

U.S. Bank Trust Company, N.A., as Indenture
GREENBERG TRAURIG, LLP
c/o John D. Elrod
3333 Piedmont Road, NE, Suite 2500
Atlanta, GA 30305-1780

U.S. Bank Trust Company, N.A., as Indenture
GREENBERG TRAURIG, LLP, c/o John D. Elro
3333 Piedmont Road, NE, Suite 2500
Atlanta, GA 30305-1780

U.S. Bank, N.A., as Indenture Trustee
c/o Greenberg Traurig, LLP
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305-1780
Attn.: John D. Elrod

United States Trustee
110 E. Park Avenue
 Suite 128
Tallahassee, FL 32301-7728

Viking Companies, LLC
2579 SW 87th Dr
Gainesville, FL 32608-9340

Viking Companies, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

Viking Companies, LLC
c/o Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street, Ste. 301
Tallahassee, FL 32301-7643

Viking Construction Company
5001 Celebration Pointe Ave, Ste 180
Gainesville, FL 32608-5379

Viking Construction Company of Florida, LLC
c/o Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street, Ste. 301
Tallahassee, FL 32301-7643

Viking Property Management LLC
c/o Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street, Ste. 301
Tallahassee, FL 32301-7643

Vue-F, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

(p)VYSTAR CREDIT UNION
PO BOX 45085
JACKSONVILLE FL 32232-5085

Vystar Credit Union
c/o J. Ellsworth Summers, Jr., Esq.
Burr & Forman LLP
50 N. Laura Street, Suite 3000
Jacksonville, FL 32202-3658

c/o Liebler Gonzalez & Portuondo
44 West Flagler Street, 24th Floor
Miami, FL 33130-6808

Jan Albanese Carpenter
Latham, Luna, Eden & Beaudine LLP
201 S. Orange Ave., Ste. 1400
Orlando, FL 32801-3483

John C. Vanduzer
James Moore & Co., P.L.
5931 NW 1st Place
Gainesville, FL 32607-2063

Lauren Stricker
Shuker & Dorris P.A.
121 South Orange Avenue
Ste 1120
Orlando, FL 32801-3238

Robert Scott Shuker
Shuker & Dorris, PA
121 S Orange Avenue
Suite 1120
Orlando, FL 32801-3238

Tamara Robbins
PO Box 2317
Alachua, FL 32616-2317

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Alachua County Tax Collector
12 SE 1st Street
Gainesville, FL 32601

(d)Alachua County Tax Collector
12 SE 1st Street
Gainesville, FL 32601

Frankel Media Group, LLC
5001 Celebration Pointe Ave
Suite 520
Gainesville, FL 32608

Linda McGurn
101 SE 2nd Place, Ste 117
Gainesville, FL 32601

Vystar Credit Union
P.O. Box 45085
Jacksonville, FL 32232-5085

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Birge & Held Asset Management, LLC

(u)Catalyst Income Fund 2022-A1, LLC

(u)Catalyst Synartis CP Master 4A-2023, LLC

(u)Catalyst Synartis MF B Series Condo, LLC

(u)Catalyst Synartis MF B Series MF 2A-2022,

(u)Kenneth R. McGurn and Linda C. McGurn

(u)MAINSTREET BANK

(u)New City Place, LLC

(u)Synartis Capital Management, LLC

(u)Synartis Income Fund, LLC

(d)Arcis Real Estate Secured Fund II L.P.
135 West 41 Street
New York, NY 10036-7303

(d)ArcisCap-YJ Holding LLC
c/o James Timko, Esq.
420 S. Orange Avenue, Suite 700
Orlando, FL 32801-4911

(u)Celebration Point Community Development Di

(d)Celebration Pointe Holdings II, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

(d)Florida Department of Transportation
@Rumberger Kirk
300 S Orange Avenue Suite 1400
Orlando, FL 32801-3380

(d)Patricia A. Shively, TRUST
608 SW 97th Terrace
Gainesville, FL 32607-6309

(d)SHD-Celebration Pointe, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

(d)Jon Guven
J & R Gator Investments, LLC
1790 Mall of Georgia Blvd
Buford, GA 30519-8705

(d)Patricia A. Shively
608 SW 97th Terrace
Gainesville, FL 32607-6309

(u)Svein Dyrkolbotn

(u)Troy Taylor

End of Label Matrix
Mailable recipients   154
Bypassed recipients    21
Total                 175