## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION
www.flnb.uscourts.gov

In re:

| | |
|---|---|
| **CELEBRATION POINTE HOLDINGS, LLC,** | Case No. 24-10056-KKS |
| **CELEBRATION POINTE HOLDINGS II, LLC,** | Case No. 24-10057-KKS |
| **SHD-CELEBRATION POINTE, LLC,** | Case No. 24-10058-KKS |
| | Chapter 11 |
| **Debtors.** / | Joint Administration under Case No. 24-10056-KKS |

## U.S. BANK TRUST COMPANY NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE'S WITNESS LIST FOR EVIDENTIARY HEARING SCHEDULED FOR MARCH 10, 2026 AT 1:00 P.M.

U.S. Bank Trust Company National Association, as Indenture Trustee (the "Indenture Trustee") hereby identifies the following witness who the Indenture Trustee may call to testify at the evidentiary hearing scheduled for March 10, 2026 at 1:00 p.m.:

1. Troy Taylor
   c/o R. Scott Shuker, Esq.
   Shuker & Dorris, P.A.
   121 S. Orange Avenue, Suite 1120
   Orlando, FL 32801
   Tel.: (407) 337-2060
   Email: rshuker@shukerdorris.com

2. Any witness designated or called by any other party.

3. Any rebuttal or impeachment witnesses, as necessary.

### Reservation of Rights

The Indenture Trustee reserves the right to amend or supplement this witness list in the event additional witnesses become known prior to trial or any witnesses have been inadvertently omitted.

1

Dated:  March 3, 2026

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

/s/ *John D. Elrod*
John D. Elrod (Fla. Bar No. 0615013)
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Telephone: 678-553-2259
Facsimile:  678-553-2269
Email: elrodj@gtlaw.com

*Counsel for U.S. Bank Trust Company,*
*National Association, as Indenture Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2026, I served or caused to be served the foregoing pleading by CM/ECF upon those parties registered to receive such electronic notifications in this case.

*/s/ John D. Elrod*
John D. Elrod

ACTIVE 720048430v1