**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**
**www.flnb.uscourts.gov**

In re:

| | |
|---|---|
| **CELEBRATION POINTE HOLDINGS, LLC** | **Case No. 24-10056-KKS** |
| **CELEBRATION POINTE HOLDINGS II, LLC** | **Case No. 24-10057-KKS** |
| **SHD-CELEBRATION POINTE, LLC** | **Case No. 24-10058-KKS** |
| | **Chapter 11** |
| **Debtors.** | *Joint Administration under Case No. 24-10056-KKS* |

_____ /

**DEBTORS' FOURTH MOTION FOR FINAL ORDER**
**AUTHORIZING DEBTORS TO OBTAIN POST-PETITION FINANCING**

---

**FINAL HEARING REQUESTED**

**Debtors respectfully request that the Court set this Motion for a final hearing on June 10, 2026, at 1:30 p.m. (Eastern Time), in conjunction with other hearings already scheduled in these Chapter 11 Cases.**

---

CELEBRATION POINTE HOLDINGS, LLC; CELEBRATION POINTE HOLDINGS II, LLC; and SHD-CELEBRATION POINTE, LLC, debtors and debtors in possession (the "Debtors"), by and through their undersigned counsel, hereby file this *Fourth Motion for Final Order Authorizing Debtors to Obtain Post-Petition Financing* (the "Fourth DIP Motion") and respectfully request

1

that this Court: (a) set this motion for a final hearing on June 10, 2026, at 1:30 p.m.; and (b) enter a final order *inter alia*:

A.      Authorizing the Debtors to borrow up to an aggregate principal amount of $1,500,000 on an unsecured basis (the "Fourth DIP Facility") from Patricia Shively (the "DIP Lender"),[1] substantially in accordance with the terms of this Fourth DIP Motion and the proposed 13-Week Cash Budget attached as **Exhibit A** (the "Budget").

B.      Authorizing the Debtors to execute, if requested, Debtor-in-Possession Promissory Note, Escrow Agreement, and such other documents, instruments and agreements as may be required by DIP Lender, in form and substance acceptable to the DIP Lender and the Debtors (collectively, the "Fourth DIP Loan Documents"), which are substantially similar in form to the DIP loan documents previously approved by the Court.[2]

C.      Authorizing the Debtors to perform all such other and further acts as may be necessary or appropriate in connection with the terms set forth in this Fourth DIP Motion and the Fourth DIP Loan Documents;

---

[1] The DIP Lender is an insider of the Debtor, with the DIP Lender owning forty (40%) percent of the equity in the Debtor.

[2] *See* ECF No. 391 at Exhibits 1 and 2 (Form DIP Note and Escrow Agreement attached to the Court's *Interim Order Granting, in Part, Debtors' Emergency Motion for Interim and Final Order Authorizing Debtors to Obtain Post-Petition Financing*).

2

D.      Authorizing the Debtors, under Section 364 of the Bankruptcy Code,[3] to obtain post-petition financing and incur post-petition indebtedness under the DIP Facility, which financing and indebtedness due and owing by the Debtor to the DIP Lender shall be unsecured and entitled to an allowed administrative expense claim pursuant to Sections 364(b), 503(b), and 507(a)(2) of the Bankruptcy Code;

E.      Modifying and, to the extent necessary, lifting the automatic stay imposed by Section 362 of the Bankruptcy Code to permit the DIP Lender and the Debtors to implement the terms of this Motion, the Fourth DIP Loan Documents, and the final order granting this Motion and approving the Fourth DIP Facility; and

F.      Granting the Debtors such other and further relief as the Court deems necessary, appropriate, equitable, proper, and consistent with the terms of this Motion.

## I.      <u>JURISDICTION AND VENUE</u>

1.      This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. The subject matter of this Motion is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

---

[3] All references herein to the "Bankruptcy Code" are to the applicable section of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.*

2.     The statutory predicates for the relief requested herein include Sections 105, 361, 362, 363, 364, 507, and 545 of the Bankruptcy Code and Rule 4001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

## II.     PERTINENT PROCEDURAL BACKGROUND

3.     On March 14, 2024 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

4.     The Debtors' above-captioned Chapter 11 Cases are being jointly administered for procedural purposes and *In re: Celebration Pointe Holdings, LLC* (Case No: 24-10056-KKS) is designated as the "Lead Case." (*See* Order at ECF No. 17).

5.     No trustee or examiner has been appointed in this Case. The Debtors continue to operate their businesses in this Case as debtors in possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

6.     For more information on the Debtors and the reasons for the bankruptcy filing, please see the Debtors' Joint Case Management Summary (ECF No. 47).

### A.  Appointment of the Chief Restructuring Officer (CRO)

7.     On August 7, 2025, the Debtors filed an *Amended Emergency Application to Employ Troy Taylor as Chief Restructuring Officer* (the "CRO Employment Application," ECF No. 370).

4

8.    An evidentiary hearing on the CRO Employment Application was held on August 18, 2025. Thereafter, the Court entered an interim order approving the CRO Application (ECF No. 387).

9.    A final order approving the CRO Application was entered on September 17, 2025, thereby authorizing the Debtors to employ Algon Capital, LLC d/b/a Algon Group and designate Troy Taylor of Algon as their certified Chief Restructuring Officer (CRO) in these Chapter 11 Cases (ECF No. 407, as later clarified by ECF No. 454).

**B.  The First DIP Motion**

10.    On July 29, 2024, the Debtors filed a *Motion for Final Order Authorizing the Debtor to Obtain Post-Petition Financing and Grant Liens* (ECF No. 139, the "Withdrawn DIP Motion"), which was withdrawn on August 19, 2024 (ECF No. 154).

11.    On August 6, 2025, the Debtors filed an *Emergency Motion for Interim and Final Order Authorizing Debtors to Obtain Post-Petition Financing* (ECF No. 361, the "First DIP Motion") seeking debtor-in-possession (DIP) financing in the aggregate sum of $1,725,000 (the "First DIP Facility") from the DIP Lender.

