FORM nhgnrlp (Rev. 10/20)

## UNITED STATES BANKRUPTCY COURT
### Northern District of Florida
### Gainesville Division

In Re:  Celebration Pointe Holdings, LLC      Bankruptcy Case No.:  24–10056–KKS
      Celebration Pointe Holdings II, LLC                                   24–10057–KKS
      SHD–Celebration Pointe, LLC                                       24–10058–KKS

                                                   Chapter:  11
                                                   Judge:  Karen K. Specie

### Notice of Non–Evidentiary Hearing

      PLEASE TAKE NOTICE that a hearing to consider and act upon the following will be held on June 10, 2026, at 01:30 PM, *Eastern Time*, at U.S. Bankruptcy Courthouse, 110 E. Park Avenue, 2nd Floor Courtroom, Tallahassee, FL 32301. Parties may appear at the following alternate location:   via Zoom (NOTE: Zoom participants may not introduce evidence or cross examine witnesses without prior authorization of the Court. See FLNB Zoom participation instructions at www.flnb.uscourts.gov/zoom).

      *601* – Motion to Continue or Reschedule Hearing to be held July 14, 2026 on 547 Amended Chapter 11 Plan, 548 Amended Disclosure Statement // Indenture Trustee's Motion to Continue Confirmation Hearing Filed by John D. Elrod on behalf of U.S. Bank, N.A., as Indenture Trustee (Re: 547 Amended Chapter 11 Plan, 548 Amended Disclosure Statement) (Elrod, John)

Dated: June 4, 2026                                           FOR THE COURT
                                                       Traci E. Abrams, Clerk of Court
                                                       110 E. Park Ave., Ste. 100
                                                       Tallahassee, FL 32301

**SERVICE:** John Elrod shall serve this notice of hearing immediately by facsimile or email on all parties as required by the applicable Rules and a certificate of service must be filed immediately thereafter.