12.    An interim order approving, in part, the First DIP Motion was entered on August 28, 2025 (ECF No. 391, the "First Interim DIP Order").

13. On September 17, 2025, the Court entered a final order on the First DIP Motion, which approved funding through November 17, 2025 (ECF No. 406, the "First DIP Order").

### C. The Second DIP Motion

14. On November 25, 2025, the Debtors filed a *Second Motion for Interim and Final Order Authorizing Debtors to Obtain Post-Petition Financing* (ECF No. 425, the "Second DIP Motion") seeking debtor-in-finance (DIP) financing in the aggregate sum of $1,995,202 (the "Second DIP Facility") from the DIP Lender.

15. Following a final hearing, the Court entered a final order approving the Second DIP Motion (ECF No. 445, the "Second DIP Order"), which authorized DIP financing through February 15, 2026.

### D. The Third DIP Motion

16. On February 17, 2026, the Debtors filed a *Third Motion for Final Order Authorizing Debtors to Obtain Post-Petition Financing* (ECF No. 478, the "Third DIP Motion") seeking debtor-in-finance (DIP) financing in the aggregate sum of $2,295,857 (the "Third DIP Facility") from the DIP Lender.

17. Following a final hearing, the Court entered a final order approving the Third DIP Motion (ECF No. 531, the "Third DIP Order"), which authorized DIP financing through May 17, 2026.

18.    As of May 13, 2026, approximately \$824,957 remains and is available under the Third DIP Facility (the "DIP Rollover"). The Debtors seek authority to utilize the DIP Rollover together with the Fourth DIP Facility requested in this Motion.

## III.    THE FOURTH DIP FACILITY

### A.  Proposed Use of Funds from the Fourth DIP Facility

19.    The Debtors have traditionally borrowed funds from the DIP Lender in the ordinary course of business.

20.    The Debtors are requesting another 90-day period to finalize a plan of reorganization and will use the proposed Fourth DIP Facility to fund operating expenses incurred by the Debtors and the special purpose entities ("SPEs") owned by the Debtors, during such period, as set forth on the Budget attached as **Exhibit A**.

21.    The proposed Fourth DIP Facility will enable the Debtors to pay ongoing operating expenses and take the required actions set forth above which are necessary to maintain and improve the value of the Debtors' assets while the CRO finalizes negotiations for an exit plan. The Debtors cannot take the actions described above without the Fourth DIP Facility. If the Debtors do not take the actions described above, the value of their ongoing concern and their assets will not be maintained and will diminish substantially.

## B.   Terms of the Fourth DIP Facility

22.   The Debtors and the DIP Lender acknowledge and agree that the Debtors need DIP financing.

23.   The Debtors conducted arm's length, good faith negotiations with the DIP Lender. Exercising sound business judgment, the Debtors determined that the proposal for DIP financing advanced by the DIP Lender was the most favorable under the circumstances, could be documented and accessed quickly, and adequately addressed the Debtors' reasonably foreseeable liquidity needs while maximizing the value of the Debtors' assets and estates. Following discussions with the DIP Lender, the Debtors were able to secure a commitment for the Fourth DIP Facility.

24.   The principal features of the Fourth DIP Facility are as follows:

    a.   Amount of Fourth DIP Facility. The Fourth DIP Facility will be in the maximum principal amount of up to **$1,500,000**, plus the DIP Rollover comprised of the funds remaining and available at the expiration of the Third DIP Facility period on May 17, 2026, in the estimated amount of **$824,957**, for a total amount of **$2,324,957** (the "DIP Commitment"), which shall be provided as a line of credit to be used by the Debtors as necessary, subject to the Budget attached as **Exhibit A** and the oversight of the CRO.

    b.   Liens & Repayment Priority. The Fourth DIP Facility shall be unsecured and entitled to an allowed administrative expense claim pursuant to Sections 364(b), 503(b), and 507(a)(2) of the Bankruptcy Code, with priority consistent with the administrative expense priority granted under the prior DIP Orders.

c. <u>Overview and Use of Funds</u>. The Fourth DIP Facility shall be made available to the Debtors in the aggregate amount of the DIP Commitment for the following use and expenditures: (i) professional fees and expenses of the Debtors; (ii) operating expenses of the Debtors and SPEs; (iii) fees and expenses of the CRO; and (iv) other agreed-on uses approved by the CRO.

d. <u>DIP Budget and Variances</u>. The Budget attached as **Exhibit A** sets forth the details for the use of the Fourth DIP Facility for the 13-Week period beginning on May 18, 2026 through August 16, 2026. The following variances to the Budget are allowed at the discretion of the CRO: (i) preapproval to move funds within 15% from one category to another within the Budget; and (ii) no limits on monthly payment changes provided that such total is below Budget. All Budget variances shall remain subject to the oversight of the CRO and the CRO's fiduciary duties.

e. <u>Conditions Precedent to DIP Draw</u>. The DIP Lender will make available the Fourth DIP Facility upon the entry of a final order (the "Final DIP Order"), which order shall be effective immediately and not subject to any stay. A Proposed Final DIP Order is attached as **Exhibit B**.

f. <u>Interest; Default Interest</u>. The outstanding principal amount of the Fourth DIP Facility shall <u>not</u> accrue interest from the Effective Date. While an event of default has occurred and is continuing, such amounts shall accrue interest at the rate of ten percent (10%) per annum. No payment shall be required until the Maturity Date.

g. <u>Prepayments</u>. The Fourth DIP Facility may be prepaid, in whole or in part, without penalty.

h. <u>Maturity Date</u>. The Fourth DIP Facility shall mature and shall be due and payable, upon the earliest (the "Maturity Date") of: (i) one hundred and eighty (180) days after the entry of the Final DIP Order; or (ii) acceleration of the Fourth DIP Facility following an event of default.

9

i. <u>Events of Default</u>. Conversion of the Chapter 11 Cases to Chapter 7, dismissal of the Chapter 11 Cases, appointment of a Chapter 11 trustee, resignation or termination of the CRO, or failure to pay the Fourth DIP Facility upon the Maturity Date. In the event of a conversion to Chapter 7 or dismissal, any remaining funds under the Fourth DIP Facility shall be returned to DIP Lender without further Order and shall not constitute property of the Chapter 7 estates.

j. <u>DIP Loan Documents</u>. If requested by the DIP Lender, the Debtors are authorized to execute a Debtor-in-Possession Promissory Note, Escrow Agreement, and any other documents, instruments, or agreements required by the DIP Lender in connection with the Fourth DIP Facility (collectively, the "Fourth DIP Loan Documents"), in form and substance acceptable to the DIP Lender and the Debtors, and which are substantially similar in form to the DIP loan documents previously approved by the Court.[4]

k. Debtors have agreed that, after DIP Lender advances the first installment of the Fourth DIP Facility in the amount of $375,000, DIP Lender has until June 15, 2026 to revoke its agreement to extend the remaining balance of this Fourth Interim DIP Loan. To that end, if DIP Lender determines, in her sole discretion, that she no longer supports Debtor's plan of reorganization, DIP Lender may revoke its commitment on the Fourth Interim DIP Loan and no additional funds need be advanced. If such an election is made, Debtors will file a notice with the Court.

## IV.    **RELIEF REQUESTED AND GROUNDS FOR RELIEF**

25.    The Debtors submit that entering into the Fourth DIP Facility is in the best interests of the Debtors, their estates, and creditors as the Fourth DIP Facility

---

[4] *See* ECF No. 391 at Exhibits 1 and 2 (Form DIP Note and Escrow Agreement attached to the Court's *Interim Order Granting, in Part, Debtors' Emergency Motion for Interim and Final Order Authorizing Debtors to Obtain Post-Petition Financing*).

provides critical funding for the CRO and Debtors to continue negotiations and exit these Chapter 11 Cases.

26. Through this Motion Debtors request authority, pursuant to Section 364(b) of the Bankruptcy Code and Bankruptcy Rules 4001 and 9014, to obtain post-petition loans, advances and other financial accommodations from the DIP Lender under a line of credit in the amount of $1,500,000, plus the DIP Rollover comprised of the funds remaining at the expiration of the Fourth DIP Facility period on May 13, 2026, in the estimated amount of $824,957, for a total amount up to $2,324,957.

27. If requested by the DIP Lender, the Debtors further request authority to enter into the Fourth DIP Loan Documents with the DIP Lender.

28. The Debtors believe that the financing described herein is in its best interest and the best interest of their creditors and their estates. The Debtors' access to the financing described herein will maximize their ability to fund expenses.

29. The Debtors are presently unable to obtain, in the ordinary course of business or otherwise:

    a. pursuant to Section 364(b) of the Bankruptcy Code, unsecured credit (including, without limitation, unsecured trade credit) allowable under Section 503(b)(1) of the Bankruptcy Code as an administrative expense;

    b. pursuant to Section 364(c)(1) of the Bankruptcy Code, unsecured credit (including, without limitation, unsecured trade credit) with priority over any or all administrative expenses of the kind specified in Section 503(b) or 507(b) of the Bankruptcy Code;

c. pursuant to Section 364(c)(2) of the Bankruptcy Code, credit secured by a lien on property of the estate that is not otherwise subject to a lien;

d. pursuant to Section 364(c)(3) of the Bankruptcy Code, credit secured by a junior lien on property of the estate that is subject to a lien; or

e. credit on any basis other than that described in the Motion.

30.    After considering all the alternatives, the Debtors have concluded, in exercising their business judgment, that the financing to be provided under the terms of this Fourth DIP Motion is in the best interests of the Debtors, their creditors, and other parties in interest.

31.    As set forth in this Fourth DIP Motion, the DIP Lender and the Debtors have negotiated the terms and conditions of the Fourth DIP Facility in good faith and at arm's-length, and the terms and conditions of the Fourth DIP Loan Documents are fair and reasonable and supported by reasonably equivalent value. The Debtors request that this Court find that any credit extended by the DIP Lender pursuant to the terms set forth in this Fourth DIP Motion and the Fourth DIP Loan Documents will have been extended in "good faith" (as that term is used in Section 364(e) of the Bankruptcy Code). Accordingly, the DIP Lender is entitled to the protections of Section 364(e) of the Bankruptcy Code.

## V.   NOTICE AND FINAL HEARING

32.    No trustee or examiner has been appointed in these Chapter 11 Cases, and no official committee of unsecured creditors or equity security holders has been appointed pursuant to Section 1102 of the Bankruptcy Code. Notice of this Motion has been provided by the Court's CM/ECF system to the Office of the United States Trustee and all parties in interest receiving electronic notice, and by first-class U.S. Mail, postage prepaid, to all creditors and parties in interest on the Court's mailing matrix, the CRO, and the parties listed on the attached Certificate of Service. The Debtors submit that such notice is adequate and sufficient under the circumstances and complies with the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

33.    The Debtors respectfully request that this Motion be set for a final hearing on June 10, 2026, at 1:30 p.m. (Eastern Time), in conjunction with the hearing already scheduled in these Chapter 11 Cases.

## VI.   WAIVER OF STAY; IMMEDIATE EFFECTIVENESS OF ORDER

34.    The Debtors request that the Court waive any stay of the effectiveness of the order approving this Fourth DIP Motion, including any stay imposed by Bankruptcy Rule 6004(h), as immediate effectiveness is necessary to permit prompt access to critical post-petition financing, and any delay would cause immediate and irreparable harm.

**WHEREFORE**, the Debtors respectfully request that this Court (i) set this Fourth DIP Motion for hearing on June 10, 2026, at 1:00 p.m. (Eastern Time); (ii) enter a final order, substantially similar in form to **Exhibit B**, authorizing the Debtors to obtain post-petition financing pursuant to 11 U.S.C. § 364(b) on the terms and conditions set forth herein and in the Fourth DIP Loan Documents; (iii) waive any stay of the effectiveness of such order, including under Bankruptcy Rule 6004(h), and permit the order to be effective and enforceable immediately upon entry; and (iv) grant such other and further relief as the Court deems just and proper.

**RESPECTFULLY SUBMITTED** this 13th day of May 2026.

/s/ R. Scott Shuker
R. Scott Shuker, Esq.
Florida Bar No. 984469
rshuker@shukerdorris.com
**SHUKER & DORRIS, P.A.**
121 S. Orange Ave., Suite 1120
Orlando, Florida 32801
Tel: (407) 337-2060
*Attorneys for Debtors*

14

## <u>CERTIFICATE OF SERVICE</u>

☒ **Served via Notice of Electronic Filing (NEF):** The undersigned verifies that the **DEBTORS' FOURTH MOTION FOR FINAL ORDER AUTHORIZING DEBTORS TO OBTAIN POST-PETITION FINANCING** was served via NEF on <u>May 13, 2026,</u> to the below-listed person(s) and entities:

- Noel R. Boeke on behalf of Creditor Frankel Media Group LLC noel.boeke@hklaw.com, danielle.decker@hklaw.com; hapi@hklaw.com
- John Blair Boyd on behalf of Creditor Florida Credit Union bk@svllaw.com, blairb@svllaw.com
- Scott Wallace Cichon on behalf of Creditor Celebration Pointe Community Development District #1 Scott.Cichon@CobbCole.com, Bonnie.Rubino@CobbCole.com
- John D. Elrod on behalf of Creditor U.S. Bank, N.A., as Indenture Trustee elrodj@gtlaw.com, fieldss@gtlaw.com
- Lara Roeske Fernandez on behalf of Interested Party Kenneth R. McGurn and Linda C. McGurn lfernandez@trenam.com, mwoods@trenam.com; mmosbach@trenam.com mspivak@trenam.com; lfernandez@ecf.courtdrive.com; mwoods@ecf.courtdrive.com; mmosbach@ecf.courtdrive.com
- Daniel Raymond Fogarty on behalf of Creditor Catalyst Income Fund 2022-A1, LLC dfogarty.ecf@srbp.com
- Michael C. Foster michael@youngfoster.com
- Matthew Blake Hale on behalf of Creditor Catalyst Income Fund 2022-A1, LLC mhale.ecf@srbp.com
- Kenneth D. Herron, Jr on behalf of Interested Party Svein Dyrkolbotn chip@herronhilllaw.com
- Suzanne Hill on behalf of Creditor Florida Department of Transportation shill@rumberger.com, shillsecy@rumberger.com; and docketingorlando@rumberger.com
- Zachary P Hyman on behalf of Creditor ICEBERG CAPITAL PARTNERS, III, LLC zach@millenniallaw.com, assistant@millenniallaw.com jessica@millenniallaw.com; 4619041420@filings.docketbird.com
- Jason Zachary Jones jjones@joneslawpa.com
- Inez M Markovich on behalf of Creditor PFM Financial Advisors LLC imarkovich@mccarter.com

- Paul Nicholas Mascia on behalf of Creditor Arcis Real Estate Secured Fund II, L.P.
  pmascia@nardellalaw.com
- Conor McLaughlin on behalf of U.S. Trustee United States Trustee
  conor.mclaughlin@usdoj.gov
- Jose Moreno on behalf of Creditor EDA Consultants Inc
  jimoreno@bellsouth.net, ruizcalderondr64903@notify.bestcase.com
- Michael Anthony Nardella on behalf of Creditor Arcis Real Estate Secured Fund II, L.P.
  mnardella@nardellalaw.com, klynch@nardellalaw.com; msayne@nardellalaw.com
- David E. Peterson on behalf of Creditor MAINSTREET BANK
  david.peterson@lowndes-law.com
- Charles A. Postler on behalf of Creditor Catalyst Income Fund 2022-A1, LLC
  cpostler.ecf@srbp.com, cpostler@srbp.com
- Leanne McKnight Prendergast on behalf of Creditor Gainesville PropCo, LLC
  leanne.prendergast@pierferd.com, tcopeland@smithhulsey.com
- Michael Stephen Provenzale on behalf of Creditor MAINSTREET BANK
  michael.provenzale@lowndes-law.com, anne.fisher@lowndes-law.com; litcontrol@lowndes-law.com
- Nicholas V. Pulignano, Jr on behalf of Interested Party Alachua County Tax Collector nvp@marksgray.com
- Shane Gibson Ramsey on behalf of Interested Party Patricia A. Shively
  shane.ramsey@nelsonmullins.com, linnea.hann@nelsonmullins.com; jada.predergast@nelsonmullins.com
- Lauren Marie Reynolds on behalf of Creditor James B. Euliano, Trustee, and Neil R. Euliano, Trustee
  lreynolds@whww.com, scolgan@whww.com; mbretana@whww.com; mbretana@ecf.courtdrive.com
- Bradley M. Saxton on behalf of Creditor James B. Euliano, Trustee, and Neil R. Euliano, Trustee
  bsaxton@whww.com, scolgan@whww.com; mbretana@whww.com; and mbretana@ecf.courtdrive.com
- Steven Jon Solomon on behalf of Interested Party Birge & Held Asset Management, LLC
  steven.solomon@gray-robinson.com, Ana.Marmanillo@gray-robinson.com; Jodi.Payne@gray-robinson.com

16

- Sharon T. Sperling on behalf of Creditor Jon Guven
  sharon@sharonsperling.com, share.sharonsperling@gmail.com;
  info@sharonsperling.com; and 6702@notices.nextchapterbk.com
- Mark E Steiner on behalf of Interested Party TRUIST BANK
  MES@lgplaw.com, pm@lgplaw.com
- Jesse Ellsworth Summers, Jr on behalf of Creditor Vystar Credit Union
  esummers@burr.com, sguest@burr.com
- James Timko on behalf of Creditor ARCISCAP CELEBRATION POINTE
  INVESTMENT (B.V.I.) LIMITED
  jtimko@deanmead.com, mgodek@deanmead.com
- Dylan Trache on behalf of Interested Party Patricia A. Shively
  dylan.trache@nelsonmullins.com
- United States Trustee
  USTPRegion21.TL.ECF@usdoj.gov
- Jeffrey Wayne Warren on behalf of Interested Party Millennium Bank
  jwarren@bushross.com, bankruptcy.eservice@bushross.com
  jwarren@ecf.courtdrive.com
- Richard Scott Williams on behalf of Creditor Florida Department of
  Transportation
  swilliams@rumberger.com
- David C Willis on behalf of Creditor Florid a Department of Transportation
  dwillis@rumberger.com, dwillissecy@rumberger.com
  docketingorlando@rumberger.com
- Jan A. Carpenter, as Special Counsel for the Debtors
  JCarpenter@lathamluna.com and SMyers@LathamLuna.com

☒ Additionally, a true and correct copy of the foregoing has been served by U.S. Mail on May 13, 2026, the undersigned served the person(s) and/or entities listed below via first class mail, postage prepaid, at the addresses listed below and/or on the attached mailing matrix obtained from the Court's case management system:

| All creditors and parties in interest on the attached matrix. | Tamara Robbins<br>PO Box 2317<br>Alachua, FL 32616 |
|---|---|
| John C. Vanduzer<br>James Moore & Co., P.L.<br>5931 NW 1st Place<br>Gainesville, FL 32607-2063 | Royal Oaks of Gainesville, LLC<br>2210 NW 2nd Ave.<br>Gainesville, FL 32603 |

| | |
|---|---|
| State of Florida Auditor General<br>Local Government Audits/342<br>111 West Madison Street, Room 401<br>Tallahassee, FL 32399-1450 | US Attorney's Office for the Northern<br>District of Florida<br>111 N. Adams Street, Fourth Floor<br>Tallahassee, FL 32301 |
| Florida Department of Transportation<br>Office of Comptroller, MS 24<br>605 Suwanee Street<br>Tallahassee, FL 32399-0405 | SIB Program Manager<br>Florida Department of Transportation<br>Office of Comp. – Project Finance<br>605 Suwanee Street. MS #10<br>Tallahassee, FL 32399-0405 |
| Latham, Luna, Eden & Beaudine<br>c/o Jan Carpenter, Esq.<br>201 S. Orange Ave., Ste. 1400<br>Orlando, FL 32801 | CRO Troy Taylor<br>Algon Group,<br>2457 Collins Ave., PH2<br>Miami Beach, FL 33140<br>(troy@algongroup.com) |

I declare under penalty of perjury that the foregoing is true and correct.

/s/ R. Scott Shuker
R. Scott Shuker, Esq.

18

Label Matrix for local noticing
1129-1
Case 24-10056-KKS
Northern District of Florida
Gainesville
Wed May 13 16:18:16 EDT 2026

ARCISCAP CELEBRATION POINTE INVESTMENT (B.V.
c/o James A. Timko, Esq.
Dean Mead Law Firm
420 S. Orange Ave., Ste. 700
Orlando, FL 32801-4911

Ad Hoc Member Committee of GNV RE CP FUND, L
Young Foster PLLC
2400 E Commercial Blvd
Suite 723
Fort Lauderdale, FL 33308-4052

(p)ALACHUA COUNTY TAX COLLECTOR
ATTN MISTY BLACKFORD
12 SE 1ST STREET
GAINESVILLE FL 32601-6882

Arcis Real Estate Secured Fund II, L.P.
135 West 41 Street
New York, NY 10036-7303

Celebration Pointe Community Development Dis
One Daytona Boulevard
Suite 600
Daytona Beach, FL 32114-1217

Celebration Pointe Holdings II, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

Celebration Pointe Holdings, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

DLP Bank, fka Community State Bank
c/o The Liles Firm, P.A.
50 N Laura St., Ste. 1200
Jacksonville, FL 32202-3670

EDA Consultants Inc
c/o: Jose I Moreno PA
240 NW 76TH DRIVE
SUITE D
Gainesville, FL 32607-6656

Florida Credit Union
c/o J. Blair Boyd
Post Office Box 3637
Tallahassee, FL 32315-3637

Florida Department of Transportation
c/o Rumberger, Kirk & Caldwell, P.A.
300 S Orange Ave.
Suite 1400
Orlando, FL 32801-3380

Frankel Media Group LLC
c/o Noel Boeke, Esq.
Holland & Knight LLP
100 N. Tampa Street, Suite 4100
Tampa, FL 33602-3644

Gainesville PropCo, LLC
c/o Leanne Prendergast
Pierson Ferdinand LP
12620 Beach Blvd., Ste. 3 #126
Jacksonville, FL 32246-7130

ICEBERG CAPITAL PARTNERS, III, LLC
501 E. Las Olas Blvd Ste 200/308
Fort Lauderdale, FL 33301-2881

ICEBERG REAL ESTATE INVESTMENTS, LLC
501 E. Las Olas Blvd Ste 200/308
Fort Lauderdale, FL 33301-2881

James B. Euliano, Trustee, and Neil R. Eulia
c/o Lauren M. Reynolds
PO Box 880
Winter Park, FL 32790-0880

Millennium Bank
Bush Ross, P.A.
P.O. Box 3913
Tampa, FL 33601-3913

Nelson Mullins Riley & Scarborough LLP
Attn: Dylan Trache
901 15th Street NW
Suite 1200
Washington, DC 20005-2344

PFM Financial Advisors LLC
c/o McCarter & English, LLP
Attn: Inez M. Markovich
1600 Market Street
Suite 3900
Philadelphia, PA 19103-7242

PHG Gainesville CP, LLC
c/o Lisa Wolgast
3340 Peachtree Rd NE, Suite 2900
Atlanta, GA 30326-1092

Royal Oaks of Gainesville, LLC
2210 NW 2nd Ave.
Gainesville, FL 32603-1405

SHD-Celebration Pointe, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

TRUIST BANK
c/o Liebler Gonzalez & Portuondo
44 West Flagler Street
25th Floor
Miami, FL 33130-1808

U.S. Bank, N.A., as Indenture Trustee
Greenberg Traurig, LLP
c/o John D. Elrod
3333 Piedmont Road NE
Suite 2500
Atlanta, GA 30305-1780

Vystar Credit Union
c/o J. Ellsworth Summers, Jr., Esq.
Burr & Forman LLP
50 North Laura Street, Suite 3000
Jacksonville, FL 32202-3658

*Arcis Capital Advisors II
135 West 41 Street
New York, NY 10036-7303

*ArcisCap-Celebration Pointe
Investment LLC
4503 Michigan Trail
Kewadin, MI 49648-9301

*Capital One
Attn: General Correspondence
P.O. Box 30285
Salt Lake City, UT 84130-0285

*Catalyst Income Fund 2022-A1, LLC
11720 Amberpark Drive
Suite 160
Alpharetta, GA 30009-2271

*Catalyst Synartis MF B Series Condo
11720 Amberpark Drive
Suite 160
Alpharetta, GA 30009-2271

*Celebration Pointe Capital, LLC
100 Main Steet SW
Suite 323
Gainesville, GA 30501-3706

*GNV RE CP Fund, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

*J & R GATOR INVESTMENTS LLC
1790 Mall of Georgia Blvd.
Buford, GA 30519-8705

*James Euliano
4585 Old Carraige Trail
Oviedo, FL 32765-8454

*Neil Euliano
3914 SW 95th Drive
Gainesville, FL 32608-4648

*State Infrastructure Bank
605 Suwannee Street
Tallahassee, FL 32399-0450

*Synartis Capital Management
11720 Amberpark Drive
Suite 160
Alpharetta, GA 30009-2271

*U.S. Bank, N.A.-CDD
Attn: Troy Beaman
Lockbox Services-12-2657
EP-MN-01LB
1200 Energy Park Drive
St. Paul, MN 55108-5101

ARCISCAP CELEBRATION POINTE INVESTMENT (B.V.
c/o James A. Timko, Esq.
Dean Mead
420 S. Orange Ave., Suite 700
Orlando, FL 32801-4911

Aleia M. Hornsby, Thompson Hine LLP
3560 Lenox Road
Suite 1600
Atlanta, GA 30326-4274

Archaeological and Historical Cons
4800 SW 64th Ave., Ste 107
Fort Lauderdale, FL 33314-4438

ArcisCap-YJ Holding LLC
c/0 James Timko, Esq.
420 S. Orange Avenue, Suite 700
Orlando, FL 32801-4911

ArcisCap-YJ Holding LLC
c/o James Timko, Esq.
420 S. Orange Ave, Suite 700
Orlando, FL 32801-4911

Barwick Banking Company
1200 Plantation Drive S.
Suite 110
Saint Augustine, FL 32080

CP City Place Holdings, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

CP City Place Partners, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

CP City Place Partners, LLC
c/o Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street, Ste. 301
Tallahassee, FL 32301-7643

CP Holdings Consolidated VII, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

CP PH2 Holdings LLC
3113 Paxton Avenue
Tampa, FL 33611-3917

Capital One N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

Catalyst Income Fund 2022-1A, LLC
c/o Matthew B. Hale, Esq.
Stichter Riedel Blain & Postler, PA
110 E. Madison St., #200
Tampa, FL 33602-4718

Catalyst Income Fund 2022-A1,LLC
c/o Matthew B. Hale, Esquire
Stichter Riedel Blain & Postler, P.A.
110 E. Madison St., #200
Tampa, FL 33602-4718

Catalyst Synartis MF B Series Condo 3A-2023,
c/o Matthew B. Hale, Esq.
Stichter Riedel Blain & Postler, PA
110 E. Madison St., #200
Tampa, FL 33602-4718

Catalyst Synartis MF B Series Condo, LLC
c/o Matthew B. Hale, Esquire
Stichter Riedel Blain & Postler, P.A.
110 E. Madison St., #200
Tampa, FL 33602-4718

Catalyst Synartis MF B Series MF 2A-2022, LL
c/o Matthew B. Hale, Esq.
Stichter Riedel Blain & Postler, PA
110 E. Madison St., #200
Tampa, FL 33602-4718

Celebration Pointe Assoc., Inc.
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

Celebration Pointe CDD #1
Cobb Cole
One Daytona Boulevard, Suite 600
Daytona Beach, FL 32114-4346

Celebration Pointe CDD No. 1
3501 Quadrangle Blvd.
Suite 270
Orlando, FL 32817-8329

Celebration Pointe Community Development Dis
Cobb Cole
One Daytona Boulevard, Ste 600
Daytona Beach, FL 32114-4346

Celebration Pointe Office Partners II
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

Celebration Pointe Office Partners III
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

Cobb Cole
231 North Woodland Blvd.
DeLand, FL 32720-4248

Cobb Cole
P.O. Box 2491
Daytona Beach, FL 32115-2491

Cupkovic Architecture, LLC
6060 Rockside Woods Blvd N
Suite 100
Independence, OH 44131-2381

DLP Bank
c/o Peggy L. Kilpatrick, VP
811 S. Walnut St.
Starke, FL 32091-4401

EDA Consultants, Inc.
720 SW 2nd Ave.
South Tower, Ste 300
Gainesville, FL 32601-6271

Edward J. Peterson
Johnson Pope Bokor Ruppel & Burns, LLP
400 N. Ashley Drive, Suite 3100
Tampa, FL 33602-4337

England Thims & Miller, Inc.
14775 Old St Augustine Rd
Jacksonville, FL 32258-2463

Florida Credit Union
P.O. Box 5549
Gainesville, FL 32627-5549

Florida Credit Union
Post Office 5158
Gainesville, FL 32627

Florida Department of Transportation
@Rumberger Kirk
300 S Orange Avenue Suite 1400
Orlando, FL 32801-3380

Frankel Media Group LLC
c/o Noel Boeke, Holland & Knight LLP
100 N. Tampa Street, Suite 4100
Tampa FL 33602-3642

(p)FRANKEL MEDIA GROUP LLC
DBA FRANKEL
5001 CELEBRATION POINTE AVENUE
SUITE 520
GAINESVILLE FL 32608-5085

Frankel Media Group, LLC d/b/a Frankel
Noel Boeke, c/o Holland & Knight LLP
100 N. Tampa Street, Suite 4100
Tampa, FL 33602-3642

Freddie Wehbe
13284 SW 7th Ave.
Newberry, FL 32669-3345

Freddie Wehbe
Webb Marketing
1900 SW 34th Street, Suite 206
Gainesville, FL 32608-1271

GSE Engineering & Consulting, Inc.
5590 SW 64th Street
Ste B
Gainesville, FL 32608-9607

Gainesville PropCo LLC
c/o Leanne Prendergast
Pierson Ferdinand LLP
12620 Beach Blvd., Ste. 3 #126
Jacksonville, FL 32246-7130

Gainesville Regional Utilities
301 S.E. 4th Avenue
Gainesville, FL 32601-6857

Heather Dyrkolbotn
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

Holden, Roscow & Caedington PI
5608 NW 43rd Street
Gainesville, FL 32653-3332

Holden, Roscow & Caedington, PL
5608 NW 43rd Street
Gainesville, FL 32653-3332
,

IMG College, LLC
540N Trade Street
Winston-Salem, NC 27101-2915

Iceberg Real Estate Investments, LLC
c/o Zachary P. Hyman, Esq.
501 East Las Olas Blvd., Ste 200/314
Fort Lauderdale, FL 33301-2881

Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346

JON E. KANE
South Milhausen, P.A.
1000 Legion Place, Suite 1200
Orlando, Florida 32801-1005

James B. Euliano, Trustee
and Neil R. Euliano, Trustee
c/o Bradley M. Saxton
PO Box 880
Winter Park, FL 32790-0880

James B. Euliano, Trustee
and Neil R. Euliano, Trustee
c/o Lauren M. Reynolds
PO Box 880
Winter Park, FL 32790-0880

James Moore & Co.
5931 NW 1st Pl
Gainesville, FL 32607-2063

Johnson Controls Security Solutions
P.O. BOx 371967
Pittsburgh, PA 15250-7967

Jon Guven
J & R Gator Investments, LLC
1790 Mall of Georgia Blvd
Buford GA 30519-8705

Jon Guven
c/o Bloom Parham, LLP
977 Ponce de Leon Ave., NE
Atlanta, GA 30306-4265

Jon W. Pritchett
8601 SW 31st Ave.
Gainesville, FL 32608-2727

Lauren L. Stricker, Esq.
Shuker & Dorris, P.A.
121 S. Orange Ave., Ste. 1120
Orlando, FL 32801-3238

(p)TCM HALL SE FINANCE LLC
101 SE 2ND PLACE STE 117
GAINESVILLE FL 32601-6592

MILLENNIAL LAW, INC.
501 East Las Olas Blvd, Suite 200/314
Fort Lauderdale Fl 33301-2882

Mainstreet Comm. Bank of FL
204 S. Woodland Blvd.
Deland, FL 32720-5414

Mainstreet Community Bank
204 S. Woodland Blvd
Deland, FL 32720-5414

Mainstreet Community Bank of Florida
c/o Lowndes Law Firm
P.O. Box 2809
Orlando FL 32802-2809

McCarter & English, LLP
Attn: Inez M. Markovich, Esq.
1600 Market Street, Suite 3900
Philadelphia, PA 19103-7242

McRock, LLC
2970 SW 50th Terrace
Gainesville, FL 32608-5004

Michael A. Nardella, Esq.
Nardella & Nardella, PLLC
135 W Central Blvd.
Ste 300
Orlando, FL 32801-2435

PHG Gainesville CP, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

Patricia A. Shively
608 SW 97th Terrace
Gainesville, FL 32607-6309

Patricia A. Shively & Patricia Ann Shively T
Attn: Shane G. Ramsey
Nelson Mullins Riley & Scarborough LLP
1222 Demonbreun Street, Suite 1700
Nashville, TN 37203-3340

Patricia A. Shively & Patricia Ann Shively T
Edward J. Peterson, III
Johnson Pope Bokor Ruppel & Burns, LLP
400 N. Ashley Drive, Suite 3100
Tampa, FL 33602-4337

Patricia A. Shively (TRUST)
608 SW 97th Terrace
Gainesville, FL 32607-6309

Phillip W. Pritchett
1050 SE 6th Street
Lake Butler, FL 32054-2740

R. Scott Williams
2001 Park Place Suite 1300
Birmingham, AL 35203-2700

Renaissance Printing
PO Box 357186
Gainesville, FL 32635-7186

Rennia Aviation, LLC
4050 NE 45th Ave
Gainesville, FL 32609-1682

Richard S. Blaser
646 SW 133rd Way
Newberry, FL 32669-3339

Ryan Frankel
779 SW 136th Street
Newberry, FL 32669-3386

SDPS Real Eetate Investment III
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

SDPS Real Estate Investment V LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

SDPS Real Estate Investment VI, LLC
5001 Celebratoin Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

SDPS Real Estate Investment, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

SDPS Real Estate Investments III
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

SDPS Real Estate Investments IV, LLC
c/o Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street, Ste. 301
Tallahassee, FL 32301-7643

SDPS Real Estate Investments V, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

SDPS Real Estate Investments, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

SDPS Real Estate Investments, LLC
c/o Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street, Ste. 301
Tallahassee, FL 32301-7643

SHD Management, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

SHD Management, LLC
c/o Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street, Ste. 301
Tallahassee, FL 32301-7643

SHD-Celebration Pointe Holdings, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

Sharon T. Sperling
Attorney for Jon Guven
PO Box 358000
Gainesville FL 32635-8000

Site Solutions, LLC
3715 Northside Pkwy Northcreek 300
Suite 720
Atlanta, GA 30327-2812

Spurriers Gridiron Grille CP, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

State Board of Administration of Florida
P.O. Box 13300
Tallahassee, FL 32317-3300

Studio for Housing Design LLC
2951 Flowers Road, Suite 215
Atlanta, GA 30341-5533

Sunbelt Rentals Inc
Sunbelt Rentals
2015 Directors Row
Orlando, FL 32809-6231

Svein Dyrkolbotn
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

Svein Dyrkolbotn
c/o Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street, Ste. 301
Tallahassee, FL 32301-7643

Svein Dyrkolbotn
c/o Michael J. Niles, Esq.
Berger Singerman LLP
313 North Monroe Street, Ste. 301
Tallahassee, FL 32301-7643

Svein H. Dyrkolbotn
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

Synartis Capital Management, LLC
c/o Matthew B. Hale, Esquire
Stichter Riedel Blain & Postler, P.A.
110 E. Madison St., #200
Tampa, FL 33602-4718

Synartis Income Fund, LLC and
Catalyst Synartis CP Master 4A-2023, LLC
c/o Matthew B. Hale, Esq.
110 E. Madison St., #200
Tampa, FL 33602-4718

The Shops at Celebration Pointe, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

The Vue at Celebration Pointe, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

The Zall Company, LLC
2946 Larimer Street
Denver, CO 80205-2309

U.S. Bank Trust Company, N.A., as Indenture
GREENBERG TRAURIG, LLP
c/o John D. Elrod
3333 Piedmont Road, NE, Suite 2500
Atlanta, GA 30305-1780

U.S. Bank Trust Company, N.A., as Indenture
GREENBERG TRAURIG, LLP, c/o John D. Elro
3333 Piedmont Road, NE, Suite 2500
Atlanta, GA 30305-1780

U.S. Bank, N.A., as Indenture Trustee
c/o Greenberg Traurig, LLP
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305-1780
Attn.: John D. Elrod

United States Trustee
110 E. Park Avenue
 Suite 128
Tallahassee, FL 32301-7728

Viking Companies, LLC
2579 SW 87th Dr
Gainesville, FL 32608-9340

Viking Companies, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

Viking Companies, LLC
c/o Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street, Ste. 301
Tallahassee, FL 32301-7643

Viking Construction Company
5001 Celebration Pointe Ave, Ste 180
Gainesville, FL 32608-5379

Viking Construction Company of Florida, LLC
c/o Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street, Ste. 301
Tallahassee, FL 32301-7643

Viking Property Management LLC
c/o Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street, Ste. 301
Tallahassee, FL 32301-7643

Vue-F, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

(p)VYSTAR CREDIT UNION
PO BOX 45085
JACKSONVILLE FL 32232-5085

Vystar Credit Union
c/o J. Ellsworth Summers, Jr., Esq.
Burr & Forman LLP
50 N. Laura Street, Suite 3000
Jacksonville, FL 32202-3658

c/o Liebler Gonzalez & Portuondo
44 West Flagler Street, 24th Floor
Miami, FL 33130-6808

Jan Albanese Carpenter
Latham, Luna, Eden & Beaudine LLP
201 S. Orange Ave., Ste. 1400
Orlando, FL 32801-3483

John C. Vanduzer
James Moore & Co., P.L.
5931 NW 1st Place
Gainesville, FL 32607-2063

Lauren Stricker
Shuker & Dorris P.A.
121 South Orange Avenue
Ste 1120
Orlando, FL 32801-3238

Robert Scott Shuker
Shuker & Dorris, PA
121 S Orange Avenue
Suite 1120
Orlando, FL 32801-3238

Tamara Robbins
PO Box 2317
Alachua, FL 32616-2317

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Alachua County Tax Collector
12 SE 1st Street
Gainesville, FL 32601

(d)Alachua County Tax Collector
12 SE 1st Street
Gainesville, FL 32601

Frankel Media Group, LLC
5001 Celebration Pointe Ave
Suite 520
Gainesville, FL 32608

Linda McGurn
101 SE 2nd Place, Ste 117
Gainesville, FL 32601

Vystar Credit Union
P.O. Box 45085
Jacksonville, FL 32232-5085

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Barwick Banking Company

(u)Birge & Held Asset Management, LLC

(u)CP PH2 Holdings, LLC

(u)Catalyst Income Fund 2022-A1, LLC

(u)Catalyst Synartis CP Master 4A-2023, LLC

(u)Catalyst Synartis MF B Series Condo, LLC

(u)Catalyst Synartis MF B Series MF 2A-2022,

(u)Kenneth R. McGurn and Linda C. McGurn

(u)MAINSTREET BANK

(u)New City Place, LLC

(u)Synartis Capital Management, LLC

(u)Synartis Income Fund, LLC

(d)Arcis Real Estate Secured Fund II L.P.
135 West 41 Street
New York, NY 10036-7303

(d)ArcisCap-YJ Holding LLC
c/o James Timko, Esq.
420 S. Orange Avenue, Suite 700
Orlando, FL 32801-4911

(u)Celebration Point Community Development Di

(d)Celebration Pointe Holdings II, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

(d)Florida Department of Transportation
@Rumberger Kirk
300 S Orange Avenue Suite 1400
Orlando, FL 32801-3380

(d)Patricia A. Shively, TRUST
608 SW 97th Terrace
Gainesville, FL 32607-6309

(d)SHD-Celebration Pointe, LLC
5001 Celebration Pointe Ave.
Suite 180
Gainesville, FL 32608-5379

(d)Jon Guven
J & R Gator Investments, LLC
1790 Mall of Georgia Blvd
Buford, GA 30519-8705

(d)Patricia A. Shively
608 SW 97th Terrace
Gainesville, FL 32607-6309

(u)Svein Dyrkolbotn

(u)Troy Taylor

End of Label Matrix
Mailable recipients   159
Bypassed recipients    23
Total                 182